**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Limousine LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Addison Lee**<br>**DBA  RMA Worldwide Chauffeured Transportation**<br>**DBA  Tristar**<br>**DBA  American Limousine Group LLC**<br>**DBA  Flyte Time Worldwide** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-4529449** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **90 Mckee Drive**<br>**Mahwah, NJ 07430**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **American Limousine LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **American Limousine LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **American Limousine LLC**                                          Case number (*if known*) _____
          Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 8, 2021**
               MM / DD / YYYY

*X* **/s/ Michael Fogarty**                          **Michael Fogarty**
   Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

*X* **/s/ Dean G. Sutton, Esq.**                    Date **January 8, 2021**
   Signature of attorney for debtor                      MM / DD / YYYY

**Dean G. Sutton, Esq. DS-1910**
Printed name

**Dean G. Sutton, Esquire**
Firm name

**18 Green Road
P.O. Box 187
Sparta, NJ 07871**
Number, Street, City, State & ZIP Code

Contact phone    **973-729-8121**      Email address _____

**DS-1910 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**American Limousine LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■　*Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■　*Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■　*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■　*Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■　*Schedule H: Codebtors* (Official Form 206H)

■　*Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐　Amended *Schedule*

■　*Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■　Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**January  8, 2021**__　　*X* **/s/ Michael Fogarty**
　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　**Michael Fogarty**
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Limousine LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accounting Principals Lockbox: Dept.CH 14031 Palatine, IL 60055-4031** | **Alicia Dottery** **Alicia.Dottery@Adeccogroup.com** | | | | | **$50,830.91** |
| **ATLANTIC LIMO (GA) 2450 PLEASANTDALE ROAD Atlanta, GA** | **Hoss Oskouie** **hoss@atlanticlimo-ga.com** | | | | | **$35,851.54** |
| **Califa Services 4509 West 132nd Street Hawthorne, CA 90250** | **Alex De Sales** **califaservices@gmail.com** | | | | | **$38,593.00** |
| **Chabe Limousine 91-99 Avenue Jules Quentin Paris, France 92000** | | | | | | **$28,857.00** |
| **Ernest Thompson, Individually and on behalf of all others similarly situated Steven Blau, Esq. 23 Green Street, Suite 105 Huntington, NY 11743** | **Steven Blau, Esq.** **sblau@blauleonardlaw.com** | **Class Action** | | | | **$1,370,000.00** |
| **Jackson Lewis LLP PO Box 416019 Boston, MA 02241-6019** | **Jeffrey West** **jeffrey.west@jacksonlewis.com** | | | | | **$405,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **American Limousine LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joselito R. Dela Cruz & Jeff Pangilinan, on behalf of themselves & all others sim Bryan Schwartz Law 180 Grand Avenue, Suite 1380 Oakland, CA 94612 | Bryan Schwartz, Esq. Bryan@BryanSchwartzLaw.com | Class Action | | | | $950,000.00 |
| Limolabs, LLC 1701 Colton Ave. Bronx, NY 10462 | Mischa Mitrovic Mischa@limolabs.com | | | | | $58,055.25 |
| LIMOUSINE ASSOCIATES 5630 JULMAR DR Cincinnati, OH | Brenda alimousine@fuse.net | | | | | $43,017.09 |
| Maaco Maaco 92 North Main St Building 14 Windsor, NJ 08561 | Maacowindsor@gmail.com | | | | | $72,096.98 |
| MEARS GLOBAL VAA 324 WEST GOR STREET Winter Springs, FL 32806 | Philip Horky phorky@mears.com | | | | | $35,237.30 |
| Paul Pielka Jeffrey W. Varcadipane Varcadipane & Pinnisi PC 40 Wall Street, 28th Floor New York, NY 10005 | Jeffrey W. Varcadipane, Esq. jwv@vpattorneys.com, pielkapj@gmail.com | Wages/Severance | Unliquidated Disputed | | | $37,732.15 |
| PEAK LIMOUSINE 6308 NORTHERN OAK DRIVE Charlotte, NC | Shawn and Faith shawn@peaklimo.com, faith@peaklimo.com | | | | | $31,538.67 |
| PKF O'Connor Davies, LLP 300 Tice Blvd. Woodcliff Lake, NJ 07677 | | | | | | $32,790.00 |
| PLATINUM VIP (WA) 605 18TH AVENUE WEST Kirkland, WA 98033 | Slavko slavko@seattleplatinumlimo.com | | | | | $38,593.90 |

Debtor    **American Limousine LLC**                                    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RAMA LIMO/INTERNATIO PO BOX 358 Pacentia, CA** | **Rudy** info@pacificwestlimos.com | | | | | $33,647.75 |
| **Shahid Diwan c/o Avrohom Gefen, Esq. 570 Lexington Avenue, Suite 1600 New York, NY 10022** | **Avrohom Gefen, Esq.** agefen@vmmlegal.com | **Class Action** | | | | $125,000.00 |
| **TLA LIMOUSINE 713 NORTH 1ST STREET Montebello, CA 90640** | arsen@tlalimo.com | | | | | $32,715.50 |
| **UCS 1710 S. Amphlett Blvd. San Mateo, CA 94402** | lohan@ucslimo.com | | | | | $62,367.44 |
| **Windels Marx Lane & Mittendorf, LLP 156 West 56th Street New York, NY 10019** | **Pasqualino Russo** prusso@windelsmarx.com | | | | | $30,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **American Limousine LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $       **540,528.55**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $       **540,528.55**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $       **2,295,336.47**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       **37,732.15**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$       **12,038,211.59**

4.  Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b     $       **14,371,280.21**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **American Limousine LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Checking** | **9897** | **$56,620.42** |
| 3.2. | **M&T Bank** | **Checking** | **3374** | **$310,738.13** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$367,358.55** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **American Limousine LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

| | | | | | |
|---|---|---|---|---|---|
| 15.1. | **Flyte Line Transportation LLC** | **100** | % | | $0.00 |
| 15.2. | **American Transportation Holdings LLC** | **100** | % | | $0.00 |
| 15.3. | **ATH Transport LLC** | **100** | % | | $0.00 |
| 15.4. | **Tristar Services (US) Inc.** | **100** | % | | $0.00 |

**16.**     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**     **Total of Part 4.**

| | |
|---|---|
| | $0.00 |

Add lines 14 through 16.  Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**     **Office furniture**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **American Limousine LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| **GPS Software** | | |
|---|---|---|
| **350 Cameras x $150 per camera** | $0.00 | $52,500.00 |

| **GPS System** | | |
|---|---|---|
| **250 Cameras x $150 per camera** | $0.00 | $37,500.00 |

| **IT Equipment** | $0.00 | $35,000.00 |
|---|---|---|

| **IT Equipment** | $0.00 | $15,000.00 |
|---|---|---|

| **Mobile phones and tablets** | $0.00 | $17,670.00 |
|---|---|---|

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $157,670.00 |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **Approx. 150 Leased Vehicles** | $0.00 | | $0.00 |
|---|---|---|---|---|

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | American Limousine LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Model 626 EZ 24 V Battery Powered Self Contained Bus Wash Machine with 2 EZ Pallet jack like controls** | $0.00 | | $5,000.00 |
| **Mohawk Model TR-25,000lb drive on lift + Mohawk RJ 15,000lb Rolling Bridge jack for TR 25 Lift** | $0.00 | | $7,000.00 |
| **2 x Speedy Wash Battery Powered Mobile Bus Wash** | $0.00 | | $3,000.00 |
| **2 x Lanier Photo Copiers + 2 x Lanier Colour Printers** | $0.00 | | **Unknown** |
| **Papercut Software - Leased** | $0.00 | | $500.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | | |
    |---|---|
    | | **$15,500.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    - ■ No.  Go to Part 10.
    - ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No.  Go to Part 11.
    - ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ■ No.  Go to Part 12.
    - ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **American Limousine LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $367,358.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $157,670.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $540,528.55 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $540,528.55 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **American Limousine LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ascentium Capital LLC**<br>Creditor's Name<br><br>**PO Box 301593**<br>**Dallas, TX 75303-1593**<br>Creditor's mailing address<br><br>**2286257**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 6257** | Describe debtor's property that is subject to a lien<br>**GPS Software**<br>**350 Cameras x $150 per camera**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $49,456.08 | $52,500.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2** **Ascentium Capital LLC**<br>Creditor's Name<br><br>**PO Box 301593**<br>**Dallas, TX 75303-1593**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 6475** | Describe debtor's property that is subject to a lien<br>**GPS System**<br>**250 Cameras x $150 per camera**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $40,475.61 | $37,500.00 |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $32,683.66 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IT Equipment** | | |

**PO Box 301593**
**Dallas, TX 75303-1593**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7945**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $16,393.68 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IT Equipment** | | |

**PO Box 301593**
**Dallas, TX 75303-1593**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7994**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **First Lease, Inc.** | Describe debtor's property that is subject to a lien | $4,276.64 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Model 626 EZ 24 V Battery Powered Self Contained Bus Wash Machine with 2 EZ Pallet jack like controls** | | |

**1 Walnut Grove Drive, Floor 3**
**Horsham, PA 19044**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
| | Name | | |

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☐■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1451**

**Do multiple creditors have an interest in the same property?**

☐■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Lease Direct** | Describe debtor's property that is subject to a lien | $4,500.00 | $7,000.00 |

Creditor's Name

**DE LAGE LANDEN FINANCIAL SERVICES, INC.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

**Mohawk Model TR-25,000lb drive on lift + Mohawk RJ 15,000lb Rolling Bridge jack for TR 25 Lift**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Lease Direct** | Describe debtor's property that is subject to a lien | $1,888.40 | $3,000.00 |

Creditor's Name

**DE LAGE LANDEN FINANCIAL SERVICES, INC.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

**2 x Speedy Wash Battery Powered Mobile Bus Wash**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **M&T Bank** | **Describe debtor's property that is subject to a lien** | $2,130,197.05 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Cash Collateral and All Unencumbered Assets** | | |

**150  North Radnor Chester Road**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **T-Mobile** | **Describe debtor's property that is subject to a lien** | $15,465.35 | $17,670.00 |
|---|---|---|---|---|
| | Creditor's Name | **Mobile phones and tablets** | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7764**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,295,336.47 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name **American Limousine LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$37,732.15** | **$13,650.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
|  | **Paul Pielka** | *Check all that apply.* |
|  | **Jeffrey W. Varcadipane** | ☐ Contingent |
|  | **Varcadipane & Pinnisi PC** | ■ Unliquidated |
|  | **40 Wall Street, 28th Floor** | ☐ Disputed |
|  | **New York, NY 10005** | |

Date or dates debt was incurred

Basis for the claim:
**Wages/Severance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,892.22** |
|---|---|---|---|
|  | **1 City Limousine** | ☐ Contingent | |
|  | **1629 Via Arriba** | ☐ Unliquidated | |
|  | **San Lorenzo, CA 94580** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
|  | **101 Limousine** | ☐ Contingent | |
|  | **19401 Dougherty Ave** | ☐ Unliquidated | |
|  | **Morgan Hill, CA 95037** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.50 |
|---|---|---|---|

**1ST NATIONAL SEDAN**
**P.O. BOX 48797**
**Los Angeles, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**5 Star Liimo**
**220 Roosevelt Avenue**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,301.27 |
|---|---|---|---|

**654 Limo IncV**
**4070 Drifting Sand Trail**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,835.00 |
|---|---|---|---|

**A Comfort Limo**
**1626 North Wilcox Ave**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,945.15 |
|---|---|---|---|

**A LIMOUSINE CONN(UT)**
**2545 Decker Lane**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,476.10 |
|---|---|---|---|

**A LIMOUSINE SVC (PA)**
**30 PRAGER ST**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.33 |
|---|---|---|---|

**A MIDNIGHT LIMOUSINE**
**1509 LEYBOURNE CT**
**Conway, SC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.90 |
|---|---|---|---|

**A RIDE IN LUXURY(CO)**
**2216 WEST VERMIJO AVENUE**
**Colorado Springs, CO**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.00 |
|---|---|---|---|

**A STEP ABOVE LIMO**
**1917 SCOTT FUTRELL DRIVE**
**Charlotte, NC 28208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.52 |
|---|---|---|---|

**A Super Limo**
**2627 30th Avenue, Unit A**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.93 |
|---|---|---|---|

**A Supreme Limo (OH)**
**3075 E 14th Avenue**
**Columbus, OH 43219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.55 |
|---|---|---|---|

**AAAQuality Security**
**PO Box 15**
**Oakland, NJ 07436**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,080.00 |
|---|---|---|---|

**Aara Analytix Corporation**
**755 Grove Valley Dr.**
**Cumming, GA 30041**

Date(s) debt was incurred _
Last 4 digits of account
number _American Limousine_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdallah Ba**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abdel Abdel Fattah**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.70**

**Abe's Limousine**
**2500 Calbert St. NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.01**

**ACCENT CHAUFF TRANS**
**827 CAMINO DE MONTE REY**
**Santa Fe, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,830.91**

**Accounting Principals**
**Lockbox: Dept.CH 14031**
**Palatine, IL 60055-4031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7905**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$934.50**

**ACE LIMOUSINE(AL)**
**130 SPRINGFIELD**
**Madison, AL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**ACE TRANSPORTATION  (CA)**
**43340 STONY HILL CT**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.08**

**ACTION LIMOUSINE (TX**
**6104 WIND SWEPT LANE**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,888.89 |
|---|---|---|---|

**3.24**

**Nonpriority creditor's name and mailing address**
**Action Limousine, Inc.**
**5128 Valley Brook Circle**
**Birmingham, AL 35244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,888.89**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**ADROIT TRANSPORTATION INC**
**2816 HONOLULU AVE #278**
**Verdugo City, CA 91046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$577.50**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Advantage Limo (FL)**
**4419 N Hubert Ave., Suite A**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,365.56**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Affairs of Style**
**PO Box 483**
**Gatlinburg, TN 37738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Alicia Campbell**
**c/o Steven Blau, Esq.**
**23 Green Street, Suite 105**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**All Star TransportationV**
**2505 Industrial Row Dr.**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$925.95**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**ALL TOWN CENTRAL TRANSPORTATION**
**730 SAW MILL RIVER RD**
**Ardsley, NY 10502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

| Debtor | American Limousine LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

**All Valley Limousine Service**
**600 Ash Avenue**
**McAllen, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.06**

**Allaire Limousine**
**PO Box 627**
**Farmingdale, NJ 07727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00**

**Alliance Limousine**
**547 SAW MILL RIVER RD**
**LL2**
**Ardsley, NY 10502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00**

**ALLIED TRANSPORTATIO**
**4021 PACIFIC BLVD.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,332.50**

**Alpine Luxury Limousine**
**236 S.3RD**
**Montrose, CO 81401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00**

**AMBASSADOR BLACKSTAR LIMO (WA)**
**8606 N Wall St**
**Spokane, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,184.82**

**AMERICAN CAPITAL**
**6943 MURIETTA AVE**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.84 |
|---|---|---|---|

**AMERICAN COMFORT**
**4084 ARNOLD AVE**
**Suite 1 & 2**
**Naples, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,049.70 |
|---|---|---|---|

**AMERICAN EXECUTIVE**
**23571 PEBBLE RUN PLACE**
**#130**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.23 |
|---|---|---|---|

**AMERICAN LIMO NM**
**303 ARVADA N.W**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,039.03 |
|---|---|---|---|

**AMERICAN LIMO OF CMH**
**11723 DETROIT AVE**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,479.97 |
|---|---|---|---|

**American Mobile Glass of NJ**
**35 Oak Ridge Road**
**Newfoundland, NJ 07435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.80 |
|---|---|---|---|

**American Vending & Coffee Service**
**PO Box 305**
**Mount Freedom, NJ 07970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  3135

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,970.82 |
|---|---|---|---|

**AMICA/DBA ICONA GLOB**
**44 GILLENDER STREET**
**Unit 15**
**London, United Kingdom E14 6RP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Morales**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,522.70 |
|---|---|---|---|

**ANDRUS LIMOUSINES IN**
**PO BOX 305**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelos Efstathopoulos**
**c/o Steven Blau, Esq.**
**23 Green Street, Suite 105**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony DeAngelis**
**c/o Steven Blau, Esq.**
**23 Green Street, Suite 105**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.50 |
|---|---|---|---|

**ARISTOCRAT  (FL)**
**6923 NARCOOSSEE ROAD**
**Suite 626**
**Orlando, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,851.54 |
|---|---|---|---|

**ATLANTIC LIMO (GA)**
**2450 PLEASANTDALE ROAD**
**Atlanta, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,829.90 |
|---|---|---|---|

**ATLANTIS LIMO SVC**
**9001 WEST CHESTER PIKE**
**Upper Darby, PA 19082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**Atlas Link**
**30 Chelsea St., Apt. 403**
**Everett, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,194.00 |
|---|---|---|---|

**AVENTURA LIMO (FL)**
**20251 NE 15TH COURT**
**Miami, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.50 |
|---|---|---|---|

**B-LINE XPRESS (CO)**
**56 EDWARDS VILLAGE BLVD.**
**Suite 2**
**Edwards, Co 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**Babylon Limousine**
**14701 Calvert Street**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.00 |
|---|---|---|---|

**Bakersfield Limo**
**PO Box 9486**
**Bakersfield, CA 93389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Baybus (WI)**
**846 Lime Kiln Road**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.08**

**BCM ENTERPRISE**
**18311 W. 10 MILE ROAD**
**Suite 209**
**Southfield, MI**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,411.50**

**Beattie Padovano, LLC**
**Attn:  Accounts Receivable**
**50 Chestnut Ridge Road, Suite 208**
**Montvale, NJ 07645-1845**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,193.76**

**BLACK PEARL TRANSPORTATION**
**1500 FASHION ISLAND BLVD**
**San Mateo, CA 94404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,053.98**

**BONOMOLO LIMO (LA) R**
**77 OAKLAWN**
**Metairie, LA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$877.55**

**Boston Elite Coach**
**153 Andover St**
**Danvers, MA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,760.35**

**Boston Prime Limo**
**382 Ocean Ave**
**#408**
**Revere, MA 02151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,593.00**

**Califa Services**
**4509 West 132nd Street**
**Hawthorne, CA 90250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.89 |
|---|---|---|---|

CAMELOT LIMO (SC)
P.O. BOX 771
Bluffton, SC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Candido Nunez
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.16 |
|---|---|---|---|

CARDEL LIMOUSINE
123 Rue Victor Hugo
Levallois Perret, Ile-De-France 92300-00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,708.51 |
|---|---|---|---|

CARDIFF LIMOUSINE
75-255 SHERYL AVENUE
Palm Desert, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,393.50 |
|---|---|---|---|

Cardinal Transportation F10095
2845 Fisher Rd.
Columbus, OH 43204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,659.00 |
|---|---|---|---|

Carolina Limo (NC)
PO Box 1967
Candler, NC 28715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,659.00 |
|---|---|---|---|

Carolina Limo (SC)
7269 Highway 707
Myrtle Beach, SC 29588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.25 |
|---|---|---|---|

**Cascade Towncar**
**20020 Chaney Road**
**Bend, OR 97701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,416.34 |
|---|---|---|---|

**Century Link**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2589**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,857.00 |
|---|---|---|---|

**Chabe Limousine**
**91-99 Avenue Jules Quentin**
**Paris, France 92000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,066.18 |
|---|---|---|---|

**CHARIOTS OF HIRE**
**1204 TOPSIDE ROAD**
**Louisville, TN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.34 |
|---|---|---|---|

**CHECKER TRAN LLC (MI**
**P.O.BOX 751**
**Marquette, MI**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.00 |
|---|---|---|---|

**Classic Limo Service Svc**
**1831 W Foster Avenue**
**Los Angeles, CA 91790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Coach USA**
**160 S. Route 17 North**
**Paramus, NJ 07652**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5680**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Limousine LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,559.24 |
|---|---|---|---|
| | **Cole Schotz LLP**<br>**25 Main Street Hackensack**<br>**Hackensack, NJ 07601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0909** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,233.50 |
|---|---|---|---|
| | **COMAIER SERVICES (IN**<br>**111 E COLUMBIA STREET**<br>**Evansville, IN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $498.78 |
|---|---|---|---|
| | **Comcast Cable-29128**<br>**PO Box 3001**<br>**Southeastern, PA 19398-3005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|
| | **Comcast Cable-TTSI**<br>**PO Box 37601**<br>**Philadelphia, PA 19101-0601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $383.85 |
|---|---|---|---|
| | **Complete Security Systems, Inc.**<br>**94 Vanderburg Rd.**<br>**Marlboro, NJ 07746-1433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4479** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,083.00 |
|---|---|---|---|
| | **Conga Trans LLC**<br>**320 Lafayette St.**<br>**Salem, MA 01370** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,025.00 |
|---|---|---|---|
| | **ConnectWise**<br>**28819 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,596.29 |
|---|---|---|---|

**CORPORATE LIMO EXPRESS**
**20 MILLER RD**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.50 |
|---|---|---|---|

**COURTESY LIMO (MI)**
**131 GRAND TRUNK AVENUE**
**Suite D**
**Battle Creek, MI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.00 |
|---|---|---|---|

**CTA WORLDWIDE**
**1836 Jackson Keller Rd**
**San Antonio, TX 78213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.50 |
|---|---|---|---|

**CTS/ Carlos Trans**
**1421 E 1ST STREET**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.60 |
|---|---|---|---|

**D LUXE LIMOUSINE (FL**
**170 AZALEA DRIVE**
**Destin, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,614.25 |
|---|---|---|---|

**DANVERS CAR SERVICE**
**153 Andover St**
**Suite 210**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,201.76 |
|---|---|---|---|

**Deem Global Ground Automation, Inc.**
**333 Meadowlands Pkwy**
**1st Floor**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0296

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.30** |
|---|---|---|---|

**Diamond Paper & Janitorial Supply Co.**
**379 Belmont Ave.**
**Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8435**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$462.00** |
|---|---|---|---|

**DIAMOND/PREMIER(SD)**
**1720 EAST CENTRE STREET**
**Rapid City, SD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$366.45** |
|---|---|---|---|

**DIANA LIMOUSINE SERVICE**
**1445 SELL STATION ROAD**
**Littlestown, PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.91** |
|---|---|---|---|

**Dito, LLC**
**PO BOX 398452**
**San Francisco, CA 94139-8452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,074.15** |
|---|---|---|---|

**DK Consulting**
**1120 Georgetown Way**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Duncan Tasher**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,960.78** |
|---|---|---|---|

**Dynasty Auto Body Inc.**
**226 Pennsylvania Ave.**
**Paterson, NJ 07503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Addison Lee**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $376.00 |
|---|---|---|---|

**E&G BROTHERS TRANS**
**37019 ERICK COURT**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,502.57 |
|---|---|---|---|

**ECLIPSE GLOBAL TRANS**
**44 MORELAND AVENUE EAST**
**West St. Paul, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.00 |
|---|---|---|---|

**ELEGANT LIMOUSINE & CHARTER- AUSTIN**
**9501 CARGO AVENUE, SUITE 200**
**AUSTIN, TX 78719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,345.75 |
|---|---|---|---|

**ELEGANT LIMOUSINE & CHARTER-SAN ANTONIO**
**5157 Blanco Road**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.82 |
|---|---|---|---|

**ELEGANT LUXURY LIMO**
**2526 50TH ST**
**Queens, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,192.30 |
|---|---|---|---|

**ELITE LIMO SVC (CO)**
**P.O. BOX 2047**
**Eagle, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emad Tawfik**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,370,000.00**

Ernest Thompson, Individually and on
behalf of all others similarly situated
Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Class Action__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,267,000.00**

Errands Plus, Inc.
12270 Wilkins Avenue
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Affiliate/Insider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,520.00**

Eternity Limousine
1723 El Rito Ave.
Glendale, CA 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,043.20**

ETHAN ALLEN COACHWORKS
599 SHUNPIKE RD
Willison, VT

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00**

EXCEL LIMOUSINES SVC
221 BRYNN MARR RD
Jacksonville, NC 28546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$143.62**

Exclusive Car SV
460 Race Street
Holyoke, MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$233.25**

EXECUTIVE GROUND (NY
2200 BELLMORE AVENUE
Bellmore, NY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,464.84 |
|---|---|---|---|

**EXECUTIVE LAS VEGAS**
**3950 W. TOMPKINS AVE.**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ezaldin Abdelsalam**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.00 |
|---|---|---|---|

**FAB LIMOUSINES**
**3681 CONNECTICUT AVENUE**
**Youngstown, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,879.00 |
|---|---|---|---|

**FIRST CLASS CHAUFFEUR**
**COUNTRY CLUB   220 St. IC15**
**Carolina, PR 00983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,512.84 |
|---|---|---|---|

**FIRST CLASS LIMO (OK**
**1209 W. DETROIT STREET**
**Broken Arrow, OK**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,130.00 |
|---|---|---|---|

**Fisk Limo**
**Post Office Drawer 10405**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.45 |
|---|---|---|---|

**FIVE STAR LIMO**
**705 E. CHURCH STREET**
**Elmira, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,089.53 |
|---|---|---|---|

**FIVE STAR LIMO (NY)**
**705 E. CHURCH STREET**
**Elmira, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,961.00 |
|---|---|---|---|

**FLEETWOOD LIMOUSINE**
**5800 HANNUM AVE**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,900.00 |
|---|---|---|---|

**FORNET ENTERPRISES**
**218 Locust Drive**
**Milford, PA 18337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franklyn B. Fyffe**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,022.82 |
|---|---|---|---|

**FTS LIMOUSINE**
**266 N W HARRIS LAKE DRIVE**
**Lake City, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabriel Soto**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEICO A/S/O**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEICO A/S/O SHANAYA**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,820.00 |
|---|---|---|---|

**Get Spiffy, Inc.**
**4518 S. Miami Blvd.**
**Suite 180**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.22 |
|---|---|---|---|

**Giorgios Limousine**
**5464 Genesse Street**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.00 |
|---|---|---|---|

**Global Ground**
**5151 San Felipe, Suite 1390**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.20 |
|---|---|---|---|

**GO ALPINE**
**P.O. BOX 775066**
**Steamboat Springs, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,370.00 |
|---|---|---|---|

**GO GROUND (BUSES)**
**7325 JANES AVENUE**
**Woodridge, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,104.82 |
|---|---|---|---|

**GO LUX LIMO INC**
**48 BRADSTREET AVE**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348.00** |
|---|---|---|---|

**Go Platinum Transportation LLC**
**13891 Jetport Loop, Suite 8**
**Fort Myers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,426.00** |
|---|---|---|---|

**Gold Limousine**
**32116 Alvarado Blvd.**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,357.82** |
|---|---|---|---|

**Gold Type Business Machines**
**PO Box 305 351 Paterson Ave.**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,340.36** |
|---|---|---|---|

**GRACE LIMOUSINENH)**
**PO BOX 3510**
**Manchester, NH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,962.30** |
|---|---|---|---|

**GRAND AVENUE LLC**
**186 NORTH FIRST STREET**
**Nashville, TN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.41** |
|---|---|---|---|

**GRAND LIMOUSINE (MI)**
**600 S GRAND AVENUE**
**Lansing, MI**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.60** |
|---|---|---|---|

**Green Bay Escort Limo**
**2600 South Ashland Avenue, Suite B**
**Green Bay, WI 54304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $914.39 |
|---|---|---|---|

**Greene Light Limo**
**8 Mill Plain Road**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Ground Force 1**
**60 Smitherfield Blvd., Suite 72**
**Plattsburgh, NY 12901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.80 |
|---|---|---|---|

**Ground Force Group**
**17 Millennium Loop**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guy Emilien**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,766.00 |
|---|---|---|---|

**Hallett Place Automotive #710029**
**14 Hallett Place**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.30 |
|---|---|---|---|

**HARMONY LIMO (IL)**
**3443 S. MACARTHUR BLVD.**
**Springfield, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.86 |
|---|---|---|---|

**Horizon Termite & Pest Control**
**45 Cross Ave**
**Midland Park, NJ 07432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,968.25** |
|---|---|---|---|

**HOVART LIMOUSINE (CA**
**5241 HERMITAGE AVENUE**
**#1**
**Valley Village, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,807.64** |
|---|---|---|---|

**Hys Limousine WorldwideV**
**480 Island Lane**
**West Haven, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00** |
|---|---|---|---|

**ICON CHAUFFEUR**
**3579 EAST FOOTHILL BLVD.**
**#646**
**Pasadena, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,961.82** |
|---|---|---|---|

**Intellishift**
**152 Veterans Memorial Highway**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.20** |
|---|---|---|---|

**IQ BOSTON TRANDSPORT**
**8 QUARRY LN**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.41** |
|---|---|---|---|

**Island Limousine**
**380 Vista Roma Way**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.47** |
|---|---|---|---|

**ITEXACT Limited**
**Dorset House, Regent Park, Kingston Road**
**Ashtead, United Kingdom KT22 7PL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,375.00 |
|---|---|---|---|

**J AND R TOURS**
**80 EDISON AVE**
**Mt. Vernon, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,657.99 |
|---|---|---|---|

**J-WAVE TRANSPORTA**
**P.O.  89402**
**Honolulu, HI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,743.00 |
|---|---|---|---|

**JACKPOT EXECUTIVE CA**
**16720 LUDLOW STREET**
**Granada Hills, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $405,000.00 |
|---|---|---|---|

**Jackson Lewis LLP**
**PO Box 416019**
**Boston, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2642**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Jake's Landscaping**
**PO Box 100**
**Holmes, PA 19043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,135.59 |
|---|---|---|---|

**James Limo**
**2415 Annuiston St.**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,045.00 |
|---|---|---|---|

**Jan-Pro Cleaning Systems**
**400 West Cummings Park**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Pangilinan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**JENNIFER GAULDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESMIN AKTAR**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,255.53 |
|---|---|---|---|

**Jets.Com-Commissions**
**140 Broadway, 46th Fl**
**46th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Joes Airport Parking**
**707 Wilshire Blvd.**
**Suite 4700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $950,000.00 |
|---|---|---|---|

**Joselito R. Dela Cruz & Jeff Pangilinan,**
**on behalf of themselves & all others sim**
**Bryan Schwartz Law**
**180 Grand Avenue, Suite 1380**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1433**

**Basis for the claim:**  Class Action

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|

**JOSHUAS LIMOUSINE CT**
**172 STODDARDS WHARF ROAD**
**Gales Ferry, CT 06335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Jung**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.50 |
|---|---|---|---|

**K&J Limousine Services, Inc.**
**1183 Greenbriar Drive**
**Lynchburg, VA 24502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.50 |
|---|---|---|---|

**Kareem Sayed LLC**
**103 Gordons Corner Rd**
**Marlboro, NJ 07746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account
number __American Limousine__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.60 |
|---|---|---|---|

**Kauai North Shore**
**PO Box 109**
**Kilauea, HI 96754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keisha Allen**
**c/o Steven Blau, Esq.**
**23 Green Street, Suite 105**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,578.14 |
|---|---|---|---|

**KINGS WORLD WIDE (OK)**
**4801 NW  10TH STREET**
**Oklahoma City, OK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,945.00 |
|---|---|---|---|

**KIUKI TOURS**
**LOT 1140 CATHERINE HALL**
**Montego Bay, Jamaica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Limousine LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,313.76** |
|---|---|---|---|
| | **KLS WORLDWIDE SVC**<br>**9663 SANTA MONICA BLVD.**<br>**Beverly Hills, CA 90210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Kofi Baning** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|
| | **KRYSTAL LIMOUSINE**<br>**7310 BLANCO ROAD**<br>**Suite 104**<br>**San Antonio, TX** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,091.85** |
|---|---|---|---|
| | **LA Limo**<br>**223 Gibbons Hwy Rt 101**<br>**Wilton, NH 03086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$304.89** |
|---|---|---|---|
| | **LA Limousine**<br>**772 Goldstream Ave.**<br>**Victoria, BC V98 2X3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,861.65** |
|---|---|---|---|
| | **Lakeview Custom Coach**<br>**100 White Horse Pike**<br>**Oaklyn, NJ 08107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.00** |
|---|---|---|---|
| | **Lewis Limousine (CA)**<br>**27124 Silver Oak Lane #1224**<br>**Santa Clara, CA 91387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.37 |
|---|---|---|---|

**Limo Systems**
**405 RXR Plaza, Suite 405**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.50 |
|---|---|---|---|

**LIMO TOLEDO**
**115 GLENWOOD ROAD**
**Rossford, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,055.25 |
|---|---|---|---|

**Limolabs, LLC**
**1701 Colton Ave.**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,017.09 |
|---|---|---|---|

**LIMOUSINE ASSOCIATES**
**5630 JULMAR DR**
**Cincinnati, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,602.00 |
|---|---|---|---|

**LINDSEY LIMOUSINE**
**200 ADDISON ROAD**
**Windsor, CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.00 |
|---|---|---|---|

**LS Classic Limo**
**3048 Jackson Street**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,503.48 |
|---|---|---|---|

**lucky Limo (OR)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,272.25 |
|---|---|---|---|

**Luxxor Limo**
**8350 Hickman Road, Suite 205**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,795,100.00 |
|---|---|---|---|

**M&T Bank-PPP**
**150  North Radnor Chester Road**
**Wayne, PA 19087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PPP - GRANT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,516.82 |
|---|---|---|---|

**M&T LIMOUSINE**
**PO BOX 5314**
**Englewood, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,096.98 |
|---|---|---|---|

**Maaco**
**Maaco 92 North Main St**
**Building 14**
**Windsor, NJ 08561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **Flyte Tyme**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.00 |
|---|---|---|---|

**Mahwah Tire Inc.**
**PO Box 541**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.04 |
|---|---|---|---|

**MANHATTAN VIP**
**369 QUENTIN RD**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Diaz**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address
**Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$465.07**

---

**3.200** | Nonpriority creditor's name and mailing address
**MEARS GLOBAL VAA**
**324 WEST GOR STREET**
**Winter Springs, FL 32806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,237.30**

---

**3.201** | Nonpriority creditor's name and mailing address
**Mercedes Benz of Paramus L766**
**755 Route 17 South**
**Paramus, NJ 07652-2984**

Date(s) debt was incurred _
Last 4 digits of account number  **9916**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$885.67**

---

**3.202** | Nonpriority creditor's name and mailing address
**Meridian Luxury**
**7912 Van Noord Ave. North**
**Hollywood, CA 91605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,852.50**

---

**3.203** | Nonpriority creditor's name and mailing address
**Michael Fogarty**
**47 Fatherland Drive**
**Byfield, MA 01922**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider**

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

---

**3.204** | Nonpriority creditor's name and mailing address
**Mid Michigan Limo**
**2442 North Five Mile Road**
**Midland, MI 48642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,360.00**

---

**3.205** | Nonpriority creditor's name and mailing address
**MIDSTATE LIMOUSINE**
**107 W. CASS STREET**
**Peoria, IL**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.95**

---

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.00** |
|---|---|---|---|

**MILLENNIUM LIMOUSINE**
**2200 Thurston Drive**
**Canada**
**Ottawa, Ontario K1G 6E1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,541.95** |
|---|---|---|---|

**MTL**
**888 Rue Berlier**
**Laval, Quebec, Canada H7L 4K5**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nagi Zaki**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,034.35** |
|---|---|---|---|

**National Grid**
**PO Box 960**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.80** |
|---|---|---|---|

**NE Car Service**
**293 Proctor Ave**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,570.09** |
|---|---|---|---|

**NICOS TOURING SVC**
**Nicholas Dujon**
**Davie, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.92** |
|---|---|---|---|

**North Jersey Inspection Services**
**294 Adams Court**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.213** | Nonpriority creditor's name and mailing address

**NORTH POINT TRANSPORATION**
P.O. BOX 88128
Atlanta, GA 30356

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$270.42

---

**3.214** | Nonpriority creditor's name and mailing address

**NY-NJ Trailer Supply, Inc.**
1401 Rt. 23 South
Butler, NJ 07405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,279.50

---

**3.215** | Nonpriority creditor's name and mailing address

**NYG Limousine LLC**
167 Lawrence Ave
Inwood, NY 11096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,708.01

---

**3.216** | Nonpriority creditor's name and mailing address

**NYS Workers' Compensation Board**
328 State Street
Schenectady, NY 12305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$126.00

---

**3.217** | Nonpriority creditor's name and mailing address

**OAG**
550 W Van Buren Street
Suite 1520
Chicago, IL 60607

Date(s) debt was incurred _

Last 4 digits of account number  **3463**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,445.28

---

**3.218** | Nonpriority creditor's name and mailing address

**OLYMPUS WORLDWIDE**
5825 GLENRIDGE DRIVE
Atlanta, GA 30328

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$19,176.78

---

**3.219** | Nonpriority creditor's name and mailing address

**Omni Limousine**
1401 Helm Drive
Las Vegas, NV 89119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,934.42

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,882.00**

**Opal Business Solutions**
**608 E. McMurray Road**
**McMurray, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **FLYTETYME**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$311.99**

**Opdenaker Trash Removal Service, Inc.**
**8 Elm Ave.**
**Aston, PA 19014-1129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**OREGON TOWNCAR SVC**
**P.O. BOX 14324**
**Portland, OR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,485.41**

**Oscar Limousine**
**3464 Prairie Path**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.00**

**OTOMG ENTERPRISE INC**
**8303 24TH AVE**
**East Elmhurst, NY 11370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,688.73**

**P and A Auto Parts**
**60 Franklin Tpke.**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1710**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,704.00**

**PALM BEACH TOURS**
**800 23RD ST**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,806.00** |
|---|---|---|---|

**PandaDoc**
 **101 California Street, Suite 3975**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,220.00** |
|---|---|---|---|

**Paris Limousine**
**6550 SE 74th ST**
**Oklahoma City, OK 73135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,584.77** |
|---|---|---|---|

**PATRICIAN LIMO SER**
**2600 EAST GENESSE STREET**
**Syracuse, NY 13224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Pyle**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$322.75** |
|---|---|---|---|

**Patriot Coach**
**21 Cumings Park**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,538.67** |
|---|---|---|---|

**PEAK LIMOUSINE**
**6308 NORTHERN OAK DRIVE**
**Charlotte, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,266.54** |
|---|---|---|---|

**PetroChoice**
**PO Box 829604**
**Philadelphia, PA 19182-9604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Phillip Vargas**
Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.50**

**PINNACLE CAR SERVICE**
1 AIRPORT BLVD.
Suite 120
Bentonville, AR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,790.00**

**PKF O'Connor Davies, LLP**
300 Tice Blvd.
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8510**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,987.05**

**Platinum Limousine Service**
528 Broad Street, Suite 103
Sumter, SC 29150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,593.90**

**PLATINUM VIP (WA)**
605 18TH AVENUE WEST
Kirkland, WA 98033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00**

**Popeye Autoglas**
58 Washington Ave
Paterson, NJ 07503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,766.37**

**PRECISION LIMO (FL)**
2983 Old Dixie Highway
Kissimmee, FL 34744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,482.00**

**Premium Limousine (TX)**
**7901 Cameron Road**
**Building 3, Suite 287**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,519.00**

**PRESTIGE (CA)**
**14101 VALLEY HEART DRIVE**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,018.23**

**PRESTIGE TRANSPORTATION  (CAN)**
**10135 31 Avenue, NW #105**
**Edmonton, Alberta Canada T6N 1C2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,864.54**

**PRIME EXECUTIVE SVC**
**4124 WALNEY ROAD**
**Suite L**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$863.66**

**Proshred Security**
**152 Eagle Rock Ave.**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,001.30**

**QUEBEC LIMO**
**4745 Boul Des Cimes**
**Canada**
**Quebec, Quebec G2A 3Y2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,647.75**

**RAMA LIMO/INTERNATIO**
**PO BOX 358**
**Pacentia, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.70 |
|---|---|---|---|

**ReadyRefresh by Nestle-Mahwah**
**PO Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,670.61 |
|---|---|---|---|

**Real Time Consultants, Inc.**
**777 Corporate Drive**
**Suite 1**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,721.75 |
|---|---|---|---|

**REGENCY TRANSPORTATION**
**1411 BEAVER AVE**
**Pittsburgh, PA 15233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Renee Del Rossi**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RENO TAHOE LIMO (NV)**
**3200 MILL STREET**
**Suite A**
**Reno, NV**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.27 |
|---|---|---|---|

**Reno Tahoe Limo (NV)**
**3200 Mill Street, Suite A**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,315.42 |
|---|---|---|---|

**RK Tours SF**
**240 A Street**
**San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald Smith**
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,610.28 |
|---|---|---|---|

**ROSE LIMOUSINE (NC)**
11325 A NATIONS FORD RD
Pineville, NC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,272.37 |
|---|---|---|---|

**ROSEDALE LIVERY LIMITED**
3687 NASHUA  DR  UNIT  12
Unit 12
Canada
Mississauga, Ontario L4V1R3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.06 |
|---|---|---|---|

**RUBY LIMOUSINE SVC**
858 Route 46 West
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rushway Limo**
104 Lund Ave
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.41 |
|---|---|---|---|

**Rushway Limo**
104 Lund Avenue
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanjay Budhoo**
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.89 |
|---|---|---|---|

**SC EXPRESS CHARLESTON**
**7319 Wilkinson Blvd. Belmontnc SC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.87 |
|---|---|---|---|

**SC EXPRESS LIVERY**
**7319 Wilkinson Blvd. Belmont NC 28012 Un**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.50 |
|---|---|---|---|

**Sentinel Benefits & Financial Group**
**100 Quannapowitt Parkway**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3345**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,111.21 |
|---|---|---|---|

**SERENITY LIMOUSINE**
**12405 VENICE BLVD**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Serguei Akimov**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**Shahid Diwan**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sherif Ibrahim**
**c/o Avrohom Gefen, Esq.**
**570 Lexington Avenue, Suite 1600**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,303.88**

SHUTTLE UP LLC (BUS)
38-17 CRESCENT STREET
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.00**

SIGNATURE EXEC. CA
158 WEST PALM DRIVE
Arcadia, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$818.29**

SIGNtist
SIGNtist

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,657.68**

SILVER FOX LIMO
5500 GRAND AVE
Pittsburgh, PA 15225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,578.00**

Simpluris
3194-C Airport Loop Drive
Costa Mesa, CA 92626

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,199.00**

SPECIAL EVENT SVC.
396 PAUL COURT
West Hempstead, NY 11552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.00**

SPECIAL OCCASION (TX)
53 AUGUSTA DR.
Abilene, TX 79606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,953.18 |
|---|---|---|---|

**ST LOUIS TRANSPORTATION**
**13788 LAKEFRONT DR**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.39 |
|---|---|---|---|

**Star Limo (IL)**
**907 North Country Fair Drive**
**Champaign, IL 61821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,824.60 |
|---|---|---|---|

**STAR LIMO (MN)**
**7828 LEQUVE DRIVE SW**
**Rochester, MN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.81 |
|---|---|---|---|

**STAR LIMO(CANADA)**
**328 INDUSTRIAL AVE es**
**Canada**
**Vancouver, British Columbia V6A 2PS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Star2Star**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Starr Indemnity & Liability Co.**
**PO Box 29133**
**New York, NY 10087**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.60 |
|---|---|---|---|

**Stellar Limousine**
**47174 Dominic Street**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address

**Step Ahead Services**
**1647 Hwy 12118**
**Deerfield, WI 53531**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$181.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address

**Stephen Moreira**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address

**STERLING BLACK CAR**
**33712 VIA DE AGUA**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$27,039.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address

**SUNSET LIMOUSINE SVC**
**2375 MELODY LANE**
**Reno, NV 89612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$654.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address

**SUPERIOR EXECUTIVE**
**405 CEDAR LANE**
**Virginia Beach, VA 23452**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$3,882.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address

**SuperVision**
**SuperVision**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$68.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address

**Telephonetics**
**Telephonetics**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$1,099.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Limousine LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,814.45**

**TENNESSEE LIMOUSINE SERVICE, INC.**
**2555 POPLAR AVE**
**Memphis, TN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$397.31**

**Teterboro Chrysler**
**469 Route 46**
**Little Ferry, NJ 07643**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,715.50**

**TLA LIMOUSINE**
**713 NORTH 1ST STREET**
**Montebello, CA 90640**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261.63**

**TOUCH OF CLASS LI(AL**
**901 PLANTATION WAY**
**Montgomery, AL**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,315.36**

**TOUCH OF CLASS(FRESNO)**
**1470 N. BLACKSTONE AVENUE**
**Fresno, CA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,020.15**

**Tristate Trans**
**PO Box 1761**
**Rutland, VT 05701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.57**

**Tuminos Towing**
**37 Emerson Street**
**Ridgefield Park, NJ 07660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Limousine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.297** | **Nonpriority creditor's name and mailing address**
TWINS LUXURY GROUP
9150 RUNNY MEADE ROAD
Jacksonville, FL

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.298** | **Nonpriority creditor's name and mailing address**
Twins Luxury Group
9150 Runny Meade Road
Jacksonville, FL 32257

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299** | **Nonpriority creditor's name and mailing address**
UCS
1710 S. Amphlett Blvd.
San Mateo, CA 94402

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,367.44**

---

**3.300** | **Nonpriority creditor's name and mailing address**
UniFirst
UniFirst 3499 Rider Trail South
St. Louis, MO 63045

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$423.91**

---

**3.301** | **Nonpriority creditor's name and mailing address**
UNIQUE LIMO SVC
17120 VOSE STREET VAN NUYS CA
Van Nuys, CA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,513.50**

---

**3.302** | **Nonpriority creditor's name and mailing address**
UNIVERSAL LIMO (CA)
2505 FRONT STREET
Suite A
Sacramento, CA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,279.51**

---

**3.303** | **Nonpriority creditor's name and mailing address**
V&V
CARRERE 236822
Bogota, Colombia 111221

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$271.40**

---

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.80 |
|-------|------------------------------------------------|--------------------------------------------------------------------|---------|

**Valera Global**
**3636 33rd Street, Suite 308**
**Long Island, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,291.24 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|

**Verizon Wireless**
**PO Box 489**
**Newark, NJ 07101-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,668.99 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|

**VIP LIMOUSINE (OMAHA**
**2318 S. 24TH STREET**
**Omaha, NE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,201.76 |
|-------|------------------------------------------------|--------------------------------------------------------------------|------------|

**VPLS**
**EvoDC/VPLS Dept LA 25225 Pasadena, CA**
**91**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account
number  **TRANSPORTATION TECH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.16 |
|-------|------------------------------------------------|--------------------------------------------------------------------|---------|

**Waste Management of NJ, Inc.**
**Waste Management Northeast**
**Philadelphia, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.97 |
|-------|------------------------------------------------|--------------------------------------------------------------------|--------|

**Watchung Spring Water Co. Inc.**
**1900 Swarthmore Ave.**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,189.95 |
|-------|------------------------------------------------|--------------------------------------------------------------------|-----------|

**WB Mason**
**P.O. Box 984401**
**Boston, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9898**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Limousine LLC** | | Case number (if known) | |
|--------|----------------------------|---|---|---|
| | Name | | | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**WHITE DIAMOND (IN)**
**2851 SOUTH PACKERTON ROAD**
**Warsaw, IN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,777.50 |

**WHITE KNIGHT (MI)**
**1720 WATERBURY DR. SE**
**Grand Rapids, MI 49508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Windels Marx**
 **Lane & Mittendorf, LLP**
**156 West 56th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Flyte Time**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,267.57 |

**WORLD TRAVEL MGMT**
**223 GUADALUPE**
**#498**
**Albuquerque, NM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|-----------------------------------------------------------------------------|------------------------------------------|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 37,732.15 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,038,211.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 12,075,943.74 |

**Fill in this information to identify the case:**

Debtor name   **American Limousine LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **100 Cummings Center, Suites 220-G and 222-G**<br><br><br><br>**Cummings Properties LLC**<br>**200 West Cummings Park**<br>**Woburn, MA 01801-6396** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **70-82 McKee Drive, Mahwah, NJ; 90 McKee Drive, Mahwah, NJ**<br><br>**Mahwah Property Owner LLC**<br>**a/k/a McKee Drive Associates, L.P.**<br>**c/o Ivy Realty**<br>**One Paragon Driive, Suite 125**<br>**Montvale, NJ 07645** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ALSO NOTIFY**<br><br><br><br>**Mahwah Property Owner LLC**<br>**Mat D. Carlson**<br>**Fox Rothschild LLP**<br>**49 Market Street**<br>**Morristown, NJ 07960-5122** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1FBVU4XG0JKB35588**<br>**2018 Ford Transit**<br><br><br>**Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |

| Debtor 1 | **American Limousine LLC** | | Case number (*if known*) _____ |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG2JKB35592**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG6JKB35594**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG8JKB35595**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG1JKB35602**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG5JKB35604**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **WDAPF4CB3HP501830**<br>**2018 Mercedes Sprinter** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1    **American Limousine LLC**                                    Case number *(if known)* _____
    First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG2JKB35611 2018 Ford Transit** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG4JKB35612 2018 Ford Transit** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG6JKB35613 2018 Ford Transit** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG8JKB35614 2018 Ford Transit** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XGXJKB35615 2018 Ford Transit** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG3JKB35617 2018 Ford Transit** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Debtor 1    **American Limousine LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG5JKB35618**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG3JKB35620**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG5JKB35621**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | _____ | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG7JKB35622**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **1FBVU4XG0JKB35610**<br>**2018 Ford Transit** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **American Limousine LLC**                                    Case number (*if known*)

First Name                Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**1FDAF5GY4HED61320 2017 Ford F-550**

State the term remaining

List the contract number of any government contract

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**1FDAF5GY6HED61304 2017 Ford F-550**

State the term remaining

List the contract number of any government contract

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**1FDAF5GY8HEC91904 2017 Ford F-550**

State the term remaining

List the contract number of any government contract

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**1FDFE4FS7GDC56971 2018 Ford E450**

State the term remaining

List the contract number of any government contract

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**1FDFE4FS9GDC56972 2018 Ford E450**

State the term remaining

List the contract number of any government contract

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**1FDFE4FS1GDC11184 2018 Ford E450**

State the term remaining

List the contract number of any

**Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438**

Debtor 1    **American Limousine LLC**                                    Case number *(if known)*
                First Name      Middle Name        Last Name

<div style="background:#3d0033;width:60px;height:35px;"></div>  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT3JEB44268 2018 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT7JEB44273 2018 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9149758 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9148443 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9149341 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9156214 2018 Cadillac XTS** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
|---|---|---|---|

Debtor 1    **American Limousine LLC**                                      Case number (*if known*) _____
_____
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **WDDUG8DB2JA400621 2018 Mercedes S560** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **5LMJJ3HT3JEL04275 2018 Lincoln Navigator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **5LMJJ3HT4JEL04270 2018 Lincoln Navigator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **5LMJJ3HT6JEL04271 2018 Lincoln Navigator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **5LMJJ3HT8JEL04269 2018 Lincoln Navigator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Debtor 1    **American Limousine LLC**                                    Case number (*if known*)

First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **5LMJJ3HTXJEL04273 2018 Lincoln Navigator** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **WDDUG8DB5JA399920 2018 Mercedes S560** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9127686 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S3XJ9127488 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9128854 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKJKC2JR181820 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1   **American Limousine LLC** _____   Case number *(if known)* _____

    First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9126284 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9139519 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9149662 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S31J9137665 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S31J9139903 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S34J9148885 2018 Cadillac XTS** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **American Limousine LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S34J9149809 2018 Cadillac XTS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9136146 2018 Cadillac XTS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9136549 2018 Cadillac XTS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9149494 2018 Cadillac XTS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9123860 2018 Cadillac XTS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Debtor 1   **American Limousine LLC**                                      Case number (*if known*)
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9125396** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9126404** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9138276** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9123933** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9148386** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9149434** <br> **2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management** <br> **PO Box 414438** <br> **Boston, MA 02241-4438** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **American Limousine LLC**                                          Case number *(if known)* _____
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S3XJ9125885 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S3XJ9126003 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S3XJ9148213 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9148172 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S31J9153722 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9154359 2018 Cadillac XTS** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
|---|---|---|---|

Debtor 1  **American Limousine LLC**                                   Case number *(if known)* _____
　　　　　 First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9153236 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract _____ | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9153500 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract _____ | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9154827 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract _____ | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9154128 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract _____ | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9154988 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract _____ | | |

Debtor 1   **American Limousine LLC**                                    Case number (*if known*)
_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9153408**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9154079**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9154194**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9154141**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9154791**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9154095**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1    **American Limousine LLC**                                    Case number *(if known)* _____
   First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    government contract

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9154467**<br>**2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9153465**<br>**2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9154454**<br>**2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9154388**<br>**2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9155184**<br>**2018 Cadillac XTS** | |
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S3XJ9154979**<br>**2018 Cadillac XTS** | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |

Debtor 1    **American Limousine LLC** _____    Case number (*if known*)_____

First Name    Middle Name    Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9153698 2018 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9154205 2018 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9153440 2018 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9153731 2018 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9153792 2018 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 16 of 28

Debtor 1  __American Limousine LLC_____   Case number (*if known*)_____
First Name        Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S31J9153459**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9154273**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9153290**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9153810**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9154120**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S33J9153284**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any | | |

| Debtor 1 | **American Limousine LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9153979 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9153997 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S31J9154434 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S34J9153374 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9154767 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9153371 2018 Cadillac XTS** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
|---|---|---|---|

Debtor 1    **American Limousine LLC**                                              Case number *(if known)* _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9153389 2018 Cadillac XTS** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9154258 2018 Cadillac XTS** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **WDDUG8GB1JA406325 2018 Mercedes S560** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **WDDUG8GB9JA401227 2018 Mercedes S560** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **WDDUG8GB2JA403840 2018 Mercedes S560** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Debtor 1  **American Limousine LLC**                                     Case number (*if known*)
_____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9154276**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9153854**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT0HEB94474**<br>**2017 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT3HEC24180**<br>**2017 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT5HEB94468**<br>**2017 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT5HEB94471**<br>**2017 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1   **American Limousine LLC**                                    Case number (*if known*)
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT7HEB94472 2017 Ford F-550** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **1FDFE4FS0GDC11175 2017 Ford E450** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9149231 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36J9148824 2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ6JR142789 2018 Cadillac Escalade** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ7JR142851 2018 Cadillac Escalade** | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
|---|---|---|---|

Debtor 1  **American Limousine LLC**

First Name ____ Middle Name ____ Last Name ____

Case number (*if known*) ____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ5HR343965 2017 Cadillac Escalade** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ6HR339309 2017 Cadillac Escalade** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ1JR125091 2018 Cadillac Escalade** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ0JR120819 2018 Cadillac Escalade** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S36H9198794 2017 Cadillac XTS** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |

Debtor 1   **American Limousine LLC**                                    Case number (*if known*)
_____First Name_____Middle Name_____Last Name___

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30H9191369**<br>**2017 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9128011**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9128228**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S35J9128029**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S39J9127479**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S30J9129640**<br>**2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1    **American Limousine LLC**                                    Case number *(if known)*
_____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9128411** **2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S37J9127674** **2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9128168** **2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S38J9127490** **2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **2G61U5S32J9128862** **2018 Cadillac XTS** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ0HR363766** **2017 Cadillac Escalade** | **Merchants Fleet Management** **PO Box 414438** **Boston, MA 02241-4438** |
|---|---|---|---|

Debtor 1   **American Limousine LLC**                                      Case number *(if known)*
　　　　　　First Name　　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| **2.136.** State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJXHR319838**<br>**2017 Cadillac Escalade** |
| State the term remaining<br><br>List the contract number of any government contract | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| **2.137.** State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJXJR120620**<br>**2018 Cadillac Escalade** |
| State the term remaining<br><br>List the contract number of any government contract | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| **2.138.** State what the contract or lease is for and the nature of the debtor's interest | **1GYS4GKJ1JR123499**<br>**2018 Cadillac Escalade** |
| State the term remaining<br><br>List the contract number of any government contract | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| **2.139.** State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC0JR150195**<br>**2018 Chevrolet Suburban** |
| State the term remaining<br><br>List the contract number of any government contract | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |
| **2.140.** State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC1JR151422**<br>**2018 Chevrolet Suburban** |
| State the term remaining<br><br>List the contract number of any government contract | **Merchants Fleet Management**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** |

Debtor 1  **American Limousine LLC**                                Case number (*if known*)
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC3JR150191 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC5JR150144 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC5JR151147 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC5JR151536 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC6JR150248 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC8JR151756 2018 Chevrolet Suburban** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any | | |

Debtor 1    **American Limousine LLC**                                              Case number (*if known*)
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **1GNSKGKC9JR151457 2018 Chevrolet Suburban** | |
| | State the term remaining | | **Merchants Fleet Management PO Box 414438 Boston, MA 02241-4438** |
| | List the contract number of any government contract | | |
| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT0KEC17971 2019 Ford  F-550** | |
| | State the term remaining | | **Midland Savings Bank PO Box 2149 Gig Harbor, WA 98335** |
| | List the contract number of any government contract | | |
| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT3KEC17981 2019 Ford  F-550** | |
| | State the term remaining | | **Midland Savings Bank PO Box 2149 Gig Harbor, WA 98335** |
| | List the contract number of any government contract | | |
| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT2KEC17969 2019 Ford  F-550** | |
| | State the term remaining | | **Midland Savings Bank PO Box 2149 Gig Harbor, WA 98335** |
| | List the contract number of any government contract | | |
| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **1FDAF5GT4KEC17973 2019 Ford  F-550** | |
| | State the term remaining | | **Midland Savings Bank** |
| | List the contract number of any government contract | | |
| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **2 photocopiers, 2 color printers** | **TGI Office Automation 951 Haddonfield Road Cherry Hill, NJ 08002** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **American Limousine LLC**                                                    Case number (*if known*)
_____
First Name         Middle Name         Last Name

<span style="background-color:purple">   </span>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | papercut software |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **TGI Office Automation**<br>**951 Haddonfield Road**<br>**Cherry Hill, NJ 08002** |

**Fill in this information to identify the case:**

Debtor name        **American Limousine LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Addison Lee Inc. | c/o American Limousine LLC 90 McKee Drive Mahwah, NJ 07430 | Joselito R. Dela Cruz & Jeff Pangilinan, | ☐ D _____ ■ E/F  3.169 ☐ G _____ |
| 2.2 | American Transportation Holdings LLC | c/o American Limousine LLC 90 McKee Drive Mahwah, NJ 07430 | M&T Bank | ■ D  2.8 ☐ E/F _____ ☐ G _____ |
| 2.3 | ATH Transport LLC | c/o American Limousine LLC 90 McKee Drive Mahwah, NJ 07430 | M&T Bank | ■ D  2.8 ☐ E/F _____ ☐ G _____ |
| 2.4 | ATH Transport LLC | c/o American Limousine LLC 90 McKee Drive Mahwah, NJ 07430 | Joselito R. Dela Cruz & Jeff Pangilinan, | ☐ D _____ ■ E/F  3.169 ☐ G _____ |

| Debtor | **American Limousine LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Flyte Line Transportation LLC** | **c/o American Limousine LLC 90 McKee Drive Mahwah, NJ 07430** | **M&T Bank** | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Michael Fogarty** | **47 Fatherland Drive Byfield, MA 01922** | **Cummings Properties LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Tim Rose** | **c/o Dolphin Transportation 3963 Progress Ave Naples, FL 34104** | **Ascentium Capital LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Tim Rose** | **c/o Dolphin Transportation 3963 Progress Ave Naples, FL 34104** | **Ascentium Capital LLC** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Tim Rose** | **c/o Dolphin Transportation 3963 Progress Ave Naples, FL 34104** | **Ascentium Capital LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Tim Rose** | **c/o Dolphin Transportation 3963 Progress Ave Naples, FL 34104** | **Ascentium Capital LLC** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Tim Rose** | **c/o Dolphin Transportation 3963 Progress Ave Naples, FL 34104** | **First Lease, Inc.** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |

| Debtor | **American Limousine LLC** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Transportation Technology Services, Inc.** | c/o American Limousine LLC<br>90 McKee Drive<br>Mahwah, NJ 07430 | **M&T Bank** | ▮ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Tristar Chauffeur Management** | Addison Lee Inc.<br>c/o American Limousine LLC<br>90 McKee Drive<br>Mahwah, NJ 07430 | **Sherif Ibrahim** | ☐ D _____<br>▮ E/F ___3.268___<br>☐ G _____ |
| 2.14 | **Tristar Chauffeur Management** | c/o American Limousine LLC<br>90 McKee Drive<br>Mahwah, NJ 07430 | **M&T Bank** | ▮ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Tristar Services (US) Inc.** | c/o American Limousine LLC<br>90 McKee Drive<br>Mahwah, NJ 07430 | **M&T Bank** | ▮ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **American Limousine LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From  **9/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,935,497.00** |
   | **For year before that:** From  **9/01/2019** to  **8/31/2020** | ■ Operating a business<br>☐ Other | **$49,723,674.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From  **9/01/2020** to **Filing Date** | **Insurance Payment** | **$100,000.00** |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor   **American Limousine LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **3 As Auto Repair** | | $11,803.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Bank Direct Capital** | | $31,160.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Cummings Properties, LLC** | | $10,525.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **IRS** | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Limolabs, LLC** | | $38,168.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **M&T Bank** | | $28,126.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **M&T Bank Term Loan** | | $7,433.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Mahwah Property Owner LLC** | | $10,079.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **American Limousine LLC** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Midland Equipment Finance** | | $42,324.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **NY State Dept. of Tax & Finance** | | $30,848.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **NYC Dept. of Finance** | | $8,840.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Rockland Elec-46049** | | $8,892.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Sentinel** | | $8,165.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Sentinel** | | $17,014.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Shulman, Rogers, Gandal, Por** | | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Simpluris, Inc Trust** | | $125,001.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **American Limousine LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17<br>. **Starr Companies** | | **$15,409.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>. **State of NY Worker's Compensation Board** | | **$96,287.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>. **Telehouse America** | | **$23,654.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>. **TIB Insurance** | | **$236,827.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>. **Wex, Inc** | | **$55,105.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22<br>. **Windsor Industrial Park Associates, LTD** | | **$11,470.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23<br>. **Wright Express** | | **$27,986.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24<br>. **ADP** | | **$18,789.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **American Limousine LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Jackson Lewis LLP**<br>**PO Box 416019**<br>**Boston, MA 02241-6019** | | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Oxford Health** | | **$12,853.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Associated Limousine** | | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Flight Facilities, Inc.** | | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Merchants Fleet Management** | | **$193,930.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael Fogarty**<br>**47 Fatherland Drive**<br>**Byfield, MA 01922**<br>**President** | | **$132,184.69** | **Lease payments personally guaranteed by Michael Fogarty.** |
| 4.2. **Michael Fogarty**<br>**47 Fatherland Drive**<br>**Byfield, MA 01922**<br>**President** | | **$0.00** | **Credit Card personally guarated by Michael Fogarty.**<br><br>**Amount TBD** |
| 4.3. **Errands Plus, Inc.**<br>**12270 Wilkins Avenue**<br>**Rockville, MD 20852**<br>**Indirect Parent Company** | | **$83,402.36** | **Payment for services and labor.** |

| Debtor | American Limousine LLC | Case number *(if known)* | |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **MERCHANTS FLEET MANAGEMENT**<br>**Merchants Automotive Group**<br>**PO Box 414438**<br>**Boston, MA 02241-4438** | **159 Leased Vehicles plus a payment of $419,797.69.** | **September 3, 2020** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Joselito R. Dela Cruz and Jeff Pangilinan, on behalf of themselves and all others similarly situated, Plaintiffs,**<br>**v.**<br>**Addison Lee Inc., American Limousine LLC, ATH Transport LLC, and DOES 1 through 50, inclusive, Defendants.**<br>**RG19021433** | **Class Action** | **Superior Court of CA, Alameda County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ernest Thompson, Individually and on Behalf of All Others Similarly Situated, Plaintiff,**<br>**v.**<br>**American Limousine Group LLC d/b/a Addison Lee**<br>**19-cv-041133(CS)(PED)** | **Class Action** | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **American Limousine LLC**                                           Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Shahid Diwan, Abdel Abdel Fattah, Ezaldin Abdelsalam, Serguei Akimov, Abdallah Ba, Sanjay Budhoo, Manuel Diaz, Franklyn B. Fyffe, Sherif Ibrahim, Justin Jung, Andres Morales, Candido Nunez, Ronald Smith, Duncan Tasher, Emad Tawfik, Phillip Vargas and Nagi Zaki v. Tristar Chauffeur Management, Inc., Addison Lee, Inc., American Limousine LLC d/b/a Flyte Tyme Worldwide Addison Lee LLC f/d/b/a Flyte Tyme Transportation LLC.** | | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Emin Kurbanov v. American Limousine LLC** | | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Nagi Zaki v. American Limousine LLC EB33WB-67931** | | | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Theft of Data** | **$100,000.00** | | **$100,000.00** |

**Part 6:    Certain Payments or Transfers**

Debtor    **American Limousine LLC**                                    Case number *(if known)*

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dean G. Sutton, Esquire**<br>**18 Green Road**<br>**P.O. Box 187**<br>**Sparta, NJ 07871** | **Attorney Fees** | **November 16, 2020** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Schulman Rogers** | | **October, 2020** | **$2,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Lancer Insurance Company** | **Collateral for present and future insurance claims** | | **$600,000.00** |
| | Relationship to debtor<br>**Debtor's Insurance Carrier** | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **American Limousine LLC**                                         Case number *(if known)*

---

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **92 North Main Street Building 7, Unit A Windsor, NJ 08561** | **11/10/2011 - Fall, 2020** |
| 14.2. | **438 Seminole Street Essington, PA 19029** | **04/01/2016 - Fall, 2020** |
| 14.3. | **16509-16515 Arminta Street Van Nuys, CA 91406** | **06/01/2013 - Fall, 2020** |
| 14.4. | **16517-16521 Arminta Street Van Nuys, CA 91406** | **06/01/2012 - Fall, 2020** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **First name**
    **Last name**
    **Mobile phone number**
    **Employee ID (sometimes)**
    **Home address**
    **Work address**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **American Limousine LLC 401(k) Plan** | EIN: |

        Has the plan been terminated?
        ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | American Limousine LLC | Case number *(if known)* | |
|---|---|---|---|

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **American Limousine LLC**  _____    Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **ATH Transport LLC**<br>**90 McKee Drive**<br>**Mahwah, NJ 07430** | **Chauffeur Services** | EIN: **45-5084874**<br><br>From-To **12/22/2016 - Present** |
| 25.2. **Flyte Line Transportation LLC**<br>**90 Mckee Drive**<br>**Mahwah, NJ 07430** | **Franchise Operator** | EIN:<br><br>From-To **05/03/2016 to Present** |
| 25.3. **American Transportation Holdings LLC**<br>**90 Mckee Drive**<br>**Mahwah, NJ 07430** | **Chauffeur Services** | EIN: **81-4516455**<br><br>From-To **11/18/16 - Current** |
| 25.4. **Tristar Services (US)**<br>**90 Mckee Drive**<br>**Mahwah, NJ 07430** | **Chauffeur Services** | EIN: **01-0846361**<br><br>From-To **9/22/2005 - Present** |
| 25.5. **Tristar Chauffeur Management, Inc.**<br>**90 Mckee Drive**<br>**Mahwah, NJ 07430** | **Employed Chauffeurs** | EIN: **33-1171016**<br><br>From-To **6/6/2007 - Present** |
| 25.6. **Tristar Vehicle Leasing**<br>**90 Mckee Drive**<br>**Mahwah, NJ 07430** | **Leasing Company** | EIN:<br><br>From-To **8/1/2007 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **American Limousine LLC**_____ Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jennifer Freedman, Controller of Errands Plus Inc.** **Rockville, Maryland** | **Current** |
| 26a.2.    **Paul Pielka, Controller of American Limousine LLC** **Mahwah, NJ** | **Previous** |
| 26a.3.    **PKF O'Connor Davies** **Outside CPA firm** **New York, NY** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Jennifer Freedman, Controller of Errands Plus Inc.** **Rockville, Maryland** | **Current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Paul Pielka, Controller of American Limousine LLC** **Mahwah, NJ** | **Previous** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **PKF O'Connor Davies** **Outside CPA firm** **New York, NY** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jennifer Freedman, Controller of Errands Plus Inc.** **Rockville, Maryland** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **M&T Bank** **150  North Radnor Chester Road** **Wayne, PA 19087** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **American Limousine LLC**                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert M. Alexander | | Director, CEO and Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael Fogarty | 47 Fatherland Drive Byfield, MA 01922 | President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jennifer Freedman | | Treasurer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| AL Parent Inc. | | | 100% Owner of Debtor |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Errands Plus, Inc. | 12270 Wilkins Avenue Rockville, MD 20852 | | 100% owner of AL Parent Inc. |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert M. Alexander | | | 100% Owner of Errands Plus, Inc. |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Michael Fogarty | 47 Fatherland Drive Byfield, MA 01922 | Director | January - February, 2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Bill Whalen | | Director | January - February, 2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| D.J. (Jan) Baker | | Director | January - February, 2020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **American Limousine LLC**                                              Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Compensation, all of which was paid pursuant to previously negotiated terms of employment, and such amount included a 50% reduction in base salary due to impact of Covid-19 virus.** |
| | **Michael Fogarty<br>47 Fatherland Drive<br>Byfield, MA 01922** | **$238,461** | **Throughout 2020** | |
| | Relationship to debtor<br>**President** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Addison Lee Group Ltd., a United Kingdom company** | **EIN:** |

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **American Limousine LLC**                                             Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  8, 2021**

**/s/ Michael Fogarty**                                      **Michael Fogarty**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re __American Limousine LLC__ _____    Case No. _____

_____    Chapter __11__
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **425.00/hour** |
    | Prior to the filing of this statement I have received | $ | **35,000.00** |
    | Balance Due | $ | **TBD** |

2.  $__1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____          **/s/ Dean G. Sutton, Esq.**
 _Date_                                     **Dean G. Sutton, Esq. DS-1910**
                                           _Signature of Attorney_
                                           **Dean G. Sutton, Esquire**
                                           **18 Green Road**
                                           **P.O. Box 187**
                                           **Sparta, NJ 07871**
                                           **973-729-8121   Fax: 973-729-6685**
                                           _Name of law firm_

---

# United States Bankruptcy Court
### District of New Jersey

In re    __American Limousine LLC__                                    Case No. _____

Debtor(s)                          Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **AL Parent Inc.** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __January 8, 2021__                Signature    __/s/ Michael Fogarty__

Michael Fogarty

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re   **American Limousine LLC**                            Case No. _____

                                        Debtor(s)             Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  8, 2021**                            **/s/ Michael Fogarty**

                                            **Michael Fogarty/President**
                                            Signer/Title

.

1 City Limousine
1629 Via Arriba
San Lorenzo, CA 94580


101 Limousine
19401 Dougherty Ave
Morgan Hill, CA 95037


1ST NATIONAL SEDAN
P.O. BOX 48797
Los Angeles, CA


5 Star Liimo
220 Roosevelt Avenue
Downingtown, PA 19335


654 Limo IncV
4070 Drifting Sand Trail
Destin, FL 32541


A Comfort Limo
1626 North Wilcox Ave
Los Angeles, CA 90028


A LIMOUSINE CONN(UT)
2545 Decker Lane
Salt Lake City, UT 84119


A LIMOUSINE SVC (PA)
30 PRAGER ST
Pittsburgh, PA 15215


A MIDNIGHT LIMOUSINE
1509 LEYBOURNE CT
Conway, SC


A RIDE IN LUXURY(CO)
2216 WEST VERMIJO AVENUE
Colorado Springs, CO


A STEP ABOVE LIMO
1917 SCOTT FUTRELL DRIVE
Charlotte, NC 28208

A Super Limo
2627 30th Avenue, Unit A
San Francisco, CA 94116


A Supreme Limo (OH)
3075 E 14th Avenue
Columbus, OH 43219


AAAQuality Security
PO Box 15
Oakland, NJ 07436


Aara Analytix Corporation
755 Grove Valley Dr.
Cumming, GA 30041


Abdallah Ba
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Abdel Abdel Fattah
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Abe's Limousine
2500 Calbert St. NW
Washington, DC 20008


ACCENT CHAUFF TRANS
827 CAMINO DE MONTE REY
Santa Fe, NM 87505


Accounting Principals
Lockbox: Dept.CH 14031
Palatine, IL 60055-4031


ACE LIMOUSINE(AL)
130 SPRINGFIELD
Madison, AL


ACE TRANSPORTATION  (CA)
43340 STONY HILL CT
Palm Desert, CA 92260

ACTION LIMOUSINE (TX
6104 WIND SWEPT LANE
Houston, TX 77057


Action Limousine, Inc.
5128 Valley Brook Circle
Birmingham, AL 35244


Addison Lee Inc.
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


ADROIT TRANSPORTATION INC
2816 HONOLULU AVE #278
Verdugo City, CA 91046


Advantage Limo (FL)
4419 N Hubert Ave., Suite A
Tampa, FL 33614


Affairs of Style
PO Box 483
Gatlinburg, TN 37738


Alicia Campbell
c/o Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743


All Star TransportationV
2505 Industrial Row Dr.
Troy, MI 48084


ALL TOWN CENTRAL TRANSPORTATION
730 SAW MILL RIVER RD
Ardsley, NY 10502


All Valley Limousine Service
600 Ash Avenue
McAllen, TX 78501


Allaire Limousine
PO Box 627
Farmingdale, NJ 07727

Alliance Limousine
547 SAW MILL RIVER RD
LL2
Ardsley, NY 10502


ALLIED TRANSPORTATIO
4021 PACIFIC BLVD.
San Mateo, CA 94403


Alpine Luxury Limousine
236 S.3RD
Montrose, CO 81401


AMBASSADOR BLACKSTAR LIMO (WA)
8606 N Wall St
Spokane, WA 99218


AMERICAN CAPITAL
6943 MURIETTA AVE
Van Nuys, CA 91405


AMERICAN COMFORT
4084 ARNOLD AVE
Suite 1 & 2
Naples, FL


AMERICAN EXECUTIVE
23571 PEBBLE RUN PLACE
#130
Sterling, VA 20166


American Express


AMERICAN LIMO NM
303 ARVADA N.W
Albuquerque, NM 87102


AMERICAN LIMO OF CMH
11723 DETROIT AVE
Lakewood, OH 44107


American Mobile Glass of NJ
35 Oak Ridge Road
Newfoundland, NJ 07435

American Transportation Holdings LLC
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


American Vending & Coffee Service
PO Box 305
Mount Freedom, NJ 07970


AMICA/DBA ICONA GLOB
44 GILLENDER STREET
Unit 15
London, United Kingdom E14 6RP


Andres Morales
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


ANDRUS LIMOUSINES IN
PO BOX 305
Menomonee Falls, WI 53051


Angelos Efstathopoulos
c/o Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743


Anthony DeAngelis
c/o Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743


ARISTOCRAT  (FL)
6923 NARCOOSSEE ROAD
Suite 626
Orlando, FL


Ascentium Capital LLC
PO Box 301593
Dallas, TX 75303-1593


ATH Transport LLC
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430

ATLANTIC LIMO (GA)
2450 PLEASANTDALE ROAD
Atlanta, GA


ATLANTIS LIMO SVC
9001 WEST CHESTER PIKE
Upper Darby, PA 19082


Atlas Link
30 Chelsea St., Apt. 403
Everett, MA 02149


AVENTURA LIMO (FL)
20251 NE 15TH COURT
Miami, FL


B-LINE XPRESS (CO)
56 EDWARDS VILLAGE BLVD.
Suite 2
Edwards, Co 81620


Babylon Limousine
14701 Calvert Street
Van Nuys, CA 91411


Bakersfield Limo
PO Box 9486
Bakersfield, CA 93389


Baybus (WI)
846 Lime Kiln Road
Green Bay, WI 54302


BCM ENTERPRISE
18311 W. 10 MILE ROAD
Suite 209
Southfield, MI


Beattie Padovano, LLC
Attn: Accounts Receivable
50 Chestnut Ridge Road, Suite 208
Montvale, NJ 07645-1845

BLACK PEARL TRANSPORTATION
1500 FASHION ISLAND BLVD
San Mateo, CA 94404


BONOMOLO LIMO (LA) R
77 OAKLAWN
Metairie, LA


Boston Elite Coach
153 Andover St
Danvers, MA


Boston Prime Limo
382 Ocean Ave
#408
Revere, MA 02151


Califa Services
4509 West 132nd Street
Hawthorne, CA 90250


CAMELOT LIMO (SC)
P.O. BOX 771
Bluffton, SC


Candido Nunez
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


CARDEL LIMOUSINE
123 Rue Victor Hugo
Levallois Perret, Ile-De-France 92300-00


CARDIFF LIMOUSINE
75-255 SHERYL AVENUE
Palm Desert, CA


Cardinal Transportation F10095
2845 Fisher Rd.
Columbus, OH 43204


Carolina Limo (NC)
PO Box 1967
Candler, NC 28715

Carolina Limo (SC)
7269 Highway 707
Myrtle Beach, SC 29588


Cascade Towncar
20020 Chaney Road
Bend, OR 97701


Century Link
PO Box 52187
Phoenix, AZ 85072-2187


Chabe Limousine
91-99 Avenue Jules Quentin
Paris, France 92000


CHARIOTS OF HIRE
1204 TOPSIDE ROAD
Louisville, TN


CHECKER TRAN LLC (MI
P.O.BOX 751
Marquette, MI


Classic Limo Service Svc
1831 W Foster Avenue
Los Angeles, CA 91790


Coach USA
160 S. Route 17 North
Paramus, NJ 07652


Cole Schotz LLP
25 Main Street Hackensack
Hackensack, NJ 07601


COMAIER SERVICES (IN
111 E COLUMBIA STREET
Evansville, IN


Comcast Cable-29128
PO Box 3001
Southeastern, PA 19398-3005

Comcast Cable-TTSI
PO Box 37601
Philadelphia, PA 19101-0601

Complete Security Systems, Inc.
94 Vanderburg Rd.
Marlboro, NJ 07746-1433

Conga Trans LLC
320 Lafayette St.
Salem, MA 01370

ConnectWise
28819 Network Place
Chicago, IL 60673

CORPORATE LIMO EXPRESS
20 MILLER RD
Hillsborough, NJ 08844

COURTESY LIMO (MI)
131 GRAND TRUNK AVENUE
Suite D
Battle Creek, MI

CTA WORLDWIDE
1836 Jackson Keller Rd
San Antonio, TX 78213

CTS/ Carlos Trans
1421 E 1ST STREET
Los Angeles, CA 90011

Cummings Properties LLC
200 West Cummings Park
Woburn, MA 01801-6396

D LUXE LIMOUSINE (FL
170 AZALEA DRIVE
Destin, FL

DANVERS CAR SERVICE
153 Andover St
Suite 210
Danvers, MA 01923

Deem Global Ground Automation, Inc.
333 Meadowlands Pkwy
1st Floor
Secaucus, NJ 07094


Diamond Paper & Janitorial Supply Co.
379 Belmont Ave.
Haledon, NJ 07508


DIAMOND/PREMIER(SD)
1720 EAST CENTRE STREET
Rapid City, SD


DIANA LIMOUSINE SERVICE
1445 SELL STATION ROAD
Littlestown, PA


Dito, LLC
PO BOX 398452
San Francisco, CA 94139-8452


DK Consulting
1120 Georgetown Way
Vernon Hills, IL 60061


Duncan Tasher
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Dynasty Auto Body Inc.
226 Pennsylvania Ave.
Paterson, NJ 07503


E&G BROTHERS TRANS
37019 ERICK COURT
Palmdale, CA 93550


ECLIPSE GLOBAL TRANS
44 MORELAND AVENUE EAST
West St. Paul, MN 55118


ELEGANT LIMOUSINE & CHARTER- AUSTIN
9501 CARGO AVENUE, SUITE 200
AUSTIN, TX 78719

ELEGANT LIMOUSINE & CHARTER-SAN ANTONIO
5157 Blanco Road
San Antonio, TX 78216


ELEGANT LUXURY LIMO
2526 50TH ST
Queens, NY 11377


ELITE LIMO SVC (CO)
P.O. BOX 2047
Eagle, CO


Emad Tawfik
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Ernest Thompson, Individually and on
behalf of all others similarly situated
Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743


Errands Plus, Inc.
12270 Wilkins Avenue
Rockville, MD 20852


Eternity Limousine
1723 El Rito Ave.
Glendale, CA 91208


ETHAN ALLEN COACHWORKS
599 SHUNPIKE RD
Willison, VT


EXCEL LIMOUSINES SVC
221 BRYNN MARR RD
Jacksonville, NC 28546


Exclusive Car SV
460 Race Street
Holyoke, MA 01040

EXECUTIVE GROUND (NY
2200 BELLMORE AVENUE
Bellmore, NY


EXECUTIVE LAS VEGAS
3950 W. TOMPKINS AVE.
Las Vegas, NV 89103


Ezaldin Abdelsalam
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


FAB LIMOUSINES
3681 CONNECTICUT AVENUE
Youngstown, OH


FIRST CLASS CHAUFFEUR
COUNTRY CLUB   220 St. IC15
Carolina, PR 00983


FIRST CLASS LIMO (OK
1209 W. DETROIT STREET
Broken Arrow, OK


First Lease, Inc.
1 Walnut Grove Drive, Floor 3
Horsham, PA 19044


Fisk Limo
Post Office Drawer 10405
Springfield, MO 65802


FIVE STAR LIMO
705 E. CHURCH STREET
Elmira, NY


FIVE STAR LIMO (NY)
705 E. CHURCH STREET
Elmira, NY


FLEETWOOD LIMOUSINE
5800 HANNUM AVE
Culver City, CA 90230

Flyte Line Transportation LLC
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


FORNET ENTERPRISES
218 Locust Drive
Milford, PA 18337


Franklyn B. Fyffe
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


FTS LIMOUSINE
266 N W HARRIS LAKE DRIVE
Lake City, FL


Gabriel Soto
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


GEICO A/S/O


GEICO A/S/O SHANAYA


Get Spiffy, Inc.
4518 S. Miami Blvd.
Suite 180
Durham, NC 27703


Giorgios Limousine
5464 Genesse Street
Lancaster, NY 14086


Global Ground
5151 San Felipe, Suite 1390
Houston, TX 77056


GO ALPINE
P.O. BOX 775066
Steamboat Springs, CO

GO GROUND (BUSES)
7325 JANES AVENUE
Woodridge, IL

GO LUX LIMO INC
48 BRADSTREET AVE
Revere, MA 02151

Go Platinum Transportation LLC
13891 Jetport Loop, Suite 8
Fort Myers, FL 33913

Gold Limousine
32116 Alvarado Blvd.
Union City, CA 94587

Gold Type Business Machines
PO Box 305 351 Paterson Ave.
East Rutherford, NJ 07073

GRACE LIMOUSINENH)
PO BOX 3510
Manchester, NH

GRAND AVENUE LLC
186 NORTH FIRST STREET
Nashville, TN

GRAND LIMOUSINE (MI)
600 S GRAND AVENUE
Lansing, MI

Green Bay Escort Limo
2600 South Ashland Avenue, Suite B
Green Bay, WI 54304

Greene Light Limo
8 Mill Plain Road
Danbury, CT 06811

Ground Force 1
60 Smitherfield Blvd., Suite 72
Plattsburgh, NY 12901

Ground Force Group
17 Millennium Loop
Staten Island, NY 10309


Guy Emilien
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Hallett Place Automotive #710029
14 Hallett Place
Suffern, NY 10901


HARMONY LIMO (IL)
3443 S. MACARTHUR BLVD.
Springfield, IL


Horizon Termite & Pest Control
45 Cross Ave
Midland Park, NJ 07432


HOVART LIMOUSINE (CA
5241 HERMITAGE AVENUE
#1
Valley Village, CA


Hys Limousine WorldwideV
480 Island Lane
West Haven, CT 06516


ICON CHAUFFEUR
3579 EAST FOOTHILL BLVD.
#646
Pasadena, CA


Intellishift
152 Veterans Memorial Highway
Commack, NY 11725


IQ BOSTON TRANDSPORT
8 QUARRY LN
Malden, MA 02148

Island Limousine
380 Vista Roma Way
San Jose, CA 95136


ITEXACT Limited
Dorset House, Regent Park, Kingston Road
Ashtead, United Kingdom KT22 7PL


J AND R TOURS
80 EDISON AVE
Mt. Vernon, NY


J-WAVE TRANSPORTA
P.O.  89402
Honolulu, HI


JACKPOT EXECUTIVE CA
16720 LUDLOW STREET
Granada Hills, CA


Jackson Lewis LLP
PO Box 416019
Boston, MA 02241-6019


Jake's Landscaping
PO Box 100
Holmes, PA 19043


James Limo
2415 Annuiston St.
Richmond, VA 23223


Jan-Pro Cleaning Systems
400 West Cummings Park
Woburn, MA 01801


Jeff Pangilinan


JENNIFER GAULDEN


JESMIN AKTAR

Jets.Com-Commissions
140 Broadway, 46th Fl
46th Floor
New York, NY 10005


Joes Airport Parking
707 Wilshire Blvd.
Suite 4700
Los Angeles, CA 90017


Joselito R. Dela Cruz & Jeff Pangilinan,
on behalf of themselves & all others sim
Bryan Schwartz Law
180 Grand Avenue, Suite 1380
Oakland, CA 94612


JOSHUAS LIMOUSINE CT
172 STODDARDS WHARF ROAD
Gales Ferry, CT 06335


Justin Jung
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


K&J Limousine Services, Inc.
1183 Greenbriar Drive
Lynchburg, VA 24502


Kareem Sayed LLC
103 Gordons Corner Rd
Marlboro, NJ 07746


Kauai North Shore
PO Box 109
Kilauea, HI 96754


Keisha Allen
c/o Steven Blau, Esq.
23 Green Street, Suite 105
Huntington, NY 11743


KINGS WORLD WIDE (OK)
4801 NW 10TH STREET
Oklahoma City, OK

KIUKI TOURS
LOT 1140 CATHERINE HALL
Montego Bay, Jamaica


KLS WORLDWIDE SVC
9663 SANTA MONICA BLVD.
Beverly Hills, CA 90210


Kofi Baning


KRYSTAL LIMOUSINE
7310 BLANCO ROAD
Suite 104
San Antonio, TX


LA Limo
223 Gibbons Hwy Rt 101
Wilton, NH 03086


LA Limousine
772 Goldstream Ave.
Victoria, BC V98 2X3


Lakeview Custom Coach
100 White Horse Pike
Oaklyn, NJ 08107


Lease Direct
DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO Box 41602
Philadelphia, PA 19101-1602


Lewis Limousine (CA)
27124 Silver Oak Lane #1224
Santa Clara, CA 91387


Limo Systems
405 RXR Plaza, Suite 405
Uniondale, NY 11556


LIMO TOLEDO
115 GLENWOOD ROAD
Rossford, OH

Limolabs, LLC
1701 Colton Ave.
Bronx, NY 10462


LIMOUSINE ASSOCIATES
5630 JULMAR DR
Cincinnati, OH


LINDSEY LIMOUSINE
200 ADDISON ROAD
Windsor, CT


LS Classic Limo
3048 Jackson Street
Oshkosh, WI 54901


lucky Limo (OR)


Luxxor Limo
8350 Hickman Road, Suite 205
Clive, IA 50325


M&T Bank
150  North Radnor Chester Road
Wayne, PA 19087


M&T Bank-PPP
150  North Radnor Chester Road
Wayne, PA 19087


M&T LIMOUSINE
PO BOX 5314
Englewood, NJ


Maaco
Maaco 92 North Main St
Building 14
Windsor, NJ 08561


Mahwah Property Owner LLC
a/k/a McKee Drive Associates, L.P.
c/o Ivy Realty
One Paragon Driive, Suite 125
Montvale, NJ 07645

Mahwah Property Owner LLC
Mat D. Carlson
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960-5122


Mahwah Tire Inc.
PO Box 541
Mahwah, NJ 07430


MANHATTAN VIP
369 QUENTIN RD
Brooklyn, NY 11223


Manuel Diaz
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


MEARS GLOBAL VAA
324 WEST GOR STREET
Winter Springs, FL 32806


Mercedes Benz of Paramus L766
755 Route 17 South
Paramus, NJ 07652-2984


Merchants Fleet Management
PO Box 414438
Boston, MA 02241-4438


Meridian Luxury
7912 Van Noord Ave. North
Hollywood, CA 91605


Michael Fogarty
47 Fatherland Drive
Byfield, MA 01922

Mid Michigan Limo
2442 North Five Mile Road
Midland, MI 48642


Midland Savings Bank
PO Box 2149
Gig Harbor, WA 98335


Midland Savings Bank


MIDSTATE LIMOUSINE
107 W. CASS STREET
Peoria, IL


MILLENNIUM LIMOUSINE
2200 Thurston Drive
Canada
Ottawa, Ontario K1G 6E1


MTL
888 Rue Berlier
Laval, Quebec, Canada H7L 4K5


Nagi Zaki
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


National Grid
PO Box 960
Northborough, MA 01532


NE Car Service
293 Proctor Ave
Revere, MA 02151


NICOS TOURING SVC
Nicholas Dujon
Davie, FL 33330


North Jersey Inspection Services
294 Adams Court
Wyckoff, NJ 07481

NORTH POINT TRANSPORATION
P.O. BOX 88128
Atlanta, GA 30356


NY-NJ Trailer Supply, Inc.
1401 Rt. 23 South
Butler, NJ 07405


NYG Limousine LLC
167 Lawrence Ave
Inwood, NY 11096


NYS Workers' Compensation Board
328 State Street
Schenectady, NY 12305


OAG
550 W Van Buren Street
Suite 1520
Chicago, IL 60607


OLYMPUS WORLDWIDE
5825 GLENRIDGE DRIVE
Atlanta, GA 30328


Omni Limousine
1401 Helm Drive
Las Vegas, NV 89119


Opal Business Solutions
608 E. McMurray Road
McMurray, PA 15317


Opdenaker Trash Removal Service, Inc.
8 Elm Ave.
Aston, PA 19014-1129


OREGON TOWNCAR SVC
P.O. BOX 14324
Portland, OR


Oscar Limousine
3464 Prairie Path
Bethpage, NY 11714

OTOMG ENTERPRISE INC
8303 24TH AVE
East Elmhurst, NY 11370


P and A Auto Parts
60 Franklin Tpke.
Mahwah, NJ 07430


PALM BEACH TOURS
800 23RD ST
West Palm Beach, FL 33407


PandaDoc
 101 California Street, Suite 3975
San Francisco, CA 94111


Paris Limousine
6550 SE 74th ST
Oklahoma City, OK 73135


PATRICIAN LIMO SER
2600 EAST GENESSE STREET
Syracuse, NY 13224


Patrick Pyle


Patriot Coach
21 Cumings Park
Woburn, MA 01801


Paul Pielka
Jeffrey W. Varcadipane
Varcadipane & Pinnisi PC
40 Wall Street, 28th Floor
New York, NY 10005


PEAK LIMOUSINE
6308 NORTHERN OAK DRIVE
Charlotte, NC


PetroChoice
PO Box 829604
Philadelphia, PA 19182-9604

Phillip Vargas
Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


PINNACLE CAR SERVICE
1 AIRPORT BLVD.
Suite 120
Bentonville, AR


PKF O'Connor Davies, LLP
300 Tice Blvd.
Woodcliff Lake, NJ 07677


Platinum Limousine Service
528 Broad Street, Suite 103
Sumter, SC 29150


PLATINUM VIP (WA)
605 18TH AVENUE WEST
Kirkland, WA 98033


Popeye Autoglas
58 Washington Ave
Paterson, NJ 07503


PRECISION LIMO (FL)
2983 Old Dixie Highway
Kissimmee, FL 34744


Premium Limousine (TX)
7901 Cameron Road
Building 3, Suite 287
Austin, TX 78754


PRESTIGE (CA)
14101 VALLEY HEART DRIVE
Sherman Oaks, CA 91423


PRESTIGE TRANSPORTATION  (CAN)
10135 31 Avenue, NW #105
Edmonton, Alberta Canada T6N 1C2

PRIME EXECUTIVE SVC
4124 WALNEY ROAD
Suite L
Chantilly, VA 20151


Proshred Security
152 Eagle Rock Ave.
Roseland, NJ 07068


QUEBEC LIMO
4745 Boul Des Cimes
Canada
Quebec, Quebec G2A 3Y2


RAMA LIMO/INTERNATIO
PO BOX 358
Pacentia, CA


ReadyRefresh by Nestle-Mahwah
PO Box 856192
Louisville, KY 40285-6192


Real Time Consultants, Inc.
777 Corporate Drive
Suite 1
Mahwah, NJ 07430


REGENCY TRANSPORTATION
1411 BEAVER AVE
Pittsburgh, PA 15233


Renee Del Rossi


RENO TAHOE LIMO (NV)
3200 MILL STREET
Suite A
Reno, NV


Reno Tahoe Limo (NV)
3200 Mill Street, Suite A
Reno, NV 89502

RK Tours SF
240 A Street
San Francisco, CA 94080


Ronald Smith
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


ROSE LIMOUSINE (NC)
11325 A NATIONS FORD RD
Pineville, NC


ROSEDALE LIVERY LIMITED
3687 NASHUA  DR  UNIT  12
Unit 12
Canada
Mississauga, Ontario L4V1R3


RUBY LIMOUSINE SVC
858 Route 46 West
Parsippany, NJ 07054


Rushway Limo
104 Lund Ave
Hayward, CA 94544


Rushway Limo
104 Lund Avenue
Hayward, CA 94544


Sanjay Budhoo
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


SC EXPRESS CHARLESTON
7319 Wilkinson Blvd. Belmontnc SC 28012


SC EXPRESS LIVERY
7319 Wilkinson Blvd. Belmont NC 28012 Un


Sentinel Benefits & Financial Group
100 Quannapowitt Parkway
Wakefield, MA 01880

```
SERENITY LIMOUSINE
12405 VENICE BLVD
Los Angeles, CA 90066


Serguei Akimov
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Shahid Diwan
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


Sherif Ibrahim
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York, NY 10022


SHUTTLE UP LLC (BUS)
38-17 CRESCENT STREET
Long Island City, NY 11101


SIGNATURE EXEC. CA
158 WEST PALM DRIVE
Arcadia, CA


SIGNtist
SIGNtist


SILVER FOX LIMO
5500 GRAND AVE
Pittsburgh, PA 15225


Simpluris
3194-C Airport Loop Drive
Costa Mesa, CA 92626


SPECIAL EVENT SVC.
396 PAUL COURT
West Hempstead, NY 11552


SPECIAL OCCASION (TX)
53 AUGUSTA DR.
Abilene, TX 79606
```

ST LOUIS TRANSPORTATION
13788 LAKEFRONT DR
Earth City, MO 63045


Star Limo (IL)
907 North Country Fair Drive
Champaign, IL 61821


STAR LIMO (MN)
7828 LEQUVE DRIVE SW
Rochester, MN


STAR LIMO(CANADA)
328 INDUSTRIAL AVE es
Canada
Vancouver, British Columbia V6A 2PS


Star2Star


Starr Indemnity & Liability Co.
PO Box 29133
New York, NY 10087


Stellar Limousine
47174 Dominic Street
Sioux Falls, SD 57107


Step Ahead Services
1647 Hwy 12118
Deerfield, WI 53531


Stephen Moreira


STERLING BLACK CAR
33712 VIA DE AGUA
San Juan Capistrano, CA 92675


SUNSET LIMOUSINE SVC
2375 MELODY LANE
Reno, NV 89612

SUPERIOR EXECUTIVE
405 CEDAR LANE
Virginia Beach, VA 23452


SuperVision
SuperVision


T-Mobile


Telephonetics
Telephonetics


TENNESSEE LIMOUSINE SERVICE, INC.
2555 POPLAR AVE
Memphis, TN


Teterboro Chrysler
469 Route 46
Little Ferry, NJ 07643


TGI Office Automation
951 Haddonfield Road
Cherry Hill, NJ 08002


Tim Rose
c/o Dolphin Transportation
3963 Progress Ave
Naples, FL 34104


TLA LIMOUSINE
713 NORTH 1ST STREET
Montebello, CA 90640


TOUCH OF CLASS LI(AL
901 PLANTATION WAY
Montgomery, AL


TOUCH OF CLASS(FRESNO)
1470 N. BLACKSTONE AVENUE
Fresno, CA

Transportation Technology Services, Inc.
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


Tristar Chauffeur Management
Addison Lee Inc.
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


Tristar Chauffeur Management
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


Tristar Services (US) Inc.
c/o American Limousine LLC
90 McKee Drive
Mahwah, NJ 07430


Tristate Trans
PO Box 1761
Rutland, VT 05701


Tuminos Towing
37 Emerson Street
Ridgefield Park, NJ 07660


TWINS LUXURY GROUP
9150 RUNNY MEADE ROAD
Jacksonville, FL


Twins Luxury Group
9150 Runny Meade Road
Jacksonville, FL 32257


UCS
1710 S. Amphlett Blvd.
San Mateo, CA 94402


UniFirst
UniFirst 3499 Rider Trail South
St. Louis, MO 63045

UNIQUE LIMO SVC
17120 VOSE STREET VAN NUYS CA
Van Nuys, CA


UNIVERSAL LIMO (CA)
2505 FRONT STREET
Suite A
Sacramento, CA


V&V
CARRERE 236822
Bogota, Colombia 111221


Valera Global
3636 33rd Street, Suite 308
Long Island, NY 11106


Verizon Wireless
PO Box 489
Newark, NJ 07101-0489


VIP LIMOUSINE (OMAHA
2318 S. 24TH STREET
Omaha, NE


VPLS
EvoDC/VPLS Dept LA 25225 Pasadena, CA 91
Pasadena, CA 91185


Waste Management of NJ, Inc.
Waste Management Northeast
Philadelphia, PA 19101-3648


Watchung Spring Water Co. Inc.
1900 Swarthmore Ave.
Lakewood, NJ 08701


WB Mason
P.O. Box 984401
Boston, MA 02298-1101


WHITE DIAMOND (IN)
2851 SOUTH PACKERTON ROAD
Warsaw, IN

```
WHITE KNIGHT (MI)
1720 WATERBURY DR. SE
Grand Rapids, MI 49508


Windels Marx
 Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019


WORLD TRAVEL MGMT
223 GUADALUPE
#498
Albuquerque, NM
```

# United States Bankruptcy Court
### District of New Jersey

In re    **American Limousine LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Limousine LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  8, 2021**

Date

**/s/ Dean G. Sutton, Esq.**

**Dean G. Sutton, Esq. DS-1910**

Signature of Attorney or Litigant

Counsel for    **American Limousine LLC**

**Dean G. Sutton, Esquire**

**18 Green Road**
**P.O. Box 187**
**Sparta, NJ 07871**
**973-729-8121 Fax:973-729-6685**