UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

American Limousine LLC

Case No.: 21-10121

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: May 11, 2021

Judge: SLM

## ADJOURNMENT REQUEST

1. I, _____Dean G. Sutton_____,

   ☒ am the attorney for: _____American Limousine LLC_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: May 11, 2021 @ 11:00 am

   New date requested: 6/8/21 @ 11:00 am

   Reason for adjournment request: I am requesting the Confirmation Hearing be adjourned to 7/13/21. I would be able to advise the Court of the status of my negotiations.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 29, 2021                                    /s/Dean G. Sutton
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 6/8/21 at 11:00 a.m.            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

new.9/23/15