<div style="text-align:center">

**Dean G. Sutton, Esquire**
**Attorney At Law**
**Board Certified**
**Consumer Bankruptcy Law**
**American Board of Certification**
-------------
**MAIN OFFICE**
**18 Green Rd**
**P.O. Box 187**
**Sparta. NJ 07871**
-------------
**(973)729-8121**
Fax (973) 729-6685
www.deansuttonlaw.com

</div>

*BERGEN COUNTY OFFICE*
**151 W. Passaic Street, 2ND floor**
**Rochelle Park, NJ 07662**

*MORRIS COUNTY OFFICE*
**181 New Road, Suite 201**
**Parsippany, NJ 07054**

May 3, 2021

**Sent Via E-Mail**
Honorable Stacey L. Meisel
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:   American Limousine LLC
   Case No. 21-10121
   Motion Objecting to Proof of Claim
   Hearing Date: May 4, 2021 @ 11:00 a.m.

Dear Judge Meisel,

 Please be advised that in review of PACER today I found that "no opposition" has been filed in regard to the above referenced Motion.

 Consequently, I believe this matter can be "decided on the papers" and therefore Counsel for the debtor will not be appearing at this Hearing.

 Thank you for your consideration in this matter.

<div style="margin-left:50%">
Respectfully Submitted,
/s/Dean G. Sutton
Dean G. Sutton
</div>

DGS/st
cc: Daniel H. Reiss, Esq.
   Bryan Schwartz, Esq.