|   |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> FOX ROTHSCHILD LLP <br> 49 Market Street <br> Morristown, NJ 07960-5122 <br> (973) 992-4800 <br> Michael R. Herz, Esq. <br> mherz@foxrothschild.com <br> *Attorneys for Mahwah Property Owner, LLC* |
| In Re: <br><br> AMERICAN LIMOUSINE, LLC <br><br><br><br> Debtors. |

Case No. 21-10121-SLM

Chapter 11 (Subchapter V)

Hon Stacey L. Meisel

## ADJOURNMENT REQUEST

1.     I, <u>Michael R. Herz,</u>

   ☒ am the attorney for: <u>Mahwah Property Owner, LLC</u>

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Motion of Mahwah Property Owner, LLC to Allow and Compel Payment of Administrative Expense Claim</u>

   Current hearing date and time: <u>May 11, 2021 at 11:00 am</u>

   New date requested: <u>June 8, 2021 at 11:00 am</u>

   Reason for adjournment request: <u>Parties are attempting to negotiate a resolution</u>

2.     Consent to Adjournment:

   x  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

122455664.1

I certify under penalty of perjury that the foregoing is true.

Date: May 5, 2021         /s/Michael R. Herz
                              Signature

**COURT USE ONLY:**

The request for adjournment is:

[X]  Granted          New hearing date: 6/8/11 at 11:00 a.m.         ☐ Peremptory

☐  Granted over objection(s)    New hearing date: _____       ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

122455664.1