Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10121−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
American Limousine LLC
dba RMA Worldwide Chauffeured
Transportation, dba Addison Lee, dba Flyte
Time Worldwide, dba American Limousine
Group LLC, dba Tristar
365 Rifle Camp Road
Suite 202
Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
81−4529449

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 7, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 165 − 140
ORDER RECLASSIFYING PROOF OF CLAIM (Related Doc # 140). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/6/2021. (ntp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 7, 2021
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 21-10121-SLM
American Limousine LLC                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                           Page 1 of 2
Date Rcvd: May 07, 2021             Form ID: orderntc                     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db  | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |
| cr  | + | Firstlease, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| cr  | + | Intellishift, 152 Veterans' Memorial Highway, Commack, NY 11725-3634 |
| cr  | + | Mahwah Property Owner, LLC, 120 Valley Road, Suite 200, Montclair, NJ 07042-2321 |
| cr  | + | Steven Bennett Blau, 129 Micki Drive, Morganville, NJ 07751-1668 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dpick@picklaw.net | May 07 2021 20:38:00 | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021             Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

**Name**            **Email Address**
Christian Del Toro
    on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com

Daniel H. Reiss

Case 21-10121-SLM    Doc 166    Filed 05/09/21    Entered 05/10/21 00:22:56    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: orderntc | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | |
| | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | |
| | dev.modi@lglmlaw.com |
| Douglas J. Pick | |
| | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |
| Dwayne Stanley | |
| | on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael R. Herz | |
| | on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com |
| Rosemarie E. Matera | |
| | on behalf of Creditor Steven Bennett Blau law@kmpclaw.com |
| Stephan Hornung | |
| | on behalf of Creditor M&T BANK hornung@lsellp.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13