# Dean G. Sutton, Esquire

**Attorney At Law**
Board Certified
Consumer Bankruptcy Law
American Board of Certification

**BERGEN COUNTY OFFICE**
151 W. Passaic Street, 2ND floor
Rochelle Park, NJ 07662

**MORRIS COUNTY OFFICE**
181 New Road, Suite 201
Parsippany, NJ 07054

-------------

**MAIN OFFICE**
18 Green Rd
P.O. Box 187
Sparta. NJ 07871

----------------

**(973)729-8121**
**Fax (973) 729-6685**
**www.deansuttonlaw.com**

May 10, 2021

**_Sent Via E-Mail_**

Honorable Stacey L. Meisel
US Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:   American Limousine LLC
             Case No. 21-10121/SLM
             Notice of Motion To Modify Order Rejecting Leases
             Hearing Date:  May 11, 2021 @ 11:00 am

Dear Judge Meisel,

Please be advised that in review of PACER this morning, I found that "no opposition" has been filed pertaining to the above referenced motion.

Therefore, I believe this matter can be "decided on the Papers" and therefore Counsel for the debtor will not be in attendance at this Hearing.

Thank you for your courtesies.

Respectfully submitted,
/s/Dean G. Sutton
Dean G. Sutton

DGS/st
Enclosure
cc: Peter J. D'Auria, Esq. – US Trustee's Office
    Dev Modi, Esq. Subchapter V  Chapter 11 Trustee