Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10121−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
American Limousine LLC
dba RMA Worldwide Chauffeured
Transportation, dba Addison Lee, dba Flyte
Time Worldwide, dba American Limousine
Group LLC, dba Tristar
365 Rifle Camp Road
Suite 202
Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
81−4529449

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/1/21 at 11:00 AM

to consider and act upon the following:

*169* − Motion for Relief from Stay. Receipt Number Paid, Fee Amount $ 188. Filed by Jon−Henry Barr on behalf of Stephen Moreira, Sr.. (Attachments: # 1 Application # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service # 5 Certification of No Compliance) (LVJ)

Dated: 5/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court