Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10121−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   American Limousine LLC
   dba RMA Worldwide Chauffeured
   Transportation, dba Addison Lee, dba Flyte
   Time Worldwide, dba American Limousine
   Group LLC, dba Tristar
   365 Rifle Camp Road
   Suite 202
   Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
   81−4529449

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/1/21 at 11:00 AM

to consider and act upon the following:

*169 −* Motion for Relief from Stay. Receipt Number Paid, Fee Amount $ 188. Filed by Jon−Henry Barr on behalf of Stephen Moreira, Sr.. (Attachments: # 1 Application # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service # 5 Certification of No Compliance) (LVJ)

Dated: 5/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
American Limousine LLC  
    Debtor

Case No. 21-10121-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 10, 2021     Form ID: ntchrgbk     Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |
| aty | + | Jon-Henry Barr, Barr and Associates, LLC, 21 Brant Avenue, Clark, NJ 07066-1567 |
| cr | + | Firstlease, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | Intellishift, 152 Veterans' Memorial Highway, Commack, NY 11725-3634 |
| cr | + | Mahwah Property Owner, LLC, 120 Valley Road, Suite 200, Montclair, NJ 07042-2321 |
| cr | + | Steven Bennett Blau, 129 Micki Drive, Morganville, NJ 07751-1668 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dpick@picklaw.net | May 10 2021 20:36:00 | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

**Name**     **Email Address**  
Christian Del Toro  
     on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 10, 2021 Form ID: ntchrgbk Total Noticed: 8

| | |
|---|---|
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |
| Dwayne Stanley | on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com |
| Elizabeth L. Wassall | on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael R. Herz | on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Rebecca K. McDowell | on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com |
| Rosemarie E. Matera | on behalf of Creditor Steven Bennett Blau law@kmpclaw.com |
| Stephan Hornung | on behalf of Creditor M&T BANK hornung@lsellp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13