UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1. I, _____,

   ☐  am the attorney for: _____,

   ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: _06/01/21 at 11:00 a.m._            ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*