| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>dean@deansuttonlaw.com<br>Attorney for Debtor(s) | Order Filed on May 12, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>American Limousine LLC | Case No.: 21-10121<br><br>Chapter: 11 (Subchapter V)<br><br>Hearing Date: May 11, 2021<br><br>Judge: Stacey L. Meisel |

### ORDER MODIFYING ORDER REJECTING LEASES

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: May 12, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: American Limousine LLC
Case No. 21-10121/SLM
Caption of Order: Order Modifying Order Rejecting Leases

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtor and Dean G. Sutton having appeared on the behalf of the Debtor and good cause having been shown;

1. The Order Authorizing Rejection of Leases as of January 8, 2021. Entered on January 15, 2021 is modified effective as of January 8, 2021 as follows:

2. The To Be Assumed Leases are hereby amended as follows:

   a. all lease payment obligations of the Debtor shall be deferred through May 31, 2021;

   b. pursuant to that certain deferral agreement entered into by the Parties, Merchants shall only charge the Debtor interest for the months of June through August of 2021, as such interest payments are set forth in Exhibit 1;

   c. as of September 1, 2021, the Debtor shall resume making full lease payment obligations as set forth in Exhibit 1;

   d. the term of the To Be Assumed Leases will convert in each instance to an open-end lease (24 months to $0 residual);

   e. at any time prior to the expiration of the term of the To Be Assumed Leases (as hereby amended), the Debtor may elect to buy out some or all of the automobiles associated with such leases for a sum (on an automobile by automobile basis) equal to the New Cap Cost (as set forth in Exhibit 1 (column K) hereto) less the sum of the lease principal/depreciation payment obligations (*i.e.*, excluding interest payments) made on account of such automobile subsequent to the assumption of its related lease plus such other fees and charges, if any, are made and provided under the To Be Assumed Leases;

   f. provided that the Debtor has timely made all lease payment obligations under the terms of the To Be Assumed Leases (as hereby amended), upon the expiration of the term of such leases the automobiles associated with such leases will become the property of the Debtor; and

Page 3
Debtor: American Limousine LLC
Case No. 21-10121/SLM
Caption of Order: Order Modifying Order Rejecting Leases

    g.    the Debtor shall surrender the 78 automobiles related to the Remaining Rejected Leases to Merchants at such location or locations as directed by Merchants.

3. Merchants and the Debtor retain all rights and remedies available to each with respect to any rejection damages claims asserted by Merchants on account of the Remaining Rejected Leases.

4. Nothing contained in the Rejection Motion, the Rejection Order, this Order, or any actions taken by the Debtor or Merchants pursuant to relief granted in this Order shall be construed as: (i) an admission as to the validity of any claims against the Debtor or (ii) a waiver or limitation of the rights of the Debtor or Merchants under the Bankruptcy Code or any other applicable law.

5. The terms and conditions of this Order shall be effective and immediately enforceable upon its entry by the Clerk of the Court notwithstanding any potential application of Bankruptcy Rule 6004(h) or otherwise. Furthermore, to the extent applicable, the stays imposed by Bankruptcy Rules 6003(b) and/or 6004(a) are hereby waived for good and sufficient cause. The requirements of Bankruptcy Rules 6003 and 6004, in each case to the extent applicable, are satisfied.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

Page 4
Debtor: American Limousine LLC
Case No. 21-10121/SLM
Caption of Order: Order Modifying Order Rejecting Leases

7.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order to the maximum extent allowed by law under the applicable circumstances.

# EXHIBIT 1

| Unit Number | Year | Make | Model | VIN | OLV | Quoted Customer NBV (12.31 Compute) | Quoted AR (12.31 Compute) | Quoted Amount (12.31 Compute) | Accept or Reject Status | New Cap Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 615725 | 2017 | Ford | E-450 | 1FDFE4FS0GDC11175 | 18500 | 10000.22 | 7874.36 | 17874.58 | Remain on Lease | $17,874.58 |
| 616326 | 2017 | Ford | F-550 | 1FDAF5GT5HEB94471 | 14000 | 16729.87 | 12371.57 | 29101.44 | Remain on Lease | $29,101.44 |
| 616327 | 2017 | Ford | F-550 | 1FDAF5GT0HEB94474 | 9500 | 16729.87 | 12371.57 | 29101.44 | Remain on Lease | $29,101.44 |
| 616329 | 2017 | Ford | F-550 | 1FDAF5GT3HEC24180 | 21000 | 16729.87 | 12371.57 | 29101.44 | Remain on Lease | $29,101.44 |
| 616330 | 2017 | Ford | F-550 | 1FDAF5GT7HEB94472 | 17500 | 16729.87 | 12371.57 | 29101.44 | Remain on Lease | $29,101.44 |
| 616331 | 2017 | Ford | F-550 | 1FDAF5GT0HEC34830 | 16500 | 16729.87 | 12371.57 | 29101.44 | Remain on Lease | $29,101.44 |
| 618802 | 2017 | Cadillac | XTS | 2G61U5S36H9198794 | 11500 | 6037.73 | 4878.92 | 10916.65 | Remain on Lease | $10,916.65 |
| 618964 | 2017 | Cadillac | Escalade | 1GYS4GKJ5HR343965 | 22000 | 10438.44 | 7176.86 | 17615.3 | Remain on Lease | $17,615.30 |
| 618965 | 2017 | Cadillac | Escalade | 1GYS4GK16HR339309 | 22000 | 10438.44 | 7176.86 | 17615.3 | Remain on Lease | $17,615.30 |
| 618966 | 2017 | Cadillac | Escalade | 1GYS4GKJ0HR363766 | 15000 | 10456.26 | 7570.69 | 18026.95 | Remain on Lease | $18,026.95 |
| 619034 | 2018 | Cadillac | XTS | 2G61U5S33J9127686 | 12000 | 9275.07 | 5065.64 | 14340.71 | Remain on Lease | $14,340.71 |
| 619040 | 2018 | Cadillac | XTS | 2G61U5S33J9128854 | 13000 | 9275.07 | 5065.64 | 14340.71 | Remain on Lease | $14,340.71 |
| 619041 | 2018 | Cadillac | XTS | 2G61U5S3XJ9127488 | 11000 | 9275.07 | 5065.64 | 14340.71 | Remain on Lease | $14,340.71 |
| 619382 | 2018 | Cadillac | XTS | 2G61U5S35J9128029 | 13300 | 7744.77 | 4872.76 | 12617.53 | Remain on Lease | $12,617.53 |
| 619384 | 2018 | Cadillac | XTS | 2G61U5S32J9128862 | 13000 | 7744.77 | 4872.76 | 12617.53 | Remain on Lease | $12,617.53 |
| 619445 | 2018 | Cadillac | Escalade | 1GYS4GKJ1JR125091 | 32000 | 12304.02 | 7388.94 | 19692.96 | Remain on Lease | $19,692.96 |
| 619446 | 2018 | Cadillac | Escalade | 1GYS4GKJ0JR120819 | 31000 | 12304.02 | 7375.39 | 19679.41 | Remain on Lease | $19,679.41 |
| 619447 | 2018 | Cadillac | Escalade | 1GYS4GKJ1JR123499 | 25000 | 12283.93 | 7750.83 | 20034.76 | Remain on Lease | $20,034.76 |
| 619448 | 2018 | Cadillac | Escalade | 1GYS4GKXJR120620 | 31000 | 12283.93 | 7750.83 | 20034.76 | Remain on Lease | $20,034.76 |
| 619449 | 2018 | Cadillac | Escalade | 1GYS4GKJ6JR142789 | 27000 | 14521 | 7672.12 | 22193.12 | Remain on Lease | $22,193.12 |
| 619450 | 2018 | Cadillac | Escalade | 1GYS4GKJ7JR142851 | 27000 | 14521 | 7686.62 | 22207.62 | Remain on Lease | $22,207.62 |
| 619451 | 2018 | Chevrolet | Suburban | 1GNSKGKC0JR150195 | 19000 | 10235.27 | 5304.15 | 15539.42 | Remain on Lease | $15,539.42 |
| 619453 | 2018 | Chevrolet | Suburban | 1GNSKGKC6JR150248 | 15000 | 10220.49 | 5298.2 | 15518.69 | Remain on Lease | $15,518.69 |
| 619454 | 2018 | Chevrolet | Suburban | 1GNSKGKC9JR151457 | 15500 | 10252.88 | 5311.3 | 15564.18 | Remain on Lease | $15,564.18 |
| 619455 | 2018 | Chevrolet | Suburban | 1GNSKGKC8JR151756 | 19000 | 10252.88 | 5311.3 | 15564.18 | Remain on Lease | $15,564.18 |
| 619456 | 2018 | Chevrolet | Suburban | 1GNSKGKC3JR150191 | 17000 | 10220.49 | 5298.2 | 15518.69 | Remain on Lease | $15,518.69 |
| 619457 | 2018 | Chevrolet | Suburban | 1GNSKGKC1JR151422 | 18000 | 10220.49 | 5298.2 | 15518.69 | Remain on Lease | $15,518.69 |
| 619459 | 2018 | Chevrolet | Suburban | 1GNSKGKC5JR151147 | 14500 | 10235.27 | 5304.15 | 15539.42 | Remain on Lease | $15,539.42 |
| 619460 | 2018 | Chevrolet | Suburban | 1GNSKGKC5JR150144 | 15500 | 10220.49 | 5298.2 | 15518.69 | Remain on Lease | $15,518.69 |
| 627451 | 2018 | Cadillac | XTS | 2G61U5S36J9148824 | 12500 | 11389.14 | 4715.53 | 16104.67 | Remain on Lease | $16,104.67 |

| Deferral Agreement Interest Rate | Deferral Interest (per Month) | New Term | New Interest Rate | Residual | New Monthly Payment |
|---|---|---|---|---|---|
| 5% | $74.48 | 24 | 5% | $0.00 | $780.98 |
| 5% | $121.26 | 24 | 5% | $0.00 | $1,271.42 |
| 5% | $121.26 | 24 | 5% | $0.00 | $1,271.42 |
| 5% | $121.26 | 24 | 5% | $0.00 | $1,271.42 |
| 5% | $121.26 | 24 | 5% | $0.00 | $1,271.42 |
| 5% | $45.49 | 24 | 5% | $0.00 | $476.94 |
| 5% | $73.40 | 24 | 5% | $0.00 | $769.60 |
| 5% | $73.40 | 24 | 5% | $0.00 | $769.60 |
| 5% | $75.11 | 24 | 5% | $0.00 | $787.59 |
| 5% | $59.75 | 24 | 5% | $0.00 | $626.54 |
| 5% | $59.75 | 24 | 5% | $0.00 | $626.54 |
| 5% | $52.57 | 24 | 5% | $0.00 | $551.25 |
| 5% | $52.57 | 24 | 5% | $0.00 | $551.25 |
| 5% | $82.05 | 24 | 5% | $0.00 | $860.37 |
| 5% | $82.00 | 24 | 5% | $0.00 | $859.78 |
| 5% | $83.48 | 24 | 5% | $0.00 | $875.31 |
| 5% | $83.48 | 24 | 5% | $0.00 | $875.31 |
| 5% | $92.47 | 24 | 5% | $0.00 | $969.60 |
| 5% | $92.53 | 24 | 5% | $0.00 | $970.24 |
| 5% | $64.75 | 24 | 5% | $0.00 | $678.91 |
| 5% | $64.66 | 24 | 5% | $0.00 | $678.00 |
| 5% | $64.85 | 24 | 5% | $0.00 | $679.99 |
| 5% | $64.66 | 24 | 5% | $0.00 | $678.00 |
| 5% | $64.66 | 24 | 5% | $0.00 | $678.00 |
| 5% | $64.66 | 24 | 5% | $0.00 | $678.00 |
| 5% | $64.75 | 24 | 5% | $0.00 | $678.91 |
| 5% | $67.10 | 24 | 5% | $0.00 | $703.60 |

| ID | Year | Make | Model | VIN | Col6 | Col7 | Col8 | Col9 | Status | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 627452 | 2018 | Cadillac | XTS | 2G61U5S36J9149231 | 12500 | 11389.14 | 4715.53 | 16104.67 | Remain on Lease | $16,104.67 |
| 627859 | 2018 | Cadillac | XTS | 2G61U5S37J9153854 | 11000 | 14395.27 | 5121.44 | 19516.71 | Remain on Lease | $19,516.71 |
| 627878 | 2018 | Cadillac | XTS | 2G61U5S38J9148386 | 12600 | 10995.82 | 5065.64 | 16061.46 | Remain on Lease | $16,061.46 |
| 627879 | 2018 | Cadillac | XTS | 2G61U5S39J9149434 | 10500 | 10995.82 | 5065.64 | 16061.46 | Remain on Lease | $16,061.46 |
| 627880 | 2018 | Cadillac | XTS | 2G61U5S3XJ9148213 | 1500 | 10995.82 | 5065.64 | 16061.46 | Remain on Lease | $16,061.46 |
| 627883 | 2018 | Cadillac | XTS | 2G61U5S30J9149662 | 10000 | 10995.82 | 5065.64 | 16061.46 | Remain on Lease | $16,061.46 |
| 628075 | 2018 | Cadillac | Escalade | 1GYS4CKJ2JR131670 | 22000 | 26640.98 | 8729.32 | 35370.3 | Remain on Lease | $35,370.30 |
| 628641 | 2018 | Cadillac | XTS | 2G61U5S36J9123860 | 11800 | 10195.83 | 5207.84 | 15403.67 | Remain on Lease | $15,403.67 |
| 628643 | 2018 | Cadillac | XTS | 2G61U5S30J9126284 | 12500 | 10195.83 | 5207.84 | 15403.67 | Remain on Lease | $15,403.67 |
| 628644 | 2018 | Cadillac | XTS | 2G61U5S36J9126404 | 10500 | 10195.83 | 5207.84 | 15403.67 | Remain on Lease | $15,403.67 |
| 628647 | 2018 | Cadillac | XTS | 2G61U5S30J9139519 | 10500 | 10281.8 | 5207.84 | 15489.64 | Remain on Lease | $15,489.64 |
| 628649 | 2018 | Cadillac | XTS | 2G61U5S3XJ9126003 | 10200 | 10281.8 | 5207.84 | 15489.64 | Remain on Lease | $15,489.64 |
| 628650 | 2018 | Cadillac | XTS | 2G61U5S36J9125396 | 10200 | 10281.8 | 5207.84 | 15489.64 | Remain on Lease | $15,489.64 |
| 628704 | 2018 | Cadillac | XTS | 2G61U5S35J9136146 | 11000 | 10178.92 | 5219.84 | 15398.76 | Remain on Lease | $15,398.76 |
| 628706 | 2018 | Cadillac | XTS | 2G61U5S36J9138276 | 13500 | 10178.92 | 5219.84 | 15398.76 | Remain on Lease | $15,398.76 |
| 628815 | 2018 | Cadillac | XTS | 2G61U5S3XJ9125885 | 11500 | 10159.52 | 5151.84 | 15311.36 | Remain on Lease | $15,311.36 |
| 634303 | 2018 | Mercedes-Benz | S560 | WDDUG8DB2JA040621 | 41000 | 33585.62 | 8925.17 | 42510.79 | Remain on Lease | $42,510.79 |
| 634304 | 2018 | Mercedes-Benz | S560 | WDDUG8DB5JA399920 | 41000 | 33585.62 | 8742.52 | 42328.14 | Remain on Lease | $42,328.14 |
| 635675 | 2018 | Cadillac | XTS | 2G61U5S32J9149758 | 12800 | 19480.9 | 5415.19 | 24896.09 | Remain on Lease | $24,896.09 |
| 635676 | 2018 | Cadillac | XTS | 2G61U5S35J9148443 | 11500 | 12335.74 | 5415.19 | 17750.93 | Remain on Lease | $17,750.93 |
| 635677 | 2018 | Cadillac | XTS | 2G61U5S32J9149341 | 12800 | 19480.9 | 5415.19 | 24896.09 | Remain on Lease | $24,896.09 |
| 635678 | 2018 | Cadillac | XTS | 2G61U5S38J9156214 | 11500 | 12335.74 | 5415.19 | 17750.93 | Remain on Lease | $17,750.93 |
| 636401 | 2018 | Mercedes-Benz | S560 | WDDUG8GB9JA401227 | 35000 | 36684.71 | 8819.53 | 45504.24 | Remain on Lease | $45,504.24 |
| 637202 | 2016 | Ford | E-450 | 1FDFE4FS7GDC56971 | 18000 | 27371.38 | 8643.84 | 36015.22 | Remain on Lease | $36,015.22 |
| 637203 | 2016 | Ford | E-450 | 1FDFE4FS9GDC56972 | 18000 | 27371.38 | 8643.84 | 36015.22 | Remain on Lease | $36,015.22 |
| 637204 | 2016 | Ford | E-450 | 1FDFE4FS1GDC11184 | 16500 | 27371.38 | 8643.84 | 36015.22 | Remain on Lease | $36,015.22 |
| 639459 | 2018 | Lincoln | Navigator | 5LMJJ3HT8JEL04269 | 26500 | 29567.04 | 9020.71 | 38587.75 | Remain on Lease | $38,587.75 |
| 639460 | 2018 | Lincoln | Navigator | 5LMJJ3HT4JEL04270 | 26500 | 30163.56 | 9020.71 | 39184.27 | Remain on Lease | $39,184.27 |
| 639461 | 2018 | Lincoln | Navigator | 5LMJJ3HT3JEL04275 | 27000 | 30163.56 | 8964.76 | 39128.32 | Remain on Lease | $39,128.32 |
| 639463 | 2018 | Lincoln | Navigator | 5LMJJ3HTXJEL04273 | 24000 | 30163.56 | 9020.71 | 39184.27 | Remain on Lease | $39,184.27 |
| 639464 | 2018 | Lincoln | Navigator | 5LMJJ3HT6JEL04271 | 25500 | 30163.56 | 8964.76 | 39128.32 | Remain on Lease | $39,128.32 |
| 639603 | 2018 | Ford | Transit 350H | 1FBVU4XG0JKB35588 | 21000 | 17514.76 | 5854.04 | 23368.8 | Remain on Lease | $23,368.80 |
| 639628 | 2018 | Ford | Transit 350H | 1FBVU4XG6JKB35613 | 19000 | 17514.76 | 5854.04 | 23368.8 | Remain on Lease | $23,368.80 |
| 639632 | 2018 | Ford | Transit 350H | 1FBVU4XG3JKB35617 | 19000 | 17514.76 | 5854.04 | 23368.8 | Remain on Lease | $23,368.80 |

| | | | | | |
|---|---|---|---|---|---|
| 5% | $67.10 | 24 | 5% | $0.00 | $703.60 |
| 5% | $81.32 | 24 | 5% | $0.00 | $852.67 |
| 5% | $66.92 | 24 | 5% | $0.00 | $701.71 |
| 5% | $66.92 | 24 | 5% | $0.00 | $701.71 |
| 5% | $66.92 | 24 | 5% | $0.00 | $701.71 |
| 5% | $66.92 | 24 | 5% | $0.00 | $701.71 |
| 5% | $147.38 | 24 | 5% | $0.00 | $1,545.31 |
| 5% | $64.18 | 24 | 5% | $0.00 | $672.98 |
| 5% | $64.18 | 24 | 5% | $0.00 | $672.98 |
| 5% | $64.18 | 24 | 5% | $0.00 | $672.98 |
| 5% | $64.54 | 24 | 5% | $0.00 | $676.73 |
| 5% | $64.54 | 24 | 5% | $0.00 | $676.73 |
| 5% | $64.54 | 24 | 5% | $0.00 | $676.73 |
| 5% | $64.16 | 24 | 5% | $0.00 | $672.76 |
| 5% | $64.16 | 24 | 5% | $0.00 | $672.76 |
| 5% | $63.80 | 24 | 5% | $0.00 | $668.94 |
| 5% | $177.13 | 24 | 5% | $0.00 | $1,857.27 |
| 5% | $176.37 | 24 | 5% | $0.00 | $1,849.29 |
| 5% | $103.73 | 24 | 5% | $0.00 | $1,087.69 |
| 5% | $103.73 | 24 | 5% | $0.00 | $1,087.69 |
| 5% | $73.96 | 24 | 5% | $0.00 | $775.53 |
| 5% | $73.96 | 24 | 5% | $0.00 | $775.53 |
| 5% | $189.60 | 24 | 5% | $0.00 | $1,988.05 |
| 5% | $150.06 | 24 | 5% | $0.00 | $1,573.48 |
| 5% | $150.06 | 24 | 5% | $0.00 | $1,573.48 |
| 5% | $160.78 | 24 | 5% | $0.00 | $1,685.87 |
| 5% | $163.27 | 24 | 5% | $0.00 | $1,709.49 |
| 5% | $163.03 | 24 | 5% | $0.00 | $1,709.49 |
| 5% | $163.27 | 24 | 5% | $0.00 | $1,711.94 |
| 5% | $163.03 | 24 | 5% | $0.00 | $1,711.94 |
| 5% | $97.37 | 24 | 5% | $0.00 | $1,020.97 |
| 5% | $97.37 | 24 | 5% | $0.00 | $1,020.97 |
| 5% | $97.37 | 24 | 5% | $0.00 | $1,020.97 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 639633 | 2018 Ford | Transit 350HD | 1FBVU4XG5JKB35618 | 16500 | 17514.76 | 5854.04 | 23368.8 | Remain on Lease | $23,368.80 |
| 642745 | 2018 Ford | F-550 | 1FDAF5GT3JEB44268 | 21500 | 50900.45 | 14571.84 | 65472.29 | Remain on Lease | $65,472.29 |
| 642746 | 2018 Ford | F-550 | 1FDAF5GT7JEB44273 | 18000 | 50900.45 | 14571.84 | 65472.29 | Remain on Lease | $65,472.29 |

| | | |
|---|---|---|
| 5% | $272.80 | 24 | 5% | $0.00 | $2,860.44 |
| 5% | $272.80 | 24 | 5% | $0.00 | $2,860.44 |
| 5% | $97.37 | 24 | 5% | $0.00 | $1,020.97 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 21-10121-SLM
American Limousine LLC                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 2
Date Rcvd: May 12, 2021           Form ID: pdf903          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 12, 2021 | Form ID: pdf903 | Total Noticed: 2

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK
    ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13