| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1 |

Douglas J. Pick, Esq.
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel. No.: (212) 695-6000
Fax No.: (212) 695-6007
E-mail: dpick@picklaw.net

*Counsel to Lancer Insurance Company*

**Order Filed on May 17, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Case No. 21-10121 (SLM) |
| --- | --- |
| AMERICAN LIMOUSINE LLC, | Chapter 11 (Subchapter V) |
| Debtor. | Judge Stacey L. Meisel |

## STIPULATION EXTENDING TIME TO OBJECT TO THE PLAN AND TO VOTE TO ACCEPT OR REJECT THE PLAN

W H E R E A S:

1. On January 8, 2021 (the "Petition Date"), the Debtor filed a petition for relief under Subchapter V of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Thereafter, the Debtor continued to operate its business and manage its property pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. The Debtor is a limited liability company engaged in the business of owning and operating a chauffeured transportation service for Fortune 500 companies.

3. On April 1, 2021, the Debtor filed a Small Business Subchapter V Plan (ECF No. 141).

4. Pursuant to Court Order dated April 5, 2021 (ECF No. 146), the Court set May 4, 2021 as the last day for both filing and serving written objections to the confirmation of

**DATED: May 17, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

the Plan and for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a). A hearing was tentatively scheduled for May 11, 2021 to consider confirmation. A hearing on confirmation of the Plan has been adjourned to July 13, 2021.

5. Counsel to Lancer Insurance Company ("Lancer") and Counsel to the Debtor have conferred with each other and have agreed to extend BOTH the last date for Lancer to file an objection to the Plan and to vote to accept or reject the Plan to and including July 6, 2021.

**THUS, IT IS HEREBY STIPULATED AND AGREED** that Lancer's time to both object to the confirmation of the Plan and to cast a ballot in acceptance or rejection of the Plan is hereby extended through and including July 6, 2021.

Dated: New York, New York
April 29, 2021

Counsel to the Debtor

_____
Dean G. Sutton, Esq.
18 Green Road
Sparta, NJ 07871
(973) 729-8121

Counsel to Lancer Insurance Company

PICK & ZABICKI LLP

By: _____
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 695-6000