| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1 |
| Douglas J. Pick, Esq.<br>**PICK & ZABICKI LLP**<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>Tel. No.: (212) 695-6000<br>Fax No.: (212) 695-6007<br>E-mail: dpick@picklaw.net<br><br>*Counsel to Lancer Insurance Company* |

Order Filed on May 17, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In re: | Case No. 21-10121 (SLM) |
|---|---|
| AMERICAN LIMOUSINE LLC, | Chapter 11 (Subchapter V) |
| Debtor. | Judge Stacey L. Meisel |

## STIPULATION EXTENDING TIME TO OBJECT TO THE PLAN AND TO VOTE TO ACCEPT OR REJECT THE PLAN

**W H E R E A S:**

1. On January 8, 2021 (the "Petition Date"), the Debtor filed a petition for relief under Subchapter V of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Thereafter, the Debtor continued to operate its business and manage its property pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. The Debtor is a limited liability company engaged in the business of owning and operating a chauffeured transportation service for Fortune 500 companies.

3. On April 1, 2021, the Debtor filed a Small Business Subchapter V Plan (ECF No. 141).

4. Pursuant to Court Order dated April 5, 2021 (ECF No. 146), the Court set May 4, 2021 as the last day for both filing and serving written objections to the confirmation of

**DATED: May 17, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

the Plan and for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a). A hearing was tentatively scheduled for May 11, 2021 to consider confirmation. A hearing on confirmation of the Plan has been adjourned to July 13, 2021.

5. Counsel to Lancer Insurance Company ("Lancer") and Counsel to the Debtor have conferred with each other and have agreed to extend BOTH the last date for Lancer to file an objection to the Plan and to vote to accept or reject the Plan to and including July 6, 2021.

**THUS, IT IS HEREBY STIPULATED AND AGREED** that Lancer's time to both object to the confirmation of the Plan and to cast a ballot in acceptance or rejection of the Plan is hereby extended through and including July 6, 2021.

Dated: New York, New York
April 29, 2021

Counsel to the Debtor

_____
Dean G. Sutton, Esq.
18 Green Road
Sparta, NJ 07871
(973) 729-8121

Counsel to Lancer Insurance Company

PICK & ZABICKI LLP

By: _____
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 695-6000

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Dwayne Stanley
 on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
 on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK
 ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
 on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
 on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
 on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
 on behalf of Creditor M&T BANK hornung@lsellp.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13