Barry J. Roy, Esq.
**RABINOWITZ, LUBETKIN & TULLY, LLC**
23 Eisenhower Parkway, Suite 100
Livingston, New Jersey  07039
Tel. No.:   (973) 597-9100
Fax No.:   (973) 597-9119
E-mail:    broy@rltlawfirm.com
*Local counsel to Lancer Insurance Company*

*-and-*

Douglas J. Pick, Esq.
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel. No.:   (212) 695-6000
Fax No.:   (212) 695-6007
E-mail:    dpick@picklaw.net
*Counsel to Lancer Insurance Company*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>                    Debtors. | Case No. 21-10121 (SLM)<br><br>Chapter 11 (Subchapter V)<br><br>Judge Stacey L. Meisel |

**CERTIFICATION OF SERVICE**

1.     I, Eric C. Zabicki:

☒ represent Lancer Insurance Company in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents _____, in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.     On May 24, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the annexed chart in the manner set forth thereon:  Notice of Motion to

Approve Agreement Between the Debtor and Lancer Insurance Company; Certification

in Support of Motion to Approve Agreement Between the Debtor and Lancer Insurance

Company; and (proposed) Order Approving Agreement Between the Debtor and Lancer

Insurance Company.

3.      I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated: May 24, 2021

_____

ERIC C. ZABICKI

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Limousine LLC<br>365 Rifle Camp Road, Suite 202<br>Woodland Park, NJ 07424 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: _____<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Dean G. Sutton, Esq.<br>18 Green Road<br>P.O. Box 187<br>Sparta, NJ 07871 | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Devanshu L. Modi, Esq.<br>Lyon, Glassman, Leites & Modi, LLC<br>215 Ridgedale Avenue<br>P.O. Box 409<br>Florham Park, NJ 07932 | Subchapter V Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Stephan E. Hornung, Esq.<br>Luskin, Stern & Eisler LLP<br>50 Main Street<br>White Plains, NY 10606 | Counsel to M& Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Rosemarie E. Matera, Esq.<br>Kurtzman Matera, P.C.<br>80 Red Schoolhouse Road, Suite 100<br>Chestnut Ridge, NY 10977 | Counsel to Steven Blau | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |
| Dwayne F. Stanley, Esq.<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105 | Counsel to Merchants Automotive Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway, Suite 300<br>Cherry Hill, NJ 08034 | Counsel to FirstLease | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |
| Daniel H. Reiss, Esq.<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Boulevard Suite 1700<br>Los Angeles, CA 90067 | Counsel for Joselito R. Dela Cruz and Jeff Pangilinan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |
| Christian Del Toro, Esq.<br>Martone and Uhlmann, P.C.<br>777 Passaic Avenue<br>Clifton, NJ 07012 | Counsl to Dynasty Auto Body Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel to Intellishift | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (As authorized by the court or by rule.  Cite the rule if applicable.) |