# RABINOWITZ, LUBETKIN & TULLY, L.L.C.

ATTORNEYS AT LAW

JONATHAN I. RABINOWITZ*
JAY L. LUBETKIN ∆
MARY ELLEN TULLY, RETIRED
BARRY J. ROY*□
JEFFREY A. COOPER*
HENRY M. KARWOWSKI*
LAURA E. QUINN*
JOHN J. HARMON*

293 EISENHOWER PARKWAY • SUITE 100
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 597-9100
FACSIMILE: (973) 597-9119
WWW.RLTLAWFIRM.COM

* MEMBER NJ & NY BARS
∆ MEMBER NJ & GA BARS
□ MEMBER MA BAR

May 26, 2021

**VIA ECF**

To all Parties Listed on the Service List

Re:   In re American Limousine LLC
      Case No. 21-10121 (SLM)

      **Motion to Approve Agreement Between the Debtor and Lancer Insurance Company**
      **Hearing Date: June 22, 2021 at 11:00 a.m.**

Dear Sir/Madam:

This office represents Lancer Insurance Company in connection with the above referenced bankruptcy proceeding. Please be advised that the Motion to Approve Agreement Between the Debtor and Lancer Insurance Company, which was originally noticed for a hearing on June 22, 2021 at 10:00 a.m., will, in fact, be held on that same date at 11:00 a.m. before the Honorable Stacey L. Meisel.

Very truly yours,

RABINOWITZ, LUBETKIN & TULLY, LLC

Barry J. Roy

BJR:jc
cc:    Attached Service List

American Limousine LLC
365 Rifle Camp Road, Suite 202
Woodland Park, NJ  07424

Dean G. Sutton, Esq.
18 Green Road
PO Box 187
Sparta, NJ  07871

Devanshu L. Modi, Esq.
Lyon Glassman Leites & Modi, LLC
215 Ridgedale Avenue
PO Box 409
Florham Park, NJ  07932

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

Stephen E. Hornung, Esq.
Luskin Stern & Eisler, LLP
50 Main Street
White Plains, NY  10606

Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
80 Red Schoolhouse Road, Suite 100
Chestnut Ridge, NY  10977

Dwayne F. Stanley, Esq.
Husch Blackwell, Esq.
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Rebecca K. McDowell, Esq.
Saldutti Law Group
800 N. Kings Highway, Suite 300
Cherry Hill, NJ  08034

Daniel H. Reiss, Esq.
Levene Neale Bender Yoo & Brill, LLP
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067

Christian Del Toro, Esq.
Martone and Uhlmann, P.C.
777 Passaic Avenue
Clifton, NJ  07012

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106