UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on May 26, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Judge: Stacey L. Meisel

# ORDER SETTING DEADLINES FOR RESCHEDULED CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 26, 2021

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: American Limousine LLC
Case No. 21-10121
Caption of Order: Order Setting Deadlines for Rescheduled Confirmation Hearing

This matter having been opened to the Court by American Limousine LLC, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11 on April 1, 2021, and the Confirmation Hearing originally scheduled for May 11, 2021 @ 11:00 a.m. having been adjourned; it is

ORDERED, and notice is hereby given, that

A. July 6, 2021 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

B. July 6, 2021 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR-3018(a).

C. A hearing will be scheduled for July 13, 2021 @ 11:00 a.m. for Confirmation of the Plan before the Honorable Stacey L. Meisel, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102 in Courtroom A.