UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:  21-10121 (SLM) |
| AMERICAN LIMOUSINE LLC, | Chapter: 7 |
| | Judge:  Meisel |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Lancer Insurance Company ("Lancer", a creditor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**   Martin Luther King, Jr. Federal Building
50 Walnut Street, Third Floor
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on June 22, 2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3A, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Prior to the Petition Date, Lancer issued a commercial automobile insurance policy to or on behalf of the Debtor providing insurance coverage for certain vehicles utilized by the Debtor in its operations (Policy No. BA159499#16) (the "Pre-Petition Policy"). In December 2020, the Debtor and Lancer entered into a Deductible Security Agreement, pursuant to which, among other things, the Debtor agreed to maintain a "Security Fund" in the amount of not less than $973,107 (in cash or a letter(s) of credit) for the purposes of, among other things, reimbursing Lancer for payment of any deductible amounts made on account of claims made under the Pre-Petition Policy. The Deductible Security Agreement further provides that the amount of the Security Fund is subject to adjustment so as to be in an amount at least equal to Lancer's best estimate of its losses and expenses on open claims under the Pre-Petition Policy. As of the Petition Date, pursuant to the Pre-Petition Policy and/or the Deductible Security Agreement, the Debtor owed Lancer: (a) not less than $119,732.78 for reimbursement of deductible amounts on paid claims and (b) not less than $337,296.31 for additional collateral required to bring the Security Fund to its minimum contractual level. On February 24, 2021, Lancer filed a proof of claim in

this case (Claim No. 17) in the total amount of $457,029.09 on account of the above-referenced obligations (the "Lancer Claim").

1. **Pertinent terms of settlement:** Subsequent to the Petition Date, the Debtor and Lancer engaged in extensive arms-length discussions and negotiations with the assistance of their respective attorneys as to mutually agreeable terms of continued insurance coverage by Lancer and the satisfaction of the Lancer Claim over time. As a result of those discussions, the Debtor executed a certain Addendum No. 2 to Deductible Security Agreement (the "Policy Addendum"). The material provisions of the Policy Addendum are as follows.

(a) The Pre-Petition Policy shall be cancelled effective as of May 1, 2021;

(b) Lancer shall issue a new commercial automobile insurance policy (Policy No. BA159499#17) (the "New Policy"), effective May 1, 2021 to September 16, 2021;

(c) The "Claim Deductible Amounts" under the New Policy payable by the Debtor will be $25,000 (down from $200,000 under the Pre-Petition Policy);

(d) As a result of the reduction of the Claim Deductible Amounts under the New Policy, there will be an additional premium charge of $2,900 per unit on an annualized basis. Any existing premium credits, and any premium credits that are generated by the cancellation of the Pre-Petition Policy, will be applied to the New Policy, and the premium balance owed will be billed monthly until September 2021. Any monthly premium balance owed by the Debtor shall be in addition to the monthly payments to be made by the Debtor as set forth in subsections (g) and (h), below;

(e) In the event that the unit count under the New Policy increases above 80 units before September 2021, Lancer reserves the right to cancel/rewrite the New Policy if deemed necessary by Lancer in its sole and exclusive discretion;

(f) The September 16, 2021 renewal of the New Policy will be underwritten in the normal course of business;

(g) In connection with: (i) the amount currently owed by the Debtor to Lancer for prior paid claims which as of April 30, 2021 totaled $120,365.78 and (ii) the additional security amount to $359,317.46 required pursuant to the Deductible Security Agreement required the Debtor to maintain a "Security Fund" of not less than $973,107, Lancer will draw down $50,000 from the existing Security Fund and apply that money to the current outstanding balance for prior paid claims. Additionally, in order to be current with the prior paid claims and to bring the amount owed by the Debtor into compliance with the minimum Security Fund required under the

Deductible Security Agreement, the Debtor will make the following payments:

  (1) Beginning on May 15, 2021, the Debtor will pay to Lancer not less than $15,000/month on the 15th of every month in perpetuity toward the remaining balance owed for paid claims and additional security due, until paid claims are current and the Security Fund reaches the required amount as set forth in the Deductible Billing Statements; and

  (2) The $15,000 monthly payment shall be in addition to the "new paids", or what becomes currently due in each month going forward as set forth in subparagraph (h), below;

(h) The Debtor, on a going forward basis, shall additionally pay to Lancer new and/or current paid claims that come due under the Deductible Security Agreement as such amounts become due, on or before the 15th of every month, subject to a monthly cap of $25,000. If the amount owed for new or currently paid claims in any one month exceeds the $25,000 cap, the balance that exceeds that cap shall roll over to the following month until it is fully paid; and

In the event of a failure and/or default by the Debtor to make any of the required payment obligations set forth in subparagraphs (d), (g) and (h), above, Lancer shall have the right, in its sole and exclusive discretion, to exercise the remedies available to Lancer set forth in the New Policy and in Section 5 of the Deductible Security Agreement entitled "Remedies", without the need to seek any relief from the automatic stay from the Bankruptcy Court in the Debtor's chapter 11 case.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry J. Roy, Esq.

Address: Rabinowitz Lubetkin & Tully LLC, 203 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039

Telephone No.: (973) 597-9100

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 9 |
| Date Rcvd: May 25, 2021 | Form ID: pdf905 | Total Noticed: 401 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |
| aty | + | Jon-Henry Barr, Barr and Associates, LLC, 21 Brant Avenue, Clark, NJ 07066-1567 |
| cr | + | Firstlease, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | Mahwah Property Owner, LLC, 120 Valley Road, Suite 200, Montclair, NJ 07042-2321 |
| cr | + | Steven Bennett Blau, 129 Micki Drive, Morganville, NJ 07751-1668 |
| 519067701 | + | 1 City Limousine, PO Box 3732, Sanleandro, CA 94578-0732 |
| 519067702 | + | 101 Limousine, 19401 Dougherty Ave, Morgan Hill, CA 95037-2539 |
| 519067703 | + | 1ST NATIONAL SEDAN, P.O. BOX 48797, Los Angeles, CA 90048-0797 |
| 519067704 | + | 5 Star Liimo, 220 Roosevelt Avenue, Downingtown, PA 19335-2994 |
| 519067705 | + | 654 Limo IncV, 221 Main Street, Destin, FL 32541-2503 |
| 519067706 | + | A Comfort Limo, 1626 North Wilcox Ave, Los Angeles, CA 90028-6206 |
| 519067707 | #+ | A LIMOUSINE CONN(UT), 2545 Decker Lane, Salt Lake City, UT 84119-2023 |
| 519067708 | + | A LIMOUSINE SVC (PA), 30 PRAGER ST, Pittsburgh, PA 15215-2032 |
| 519067709 | + | A MIDNIGHT LIMOUSINE, 251 Fox Den, Drive Murrells Inlet, SC 29576-9151 |
| 519067710 | + | A RIDE IN LUXURY(CO), 2216 WEST VERMIJO AVENUE, Colorado Springs, CO 80904-3338 |
| 519067711 | + | A STEP ABOVE LIMO, 1917 SCOTT FUTRELL DRIVE, Charlotte, NC 28208-2704 |
| 519067712 | + | A Super Limo, 2627 30th Avenue, Unit A, San Francisco, CA 94116-2932 |
| 519067713 | + | A Supreme Limo (OH), 3034 Lamb Avenue, Columbus, OH 43219-2311 |
| 519080864 | + | A-limousine Associates, 5630 JULMAR DR, CINCINNATI, OH 45238-1908 |
| 519067714 | + | AAAQuality Security, PO Box 15, Oakland, NJ 07436-0015 |
| 519067719 | + | ACCENT CHAUFF TRANS, PO Box 6868, Santa Fe, NM 87502-6868 |
| 519067721 | + | ACE LIMOUSINE(AL), 130 SPRINGFIELD, Madison, AL 35758-1974 |
| 519067722 | + | ACE TRANSPORTATION (CA), 41995 Boardwalk, Palm Desert, CA 92211-9041 |
| 519067723 | + | ACTION LIMOUSINE (TX, 6104 WIND SWEPT LANE, Houston, TX 77057-7012 |
| 519150494 | + | ADP Inc., 1851 N. Resler, El Paso, TX 79912-8023 |
| 519067726 | + | ADROIT TRANSPORTATION INC, 2816 HONOLULU AVE #278, Verdugo City, CA 91046-7011 |
| 519067731 | + | ALL TOWN CENTRAL TRANSPORTATION, 17 Cumberland Street, Brooklyn, NY 11205-1039 |
| 519067735 | + | ALLIED TRANSPORTATIO, 4021 PACIFIC BLVD., San Mateo, CA 94403-4666 |
| 519067737 | + | AMBASSADOR BLACKSTAR LIMO (WA), 8606 N Wall St, Spokane, WA 99218-2034 |
| 519067738 | + | AMERICAN CAPITAL, 6943 MURIETTA AVE, Van Nuys, CA 91405-4116 |
| 519067739 | + | AMERICAN COMFORT, 2351 Crystal Drive, Suite 3, Fort Meyers FL 33907-4089 |
| 519067740 | + | AMERICAN EXECUTIVE, 23571 PEBBLE RUN PLACE, #130, Sterling, VA 20166-4421 |
| 519067742 | + | AMERICAN LIMO NM, 303 ARVADA N.W, Albuquerque, NM 87102-1025 |
| 519067743 | + | AMERICAN LIMO OF CMH, 1251 Alum Creek Drive, Columbus, OH 43209-2721 |
| 519067747 | | AMICA/DBA ICONA GLOB, 44 GILLENDER STREET, Unit 15, London, United Kingdom E14 6RP |
| 519067749 | + | ANDRUS LIMOUSINES IN, PO BOX 305, Menomonee Falls, WI 53052-0305 |
| 519067752 | + | ARISTOCRAT (FL), 6923 NARCOOSSEE ROAD, Suite 626, Orlando, FL 32822-5575 |
| 519135092 | + | ARTURO SANCHEZ, 65 Kee Ave, 1st Fl., Somerset, NJ 08873-2568 |
| 519135093 | + | ARTURO SANCHEZ, c/o TERENCE G. VAN DZURA, 332 Cranbury Road, East Brunswick, NJ 08816-3074 |
| 519067754 | + | ATH Transport LLC, c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519067755 | + | ATLANTIC LIMO (GA), 2450 PLEASANTDALE ROAD, Atlanta, GA 30340-1562 |

Case 21-10121-SLM    Doc 187    Filed 05/27/21    Entered 05/28/21 00:14:33    Desc
Imaged Certificate of Notice    Page 5 of 12

| District/off: 0312-2 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf905 | Total Noticed: 401 |

| | | |
|---|---|---|
| 519067756 | + | ATLANTIS LIMO SVC, 9001 WEST CHESTER PIKE, Upper Darby, PA 19082-1107 |
| 519067758 | + | AVENTURA LIMO (FL), PO Box 80-0146, Aventura, FL 33280-0146 |
| 519067715 | + | Aara Analytix Corporation, 755 Grove Valley Dr., Cumming, GA 30041-4880 |
| 519067716 | + | Abdallah Ba, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067717 | + | Abdel Abdel Fattah, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067718 | + | Abe's Limousine, 2500 Calbert St. NW, Washington, DC 20008-2649 |
| 519067720 | | Accounting Principals, Lockbox: Dept.CH 14031, Palatine, IL 60055-4031 |
| 519067724 | + | Action Limousine, Inc., 5128 Valley Brook Circle, Birmingham, AL 35244-1971 |
| 519067725 | #+ | Addison Lee Inc., c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519067727 | + | Advantage Limo (FL), 4419 N Hubert Ave., Suite A, Tampa, FL 33614-7615 |
| 519067728 | + | Affairs of Style, PO Box 483, Gatlinburg, TN 37738-0483 |
| 519067729 | + | Alicia Campbell, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519067730 | + | All Star TransportationV, 2505 Industrial Row Dr., Troy, MI 48084-7066 |
| 519067732 | + | All Valley Limousine Service, 600 Ash Avenue, McAllen, TX 78501-2677 |
| 519067733 | + | Allaire Limousine, PO Box 627, Farmingdale, NJ 07727-0627 |
| 519067734 | #+ | Alliance Limousine, 547 SAW MILL RIVER RD, LL2, Ardsley, NY 10502-2155 |
| 519135106 | + | Allstate a/s/o Bacik, Mark S. Gilcreast, 21 Oak Street, Suite 201, Hartford CT 06106-8002 |
| 519135105 | + | Allstate a/s/o Bacik, 23 Meserole Avenue, Brooklyn NY 11222-2607 |
| 519135075 | + | Alonzo Williams Jr., 1079 Gerard Ave., Bronx, NY 10452-8848 |
| 519135076 | + | Alonzo Williams Jr., c/o The Lavelle Firm, 100 Herrcks Rd, #201, Mineola, NY 11501-3652 |
| 519067736 | + | Alpine Luxury Limousine, 236 S.3RD, Montrose, CO 81401-3618 |
| 519135097 | + | Alvan Harrison, 459 Maitland Avenue, Teaneck, NJ 07666-2941 |
| 519067744 | + | American Mobile Glass of NJ, 35 Oak Ridge Road, Newfoundland, NJ 07435-1403 |
| 519067745 | + | American Transportation Holdings LLC, c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519067746 | + | American Vending & Coffee Service, PO Box 305, Mount Freedom, NJ 07970-0305 |
| 519130987 | + | Andre Morales, c/o Vishnick McGovern Milizio LLP, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004 |
| 519067748 | + | Andres Morales, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067750 | + | Angelos Efstathopoulos, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519067751 | + | Anthony DeAngelis, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519067753 | | Ascentium Capital LLC, PO Box 301593, Dallas, TX 75303-1593 |
| 519067757 | + | Atlas Link, 30 Chelsea St., Apt. 403, Everett, MA 02149-3540 |
| 519067759 | + | B-LINE XPRESS (CO), 56 EDWARDS VILLAGE BLVD., Suite 2, Edwards, Co 81632-7802 |
| 519067763 | + | BCM ENTERPRISE, 18311 W. 10 MILE ROAD, Suite 209, Southfield, MI 48075-2623 |
| 519067765 | + | BLACK PEARL TRANSPORTATION, 1500 FASHION ISLAND BLVD, San Mateo, CA 94404-1556 |
| 519067766 | + | BONOMOLO LIMO (LA) R, 77 OAKLAWN, Metairie, LA 70005-3444 |
| 519067760 | #+ | Babylon Limousine, 14701 Calvert Street, Van Nuys, CA 91411-2706 |
| 519067761 | + | Bakersfield Limo, PO Box 9486, Bakersfield, CA 93389-9486 |
| 519067762 | + | Baybus (WI), 846 Lime Kiln Road, Green Bay, WI 54302-3808 |
| 519067764 | #+ | Beattie Padovano, LLC, Attn: Accounts Receivable, 50 Chestnut Ridge Road, Suite 208, Montvale, NJ 07645-1830 |
| 519067767 | + | Boston Elite Coach, 153 Andover St, Danvers, MA 01923-1450 |
| 519067768 | + | Boston Prime Limo, 382 Ocean Ave, #408, Revere, MA 02151-2624 |
| 519067770 | + | CAMELOT LIMO (SC), P.O. BOX 771, Bluffton, SC 29910-0771 |
| 519067772 | | CARDEL LIMOUSINE, 123 Rue Victor Hugo, Levallois Perret, Ile-De-France 92300-00 |
| 519067773 | + | CARDIFF LIMOUSINE, 75255 SHERYL AVENUE, Palm Desert, CA 92211-5129 |
| 519067780 | + | CHARIOTS OF HIRE, 1204 TOPSIDE ROAD, Louisville, TN 37777-5505 |
| 519067781 | + | CHECKER TRAN LLC (MI, P.O.BOX 751, Marquette, MI 49855-0751 |
| 519067785 | + | COMAIER SERVICES (IN, 111 E COLUMBIA STREET, Evansville, IN 47711-5045 |
| 519067791 | + | CORPORATE LIMO EXPRESS, 20 MILLER RD, Hillsborough, NJ 08844-8602 |
| 519067792 | #+ | COURTESY LIMO (MI), 131 GRAND TRUNK AVENUE, Suite D, Battle Creek, MI 49037-8423 |
| 519067793 | + | CTA WORLDWIDE, PO Box 790862, San Antonio, TX 78279-0862 |
| 519067794 | + | CTS/ Carlos Trans, 1421 Bluff Rd., Montebello, CA 90640-6410 |
| 519067769 | + | Califa Services, 4509 West 132nd Street, Hawthorne, CA 90250-5112 |
| 519067771 | + | Candido Nunez, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067774 | + | Cardinal Transportation F10095, 700 Harrison Drive, Columbus, OH 43204-3513 |
| 519067775 | + | Carolina Limo (NC), PO Box 1967, Candler, NC 28715-1967 |
| 519067776 | + | Carolina Limo (SC), 7269 Highway 707, Myrtle Beach, SC 29588-7306 |
| 519067777 | + | Cascade Towncar, 20020 Chaney Road, Bend, OR 97703-9059 |
| 519125036 | + | Centurylink Communications, LLC, Attn: CenturyLink Communications, LLC -, 1025 EL Dorado Blvd, Broomfield, CO 80021-8254 |
| 519067779 | | Chabe Limousine, 91-99 Avenue Jules Quentin, Paris, France 92000 |
| 519139622 | + | Checker Transport, LLC, PO Box 751, Marquette, MI 49855-0751 |
| 519135101 | + | Clarice Gomes, c/o BRANDON BRODERICK, LLC, 65 State Route 4 East, River Edge, NJ 07661-1949 |
| 519067782 | + | Classic Limo Service Svc, 1831 W Foster Avenue, Los Angeles, CA 91790-3202 |
| 519067783 | + | Coach USA, 160 S. Route 17 North, Paramus, NJ 07652-2669 |

Case 21-10121-SLM    Doc 187    Filed 05/27/21    Entered 05/28/21 00:14:33    Desc
Imaged Certificate of Notice    Page 6 of 12

| District/off: 0312-2 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf905 | Total Noticed: 401 |

| | | |
|---|---|---|
| 519067784 | + | Cole Schotz LLP, 25 Main Street Hackensack, Hackensack, NJ 07601-7015 |
| 519140582 | + | Colleen Knapp, 2216 W Vermijo Ave, Suite 180, Suite 180, Colorado Springs, CO 80904-3338 |
| 519067786 | + | Comcast Cable-29128, PO Box 3001, Southeastern, PA 19398-3001 |
| 519067787 | | Comcast Cable-TTSI, PO Box 37601, Philadelphia, PA 19101-0601 |
| 519067788 | | Complete Security Systems, Inc., 94 Vanderburg Rd., Marlboro, NJ 07746-1433 |
| 519067789 | + | Conga Trans LLC, 115 Lyynway, Revere, MA 02151-1755 |
| 519067790 | + | ConnectWise, 28819 Network Place, Chicago, IL 60673-1288 |
| 519067795 | | Cummings Properties LLC, 200 West Cummings Park, Woburn, MA 01801-6396 |
| 519067796 | + | D LUXE LIMOUSINE (FL, 170 AZALEA DRIVE, Destin, FL 32541-2342 |
| 519067797 | + | DANVERS CAR SERVICE, 153 Andover St, Suite 210, Danvers, MA 01923-5307 |
| 519067800 | + | DIAMOND/PREMIER(SD), 1720 EAST CENTRE STREET, Rapid City, SD 57703-4013 |
| 519067801 | + | DIANA LIMOUSINE SERVICE, 1445 SELL STATION ROAD, Littlestown, PA 17340-9430 |
| 519067803 | + | DK Consulting, 1120 Georgetown Way, Vernon Hills, IL 60061-3163 |
| 519067798 | + | Deem Global Ground Automation, Inc., 1330 Broadway St., 7th Floor, Oakland, CA 94612-2503 |
| 519067799 | + | Diamond Paper & Janitorial Supply Co., 379 Belmont Ave., Haledon, NJ 07508-1894 |
| 519135095 | + | Dickson Addai, c/o ALONSO & NAVARRETE, LLC, 6121 Kennedy Blvd., North Bergen, NJ 07047-3483 |
| 519135094 | + | Dickson Addai, 116 Hamburg Tpke, Apt #19, Bloomingdale, NJ 07403-1253 |
| 519067802 | | Dito, LLC, PO BOX 398452, San Francisco, CA 94139-8452 |
| 519135107 | + | Donald Howard Payne, 1036 Frenchtown Rd., Elkton MD 21921-7838 |
| 519135108 | + | Donald Howard Payne, Attn: MICHAEL I. SILVERMAN, SILVERMAN MCDONALD & FRIEDMAN, 1010 N. Bancroft Parkway, Wilmington DE 19805-2668 |
| 519067804 | + | Duncan Tasher, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067805 | + | Dynasty Auto Body Inc., 226 Pennsylvania Ave., Paterson, NJ 07503-2121 |
| 519067806 | + | E&G BROTHERS TRANS, 37019 ERICK COURT, Palmdale, CA 93550-7315 |
| 519067807 | + | ECLIPSE GLOBAL TRANS, 44 MORELAND AVENUE EAST, West St. Paul, MN 55118-2416 |
| 519067808 | + | ELEGANT LIMOUSINE & CHARTER- AUSTIN, 9501 CARGO AVENUE, SUITE 200, AUSTIN, TX 78719-2309 |
| 519067809 | + | ELEGANT LIMOUSINE & CHARTER-SAN ANTONIO, 5157 Blanco Road, San Antonio, TX 78216-7005 |
| 519067810 | + | ELEGANT LUXURY LIMO, 266 Jericho Turnpike, Suite 206, Floral Park, NY 11001-2170 |
| 519067811 | + | ELITE LIMO SVC (CO), P.O. BOX 2047, Eagle, CO 81631-2047 |
| 519067816 | + | ETHAN ALLEN COACHWORKS, 599 SHUNPIKE RD, Willison, VT 05495-9577 |
| 519067817 | + | EXCEL LIMOUSINES SVC, 221 BRYNN MARR RD, Jacksonville, NC 28546-5706 |
| 519067819 | + | EXECUTIVE GROUND (NY, 2200 BELLMORE AVENUE, Bellmore, NY 11710-5608 |
| 519067820 | + | EXECUTIVE LAS VEGAS, 3950 W. TOMPKINS AVE., Las Vegas, NV 89103-5524 |
| 519067812 | + | Emad Tawfik, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067813 | + | Ernest Thompson, Individually and on, behalf of all others similarly situated, Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519067814 | + | Errands Plus, Inc., 12270 Wilkins Avenue, Rockville, MD 20852-1834 |
| 519067815 | + | Eternity Limousine, 1723 El Rito Ave., Glendale, CA 91208-2330 |
| 519156962 | + | Ethan Allen Coachworks, 599 Shunpike Road, PO Box 1089, PO Box 1089, Williston, VT 05495-1089 |
| 519067818 | + | Exclusive Car SV, 460 Race Street, Holyoke, MA 01040-5574 |
| 519067821 | + | Ezaldin Abdelsalam, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519129009 | + | Ezaldin Abdelsalem, c/o Vishnick McGovern Milizio, LLP, 3000 Marcus Avenue, Suite 1E9, Lake Success, NY 11042-1004 |
| 519067822 | + | FAB LIMOUSINES, 3681 CONNECTICUT AVENUE, Youngstown, OH 44515-3002 |
| 519067823 | | FIRST CLASS CHAUFFEUR, COUNTRY CLUB 220 St. IC15, Carolina, PR 00983 |
| 519067824 | + | FIRST CLASS LIMO (OK, 1209 W. DETROIT STREET, Broken Arrow, OK 74012-3607 |
| 519067827 | + | FIVE STAR LIMO, 705 E. CHURCH STREET, Elmira, NY 14901-2810 |
| 519067828 | + | FIVE STAR LIMO (NY), 705 E. CHURCH STREET, Elmira, NY 14901-2810 |
| 519067829 | + | FLEETWOOD LIMOUSINE, 5800 HANNUM AVE, Culver City, CA 90230-6566 |
| 519067831 | + | FORNET ENTERPRISES, 218 Locust Drive, Milford, PA 18337-7363 |
| 519067833 | + | FTS LIMOUSINE, 266 N W HARRIS LAKE DRIVE, Lake City, FL 32055-7230 |
| 519149222 | + | Feerick Nugent MacCartney PLLC, 96 South Broadway, South Nyack, New York 10960-4450 |
| 519142857 | + | First Class Limousine, 901 West Albuquerque St, Broken Arrow, OK 74011-6004 |
| 519067826 | + | Fisk Limo, Post Office Drawer 10405, Springfield, MO 65808-0405 |
| 519067830 | #+ | Flyte Line Transportation LLC, c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519067832 | + | Franklyn B. Fyffe, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519130943 | + | Franklyn Fyffe, c/o Vishnick McGovern Milizio LLP, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004 |
| 519135089 | + | GEICO A/S/O BRENDA U, P.O. Box 88, Woodbury NY 11797-0088 |
| 519135090 | + | GEICO A/S/O BRENDA U, c/o HARRIETTE G ZELMAN, ESQ., 225 Roslyn Road, Roslyn Heights, NY 11577-1339 |
| 519135083 | + | GLENN HOLZ, 120 Penwod Drive, Oxford, PA 19363-2822 |
| 519135084 | + | GLENN HOLZ, c/o RICHARD A. STOLOFF, Esq., 2 Penn Center, 1500 JFK Blvd. Suite 520, Philadelphia, PA 19102-1756 |
| 519067840 | + | GO ALPINE, P.O. BOX 775066, Steamboat Springs, CO 80477-5066 |
| 519067841 | + | GO GROUND (BUSES), 7325 JANES AVENUE, Woodridge, IL 60517-2350 |
| 519067842 | + | GO LUX LIMO INC, 48 BRADSTREET AVE, Revere, MA 02151-4110 |

District/off: 0312-2     User: admin     Page 4 of 9
Date Rcvd: May 25, 2021     Form ID: pdf905     Total Noticed: 401

| ID | Flag | Name and Address |
|---|---|---|
| 519067846 | + | GRACE LIMOUSINE, 995 Goffstown Road, Manchester, NH 03102-2349 |
| 519067847 |   | GRAND AVENUE LLC, 186 First North Street, Nashville, TN |
| 519067848 | + | GRAND LIMOUSINE (MI), 600 S GRAND AVENUE, Lansing, MI 48933-2407 |
| 519067834 | + | Gabriel Soto, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067838 | + | Giorgios Limousine, 5464 Genesse Street, Lancaster, NY 14086-9738 |
| 519067839 | + | Global Ground, 5151 San Felipe, Suite 1390, Houston, TX 77056-3652 |
| 519067843 | + | Go Platinum Transportation LLC, 5680 Golden Oaks Lane, Naples, FL. 34119-1222 |
| 519067844 | + | Gold Limousine, 32116 Alvarado Blvd., Union City, CA 94587-4000 |
| 519067845 | + | Gold Type Business Machines, PO Box 305 351 Paterson Ave., East Rutherford, NJ 07073-0305 |
| 519067849 | + | Green Bay Escort Limo, 2600 South Ashland Avenue, Suite B, Green Bay, WI 54304-5339 |
| 519067850 | #+ | Greene Light Limo, 8 Mill Plain Road, Danbury, CT 06811-5179 |
| 519067851 | + | Ground Force 1, 60 Smitherfield Blvd., Suite 72, Plattsburgh, NY 12901-2107 |
| 519067852 | + | Ground Force Group, 17 Millennium Loop, Staten Island, NY 10309-4337 |
| 519067853 | + | Guy Emilien, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519140583 | + | H. Gray Burks, IV, Law Office of Gerald M. Shapiro, LLP, 13105 Northwest Freeway, Suite 1200, Houston, TX 77040-6355 |
| 519107712 | + | HANMI BANK, c/o Stephen E. Jenkins, Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829 |
| 519067855 | + | HARMONY LIMO (IL), 3443 S. MACARTHUR BLVD., Springfield, IL 62704-5832 |
| 519135072 | + | HASAN BARAKET, c/o JOHN J CIAFONE ESQ, 25-59 Steinway St. Suite 2F, Astoria, NY 11103-3742 |
| 519135071 | + | HASAN BARAKET, 20-11 124 St, #1, Queens, NY 11356-2217 |
| 519067857 | + | HOVART LIMOUSINE (CA, 7732 Rhea Ave., Roseda, CA 91335-1822 |
| 519067854 | + | Hallett Place Automotive #710029, 14 Hallett Place, Suffern, NY 10901-5404 |
| 519166513 | + | Hewlett-Packard Financial Services Company, 200 Connell Drive, Suite 5000, Berkeley Heights, NJ 07922-2816 |
| 519067856 | + | Horizon Termite & Pest Control, 45 Cross Ave, Midland Park, NJ 07432-1811 |
| 519067858 | + | Hys Limousine WorldwideV, 480 Island Lane, West Haven, CT 06516-7506 |
| 519067859 | + | ICON CHAUFFEUR, 3579 EAST FOOTHILL BLVD., #646, Pasadena, CA 91107-3119 |
| 519067861 | + | IQ BOSTON TRANDSPORT, 540 Revere Beach Blvd. #626, Revere, MA 02151-4762 |
| 519067863 |   | ITEXACT Limited, Dorset House, Regent Park, Kingston Road, Ashtead, United Kingdom KT22 7PL |
| 519067860 | + | Intellishift, 152 Veterans Memorial Highway, Commack, NY 11725-3634 |
| 519067864 | + | J AND R TOURS, 791 Nepperhan Ave., Yonkers, NY 10703-2012 |
| 519067865 | + | J-WAVE TRANSPORTA, P.O. 89402, Honolulu, HI 96830-7402 |
| 519067866 | + | JACKPOT EXECUTIVE CA, 16720 LUDLOW STREET, Granada Hills, CA 91344-5135 |
| 519135098 | + | JEAN DERRICK, 422 Cherry Street, Elizabeth, NJ 07208-1802 |
| 519135085 | + | JESMIN AKTAR, 104 Webster Ave, Apt F11, Paterson, NJ 07501-3218 |
| 519135091 | + | JOSE MARTINEZ, 103-15 Otis Ave. 3rd Floor, Corona, NY 11368-5472 |
| 519135099 | + | JOSE NAVAS, 90 Baruch Dr, Apt 12E, New York, NY 10002-3638 |
| 519067877 | + | JOSHUAS LIMOUSINE CT, 172 STODDARDS WHARF ROAD, Gales Ferry, CT 06335-1128 |
| 519067867 |   | Jackson Lewis LLP, PO Box 416019, Boston, MA 02241-6019 |
| 519067868 | + | Jake's Landscaping, PO Box 100, Holmes, PA 19043-0100 |
| 519067869 | + | James Limo, 2415 Annuiston St., Richmond, VA 23223-2302 |
| 519077820 | + | James Limousine Service Inc, 2415 Anniston Street, Richmond, VA 23223-2302 |
| 519067870 | + | Jan-Pro Cleaning Systems, 400 West Cummings Park, Woburn, MA 01801-6519 |
| 519067871 | #+ | Jeff Pangilinan, 346 Tippercanoe Ave., Haywood, CA 94544-8246 |
| 519067874 | + | Jets.Com-Commissions, 140 Broadway, 46th Fl, 46th Floor, New York, NY 10005-1155 |
| 519067875 | + | Joes Airport Parking, 707 Wilshire Blvd., Suite 4700, Los Angeles, CA 90017-3601 |
| 519135074 | + | John Witsch, c/o LEARY, BRIDE, MERGNER, & BONGIOVANNI, P.A, 7 Ridgedale Ave., Cedar Knolls, NJ 07927-1120 |
| 519135073 | + | John Witsch, 822 Joralemon St., Belleville, NJ 07109-1440 |
| 519135078 | + | Jose Huezo, c/o MAGGIANO, DIGIROLAMO,, LIZZI & ROBERTS, 201 Columbia Ave., Fort Lee NJ 07024-4134 |
| 519135077 | + | Jose Huezo, 179 Saratoga Ave. 53a, Yonkers, NY 10705-4028 |
| 519067876 | + | Joselito R. Dela Cruz & Jeff Pangilinan,, on behalf of themselves & all others sim, Bryan Schwartz Law, 180 Grand Avenue, Suite 1380, Oakland, CA 94612-3750 |
| 519067878 | + | Justin Jung, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067879 | + | K&J Limousine Services, Inc., 1183 Greenbriar Drive, Lynchburg, VA 24502-4607 |
| 519135069 | + | KEVIN TAYLOR, 12 Rivervew Ct., Ossining, NY 10562-5912 |
| 519067883 | + | KINGS WORLD WIDE (OK), 4801 NW 10TH STREET, Oklahoma City, OK 73127-5815 |
| 519067884 |   | KIUKI TOURS, LOT 1140 CATHERINE HALL, Montego Bay, Jamaica |
| 519067885 | + | KLS WORLDWIDE SVC, 9663 SANTA MONICA BLVD., Beverly Hills, CA 90210-4303 |
| 519067887 | + | KRYSTAL LIMOUSINE, 7310 BLANCO ROAD, Suite 104, San Antonio, TX 78216-4973 |
| 519067880 | + | Kareem Sayed LLC, 103 Gordons Corner Rd, Marlboro, NJ 07746-1207 |
| 519067881 | + | Kauai North Shore, PO Box 109, Kilauea, HI 96754-0109 |
| 519067882 | + | Keisha Allen, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519135070 | + | Kevin Taylor, c/o FEERICK LYNCH, MACCARTNEY & NUGENT, 96 South Broadway, South Nyack, NY 10960-4451 |
| 519114333 |   | Kiuki Tours and Transportation Ltd, Lot 1140 Catherine Hall, Montego Bay, St James, Jamaica |
| 519067886 | + | Kofi Baning, 20 W. Mosholu Parkway South, Apt. 16C, Bronx, New York 10468-1157 |

| | | |
|---|---|---|
| 519067888 | + | LA Limo, 223 Gibbons Hwy Rt 101, Wilton, NH 03086-5969 |
| 519067889 | | LA Limousine, 772 Goldstream Ave., Victoria, BC V98 2X3 |
| 519135081 | + | LEOPOLD WEISS, 158 Penn St., Apt 2, Brooklyn, NY 11211-8471 |
| 519135082 | + | LEOPOLD WEISS, c/o WEITZ & LUXENBERG, 700 Broadway, New York, NY 10003-9536 |
| 519067896 | + | LIMOUSINE ASSOCIATES, 5630 JULMAR DR, Cincinnati, OH 45238-1908 |
| 519067897 | + | LINDSEY LIMOUSINE, 200 ADDISON ROAD, Windsor, CT 06095-2334 |
| 519067898 | + | LS Classic Limo, 3048 Jackson Street, Oshkosh, WI 54901-1204 |
| 519067890 | + | Lakeview Custom Coach, 100 White Horse Pike, Oaklyn, NJ 08107-1404 |
| 519067891 | | Lease Direct, DE LAGE LANDEN FINANCIAL SERVICES, INC., PO Box 41602, Philadelphia, PA 19101-1602 |
| 519067892 | + | Lewis Limousine (CA), 22607 Golden Meadow Lane, Santa Clarita, CA 91350-3329 |
| 519067893 | + | Limo Systems, 405 RXR Plaza, Suite 405, Uniondale, NY 11556-3811 |
| 519067894 | + | Limo Toledo, 23114 Dunbridge Road, Perrysburg, OH 43551-9343 |
| 519067895 | | Limolabs, LLC, 1701 Colton Ave., Bronx, NY 10462 |
| 519067900 | + | Luxxor Limousine, 5016 Park Avenue, Des Moines IA 50321-1245 |
| 519067901 | + | M&T Bank, 150 North Radnor Chester Road, Wayne, PA 19087-5244 |
| 519067902 | + | M&T Bank-PPP, 150 North Radnor Chester Road, Wayne, PA 19087-5252 |
| 519067903 | + | M&T LIMOUSINE, PO BOX 5314, Englewood, NJ 07631-5314 |
| 519135080 | + | MARTINA TEJADA, c/o MAGGIANO, DIGIROLAMO,, LIZZI & ROBERTS, 201 Columbia Ave., Fort Lee, NJ 07024-4134 |
| 519135079 | + | MARTINA TEJADA, 136 Waverly St., Apt 1, Yonkers, NY 10701-4250 |
| 519135102 | + | MCDERMOTT & MCGEE, 75 Main Street, P.O. Box 192, Millburn NJ 07041-0192 |
| 519067911 | | MEARS GLOBAL VAA, 324 WEST GOR STREET, Winter Springs, FL 32806 |
| 519067919 | + | MIDSTATE LIMOUSINE, 107 W. CASS STREET, Peoria, IL 61602-1723 |
| 519067920 | | MILLENNIUM LIMOUSINE, 2200 Thurston Drive, Canada, Ottawa, Ontario K1G 6E1 |
| 519067921 | | MTL, 888 Rue Berlier, Laval, Quebec, Canada H7L 4K5 |
| 519067904 | | Maaco, Maaco 92 North Main St, Building 14, Windsor, NJ 08561 |
| 519067906 | | Mahwah Property Owner LLC, Mat D. Carlson, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 519067905 | + | Mahwah Property Owner LLC, a/k/a McKee Drive Associates, L.P., c/o Ivy Realty, One Paragon Driive, Suite 125, Montvale, NJ 07645-1744 |
| 519067907 | + | Mahwah Tire Inc., PO Box 541, Mahwah, NJ 07430-0541 |
| 519067908 | + | Manhattan VIP, 1601 Gravensend Neck Road, Suite 902, Brooklyn, NY 11229-4426 |
| 519067909 | + | Manuel Diaz, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067910 | | Marlin Business Bank, PO Box 13604, Philadelphia, PA 19101-3604 |
| 519127193 | + | Mears Destination Services, Inc., dba Mear's Transportation Group, Daniel W. Ford, 324 West Gore Street, Orlando, FL 32806-1037 |
| 519127197 | + | Mears Global Chauffeured Services, Inc., Daniel W. Ford, 324 West Gore Street, Orlando, FL 32806-1037 |
| 519067913 | | Merchants Fleet Management, PO Box 414438, Boston, MA 02241-4438 |
| 519067914 | + | Meridian Luxury, 7912 Van Noord Ave. North, Hollywood, CA 91605-1944 |
| 519135111 | + | Michael Copans, 38 Dunham Rd., Beverly MA 01915-1881 |
| 519135112 | + | Michael Copans, Jason Stone Injury Lawyers, 225 Friend Street, #102, Boston MA 02114-1812 |
| 519067915 | + | Michael Fogarty, 47 Fatherland Drive, Byfield, MA 01922-1400 |
| 519067916 | + | Mid Michigan Limo, 2442 North Five Mile Road, Midland, MI 48642-9491 |
| 519067917 | + | Midland Savings Bank, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 519140584 | + | Midland States Bank, c/o Orion First Financial, LLC, P.O. Box 2149, Gig Harbor, WA 98335-4149 |
| 519067924 | + | NE Car Service, 293 Proctor Ave, Revere, MA 02151-4907 |
| 519067927 | + | NORTH POINT TRANSPORATION, P.O. BOX 88128, Atlanta, GA 30356-8128 |
| 519067928 | + | NY-NJ Trailer Supply, Inc., 1401 Rt. 23 South, Butler, NJ 07405-1641 |
| 519067929 | + | NYG Limousine LLC, 1 Cross Island Plaza, Suite 204A, Rosedale, NY 11422-1474 |
| 519067930 | + | NYS Workers' Compensation Board, 328 State Street, Schenectady, NY 12305-3201 |
| 519067922 | + | Nagi Zaki, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067923 | + | National Grid, PO Box 960, Northborough, MA 01532-0960 |
| 519067926 | + | North Jersey Inspection Services, 294 Adams Court, Wyckoff, NJ 07481-2803 |
| 519067931 | + | OAG, 550 W Van Buren Street, Suite 1520, Chicago, IL 60607-3091 |
| 519067936 | + | OREGON TOWNCAR SVC, 6700 SW 105th Avenue, Suite 13, Beaverton, OR 97008-8824 |
| 519067938 | + | OTOMG ENTERPRISE INC, 17 Cumberland Street, Brooklyn, NY 11205-1039 |
| 519067933 | + | Omni Limousine, 1401 Helm Drive, Las Vegas, NV 89119-3805 |
| 519067934 | + | Opal Business Solutions, 608 E. McMurray Road, McMurray, PA 15317-3440 |
| 519067935 | | Opdenaker Trash Removal Service, Inc., 8 Elm Ave., Aston, PA 19014-1129 |
| 519067937 | | Oscar Limousine, 3464 Prairie Path, Bethpage, NY 11714 |
| 519082392 | + | Oxford Health Plans, Attn: CDM/Bankruptcy, 185 Asylum St - 03B, Hartford CT 06103-3408 |
| 519067939 | + | P and A Auto Parts, 60 Franklin Tpke., Mahwah, NJ 07430-1304 |
| 519067940 | + | PALM BEACH TOURS, 800 23RD ST, West Palm Beach, FL 33407-5742 |
| 519067943 | + | PATRICIAN LIMO SER, 2600 EAST GENESSE STREET, Syracuse, NY 13224-1521 |
| 519067947 | + | PEAK LIMOUSINE, 6308 NORTHERN OAK DRIVE, Charlotte, NC 28227-4627 |
| 519067950 | + | PINNACLE CAR SERVICE, 1 AIRPORT BLVD., Suite 120, Bentonville, AR 72713-7161 |

Case 21-10121-SLM    Doc 187    Filed 05/27/21    Entered 05/28/21 00:14:33    Desc
Imaged Certificate of Notice    Page 9 of 12

| District/off: 0312-2 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf905 | Total Noticed: 401 |

| | | |
|---|---|---|
| 519067951 | + | PKF O'Connor Davies, LLP, 300 Tice Blvd., Woodcliff Lake, NJ 07677-8406 |
| 519067953 | + | PLATINUM VIP (WA), 605 18TH AVENUE WEST, Kirkland, WA 98033-4819 |
| 519067955 | + | PRECISION LIMO (FL), 2983 Old Dixie Highway, Kissimmee, FL 34744-1435 |
| 519067957 | + | PRESTIGE (CA), 14101 VALLEY HEART DRIVE, Sherman Oaks, CA 91423-2885 |
| 519067958 | | PRESTIGE TRANSPORTATION (CAN), 10135 31 Avenue, NW #105, Edmonton, Alberta Canada T6N 1C2 |
| 519067959 | #+ | PRIME EXECUTIVE SVC, 4124 WALNEY ROAD, Suite L, Chantilly, VA 20151-2937 |
| 519135096 | + | PROGRESSIVE INSURANCE, 24344 Network Place, Chicago, IL 60673-1243 |
| 519067941 | + | PandaDoc, 101 California Street, Suite 3975, San Francisco, CA 94111-5847 |
| 519067942 | + | Paris Limousine, 6550 SE 74th ST, Oklahoma City, OK 73135-1098 |
| 519067945 | + | Patriot Coach, 21 Cumings Park, Woburn, MA 01801-2183 |
| 519067946 | + | Paul Pielka, Jeffrey W. Varcadipane, Varcadipane & Pinnisi PC, 40 Wall Street, 28th Floor, New York, NY 10005-1486 |
| 519067948 | | PetroChoice, PO Box 829604, Philadelphia, PA 19182-9604 |
| 519132404 | + | Philip Vargas, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004 |
| 519067949 | + | Phillip Vargas, Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067952 | + | Platinum Limousine Service, 528 Broad Street, Suite 103, Sumter, SC 29150-3368 |
| 519067954 | + | Popeye Autoglas, 58 Washington Ave, Paterson, NJ 07503-3048 |
| 519067956 | + | Premium Limousine (TX), 7901 Cameron Road, Building 3, Suite 287, Austin, TX 78754-3807 |
| 519077610 | + | Presidential Limousine LLC, 846 Lime Kiln Road, Green Bay, WI 54302-3808 |
| 519067960 | + | Proshred Security, 152 Eagle Rock Ave., Roseland, NJ 07068-1320 |
| 519067961 | | QUEBEC LIMO, 4745 Boul Des Cimes, Canada, Quebec, Quebec G2A 3Y2 |
| 519067962 | + | RAMA LIMO INTERNATIO, 17595 Edgewood Lane, Yorba Linda, CA 92886-1951 |
| 519067965 | + | REGENCY TRANSPORTATION, 1411 BEAVER AVE, Pittsburgh, PA 15233-2313 |
| 519067967 | + | RENO TAHOE LIMO (NV), 3200 MILL STREET, Suite A, Reno, NV 89502-2234 |
| 519067969 | + | RK Tours SF, 240 A Street, San Francisco, CA 94080-4414 |
| 519067971 | + | ROSE LIMOUSINE (NC), 3331 Asbury Lane Suite A, Charlotte, NC 28206-1503 |
| 519067972 | | ROSEDALE LIVERY LIMITED, 3687 NASHUA DR UNIT 12, Unit 12, Canada, Mississauga, Ontario L4V1R3 |
| 519067973 | + | RUBY LIMOUSINE SVC, 858 Route 46 West, Parsippany, NJ 07054-3404 |
| 519135109 | + | Raianna Meshesha, 35 Belle St., Lynn MA 01905-2058 |
| 519067963 | | ReadyRefresh by Nestle-Mahwah, PO Box 856192, Louisville, KY 40285-6192 |
| 519067964 | + | Real Time Consultants, Inc., 777 Corporate Drive, Suite 1, Mahwah, NJ 07430-2008 |
| 519067970 | + | Ronald Smith, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519079927 | + | Ross M. Chinitz, 399 PARK AVENUE, 3RD FLOOR, NEW YORK, NY 10022-4686 |
| 519067974 | + | Rushway Limo, 104 Lund Ave, Hayward, CA 94544-2839 |
| 519067977 | | SC EXPRESS CHARLESTON, 7319 Wilkinson Blvd. Belmontnc SC 28012 |
| 519067978 | | SC EXPRESS LIVERY, 7319 Wilkinson Blvd. Belmont NC 28012 Un |
| 519067980 | + | SERENITY LIMOUSINE, 12405 VENICE BLVD, Los Angeles, CA 90066-3803 |
| 519135086 | + | SHERRY FINE, 170 E. 88th Street, Apt. 4H, New York, NY 10128-2278 |
| 519067984 | + | SHUTTLE UP LLC (BUS), 38-17 CRESCENT STREET, Long Island City, NY 11101-3601 |
| 519067985 | + | SIGNATURE EXEC. CA, 158 WEST PALM DRIVE, Arcadia, CA 91007-5142 |
| 519067987 | + | SILVER FOX LIMO, 5500 GRAND AVE, Pittsburgh, PA 15225-1349 |
| 519067989 | + | SPECIAL EVENT SVC., 396 PAUL COURT, West Hempstead, NY 11552-2815 |
| 519067990 | + | SPECIAL OCCASION (TX), 53 AUGUSTA DR., Abilene, TX 79606-5038 |
| 519067991 | + | ST LOUIS TRANSPORTATION, 13788 LAKEFRONT DR, Earth City, MO 63045-1420 |
| 519067993 | + | STAR LIMO (MN), 7828 LEQUVE DRIVE SW, Rochester, MN 55902-4508 |
| 519067994 | | STAR LIMO(CANADA), 328 INDUSTRIAL AVE es, Canada, Vancouver, British Columbia V6A 2PS |
| 519068000 | + | STERLING BLACK CAR, 33712 VIA DE AGUA, San Juan Capistrano, CA 92675-5043 |
| 519068001 | + | SUNSET LIMOUSINE SVC, 2375 MELODY LANE, Reno, NV 89512-1434 |
| 519068002 | + | SUPERIOR EXECUTIVE, 405 CEDAR LANE, Virginia Beach, VA 23452-1801 |
| 519067976 | + | Sanjay Budhoo, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067981 | + | Serguei Akimov, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067982 | + | Shahid Diwan, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519135110 | + | Shane Fitzgerald, 10 Pine Street, Sudbury MA 01776-2517 |
| 519067983 | + | Sherif Ibrahim, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067988 | + | Simpluris, 3194-C Airport Loop Drive, Costa Mesa, CA 92626-3405 |
| 519067992 | + | Star Limo (IL), 907 North Country Fair Drive, Champaign, IL 61821-3259 |
| 519067996 | + | Starr Indemnity & Liability Co., PO Box 29133, New York, NY 10087-9133 |
| 519079928 | + | Starr Indemnity & Liability Company, 399 PARK AVENUE, 3RD FLOOR, NEW YORK, NY 10022-4686 |
| 519217054 | + | State of NJ, Dept of Labor, Div. of Employer Accts, PO Box 379, Trenton, NJ 08625-0379 |
| 519067997 | + | Stellar Limousine, 47174 Dominic Street, Sioux Falls, SD 57107-6412 |
| 519067998 | | Step Ahead Services, 1647 Hwy 12118, Deerfield, WI 53531 |
| 519135104 | + | Stephen Moreira, c/o BARR & GULYAS LLC, 21 Brant Ave., Clark NJ 07066-1567 |
| 519127700 | + | Steven Bennett Blau, Esq., Blau Leonard Law Group, 23 Green Street, Suite 105,, Huntington, New York 11743-3336 |
| 519127701 | + | Steven Bennett Blau, Esq., for Ernest Thompson, individually and on, 23 Green Street, Suite 105,, Huntington, New York 11743-3336 |

| District/off: 0312-2 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf905 | Total Noticed: 401 |

| | | |
|---|---|---|
| 519068006 | + | TENNESSEE LIMOUSINE SERVICE, INC., 2555 POPLAR AVE, Memphis, TN 38112-3822 |
| 519068008 | + | TGI Office Automation, 951 Haddonfield Road, Cherry Hill, NJ 08002-2783 |
| 519068010 | + | TLA LIMOUSINE, 713 NORTH 1ST STREET, Montebello, CA 90640-2745 |
| 519068011 | + | TOUCH OF CLASS LI(AL, 901 PLANTATION WAY, Montgomery, AL 36117-2248 |
| 519068012 | + | TOUCH OF CLASS(FRESNO), 1470 N. BLACKSTONE AVENUE, Fresno, CA 93703-3692 |
| 519068019 | + | TWINS LUXURY GROUP, 9150 RUNNY MEADE ROAD, Jacksonville, FL 32257-5242 |
| 519068005 | + | Telephonetics, PO Box 116766, Atlanta, GA 30368-6766 |
| 519068007 | + | Teterboro Chrysler, 469 Route 46, Little Ferry, NJ 07643-1497 |
| 519135068 | + | The Black Car Fund, Ira Goldstein, Executive Director, 30 Wall Street, 10th Floor, New York, NY 10005-2221 |
| 519068009 | + | Tim Rose, c/o Dolphin Transportation, 3963 Progress Ave, Naples, FL 34104-3647 |
| 519068013 | + | Transportation Technology Services, Inc., c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519068014 | #+ | Tristar Chauffeur Management, Addison Lee Inc., c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519068015 | + | Tristar Chauffeur Management, c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519068016 | #+ | Tristar Services (US) Inc., c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519068017 | + | Tristate Trans, PO Box 1761, Rutland, VT 05701-1761 |
| 519068018 | + | Tuminos Towing, 37 Emerson Street, Ridgefield Park, NJ 07660-2008 |
| 519068021 | + | UCS, 1710 S. Amphlett Blvd., San Mateo, CA 94402-2706 |
| 519068023 | + | UNIQUE LIMO SVC, 17120 VOSE STREET VAN NUYS CA, Van Nuys, CA 91406-3630 |
| 519068024 | + | UNIVERSAL LIMO (CA), 1781 South River Rd, West Sacramento, CA 95691-2812 |
| 519068022 | + | UniFirst, UniFirst 3499 Rider Trail South, St. Louis, MO 63045-1110 |
| 519068025 | | V&V, CARRERE 236822, Bogota, Colombia 111221 |
| 519135088 | + | VICTOR JAVIER MARTIN, c/o HELEN F. DALTON & ASSOC., PC, 80-02 Kew Gardens Rd, Suite 601, Kew Gardens, NY 11415-3606 |
| 519135087 | + | VICTOR JAVIER MARTIN, 296 Sheridan Blvd., Inwood, NY 11096-1223 |
| 519068028 | + | VIP LIMOUSINE (OMAHA, 2318 S. 24TH STREET, Omaha, NE 68108-3847 |
| 519068029 | + | VPLS, EvoDC/VPLS Dept LA 25225 Pasadena, CA 91, Pasadena, CA 91185-0001 |
| 519068026 | #+ | Valera Global, 3636 33rd Street, Suite 308, Long Island, NY 11106-2329 |
| 519128910 | + | Vishnick McGovern Milizio, LLP, 3000 Marcus Avenue, Suite 1E9, Lake Success, NY 11042-1004 |
| 519068032 | + | WB Mason, 59 Centre Street, Brockton, MA 02301-4075 |
| 519068033 | #+ | WHITE DIAMOND (IN), 2851 SOUTH PACKERTON ROAD, Warsaw, IN 46580-8765 |
| 519068034 | + | WHITE KNIGHT (MI), 1720 WATERBURY DR. SE, Grand Rapids, MI 49508-6342 |
| 519068036 | + | WORLD TRAVEL MGMT, 223 N. Guadalupe St#498, Santa Fe, NM 87501-1868 |
| 519068030 | | Waste Management of NJ, Inc., Waste Management Northeast, Philadelphia, PA 19101-3648 |
| 519068031 | + | Watchung Spring Water Co. Inc., 1900 Swarthmore Ave., Lakewood, NJ 08701-4530 |
| 519068035 | + | Windels Marx, Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 519067899 | + | lucky Limo, 11824 NE Ainsworth Circle, Ste. B, Portland, OR 97220-1170 |

TOTAL: 388

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2021 20:52:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 25 2021 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2021 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519067778 | Email/Text: bmg.bankruptcy@centurylink.com | May 25 2021 20:53:00 | Century Link, PO Box 52187, Phoenix, AZ 85072-2187 |
| 519127252 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 25 2021 20:52:00 | De Lage Landen Financial Services Inc., 1111 Old Eagle School Road, Wayne, PA 19087, PA 19087 |
| 519067825 | + Email/Text: kboyer@apexmtg.com | May 25 2021 20:52:00 | First Lease, Inc., 1 Walnut Grove Drive, Floor 3, Horsham, PA 19044-2201 |
| 519132248 | + Email/Text: epayments@jacksonlewis.com | May 25 2021 20:54:00 | Jackson Lewis PC, 1133 Westchester Avenue, Suite S125, West Harrison, NY 10604-3580 |
| 519121461 | + Email/Text: dpick@picklaw.net | May 25 2021 20:54:00 | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Ave., 12th Fl., New York, |

| Recip ID | Bypass Reason | Email Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | NY 10017-6527 |
| 519067979 | + | Email/Text: sbgi-Financeteam@sentinelgroup.com | May 25 2021 20:54:00 | Sentinel Benefits & Financial Group, 100 Quannapowitt Parkway, Wakefield, MA 01880-1319 |
| 519067995 | + | Email/Text: legal@star2star.com | May 25 2021 20:54:00 | Star2Star, 600 Tallevast Road, Suite 202, Sarasota, FL 34243-3254 |
| 519143041 | + | Email/Text: legal@star2star.com | May 25 2021 20:54:00 | Star2Star Communications, LLC, 600 Tallevast Road, Suite 202, Sarasota, FL 34243-3254 |
| 519068004 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | May 25 2021 21:30:33 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 519068027 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 25 2021 20:51:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519067741 | | American Express |
| 519067835 | | GEICO A/S/O |
| 519067836 | | GEICO A/S/O SHANAYA |
| 519067872 | | JENNIFER GAULDEN |
| 519067873 | | JESMIN AKTAR |
| 519067925 | | Nicos Touring SVC, PO Box RB2741, Rodney-Bay Gros-Islet, Saint Lucia |
| 519067944 | | Patrick Pyle |
| 519067966 | | Renee Del Rossi |
| 519067986 | | SIGNtist, SIGNtist |
| 519067999 | | Stephen Moreira |
| 519068003 | | SuperVision, SuperVision |
| cr | *+ | Intellishift, 152 Veterans' Memorial Highway, Commack, NY 11725-3634 |
| cr | *+ | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |
| 519108767 | *+ | Cummings Properties, LLC, 200 West Cummings Park, Woburn, MA 01801-6396 |
| 519109303 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519143170 | *+ | Grace Limousine LLC, 995 Goffstown Rd., Manchester, NH 03102-2349 |
| 519067918 | *+ | Midland Savings Bank, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 519142981 | *+ | OMNI LIMOUSINE INC., 1401 HELM DRIVE, LAS VEGAS, NV 89119-3805 |
| 519067968 | *+ | Reno Tahoe Limo (NV), 3200 Mill Street, Suite A, Reno, NV 89502-2234 |
| 519067975 | *+ | Rushway Limo, 104 Lund Avenue, Hayward, CA 94544-2839 |
| 519068020 | *+ | Twins Luxury Group, 9150 Runny Meade Road, Jacksonville, FL 32257-5242 |
| 519111591 | ##+ | Accounting Principals, Lisa Werner, 10151 Deerwood Park BLVD, Jacksonville, FL 32256-0592 |
| 519135100 | ##+ | Clarice Gomes, 139 Pennsylvania Ave., Newark, NJ 07114-1898 |
| 519067837 | ##+ | Get Spiffy, Inc., 4518 S. Miami Blvd., Suite 180, Durham, NC 27703-8053 |
| 519067862 | ##+ | Island Limousine, 380 Vista Roma Way #322, San Jose, CA 95136-4421 |
| 519067912 | ##+ | Mercedes Benz of Paramus L766, 755 Route 17 South, Paramus, NJ 07652-3111 |
| 519067932 | ##+ | OLYMPUS WORLDWIDE, 5825 GLENRIDGE DRIVE, Bldg 3, #290, Atlanta, GA 30328-5335 |
| 519135103 | ##+ | Stephen Moreira, 31 McCollum Drive, Clark NJ 07066-2217 |

TOTAL: 11 Undeliverable, 10 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |
| Dwayne Stanley | on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com |
| Elizabeth L. Wassall | on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael R. Herz | on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Rebecca K. McDowell | on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com |
| Rosemarie E. Matera | on behalf of Creditor Steven Bennett Blau law@kmpclaw.com |
| Stephan Hornung | on behalf of Creditor M&T BANK hornung@lsellp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14