| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> Barry J. Roy, Esq. <br> **RABINOWITZ, LUBETKIN & TULLY, LLC** <br> 23 Eisenhower Parkway, Suite 100 <br> Livingston, New Jersey  07039 <br> Tel. No.:  (973) 597-9100 <br> Fax No.:  (973) 597-9119 <br> E-mail:   broy@rltlawfirm.com <br> *Local counsel to Lancer Insurance Company* <br><br> -and- <br><br> Douglas J. Pick, Esq. <br> **PICK & ZABICKI LLP** <br> 369 Lexington Avenue, 12th Floor <br> New York, New York 10017 <br> Tel. No.:  (212) 695-6000 <br> Fax No.:  (212) 695-6007 <br> E-mail:   dpick@picklaw.net <br> *Counsel to Lancer Insurance Company* |
| In re: <br><br> AMERICAN LIMOUSINE LLC, <br><br>       Debtor. |

Case No. 21-10121 (SLM)

Chapter 11 (Subchapter V)

Judge Stacey L. Meisel

Hearing Date: June 22, 2021 at 10:00 a.m.

## **CERTIFICATION OF SERVICE**

1.   I, Jennifer Coleman:

  ☐ represent the Chapter 7 Trustee in the above-captioned matter.

  ☒ I am the secretary/paralegal for Barry J. Roy, who local counsel to Lancer Insurance

  Company, a creditor in the above captioned matter.

  ☐ am the _____ in the above case and am representing myself.

2. On May 27, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the annexed chart in the manner set forth thereon: Application, certification of professional and proposed order regarding the pro hac vice admission of Douglas J. Pick, Esq.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 28, 2021               /s/ Jennifer Coleman
                                  JENNIFER COLEMAN

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>dcarlon@kmllawgroup.com | Counsel to Intellishift | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Christian Del Toro, Esq.<br>cdeltoro@martonelaw.com | Counsel to Dynasty Auto Body, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Stephen V. Falanga, Esq.<br>sfalanga@thewalshfirm.com | Counsel to Kevin and Anna Taylor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Michael R. Herz, Esq.<br>mherz@foxrothschild.com | Counsel to Mahwah Property Owner, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Stephan Hornung, Esq.<br>hornung@lsellp.com | Counsel to M&T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Rosemarie E. Matera, Esq.<br>law@kmpclaw.com | Counsel to Steven Bennett Blau | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rebecca K. McDowell, Esq. <br> rmcdowell@slgcolloect.com | Counsel for Firstlease, Inc. | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |
| Devanshu L. Modi, Esq. <br> Dev.modi@lglmlaw.com | Unknown | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |
| Douglas J. Pick, Esq. <br> dpick@picklaw.com | Pro Hac Vice Counsel to Lancer Insurance Company | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |
| Daniel H. Reiss, Esq. <br> dhr@inbyb.com | Counsel to Joselito R. Dela Cruz & Jeff Pangilinan | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |
| Dwayne Stanley, Esq. <br> Dwayne.stanley@huschblackwell.com | Counsel to Merchants Automotive Group, Inc. | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |
| Dean G. Sutton, Esq. <br> dean@deansuttonlaw.com | Counsel to Debtor | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RRR <br> ☒ Other: Notice of Electronic Filing <br> (As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>USTPRegion03.NE.ECF@usdoj.gove | Office of the U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Elizabeth L. Wassall, Esq.<br>ewassel@logs.com | Counsel to Orion First Financial | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: <u>Notice of Electronic Filing</u><br>(As authorized by the court or by rule. Cite the rule if applicable.) |