UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on May 26, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Judge: Stacey L. Meisel

## ORDER SETTING DEADLINES FOR RESCHEDULED CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: May 26, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor: American Limousine LLC
Case No. 21-10121
Caption of Order: Order Setting Deadlines for Rescheduled Confirmation Hearing

This matter having been opened to the Court by American Limousine LLC, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11 on April 1, 2021, and the Confirmation Hearing originally scheduled for May 11, 2021 @ 11:00 a.m. having been adjourned; it is

ORDERED, and notice is hereby given, that

A. July 6, 2021 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

B. July 6, 2021 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR-3018(a).

C. A hearing will be scheduled for July 13, 2021 @ 11:00 a.m. for Confirmation of the Plan before the Honorable Stacey L. Meisel, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102 in Courtroom A.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-10121-SLM

American Limousine LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15