UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

**AMERICAN LIMOUSINE LLC,**

　　　　　　　　DEBTOR.

Case No.: 21-10121/SLM

Hearing Date:
Hon. Stacey L. Meisel

Chapter 11 (Subchapter V Small Business)

Order Filed on June 1, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING STEPHEN MOREIRA, SR. RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT LITIGATION TO THE EXTENT OF INSURANCE PROCEEDS

The relief set forth on the following pages, one (1) through two (2) is hereby ORDERED.

DATED:

**DATED: June 1, 2021**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Judge

In Re: American Limousine, LLC
Case No. 21-10121
Caption of Order: Order Granting Stephen Moreira, Sr. Relief From The Automatic Stay To Continue With State Court Litigation To The Extent Of Insurance Proceeds

THIS MATTER, having been presented to the Court by Jon-Henry Barr, Esq., attorney for Stephen Moreira, Sr., seeking entry of an Order grating Stephen Moreira, Sr. relief in the automatic stay pursuant to 11 U.S.C. §362(d) to proceed with litigation pending in the New Jersey Superior Court entitled Stephen Moreira, Sr. v. Joseph Monbrun and American Limousine, LLC, Docket No. UNN-L-3270-20 (the "State Court Litigation"), for the purpose of fixing Stephen Moreira, Sr.'s claim against the Debtor and authorizing Stephen Moreira, Sr. to collect against available insurance proceeds (the "Motion"), and upon notice to all interested parties, and the Court having considered the Application submitted in support of the Motion, and any opposition thereto, and for good cause shown;

IT IS HEREBY ORDERED as follows:

1. The Motion of Stephen Moreira, Sr. be, and hereby is, granted. ^ as set forth herein

2. Stephen Moreira, Sr. be, and hereby is, granted relief from the automatic stay embodied in 11 U.S.C. §362, to proceed with the State Court Litigation to final judgment for the purpose of liquidating its claim and collecting/obtaining payment from available insurance proceeds.

Jon-Henry Barr, Esq. (Attorney ID# 001561996)

8