Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−10121−SLM
        Chapter:  11
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   American Limousine LLC
   dba RMA Worldwide Chauffeured
   Transportation, dba Addison Lee, dba Flyte
   Time Worldwide, dba American Limousine
   Group LLC, dba Tristar
   365 Rifle Camp Road
   Suite 202
   Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
   81−4529449

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/13/21
Time:             11:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 2, 2021
JAN: LVJ

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court