UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

**AMERICAN LIMOUSINE LLC,**

           DEBTOR.

Case No.: 21-10121/SLM

Hearing Date:
Hon. Stacey L. Meisel

Chapter 11 (Subchapter V Small Business)

Order Filed on June 1, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING STEPHEN MOREIRA, SR.
RELIEF FROM THE AUTOMATIC STAY
TO CONTINUE WITH STATE COURT LITIGATION
TO THE EXTENT OF INSURANCE PROCEEDS**

The relief set forth on the following pages, one (1) through two (2) is hereby ORDERED.

DATED:

**DATED: June 1, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Judge

In Re: American Limousine, LLC
Case No. 21-10121
Caption of Order: Order Granting Stephen Moreira, Sr. Relief From The
Automatic Stay To Continue With State Court Litigation To The Extent Of Insurance Proceeds

THIS MATTER, having been presented to the Court by Jon-Henry Barr, Esq., attorney for Stephen Moreira, Sr., seeking entry of an Order grating Stephen Moreira, Sr. relief in the automatic stay pursuant to 11 U.S.C. §362(d) to proceed with litigation pending in the New Jersey Superior Court entitled Stephen Moreira, Sr. v. Joseph Monbrun and American Limousine, LLC, Docket No. UNN-L-3270-20 (the "State Court Litigation"), for the purpose of fixing Stephen Moreira, Sr.'s claim against the Debtor and authorizing Stephen Moreira, Sr. to collect against available insurance proceeds (the "Motion"), and upon notice to all interested parties, and the Court having considered the Application submitted in support of the Motion, and any opposition thereto, and for good cause shown;

IT IS HEREBY ORDERED as follows:

1. The Motion of Stephen Moreira, Sr. be, and hereby is, granted. ^as set forth herein

2. Stephen Moreira, Sr. be, and hereby is, granted relief from the automatic stay embodied in 11 U.S.C. §362, to proceed with the State Court Litigation to final judgment for the purpose of liquidating its claim and collecting/obtaining payment from available insurance proceeds.

Jon-Henry Barr, Esq. (Attorney ID# 001561996)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15