| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>*Attorneys for Mahwah Property Owner LLC* | |
| In Re:<br><br>AMERICAN LIMOUSINE, LLC<br><br>Debtor. | Case No. 21-10121-SLM<br><br>Chapter 11 (Subchapter V)<br><br>Hon. Stacey L. Meisel |

## CERTIFICATION OF CONSENT

Michael R. Herz, Esq. hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and the attorney for the Mahwah Property Owner, LLC with respect to this matter.

2. The terms of the submitted Consent Order are identical to those set forth in the original Consent Order.

3. I will retain the original Consent Order for the required seven year retention period.

4. I will make the original Consent Order available for inspection upon request of the Court or any party in interest.

5. I will simultaneously electronically file this Certification with the Court by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bank. P 9011.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/Michael R. Herz*
Michael R. Herz

Dated: June 7, 2021