| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in compliance with D.N.J. LBR 9004-1 |

**FOX ROTHSCHILD LLP**
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
49 Market Street
Morristown, NJ 07960-5122
(973) 992-4800 (Telephone)
(973) 992-9125 (Facsimile)
mherz@foxrothschild.com
jcaneco@foxrothschild.com
*Attorneys for Mahwah Property Owner, LLC*

In re:

AMERICAN LIMOUSINE LLC

    Debtor.

**Order Filed on June 8, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No. 21-10121-SLM

Chapter 11 (Subchapter V)

Hon. Stacey L. Meisel

### CONSENT ORDER RESOLVING MAHWAH PROPERTY OWNER, LLC'S MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1) FOR POST-PETITION AMOUNTS DUE FOR POSSESSION OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby agreed upon and **ORDERED.**

**DATED: June 8, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: American Limousine LLC
Case No.: 21-10121-SLM
Caption: **Consent Order Resolving Mahway Property Owner, LLC's Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) for Post-Petition Amounts Due for Possession of Real Property**

**THIS MATTER**, having been brought before the Court upon the motion of Mahwah Property Owner, LLC ("Mahwah") for the entry of an order allowing and compelling payment of an administrative expense claim to Mahwah for unpaid amounts incurred by the above-captioned subchapter V debtor, American Limousine, LLC (the "Debtor"), for continued use and possession of commercial property after the Debtor's petition date (the "Motion") [D.I. 153]; and the Debtor having filed a response in opposition to the Motion (the "Opposition") [D.I. 161] contesting the amount that Mahwah asserted to be due as an administrative expense claim in the Motion; and the Debtor having previously filed a proposed small business plan of reorganization (the "Plan") [D.I. 141], with a confirmation hearing presently scheduled for July 13, 2021; and the parties having engaged in good faith arm's length negotiations to resolve the Motion and the Opposition; and the parties having consented to the relief set forth herein as evidenced by the signatures of their respective undersigned counsel; and for good cause shown, it is hereby

**AGREED and ORDERED** that in resolution of the Motion and the Debtor's Opposition thereto, the Debtor shall file an amended Plan providing Mahwah with the following treatment:

1. Mahwah shall be entitled to and provided an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $60,000.00 to be paid through the Plan in the same priority and time as other allowed administrative expense claims.

2. Mahwah shall have an allowed secured claim in a security deposit it is holding in the amount of $48,888.96 (the "Security Deposit"), and the amended Plan shall provide that said secured claim shall be satisfied through the Debtor

2

Page 3
Debtor:      American Limousine LLC
Case No.:    21-10121-SLM
Caption:     **Consent Order Resolving Mahway Property Owner, LLC's Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) for Post-Petition Amounts Due for Possession of Real Property**

surrendering the Security Deposit to Mahwah upon the Court's entry of an order confirming the Plan. The Security Deposit shall be credited against Mahwah's pre-petition general unsecured claim [Claim No. 56-3], with the balance of the pre-petition general unsecured claim to be paid in accordance with the treatment and priority for general unsecured creditors under the Plan.

And it is further

**AGREED and ORDERED** that in the event the Plan as amended pursuant to this Consent Order is not confirmed, this Consent Order shall be null and void and (i) Mahwah shall be immediately entitled to relief from the automatic stay and be authorized to assume ownership of the Security Deposit and credit it against its pre-petition general unsecured claim without need for further order of the Court or notice to the Debtor; and (ii) all rights and remedies with respect to Mahwah's asserted administrative expense claim and the Security Deposit, including, but not limited to, renewing the Motion, shall be preserved.

*[Signature page follows]*

3

123250519.1

Page 4
Debtor:    American Limousine LLC
Case No.:  21-10121-SLM
Caption:   **Consent Order Resolving Mahway Property Owner, LLC's Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1) for Post-Petition Amounts Due for Possession of Real Property**

The parties, through their undersigned counsel, hereby consent to the form, substance, and entry of the foregoing order:

By: _____
Dean G. Sutton, Esq.
18 Green Road
Sparta, NJ 07871
(973) 729-8121
*Attorney for Debtor*

By: _____
Michael R. Herz, Esq.
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960
(973) 992-4800
*Attorneys for Creditor, Mahwah Property Owner, LLC*

Dated: 6/7/21

Dated: 6/7/2021

4

123250519.1

United States Bankruptcy Court

District of New Jersey

In re:  
American Limousine LLC  
    Debtor

Case No. 21-10121-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 08, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com  chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15