**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Stephen V. Falanga
Direct Dial: (973) 757-1107
sfalanga@walsh.law

June 21, 2021

**VIA ECF**
Honorable Stacey L. Meisel
United States Bankruptcy Court
for the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

      Re:    **In Re American Limousine LLC d/b/a Flyte Time Worldwide Transportation**
              **Bankr. Case No. 21-10121 (SLM)**

Dear Judge Meisel,

      We represent Kevin James Taylor and Anna Taylor (the "Taylors") in the above-referenced case. A Motion for Relief from the Automatic Stay to allow the Taylors to continue with a State Court Personal Injury claim litigation to extent of insurance proceeds was filed on May 26, 2021 (D.E. 184). The Motion is returnable **June 22, 2021**.

      We are writing to advise the Court that no opposition was filed to the Motion and to confirm our conversation with Debtor's counsel, that the Debtor consents to the relief requested.

      Accordingly, we respectfully request that the Court enter the proposed Order.

      Respectfully submitted,

      */s/ Stephen V. Falanga*

      Stephen V. Falanga

SVF/nmt

cc:    All Counsel of Record (*via ECF*)

WALSH PIZZI O'REILLY FALANGA LLP  |  ATTORNEYS AT LAW  |  NEWARK  |  NEW YORK  |  PHILADELPHIA