| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Barry J. Roy, Esq.<br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>23 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey  07039<br>Tel. No.:  (973) 597-9100<br>Fax No.:  (973) 597-9119<br>E-mail:   broy@rltlawfirm.com<br>*Local counsel to Lancer Insurance Company*<br><br>-and-<br><br>Douglas J. Pick, Esq.<br>**PICK & ZABICKI LLP**<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>Tel. No.:  (212) 695-6000<br>Fax No.:  (212) 695-6007<br>E-mail:   dpick@picklaw.net<br>*Counsel to Lancer Insurance Company* | **Order Filed on June 22, 2021**<br>**by Clerk,**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>            Debtor. | Case No. 21-10121 (SLM)<br><br>Chapter 11 (Subchapter V)<br><br>Judge Stacey L. Meisel<br><br>Hearing Date: June 22, 2021 at 10:00 a.m. |

**ORDER APPROVING AGREEMENT BETWEEN THE DEBTOR**
**<u>AND LANCER INSURANCE COMPANY</u>**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:            American Limousine, LLC
Case No.:          21-10121 (SLM)
Caption of Order:  Order Approving Agreement Between the Debtor and Lancer Insurance Company

---

Upon consideration of the motion (the "Motion") of Lancer Insurance Company ("Lancer") for entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 9019, approving an agreement between Lancer and debtor American Limousine LLC with regard to certain commercial automobile insurance coverage and related obligations and matters upon the terms more fully set forth in a certain "Addendum No. 2 to Deductible Security Agreement", a copy of which is attached to the certification as *Exhibit "A"* (the "Policy Addendum"); and due and adequate notice of the Motion having been given; and the Court having reviewed the Motion and any responses thereto; and good cause having been shown; it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted. *as set forth herein*

2. The agreement described in the Motion is approved upon the terms set forth in the Policy Addendum, which terms are incorporated in, and are made a part of, this Order by reference.