**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen V. Falanga
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973)757-1100

*Counsel for Kevin James Taylor and Anna Taylor*

Order Filed on June 22, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Bankr. Case No. 21-10121 (SLM) |
|---|---|
| AMERICAN LIMOUSINE LLC d/b/a FLYTE TIME WORLDWIDE TRANSPORTATION, | Chapter 11 |
| Debtor. | |

**ORDER GRANTING KEVIN JAMES TAYLOR AND ANNA TAYLOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO EXTENT OF INSURANCE PROCEEDS**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**UPON CONSIDERATION** of the Motion of Kevin James Taylor and Anna Taylor (the "Taylors") for an Order Granting Relief the automatic stay pursuant to 11. U.S.C. § 362(d), so that the Taylors may continue to prosecute their pending personal injury litigation against the Debtor currently pending in the Supreme Court, Kings County New York, and captioned "TAYLOR v. THE PORT AUTHORITY OF NEW YORK and NEW JERSEY *et al.*", Index Number: 521528/2017 (the "State Court Personal Injury Action") to fix the amount of their claim, with any such recovery limited to the amount of available insurance coverage (the "Motion"); and upon consideration of the Motion and any opposition; and good cause having been shown:

It is hereby **ORDERED** that:

1. The Motion be and is hereby granted ~~in its entirety~~ *as set forth herein*; and

2. Kevin James Taylor and Anna Taylor be and are hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362 to proceed with the State Court Personal Injury Action to final judgment liquidating their claim and collecting/obtaining payment from available insurance proceeds.

Dated: June __22__, 2021

_____
HONORABLE STACEY L. MEISEL