| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Barry J. Roy, Esq.<br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>23 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br>Tel. No.: (973) 597-9100<br>Fax No.: (973) 597-9119<br>E-mail: broy@rltlawfirm.com<br>*Local counsel to Lancer Insurance Company*<br><br>-and-<br><br>Douglas J. Pick, Esq.<br>**PICK & ZABICKI LLP**<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>Tel. No.: (212) 695-6000<br>Fax No.: (212) 695-6007<br>E-mail: dpick@picklaw.net<br>*Counsel to Lancer Insurance Company* | Order Filed on June 22, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>      Debtor. | Case No. 21-10121 (SLM)<br><br>Chapter 11 (Subchapter V)<br><br>Judge Stacey L. Meisel<br><br>Hearing Date: June 22, 2021 at 10:00 a.m. |

## ORDER APPROVING AGREEMENT BETWEEN THE DEBTOR AND LANCER INSURANCE COMPANY

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:            American Limousine, LLC
Case No.:          21-10121 (SLM)
Caption of Order:  Order Approving Agreement Between the Debtor and Lancer Insurance Company

_____

Upon consideration of the motion (the "Motion") of Lancer Insurance Company ("Lancer") for entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 9019, approving an agreement between Lancer and debtor American Limousine LLC with regard to certain commercial automobile insurance coverage and related obligations and matters upon the terms more fully set forth in a certain "Addendum No. 2 to Deductible Security Agreement", a copy of which is attached to the certification as *Exhibit "A"* (the "Policy Addendum"); and due and adequate notice of the Motion having been given; and the Court having reviewed the Motion and any responses thereto; and good cause having been shown; it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted. as set forth herein ˅

2. The agreement described in the Motion is approved upon the terms set forth in the Policy Addendum, which terms are incorporated in, and are made a part of, this Order by reference.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15