|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Stephen V. Falanga <br> WALSH PIZZI O'REILLY FALANGA LLP <br> Three Gateway Center <br> 100 Mulberry Street, 15th Floor <br> Newark, New Jersey 07102 <br> (973)757-1100 <br><br> *Counsel for Kevin James Taylor and Anna Taylor* | Order Filed on June 22, 2021 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> AMERICAN LIMOUSINE LLC d/b/a FLYTE TIME WORLDWIDE TRANSPORTATION, <br><br> Debtor. | Bankr. Case No. 21-10121 (SLM) <br><br> Chapter 11 |

**ORDER GRANTING KEVIN JAMES TAYLOR AND ANNA TAYLOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO EXTENT OF INSURANCE PROCEEDS**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**UPON CONSIDERATION** of the Motion of Kevin James Taylor and Anna Taylor (the "Taylors") for an Order Granting Relief the automatic stay pursuant to 11. U.S.C. § 362(d), so that the Taylors may continue to prosecute their pending personal injury litigation against the Debtor currently pending in the Supreme Court, Kings County New York, and captioned "TAYLOR v. THE PORT AUTHORITY OF NEW YORK and NEW JERSEY *et al.*", Index Number: 521528/2017 (the "State Court Personal Injury Action") to fix the amount of their claim, with any such recovery limited to the amount of available insurance coverage (the "Motion"); and upon consideration of the Motion and any opposition; and good cause having been shown:

It is hereby **ORDERED** that:

1. The Motion be and is hereby granted ~~in its entirety~~ as set forth herein; and

2. Kevin James Taylor and Anna Taylor be and are hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362 to proceed with the State Court Personal Injury Action to final judgment liquidating their claim and collecting/obtaining payment from available insurance proceeds.

Dated: June 22, 2021

_____
HONORABLE STACEY L. MEISEL

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com  chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15