UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

American Limousine LLC

Case No.: 21-10121

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 07/13/2021

Judge: SLM

## ADJOURNMENT REQUEST

1. I, __Dean G. Sutton__,

   ☒ am the attorney for: __American Limousine LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Chapter 11 /Sub V Confirmation Hearing

   Current hearing date and time: 07/13/2021 @ 11:00 am

   New date requested: 08/24/2021 @ 11:00 am

   Reason for adjournment request: I am currently negotiating with creditors. Once I am successful with working out issues, I will then need to file an Amended Plan. I anticipate filing an Amended Plan shortly.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 6, 2021                                    /s/Dean G. Sutton
                                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/24/2021 at 11:00 A.M.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*