ORIGINAL

RAFFI KHATCHADOURIAN (CA SBN 193165)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Creditor,
HANMI BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | ) CASE NO: 21-10121-SLM |
| | ) |
| AMERICAN LIMOUSINE LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) CERTIFICATE OF SERVICE OF AMENDED |
| | ) PROOF OF CLAIM |

**TO THE CLERK OF THE COURT:**

Attached hereto is the Proof of Service of the above document on Debtor, its attorneys of record, the Trustee and the United States Trustee herein.

DATED: July 14, 2021        HEMAR, ROUSSO & HEALD, LLP

/s/ *Raffi Khatchadourian*
By:_____
RAFFI KHATCHADOURIAN
Attorneys for Creditor,
HANMI BANK

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business"), 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On July 14, 2021, I served the foregoing document described as **AMENDED PROOF OF CLAIM** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Debtor American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424
Debtor's counsel Dean G. Sutton, Esq., 18 Green Rd., PO Box 187, Sparta, NJ 07871
Trustee Devanshu L. Modi, Lyon, Glassman, Leites & Modi, L.L.C., 215 Ridgedale Avenue, P.O. Box 409, Florham Park, NJ 07932
U.S. Trustee, US Dept of Justice, Office of the US Trustee, One Newark Center Suite 2100, Newark, NJ 07102

__XX__ At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__XX__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of the State of California at whose direction the service was made.

Executed on July 14, 2021, at Encino, California.

/s/ Denise Pauff
_____
DENISE PAUFF

## HEMAR, ROUSSO & HEALD, LLP

ATTORNEYS AT LAW
15910 VENTURA BOULEVARD
12TH FLOOR
ENCINO, CALIFORNIA 91436-2829
(818) 501-3800
FAX (818) 501-2985

IN REPLY REFER TO:

4565-20210102-RK

July 14, 2021

Clerk
**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    *In Re: American Limousine LLC*
    *Case Number:  21-10121-SLM*

Dear Clerk:

Enclosed is the following:

    1)    Original Certificate of Service of Amended Proof of Claim and one copy thereof.

Please file the above mentioned document and return the conformed copy in the enclosed return envelope.

Do not hesitate to contact us with any questions you may have.

    Very truly yours,

    HEMAR, ROUSSO & HEALD, LLP

    BY: _____
    DENISE O. PAUFF
    Assistant to RAFFI KHATCHADOURIAN

DOP:me
Enclosure

**HEMAR, ROUSSO & HEALD, LLP**
ATTORNEYS AT LAW
15910 VENTURA BOULEVARD
12TH FLOOR
ENCINO, CALIFORNIA 91436-2829

SANTA CLARITA CA 913
15 JUL 2021 PM 7

U.S. POSTAGE PITNEY BOWES
ZIP 91436 $ 000.710
02 4W
0000354093 JUL 15 2021

07102-355095

Clerk
UNITED STATES BANKRUPTCY COURT
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102