UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:   Comcast Cable, Creditor
(Example: John Smith, creditor)

Old address:   PO Box 3001
               Southeastern, PA 19398-3001

New address:   PO Box 70219
               Philadelphia, PA 19176-0219

New phone no.: _____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 07/21/2021             /s/Suzanne L. Towler
                             Signature

*rev.8/1/15*