Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  21−10121−SLM
                    Chapter:  11
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   American Limousine LLC
   dba RMA Worldwide Chauffeured
   Transportation, dba Addison Lee, dba Flyte
   Time Worldwide, dba American Limousine
   Group LLC, dba Tristar
   365 Rifle Camp Road
   Suite 202
   Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
   81−4529449

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/24/21 at 11:00 AM

to consider and act upon the following:

*227* − Motion for Relief from Stay. Receipt Number 0.00, Fee Amount $ 188. Filed by Harriette G Zelman on behalf of Geico General Insurance Company a/s/o Victor Javier Ulloa Martinez. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit A−Complaint # 4 Exhibit B−Arbitration Filing # 5 Exhibit C−GEICO's PIP/MED # 6 Exhibit Copy of e−mails # 7 Certificate of Service) (LVJ)

*228* − Notice of Hearing for: (related document:227 Motion for Relief from Stay. Receipt Number 0.00, Fee Amount $ 188. Filed by Harriette G Zelman on behalf of Geico General Insurance Company a/s/o Victor Javier Ulloa Martinez. Hearing scheduled for 8/17/2021 at 11:00 AM at SLM − Courtroom 3A, Newark. (LVJ)

Dated: 7/22/21

                                                                 Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court