UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on July 26, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Judge: Stacey L. Meisel

Hearing Date: June 22, 2021

## ORDER FOR ALLOWANCE OF CLAIM AND TURNOVER OF VEHICLE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 26, 2021

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor: American Limousine LLC
Case No. 21-10121
Caption of Order: Order For Allowance of Claim and Turnover of Vehicle


This matter having been opened to the Court by the filing of a Motion to File Claim after Bar Date by Christian Del Toro, Esq., on behalf of Creditor, Dynasty Auto Body, Inc., and having been opposed by Dean G. Sutton, Esq., attorney for Debtor, and this Court having considered the moving and opposition papers submitted on behalf of the parties, and the parties having agreed to the terms of this Order, and for good cause shown;

It is ORDERED, that Dynasty Auto Body, Inc. has an allowed claim of $21,912.27; and it is further

ORDERED, that upon payment of $1,000.00 to Dynasty Auto Body, Inc., the Debtor will be entitled to the return of the vehicle, more particularly described as follows:
2018 Chevrolet Suburban LS 1500, Vin No. 1GNSKGKC1JR151422; and it is further

ORDERED, that the balance of the claim after payment of $1,000.00 will be paid through the Plan; and it is further

Ordered, that the vehicle shall be returned in good working order.