UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on July 26, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Judge: Stacey L. Meisel

Hearing Date: June 22, 2021

## ORDER FOR ALLOWANCE OF CLAIM AND TURNOVER OF VEHICLE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 26, 2021

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor: American Limousine LLC
Case No. 21-10121
Caption of Order: Order For Allowance of Claim and Turnover of Vehicle

This matter having been opened to the Court by the filing of a Motion to File Claim after Bar Date by Christian Del Toro, Esq., on behalf of Creditor, Dynasty Auto Body, Inc., and having been opposed by Dean G. Sutton, Esq., attorney for Debtor, and this Court having considered the moving and opposition papers submitted on behalf of the parties, and the parties having agreed to the terms of this Order, and for good cause shown;

It is ORDERED, that Dynasty Auto Body, Inc. has an allowed claim of $21,912.27; and it is further

ORDERED, that upon payment of $1,000.00 to Dynasty Auto Body, Inc., the Debtor will be entitled to the return of the vehicle, more particularly described as follows:

    2018 Chevrolet Suburban LS 1500, Vin No. 1GNSKGKC1JR151422; and it is further

ORDERED, that the balance of the claim after payment of $1,000.00 will be paid through the Plan; and it is further

Ordered, that the vehicle shall be returned in good working order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 21-10121-SLM
American Limousine LLC                                                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                Page 1 of 2
Date Rcvd: Jul 26, 2021                            Form ID: pdf903                             Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | + American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021                         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

**Name**              **Email Address**

Barry J. Roy
    on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com

Christian Del Toro
    on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com

Daniel H. Reiss
    on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com

Dean G. Sutton
    on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com

Denise E. Carlon
    on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Devanshu L. Modi
    dev.modi@lglmlaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15