UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

| | |
|---|---|
| In Re: | Case No.:   21-10121 |
| American Limousine LLC | Chapter:   11 |
| | Adv. Pro. No. |
| | Hearing Date:  09/14/2021 |
| | Judge:   SLM |

**CERTIFICATION OF SERVICE**

1.      I, <u>Suzanne L. Towler</u>:

❑ represent the _____ in the above captioned matter.

☑ am the secretary/paralegal for <u>Dean G. Sutton, Esq.</u>, who represents the <u>debtor</u> in the above captioned matter.

❑ am the _____ in the above case and am representing myself.

2      On <u>August 2, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Filed copy of the First Modified Chapter 11 Small Business Subchapter V Plan with Exhibits A-V   as well as the filed Order Setting Deadlines and Scheduling Confirmation Hearing along with a cover letter advising of same and a ballot if applicable.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Limousine LLC<br>Attn:  Michael Fogarty, President<br>365 Rifle Camp Road, Suite 202<br>Woodland Park, NJ 07424 | Debtor | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Peter D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, N.J. 07102 | US Trustee | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Devanshu L. Modi, Esq.,<br>Subchapter V Trustee<br>Lyon, Glassman, Leites & Modi, L.L.C.<br>P.O. Box 409<br>Florham Park, NJ 07932 | SubChapter V Trustee | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101<br>Pamela.E.Hackley2@irs.gov<br><br>Deb Secrest<br>Commonwealth of PA<br>Dept. of Labor & Industry<br>Collections and Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us<br><br>State of NJ, Dept of Labor,<br>Div. of Employer Accts<br>PO Box 379<br>Trenton, NJ 08625<br>Jessica.Waagner@dol.nj.gov | Priority Tax Claims | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| M&T Bank<br>Luskin Stern& Eisler LLP | Class 1 | ❑ Hand-delivered<br>❑Regular mail |

| | | |
|---|---|---|
| 50 Main Street<br>White Plains NY 10036-0000<br>hornung@lsellp.com<br>odonnell@lsellp.com<br>inovack@mtb.com | | ❑ Certified mail/RR<br>■ E-mail<br>❑ Notice of Electronic Filing (NEF) |
| Cummings Properties LLC<br>200 West Cummings Park<br>Woburn MA 01801-0000<br>Legal@cummings.com,<br>JPM@cummings.com | Class 2 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Lancer Insurance Company<br>Pick & Zabicki LLP<br>369 Lexington Avenue, 12th Floor<br>New York NY 10017-0000<br>dpick@picklaw.net<br>broy@rltlawfirm.com<br>ezabicki@picklaw.net | Class 3 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>∎E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| First Lease, Inc.<br>Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>800 N. Kings Highway, Ste 300<br>Cherry Hill NJ 08034-0000<br>rmcdowell@slgcollect.com | Class 4 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>∎E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Lease Direct<br>DE LAGE LANDEN FINANCIAL SERVICES,<br>INC.<br>PO Box 41602<br>Philadelphia PA 19101-1602<br>customerserviceresponse@leasedirect.com | Class 5 & Class 6 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>∎E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Ascentium Capital LLC<br>PO Box 301593<br>Dallas TX 75303-1593<br>NancyZuromski@ascentiumcapital.com<br>belindamartinez@ascentiumcapital.com | Class 7, Class 8 &<br>Class 9 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>∎E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| T-Mobile<br>T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue WA 98015-3410<br>Frank.Capozzi@t-mobile.com | Class 10 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Midland States Bank<br>PO Box 2149<br>Gig Harbor WA 98335-0000<br>gburks@logs.com<br>nibates@logs.com<br>ewassall@logs.com | Class 11 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Mahwah Property Owner LLC<br>Fox Rothschild LLP<br>Attn: M. Herz, Esq.<br>49 Market Street<br>Morristown NJ 07960-5122<br>mcarlson@foxrothschild.com<br>cyoungman@foxrothschild.com<br>mherz@foxrothschild.com<br>cbrown@foxrothschild.com | Class 12 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |
| Michael Fogarty<br>c/o American Limousine LLC<br>365 Rifle Camp Road, Suite 202<br>Woodland Park, NJ 07424 | Class 15 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

3       On <u>August 4, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Filed copy of the First Modified Chapter 11 Small Business Subchapter V Plan with Exhibits A-V   as well as the filed Order Setting Deadlines and Scheduling Confirmation Hearing along with a cover letter advising of same and a ballot if applicable.

| | | |
|---|---|---|
| 101 Limousine<br>19401 Dougherty Ave<br>Morgan Hill CA 95037-0000<br>info@101limousine.net<br><br>1st National Sedan<br>P O Box 48797<br>Los, Angeles, CA 90048<br>reservation@1stnationallimo.com<br><br>5 Star Liimo<br>220 Roosevelt Avenue<br>Downingtown PA 19335-0000<br>5star2airport@gmail.com<br><br>A Super Limo<br>2627 30th Avenue, Unit A<br>San Francisco CA 94116-0000<br>david@sanfranciscosuperlimo.com<br><br>ACCENT CHAUFF TRANS<br>827 CAMINO DE MONTE REY<br>Santa Fe NM 87505-0000<br>info@santafevalet.com<br><br>ACE TRANSPORTATION  (CA)<br>41995 Boardwalk<br>Palm Desert CA 92211-0000<br>acerides1@gmail.com<br><br>Affairs of Style<br>PO Box 483<br>Gatlinburg TN 37738-0000<br>affairslimo@gmail.com<br><br>All Valley Limousine Service<br>600 Ash Avenue<br>McAllen TX 78501-0000<br>allvalleycharters@hotmail.com<br><br>Allaire Limousine<br>dba Concorde<br>PO Box 627<br>Farmingdale NJ 07727-0000<br>reservations@concordeworldwide.com | Class 13 | ❏ Hand-delivered<br>❏Regular mail<br>❏ Certified mail/RR<br>■E-mail<br>❏ Notice of Electronic<br>Filing (NEF)<br>❏ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Alliance Limousine<br>547 SAW MILL RIVER RD<br>LL2<br>Ardsley NY 10502-0000<br>office@alliancelimony.com<br><br>ALLIED TRANSPORTATION<br>4021 PACIFIC BLVD.<br>San Mateo CA 94403-0000<br>info@alliedtrans.com<br><br>AMERICAN LIMO NM<br>303 ARVADA N.W<br>Albuquerque NM 87102-0000<br>info@americanlimosabq.com<br><br>B-LINE XPRESS (CO)<br>56 EDWARDS VILLAGE BLVD.<br>Suite 2<br>Edwards Co 81620-0000<br>Nate@aspenvaillimo.com<br><br>DIANA LIMOUSINE SERVICE<br>1445 SELL STATION ROAD<br>Littlestown PA 17340-0000<br>lisa@dianaslimo.com<br><br>ELEGANT LUXURY LIMO<br>266 Jericho Turnpike, Suite 206<br>Floral Park NY 11001-0000<br>shah@elegantluxurylimousine.com<br><br>EXECUTIVE GROUND (NY)<br>100 Eads Street<br>West Babylon, NY 11704<br>reservations@executivelimousine.org<br><br>FAB LIMOUSINES<br>3681 CONNECTICUT AVENUE<br>Youngstown OH 44515-0000<br>kim@fablimo.com<br><br>Go Platinum Transportation LLC<br>5680 Golden Oaks Lane<br>Naples FL 34119-0000<br>info@goplatinumtransportation.com | | |

| | | |
|---|---|---|
| IQ BOSTON TRANSPORT<br>540 Revere Beach Blvd # 626<br>Revere MA 02151-0000<br>info@iqbostontransport.com<br><br>Kauai North Shore<br>PO Box 109<br>Kilauea HI 96754-0000<br>Bret@kauailuxurytransportation.com<br><br>Lewis Limousine (CA)<br>22607 Golden Meadow Lane<br>Santa Clarita CA 91350-0000<br>lewislimousine@gmail.com<br><br>LA Limousine<br>772 Goldstream Ave.<br>Victoria, BC V98 2X3<br>Kyarak@lalimo.ca<br><br>SIGNATURE EXEC. CA<br>158 WEST PALM DRIVE<br>Arcadia CA<br>info@signatureET.com<br><br>STAR LIMO(CANADA)<br>328 INDUSTRIAL AVE es<br>Canada<br>Vancouver, British Columbia V6A 2PS<br>reservations@starlimousine.com<br><br>V&V<br>CARRERE 236822<br>Bogota, Colombia 111221<br>info@vehiculosvip.com<br><br>Merchants Automotive Group<br>aka Merchants Fleet Management<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>Saint Louis MO 63105-0000<br>dwayne.stanley@huschblackwell.com<br>Alex.Terras@huschblackwell.com<br>Tim.million@huschblackwell.com | | |

| | | |
|---|---|---|
| TGI Office Automation<br>951 Haddonfield Road<br>Cherry Hill NJ 08002-0000<br>opam@leasedirect.com<br><br>GEICO A/S/O BRENDA U<br>HARRIETTE G ZELMAN ATTORNEY AT<br>LAW<br>225 Roslyn Road<br>Roslyn Heights NY 11577-0000<br>hzelman@zelmanlaw.com<br><br>Dito, LLC<br>PO BOX398452<br>San Francisco CA 94139-8452<br>mike.patton@ditoweb.com,<br>kim.schacht@ditoweb.com | | |
| California Dedicated Chauffeur<br>5737 Canan Road Suite 261<br>Agora Hills, CA 91301<br>mshomali@cdctransportation.com<br><br>Prime Limo Srvc Inc<br>13300 Victory Blvd Suite 315<br>Van Nuys, CA 91401<br>Primelimo@gmail.com<br><br>Academy Bus<br>2020 South Briggs Avenue<br>Durham,NC 27703<br>csmith@academybus.com<br><br>Hanmi Bank frmly Ascentium Capital<br>c/o Stephen E Jenkins<br>Hemar Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino CA 91436-0000<br>raffi@hrhlaw.com<br><br>Joselito R. Dela Cruz & Jeff Pangilinan,<br>on behalf of themselves & all others sim<br>Daniel H. Reiss, Esquire<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles CA 90067-0000<br>dhr@lnbyb.com,<br>Bryan@BryanSchwartzlaw.com | | |

A-Limousine Associates
5630 Julmar Drive
Cincinnati OH 45238-0000
limobob@fuse.net
pillarlaw@verizon.net


A MIDNIGHT LIMOUSINE
2273 SC-544
Conway SC 29526-0000
midnightlimos1@gmail.com


A STEP ABOVE LIMO
1917 SCOTT FUTRELL DRIVE
Charlotte NC 28208-0000
astepabovelimoservice@gmail.com


ACE LIMOUSINE(AL)
130 SPRINGFIELD LANE
Madison AL 35758-0000
acelimo316@gmail.com


ADROIT TRANSPORTATION INC
2816 HONOLULU AVE #278
Verdugo City CA 91046-0000
info@adroitlimo.com


All Star Transportation
2505 Industrial Row Dr.
Troy MI 48084-0000
Bobb@allstarvip.com


ATLANTIC LIMO (GA)
2450 PLEASANTDALE ROAD
Atlanta GA  30340
hoss@atlanticlimo-ga.com


Atlas Link
30 Chelsea St., Apt. 403
Everett MA 02149-0000
atlaslinkus@gmail.com


Vishnick McGovern Milizio, LLP
3000 Marcus Avenue
Ste 1E9
Lake Success NY 11042-0000
agefen@vmmlegal.com

| | | |
|---|---|---|
| Abdel Abdel Fattah<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 1600<br>New York NY 10022-0000<br>agefen@vmmlegal.com<br><br>Ezaldin Abdelsalam<br>c/o Vishnick McGovern Milizio LLP<br>3000 Marcus Avenue<br>Suite 1E9<br>Lake Success NY 11042-0000<br>agefen@vmmlegal.com<br><br>Serguei Akimov<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 1600<br>New York NY 10022-0000<br>agefen@vmmlegal.com<br><br>Abdallah Ba<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 1600<br>New York NY 10022-0000<br>agefen@vmmlegal.com<br><br>Dynasty Auto Body Inc.<br>Martone and Uhlmann, PC<br>777 Passaic Avenue<br>Clifton, NJ 07012<br>cdeltoro@martonelaw.com,<br>bky@martonelaw.com<br><br>Sanjay Budhoo<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 1600<br>New York NY 10022-0000<br>agefen@vmmlegal.com<br><br>Manuel Diaz<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 1600<br>New York NY 10022-0000<br>agefen@vmmlegal.com<br><br>Shahid Diwan<br>c/o Avrohom Gefen, Esq.<br>570 Lexington Avenue, Suite 160<br>New York NY 10022-0000 | | |

agefen@vmmlegal.com

Guy Emilien
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Franklyn B. Fyffe
c/o Vishnick McGovern Milizio LLP
3000 Marcus Avenue, Ste1E9
Lake Success NY 11042-0000
agefen@vmmlegal.com

Hewlett - Packard Financial
200 Connell Drive, Suite 500
Berkeley Heights, NJ 07922
diane.morgan@hpe.com

Sherif Ibrahim
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Justin Jung
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Andres Morales
c/o Visnick McGovern Milizio LLP
3000 Marcus Avenue, Ste 1E9
Lake Success NY 11042-0000
agefen@vmmlegal.com

Candido Nunez
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Ronald Smith
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Ronald Smith
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Gabriel Soto
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Duncan Tasher
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Emad Tawfik
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Phillip Vargas
c/o Vishnick McGovern Milizio LLP
3000 Marcus Avenue, Ste 1E9
Lake Success NY 11042-0000
agefen@vmmlegal.com

Nagi Zaki
c/o Avrohom Gefen, Esq.
570 Lexington Avenue, Suite 1600
New York NY 10022-0000
agefen@vmmlegal.com

Accounting Principals
c/o Lisa Werner
10151 Deerwood Park Blvd.
Jacksonville FL 32256-0000
lisa.werner@adeccogroup.com
Alicia.Dottery@Adeccogroup.com

Steven Bennett Blau, Esq.-Blau Law Group
c/o Kurtzman Matera, PC
80 Red Schoolhouse Road, Suite 110
Chestnut Ridge NY 10977-0000
rmatera@kmpclaw.com

Steven Bennet Blau Esq
for Ernest Thompson
Kurtzman Matera, PC
80 Red Schoolhouse Road, Suite 110
Chestnut Ridge NY 10977-0000
law@kmpclaw.com
rmatera@kmpclaw.com

AMERICAN EXECUTIVE
23571 PEBBLE RUN PLACE
#130
Sterling VA 20166-0000
zulfi@airportcoach.com
john@borsari.com

American Mobile Glass of NJ
35 Oak Ridge Road
Newfoundland NJ 07435-0000
Patrickm@amgglass.com

Califa Services
4509 West 132nd Street
Hawthorne CA 90250-0000
califaservices@gmail.com

CARDIFF LIMOUSINE
75-255 SHERYL AVENUE
Palm Desert CA 92211-0000
Gary@cardifflimo.com

Century Link Communications LLC
Bankruptcy
1025 Eldorado Blvd.
Broomfield CO 80021-0000
Bankruptcylegal@centurylink.com

CHARIOTS OF HIRE
1204 TOPSIDE ROAD
Louisville TN 37777-0000
reservations@chariotsofhire.com

Chabe Limousine
91-99 Avenue Jules Quentin
Paris, France 92000
Guillaume.conn@chabe.fr
David.bruce@chabe.fr

CHECKER TRAN LLC
P.O.BOX 751
Marquette MI 49855-0000
accounting@checkertransport.com

Colleen Knapp
2216 W Vermijo Avnue
Colorado Springs CO 80904-0000
colleenk@arideinluxury.com

Cole Schotz LLP
25 Main Street Hackensack
Hackensack NJ 07601-0000
info@coleschotz.com

COMAIER SERVICES (IN)
111 E COLUMBIA STREET
Evansville IN 47711-0000
Comaierservices1964@gmail.com

CTA WORLDWIDE
PO Box 790862
San Antonio TX 78279-0000
andy@ctalimo.com

COURTESY LIMO (MI)
24994 Battle Creek Highway
Bellevue, MI 49021
courtesy247@aol.com

DANVERS CAR SERVICE
153 Andover St., Suite 210
Danvers MA 01923-0000
info@danverscarservice.com

De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne PA 19087-0000
jksmith@leasedirect.com

ELITE LIMO SVC (CO)
P.O. BOX 2047
Eagle CO 81631-2047
info@elitelimoinc.com

ETHAN ALLEN COACHWORKS
599 SHUNPIKE RD
Williston VT 05495-0000
eacoachworks@gmail.com

FIRST CLASS LIMO (OK)
1209 W. DETROIT STREET
Broken Arrow OK 74012-0000
reservations@firstclasslimo.com

J-WAVE TRANSPORTA
P.O.  89402
Honolulu HI
reservations@jwavetrans.com

FORNET ENTERPRISES
218 Locust Drive
Milford PA 18337-0000
fornetlimo@aol.com

HARMONY LIMO (IL)
3443 S. MACARTHUR BLVD.
Springfield IL 62704-0000
info@harmonylimos.com

Intellishift
c/o Denise Carlon, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Jackson Lewis LLP
1133 Westchester Avenue Suite S125
West Harrison NY 10604-0000
Epayments@JacksonLewis.com

James Limousine
2415 Anniston Street
Richmond VA 23223-0000
tom@jameslimousine.com

Joselito R. Dela Cruz & Jeff Pangilinan,
on behalf of themselves & all others sim
Daniel H. Reiss, Esquire
10250 Constellation Blvd,, Suite 1700
Los Angeles CA 90067-0000
dhr@lnbyb.com
Bryan@BryanSchwartzlaw.com

KINGS WORLD WIDE (OK)
4801 NW  10TH STREET
Oklahoma City OK 73127-0000

emailres@kingsworldwidetrans.com

KIUKI TOURS
LOT 1140 CATHERINE HALL
Montego Bay, Jamaica
accounts@kiukitours.com

Limolabs, LLC
603 N. Rainbow Drive
Hollywood, FL 33021
alext@limolabs.com
misha@limolabs.com

LIMOUSINE ASSOCIATES
5630 JULMAR  DR
Cincinnati OH 45224-0000
alimousine@fuse.net

Lucky Limousine & Towncar Service LLC
Attn:  Alan A. Jochim, CEO
11824 NE Ainsworth Circle STE B
Portland OR 97220-0000
aljochim@besolucky.com

Maaco
92 North Main St
Building 14
Windsor NJ 08561-0000
Maacowindsor@gmail.com

MANHATTAN VIP
1601 Gravensend Neck Road, Suite 902
Brooklyn NY 11122-9000
info@manhattanviplimo.com

MEARS GLOBAL Chauffeured Services, Inc.
MEARS Destination Services, Inc.
c/o Daniel W. Ford
324 West Gore Street
Orlando FL 32806-0000
dford@mears.com
afields@mears.com

M&T Bank-PPP
c/o Luskin Stern& Eisler LLP
50 Main Street
White Plains NY 10036-0000
hornung@lsellp.com,

odonnell@lsellp.com,
inovack@mtb.com,

MIDSTATE LIMOUSINE
107 W. CASS STREET
Peoria IL 61602-0000
info@peorialimo.com

MILLENNIUM LIMOUSINE
2200 Thurston Drive
Canada
Ottawa, Ontario K1G 6E1
millennium@millimo.com

National Grid
PO Box 960
Northborough MA 01532-0000
apbankruptcy@nationalgrid.com

Opal Business Solutions
608 E. McMurray Road
McMurray PA 15317-0000
sdavidson@opalbiz.com

Oxford Health Plans
Attn:  CDM/Bankruptcy
185 Asylum Street - 03B
Hartford CT 06103-0000
Jayson_ronning@uhc.com

Paul Pielka
Varcadipane & Pinnisi PC
80 West Century Road, Sutie 302
Paramus NJ 07652-0000
jwv@vpattorneys.com
service@vpattorneys.com

PEAK LIMOUSINE
6308 NORTHERN OAK DRIVE
Charlotte NJ 00000-0000
shawn@peaklimo.com
faith@peaklimo.com

PKF O'Connor Davies, LLP
300 Tice Blvd.
Woodcliff Lake NJ 07677-0000
dkarlewicz@pkfod.com

Presidential Limousine LLC
846 Lime Kiln Road
Green Bay WI 54302-0000
baybusllc@gmail.com

PLATINUM VIP (WA)
605 18TH AVENUE WEST
Kirkland WA 98033-0000
slavko@seattleplatinumlimo.com

RAMA LIMOUSINE
17595 Edgewood Lane
Yorba Linda CA 92886-0000
info@pacificwestlimos.com

Real Time Consultants, Inc.
777 Corporate Drive
Suite 1
Mahwah NJ 07430-0000
JI@RTCNT.com

Reno Tahoe Limo (NV)
3200 Mill Street, Suite A
Reno NV 89502-0000
info@renotahoelimo.com

Starr Indemnity & Liability Co.
399 Park Avenue, 3rd Floor
New York NY 10022-0000
Ross.chinitz@starrcompanies.com

TENNESSEE LIMOUSINE SERVICE, INC.
2555 POPLAR AVE
Memphis TN 38112-0000
lmoss@imperialsecurity.com

TLA LIMOUSINE
713 NORTH 1ST STREET
Montebello CA 90640-0000
arsen@tlalimo.com

UCS
1710 S. Amphlett Blvd.
San Mateo CA 94402-0000
lohan@ucslimo.com

Windels Marx
Lane & Mittendorf, LLP
156 West 56th Street
New York NY 10019-0000
prusso@windelsmarx.com

OAG
550 W Van Buren Street
Suite 1520
Chicago IL 60607-0000
uscreditcontrol@oag.com
Kathy.spada@oag.com

1 City Limousine
PO Box 3732
San Leandro CA 94578-0000
Nanak3081@gmail.com

ALL TOWN CENTRAL TRANSPORTATION
17 Cumberland Street
Brooklyn NY 11205-0000
Sam@otomg.com

Conga Trans LLC
115 Lyynway
Revere MA 02151-0000
dorianonga@yahoo.com

CTS/ Carlos Trans
1421 Bluff Rd
Montebello CA 90640-0000
reservations@carlostrans.com

HOVART LIMOUSINE (CA)
7732 Rhea Avenue
Reseda CA 91335-0000
hovartlimobooking@yahoo.com

J AND R TOURS
791 Nepperhan Avenue
Yonkers NY 10703-0000
kaps@jrbuses.com

LIMO TOLEDO
23114 Dunbridge Road
Perrysburg OH 43551-0000
doug@toast.net

Luxxor Limo
516 Park Avenue
Des Moines IA 50321-0000
Scott@luxxorlimo.com

Mercedes Benz of Paramus L766
755 Route 17 South
Paramus NJ 07652-2984
margaretterronez@lithia.com

MTL
229 45e Avenue Street
Eustache QC J7P3H1
andy@mtllimoworldwide.com

NICOS TOURING SVC
PO Box RB2741
Rodney-Bay Gros-Islet
Saint Lucia
nicotouring@candw.lc

Oscar Limousine
Sonia Mohan, President
3464 Prairie Path
Bethpage NY 11714-0000
Oscarlimo2727@gmail.com

OTOMG ENTERPRISE INC
17 Cumberland Street
Brooklyn NY 11205-0000
Sam@otomg.com

ROSE LIMOUSINE (NC)
3331 Asbury Lane Suite A
Charlotte NC 28206-0000
Andy@riderose.com

UNIVERSAL LIMO (CA)
1781 South River Road
Suite A
West Sacramento CA 95691-0000
marc@universallimo.com

WORLD TRAVEL MGMT
223 N. Guadalupe St #498
Santa Fe NM 87501-0000
groundtraveltoday@gmail.com

| | | |
|---|---|---|
| Omni Limousine<br>1401 Helm Drive<br>Las Vegas NV 89119-0000<br>Richard@omnilimo.com<br><br>Star2Star<br>600 Tallevast Road, Suite 202<br>Sarasota FL 34243-0000<br>legal@star2star.com<br>cyoungman@foxrothchild.com<br><br>GRACE LIMOUSINE<br>995 Goffstown Road<br>Manchester NH 03102-0000<br>jessica.boulerice@gracelimo.com<br><br>654 Limo Inc<br>4070 Drifting Sand Trail<br>Destin FL 32541-0000<br>limo@654limo.com<br><br>A Comfort Limousine<br>1626 North Wilcox Ave, Suite 951<br>Los Angeles CA 90028-0000<br>a_comfort_limo@yahoo.com<br><br>A LIMOUSINE CONNECTION<br>2545 Decker Lane<br>Salt Lake City UT 84119-0000<br>mb@alclimo.com<br><br>A LIMOUSINE SVC (PA)<br>30 PRAGER ST<br>Pittsburgh PA 15215-0000<br>garyalimo@yahoo.com<br><br>A RIDE IN LUXURY(CO)<br>2216 WEST VERMIJO AVENUE<br>Colorado Springs CO 80904-0000<br>office@arideinluxury.com<br><br>A Supreme Limo (OH)<br>3075 E 14th Avenue<br>Columbus OH 43219-0000<br>sales@columbuscoach.com | | |

Abe's Limousine
2500 Calbert St. NW
Washington DC 20008-0000
reservations@abestrans.com

ACTION LIMOUSINE (TX)
6104 WIND SWEPT LANE
Houston TX 77057-0000
Phil@actionlimo.com

Action Limousine, Inc.
5128 Valley Brook Circle
Birmingham AL 35244-0000
actonlimo@aol.com

Advantage Limo (FL)
4419 N Hubert Ave., Suite A
Tampa FL 33614-0000
sales@advantagelimollc.com

Alonzo Williams Jr.
The Lavelle Firm
100 Herrcks Rd, #201
Mineola NY 11501-0000
eklavellefirm@gmail.com

AMBASSADOR BLACKSTAR LIMO (WA)
8606 N Wall St
Spokane WA 99218-0000
info@ambassadorblackstar.com

AMERICAN COMFORT
dba All Occasion AOT Global
4084 Arnold Avenue
Suite 1 & 2
Naples FL 34104-0000
jolinger@aotglobal.com

AMERICAN EXECUTIVE
23571 PEBBLE RUN PLACE
#130
Sterling VA 20166-0000
zulfi@airportcoach.com

AVENTURA LIMO (FL)
20251 NE 15TH COURT
Miami FL 33179-0000

scott@aventuralimo.com

AMERICAN LIMO OF CMH
11723 DETROIT AVE
Lakewood OH 44107-0000
reservations@amerilimo.com

CARDEL LIMOUSINE
123 Rue Victor Hugo
Levallois Perret, Ile-De-France 92300-00
K.maachi@cardel-global.com

PRESTIGE TRANSPORTATION  (CAN)
10135 31 Avenue, NW #105
Edmonton, Alberta Canada T6N 1C2
Phil.strong@agioinvestments.com

C EXPRESS CHARLESTON
7319 Wilkinson Blvd. Belmontnc SC 28012
SC EXPRESS LIVERY
7319 Wilkinson Blvd. Belmont NC 28012 Un
laura@cltexpress.com

AMICA/DBA ICONA GLOB
44 GILLENDER STREET
Unit 15
London, United Kingdom E14 6RP
accounting@iconaglobal.com

ITEXACT Limited
Dorset House, Regent Park, Kingston
Road
Ashtead, United Kingdom KT22 7PL
aasha.arulnesan@itexactglobal.com
accounts@itexactglobal.com

QUEBEC LIMO
4745 Boul Des Cimes
Canada
Quebec, Quebec G2A 3Y2
limousine@limoquebec.com


ROSEDALE LIVERY LIMITED
3687 NASHUA  DR  UNIT  12
Unit 12
Canada
Mississauga, Ontario L4V1R3

| | | |
|---|---|---|
| information@rosedalelivery.com<br><br>VPLS<br>600 West 7th Street, Suite 510<br>Los Angeles CA 90017<br>usbilling@vpls.com<br><br>WB Mason Co. Inc.<br>59 Centre Street<br>Brokton, MA 02301<br>Lisa.fiore@wbmason.com<br><br>ADP Inc.<br>1851 Resler<br>El Paso, TX 79912<br>Marion.Smith@adp.com | | |
| Dickson Addai<br>c/o ALONSO & NAVARRETE, LLC<br>6121 Kennedy Blvd.<br>North Bergen, NJ 07047<br>cherrero@anlawyers.com<br><br>Kevin & Anna Taylor<br>Feerick Nugent MacCartney, PLLC<br>96 South Broadway<br>South Nyack NY 10960<br>dmaccartney@fnmlawfirm.com<br><br>Kevin & Anna Taylor<br>WALSH PIZZI O'REILLY FALANGA<br>LLP Three Gateway Center 100<br>Mulberry Street, 15th Floor Newark,<br>New Jersey 07102<br>sfalanga@thewalshfirm.com<br>chemrick@thewalshfirm.com<br><br>Jose Huezo and Martina Tejada<br>Attn: Michael Lizzi, Esq.<br>Maggiano, DiGirolamo & Lizzi<br>201 Columbia Ave.<br>Fort Lee NJ 07024<br>mlizzi@mdltriallawyers.com<br>gperez@mdltriallawyers.com<br><br>Alonzo Williams Jr.<br>c/o The Lavelle Firm<br>100 Herrcks Rd, #201<br>Mineola, NY 11501 | Class 14 | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>∎E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>  ❑ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| eklavellefirm@gmail.com | | |
| Stephen Moreira<br>c/o LAW OFFICES OF BARR &<br>GULYAS LLC<br>21 Brant Ave.<br>Clark NJ 07066<br>Jhbarr@barrgulyas.com | | |

4       On August 6, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Filed copy of the First Modified Chapter 11 Small Business Subchapter V Plan with Exhibits A-V   as well as the filed Order Setting Deadlines and Scheduling Confirmation Hearing along with a cover letter advising of same and a ballot if applicable.

| | | |
|---|---|---|
| AAA Quality Security<br>PO Box 15<br>Oakland NJ 07436-0000<br><br>American Express<br>No Address<br><br>ARISTOCRAT  (FL)<br>6923 NARCOOSSEE ROAD<br>Suite 626<br>Orlando FL 32822-0000<br><br>Babylon Limousine<br>14701 Calvert Street<br>Van Nuys CA 91411-0000<br><br>Coach USA<br>160 S. Route 17 North<br>Paramus NJ 07652-0000<br><br>Baybus (WI)<br>846 Lime Kiln Road<br>Green Bay WI 54302-0000<br><br>BCM ENTERPRISE<br>18311 W. 10 MILE ROAD<br>Suite 209<br>Southfield MI 48075-0000<br><br>CAMELOT LIMO (SC)<br>P.O. BOX 771<br>Bluffton SC 29910-0000 | Class 13 Cont. | ❑ Hand-delivered<br>■Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

Cascade Towncar
20020 Chaney Road
Bend OR 97701-0000

Classic Limo Service Svc
1831 W Foster Avenue
Los Angeles CA 91790-0000

Global Ground
5151 San Felipe, Suite 1390
Houston TX 77056-0000

GO ALPINE
P.O. BOX 775066
Steamboat Springs CO

Comcast Cable-29128
PO Box 70219
Philadelphia, PA 19176-0219

Comcast Cable-TTSI
PO Box 37601
Philadelphia PA 19101-0601

Complete Security Systems, Inc.
94 Vanderburg Rd.
Marlboro NJ 07746-1433

D LUXE LIMOUSINE (FL
170 AZALEA DRIVE
Destin FL 32541-0000

Diamond Paper & Janitorial Supply Co.
379 Belmont Ave.
Haledon NJ 07508-0000

DIAMOND/PREMIER(SD)
1720 EAST CENTRE STREET
Rapid City SD 57703-0000

E&G BROTHERS TRANS
37019 ERICK COURT
Palmdale CA 93550-0000
EXCEL LIMOUSINES SVC
221 BRYNN MARR RD
Jacksonville NC 28546-0000

Exclusive Car SV
460 Race Street
Holyoke MA 01040-0000

GEICO A/S/O SHANAYA
No Address

Green Bay Escort Limo
2600 South Ashland Avenue, Suite B
Green Bay WI 54304-0000

Ground Force 1
60 Smitherfield Blvd., Suite 72
Plattsburgh NY 12901-0000

Jake's Landscaping
PO Box 100
Holmes PA 19043-0000

JENNIFER GAULDEN
NO Address

Joes Airport Parking
707 Wilshire Blvd.
Suite 4700
Los Angeles CA 90017-0000

Kareem Sayed LLC
103 Gordons Corner Rd
Marlboro NJ 07746-0000

K&J Limousine Services, Inc.
1183 Greenbriar Drive
Lynchburg VA 24502-0000

Marlin Business Bank
PO Box 13604
Philadelphia PA 19101-3604

Mahwah Tire Inc.
PO Box 541
Mahwah NJ 07430-0000

North Jersey Inspection Services
294 Adams Court
Wyckoff NJ 07481-0000

NORTH POINT TRANSPORATION
P.O. BOX 88128
Atlanta GA 30356-0000

NYS Workers' Compensation Board
328 State Street
Schenectady NY 12305-0000

Opdenaker Trash Removal Service, Inc.
8 Elm Ave.
Aston PA 19014-1129

OREGON TOWNCAR SVC
6700 SW 105th Ave Suite #213
Beaverton OR 97008-0000

Patrick Pyle
No Address

Patriot Coach
21 Cumings Park
Woburn MA 01801-0000

PINNACLE CAR SERVICE
1 AIRPORT BLVD.
Suite 120
Bentonville AR 72712

Popeye Autoglas
58 Washington Ave
Paterson NJ 07503-0000

ReadyRefresh by Nestle-Mahwah
PO Box 856192
Louisville KY 40285-6192$308.00

Renee Del Rossi
No Address

Rushway Limo
104 Lund Avenue
Hayward CA 94544-0000

SIGNtist
NO Adress

SPECIAL OCCASION (TX)
53 AUGUSTA DR.
Abilene TX 79606-0000

Stellar Limousine
47174 Dominic Street
Sioux Falls SD 57107-0000

Step Ahead Services
1647 Hwy 12118
Deerfield WI 53531-0000

Supervision
No Address

Telephonetics
2841 Corporate Way
Miramar FL 33025-0000

Teterboro Chrysler
469 Route 46
Little Ferry NJ 07643-0000

TOUCH OF CLASS LI(AL)
901 PLANTATION WAY
Montgomery AL 36117-0000

| | | |
|---|---|---|
| UniFirst<br>UniFirst 3499 Rider Trail South<br>St. Louis MO 63045-0000<br><br>Valera Global<br>3636 33rd Street, Suite 308<br>Long Island NY 11106-0000<br><br>Watchung Spring Water Co. Inc.<br>1900 Swarthmore Ave.<br>Lakewood NJ 08701-0000<br><br>WHITE DIAMOND (IN)<br>2851 SOUTH PACKERTON ROAD<br>Warsaw IN 46580-0000 | | |
| Aara Analytix Corporation<br>755 Grove Valley Dr.<br>Cumming GA 30041-0000<br><br>American Vending & Coffee Service<br>PO Box 305<br>Mount Freedom NJ 07970-0000<br><br>Baybus (WI)<br>846 Lime Kiln Road<br>Green Bay WI 54302-0000<br><br>Alpine Luxury Limousine<br>236 S.3RD<br>Montrose CO 81401-0000<br><br>AMERICAN CAPITAL<br>6943 MURIETTA AVE<br>Van Nuys CA 91405-0000<br><br>Bakersfield Limo<br>PO Box 9486<br>Bakersfield CA 93389-0000<br><br>Beattie Padovano, LLC<br>Attn:  Accounts Receivable<br>50 Chestnut Ridge Road, Suite 208<br>Montvale NJ 07645-1845<br><br>BLACK PEARL TRANSPORTATION<br>1500 FASHION ISLAND BLVD<br>San Mateo CA 94404-0000<br><br>BONOMOLO LIMO (LA) R<br>77 OAKLAWN<br>Metairie LA 70005-0000 | Class 13 Cont. | ❑ Hand-delivered<br>■Regular mail<br>❑ Certified mail/RR<br>❑E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Boston Elite Coach<br>153 Andover St<br>Danvers MA 01923-0000 | | |
| Boston Prime Limo<br>382 Ocean Ave<br>#408<br>Revere MA 02151-0000 | | |
| Cardinal Transportation<br>700 Harrison Drive<br>Columbus OH 43204-0000 | | |
| Carolina Limo (NC)<br>PO Box 1967<br>Candler NC 28715-0000 | | |
| Carolina Limo (SC)<br>7269 Highway 707<br>Myrtle Beach SC 29588-0000 | | |
| ConnectWise<br>28819 Network Place<br>Chicago IL 60673-0000 | | |
| CORPORATE LIMO EXPRESS<br>20 MILLER RD<br>Hillsborough NJ 08844-0000 | | |
| Deem Global Ground Automation, Inc.<br>1330 Broadway St, 7th Floor<br>Oakland CA 94612-0000 | | |
| DK Consulting<br>1120 Georgetown Way<br>Vernon Hills IL 60061-0000 | | |
| ECLIPSE GLOBAL TRANS<br>44 MORELAND AVENUE EAST<br>West St. Paul MN 55118-0000 | | |
| ELEGANT LIMOUSINE & CHARTER-AUSTIN<br>9501 CARGO AVENUE, SUITE 200<br>AUSTIN TX 78719-0000 | | |
| ELEGANT LIMOUSINE & CHARTER-SAN ANTONIO<br>5157 Blanco Road<br>San Antonio TX 78216-0000 | | |
| Errands Plus, Inc.<br>12270 Wilkins Avenue<br>Rockville MD 20852-0000 | | |

Eternity Limousine
1723 El Rito Ave.
Glendale CA 91208-0000

EXECUTIVE LAS VEGAS
3950 W. TOMPKINS AVE.
Las Vegas NV 89103-0000

FIRST CLASS CHAUFFEUR
COUNTRY CLUB   220 St. IC15
Carolina PR 00983-0000

Fisk Limo
Post Office Drawer 10405
Springfield MO 65802-0000

FIVE STAR LIMO (NY)
705 E. CHURCH STREET
Elmira NY 14901-0000

FLEETWOOD LIMOUSINE
5800 HANNUM AVE
Culver City CA 90230-0000

FTS LIMOUSINE
266 N W HARRIS LAKE DRIVE
Lake City FL 32055-0000

Get Spiffy, Inc.
4518 S. Miami Blvd.
Suite 180
Durham NC 27703-0000
Giorgios Limousine
5464 Genesse Street
Lancaster NY 14086-0000

GO GROUND (BUSES)
7325 JANES AVENUE
Woodridge IL 60517-0000

GO LUX LIMO INC
48 BRADSTREET AVE
Revere MA 02151-0000

Gold Type Business Machines
PO Box 305 351 Paterson Ave.
East Rutherford NJ 07073-0000

GRAND AVENUE LLC
186 NORTH FIRST STREET
Nashville TN 37213-0000

GRAND LIMOUSINE (MI)
600 S GRAND AVENUE
Lansing MI 48933-0000

Green Bay Escort Limo
2600 South Ashland Avenue, Suite B
Green Bay WI 54304-0000

Greene Light Limo
8 Mill Plain Road
Danbury CT 06811-0000

Hallett Place Automotive #710029
14 Hallett Place
Suffern NY 10901-0000

Horizon Termite & Pest Control
45 Cross Ave
Midland Park NJ 07432-0000

Hys Limousine WorldwideV
480 Island Lane
West Haven CT 06516-0000

ICON CHAUFFEUR
3579 EAST FOOTHILL BLVD.
#646
Pasadena CA 91107-0000

Island Limousine
380 Vista Roma Way, 322
San Jose, CA 95136

Internal Revenue Service
PO Bxo 7346
Philadelphia PA 19101-7346

 JACKPOT EXECUTIVE CA
16720 LUDLOW STREET
Granada Hills CA 91344-0000

Jan-Pro Cleaning Systems
400 West Cummings Park, Suite 1000
Woburn MA 01801-0000

Jets.Com-Commissions
140 Broadway, 46th Fl
46th Floor
New York NY 10005-0000

JOSE NAVAS
90 Baruch Dr, Apt 12E
New York NY 10002-0000

JOSHUAS LIMOUSINE CT
172 STODDARDS WHARF ROAD
Gales Ferry CT 06335-0000

KLS WORLDWIDE SVC
9663 SANTA MONICA BLVD.
Beverly Hills CA 90210-0000

Kofi Baning
20 W Mosholu Parkway South, Apt 16C
Bronx NY 10468-0000

KRYSTAL LIMOUSINE
7310 BLANCO ROAD
Suite 104
San Antonio TX 78216-0000

LA Limo
223 Gibbons Hwy Rt 101
Wilton NH 03086-0000

Lakeview Custom Coach
100 White Horse Pike
Oaklyn NJ 08107-0000

Limo Systems
405 RXR Plaza, Suite 405
Uniondale NY 11556-0000

LINDSEY LIMOUSINE
200 ADDISON ROAD
Windsor CT 06095-0000

LS Classic Limo
3048 Jackson Street
Oshkosh WI 54901-0000

Meridian Luxury
7912 Van Noord Ave. North
Hollywood CA 91605-0000

NE Car Service
293 Proctor Ave
Revere MA 02151-0000

NY-NJ Trailer Supply, Inc.
1401 Rt. 23 South
Butler NJ 07405-0000

NYG Limousine LLC
1 Cross Island Plaza, Suite 204A
Rosedale NY 11422-0000

OLYMPUS WORLDWIDE
5825 GLENRIDGE DRIVE
Building 3, #290
Atlanta GA 30328-0000

PALM BEACH TOURS
800 23RD ST
West Palm Beach FL 33407-0000

PandaDoc
 101 California Street, Suite 3975
San Francisco CA 94111-0000

Paris Limousine
6550 SE 74th ST
Oklahoma City OK 73135-0000

Platinum Limousine Service
528 Broad Street, Suite 103
Sumter SC 29150-0000

PLATINUM VIP (WA)
605 18TH AVENUE WEST
Kirkland WA 98033-0000

PRECISION LIMO (FL)
2983 Old Dixie Highway
Kissimmee FL 34744-0000

Premium Limousine (TX)
7901 Cameron Road
Building 3, Suite 287
Austin TX 78754-0000

PRIME EXECUTIVE SVC
4124 WALNEY ROAD
Suite L
Chantilly VA 20151-0000

Proshred Security
152 Eagle Rock Ave.
Roseland NJ 07068-0000

ReadyRefresh by Nestle-Mahwah
PO Box 856192
Louisville KY 40285-6192

REGENCY TRANSPORTATION
1411 BEAVER AVE
Pittsburgh PA 15233-0000

RK Tours SF
240 A Street
San Francisco CA 94080-0000

RUBY LIMOUSINE SVC
858 Route 46 West
Parsippany NJ 07054-0000

Sentinel Benefits & Financial Group
100 Quannapowitt Parkway
Wakefield MA 01880-0000

SERENITY LIMOUSINE
12405 VENICE BLVD
Los Angeles CA 90066-0000

SHUTTLE UP LLC (BUS)
38-17 CRESCENT STREET
Long Island City NY 11101-0000

SILVER FOX LIMO
5500 GRAND AVE
Pittsburgh PA 15225-0000

Simpluris
3194-C Airport Loop Drive
Costa Mesa CA 92626-0000

SPECIAL EVENT SVC.
396 PAUL COURT
West Hempstead NY 11552-0000

SPECIAL OCCASION (TX)
No Address

ST LOUIS TRANSPORTATION
13788 LAKEFRONT DR
Earth City MO 63045-0000

Star Limo (IL)
907 North Country Fair Drive
Champaign IL 61821-0000

STERLING BLACK CAR
33712 VIA DE AGUA
San Juan Capistrano CA 92675-0000

SUNSET LIMOUSINE SVC
2375 MELODY LANE
Reno NV 89612-0000

SUPERIOR EXECUTIVE
405 CEDAR LANE
Virginia Beach VA 23452-0000

The Black Car Fund
Ira Goldstein, Executive Director
30 Wall Street, 10th Floor
New York NY 10005-0000

TOUCH OF CLASS(FRESNO)
1470 N. BLACKSTONE AVENUE
Fresno CA 93703-0000

| | | |
|---|---|---|
| Tristate Trans<br>PO Box 1761<br>Rutland VT 05701-0000<br><br>Tuminos Towing<br>37 Emerson Street<br>Ridgefield Park NJ 07660-0000<br><br>Twins Luxury Group<br>9150 Runny Meade Road<br>Jacksonville, FL 32257<br><br>UNIQUE LIMO SVC<br>17120 VOSE STREET<br>Van Nuys CA 91406-0000<br><br>Verizon Wireless<br>PO Box 489<br>Newark NJ 07101-0489<br><br>VIP LIMOUSINE (OMAHA)<br>2318 S. 24TH STREET<br>Omaha NE 68108-0000<br><br>Waste Management of NJ, Inc.<br>Waste Management Northeast<br>Philadelphia PA 19101-3648<br><br>WHITE KNIGHT (MI)<br>1720 WATERBURY DR. SE<br>Grand Rapids MI 49508-0000<br><br>Vishnick McGovern Milizio, LLP<br>3000 Marcus Avenue<br>Ste 1E9<br>Lake Success NY 11042-0000 | | |
| HASAN BARAKET<br>20-11 124 St, #1<br>Queens, NY 11356<br><br>HASAN BARAKET<br>c/o JOHN J CIAFONE ESQ<br>25-59 Steinway St. Suite 2F Astoria, NY<br>Astoria, NY 11103<br><br>John Witsch<br>822 Joralemon St.<br>Belleville, NJ 07109 | Class 14<br>Continued | ❑ Hand-delivered<br>∎ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic<br>Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| John Witsch<br>c/o LEARY, BRIDE, MERGNER &<br>BONGIOVANNI, P.A<br>7 Ridgedale Ave.<br>Cedar Knolls, NJ 07927<br><br>LEOPOLD WEISS<br>158 Penn St., Apt 2<br>Brooklyn, NY 11211<br><br>LEOPOLD WEISS<br>c/o WEITZ & LUXENBERG<br>700 Broadway<br>New York, NY 10003<br><br>GLENN HOLZ<br>120 Penwod Drive<br>Oxford, PA 19363<br><br>GLENN HOLZ<br>c/o LAW OFFICES OF RICHARD A.<br>STOLOFF<br>1500 JFK Blvd. Suite 520<br>Philadelphia, PA 19102<br><br>JESMIN AKTAR<br>104 Webster Ave, Apt F11<br>Paterson, NJ 07501<br><br>SHERRY FINE<br>170 E. 88th Street, Apt. 4H<br>New York, NY 10128<br><br>VICTOR JAVIER MARTIN<br>296 Sheridan Blvd.<br>Inwood, NY 11096<br><br>VICTOR JAVIER MARTIN<br>c/o HELEN F. DALTON &<br>ASSOCIATES, P.C<br>80-02 Kew Gardens Rd, Suite 601<br>Kew Gardens, NY 11415<br><br>ARTURO SANCHEZ<br>65 Kee Ave, 1st Fl.<br>Somerset, NJ 08873<br><br>ARTURO SANCHEZ<br>c/o TERENCE G. VAN DZURA<br>332 Cranbury Road<br>East Brunswick, NJ 08816 | | |

PROGRESSIVE INSURANCE
24344 Network Place
Chicago, IL 60673

Alvan Harrison
459 Maitland Avenue
Teaneck, NJ 07666

JEAN DERRICK
422 Cherry Street
Elizabeth, NJ 07208

JOSE NAVAS
90 Baruch Dr, Apt 12E
New York, NY 10002

Clarice Gomes
c/o BRANDON BRODERICK, LLC
65 State Route 4 East
River Edge, NJ 07661

MCDERMOTT & MCGEE
75 Main Street, P.O. Box 192
Millburn NJ 07041

Allstate a/s/o Bacik
Mark S. Gilcreast
21 Oak Street, Suite 201
Hartford CT 06106

Donald Howard Payne
1036 Frenchtown Rd.
Elkton MD 21921

Donald Howard Payne
Attn: MICHAEL I. SILVERMAN
SILVERMAN MCDONALD &
FRIEDMAN
1010 N. Bancroft Parkway
Wilmington DE 19805

JOSE MARTINEZ
103-15 Otis Ave. 3rd Floor
Corona NY 11368-0000

Raianna Meshesha
35 Belle St.
Lynn MA 02741

| Michael Copans<br>Jason Stone Injury Lawyers<br>225 Friend Street, #102<br>Boston MA 02114 | | |
|---|---|---|
| Errands Plus, Inc.<br>12270 Wilkins Avenue<br>Rockville MD 20852-0000 | Class 15 Cont. | ❑ Hand-delivered<br>❑Regular mail<br>❑ Certified mail/RR<br>■E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br>_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

5.      I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated.

Dated: 08/09/2021                                    /s/Suzanne L. Towler
                                                                Signature

*rev.8/1/15*