# HARRIETTE G. ZELMAN
## ATTORNEY AT LAW

225 ROSLYN ROAD · ROSLYN HEIGHTS, NEW YORK 11577
TELEPHONE (516) 433-0733

August 18, 2021

<u>Via Email and USPS</u>

District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Courtroom 3A
Newark, NJ 07102
Attention: Hon. Stacey L. Meisel

Re: GEICO General Insurance Company a/s/o Victor Javier Ulloa
Martinez—-Motion for Relief from Stay
Debtor: American Limousine LLC
Case No: 21-10121-SLM

Dear Judge Meisel:

This office represents movant GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez in the above referenced Motion for Relief from Stay filed against debtor American Limousine LLC. As Your Honor is aware, this motion is set to be heard on August 24, 2021, at 11:00am. At this time, movant respectfully requests that this motion be decided on the papers without the necessity of an appearance by the parties.

Counsel for the debtor has indicated that he is not opposing movant's application. Moreover, pursuant to District of New Jersey Local Rule 9013-2, the time for answering papers has already expired. Please advise if the Court if willing to grant this request.

Very truly yours,

Harriette G. Zelman, Esq.
Attorney for GEICO General Insurance Company
HGZ/vlw

**HARRIETTE G. ZELMAN**
ATTORNEY AT LAW
225 ROSLYN ROAD
ROSLYN HEIGHTS, NEW YORK 11577

MID-ISLAND NY 117
19 AUG 2021 PM 1

NEOPOST
FIRST-CLASS MAIL
$000.51
08/18/2021 ZIP 11577
043M1462466

District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Courtroom 3A
Newark, NJ 07102
Attention: Hon. Stacey L. Meisel

07102-355603