| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Harriette G. Zelman, Esq.<br>LAW OFFICE OF HARRIETTE G. ZELMAN<br>*Attorney for   GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez*<br>225 Roslyn Road<br>Roslyn Heights, New York 11577<br>(516) 433-0733<br>hzelman@zelmanlaw.com | Order Filed on August 31, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No: 21-10121/SLM<br><br>Chapter 11 |
| In Re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>Debtor. | Hearing Date:<br>August 24, 2021<br><br>Hon. Stacey L. Meisel |

**ORDER GRANTING GEICO GENERAL INSURANCE COMPANY RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH THE STATE COURT SUBROGATION LITIGATION AND PIP LOSS TRANSFER ARBITRATION WITH ARBITRATION FORUMS TO THE EXTENT OF INSURANCE COVERAGE**

   The relief set forth on pages two (2) and three (3) is hereby **ORDERED.**

**DATED: August 31, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

UPON CONSIDERATION of the Motion of GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez (hereinafter referred to as "GEICO") for an Order granting relief from the automatic stay pursuant to 11 U.S.C § 362(d) so that GEICO may continue to prosecute its pending subrogation litigation against the Debtor currently pending in the Supreme Court of the State of New York, Queens County, and captioned "GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez v. Merchants Automotive Group, Inc., American Limousine, Inc., et al" ("the State Court Action"), Index Number: 723452/2020, and the PIP loss transfer arbitration filed with Arbitration Forums under GEICO General Insurance Company (Martinez) v. Lancer Insurance Company (American Limousine)("the Arbitration"), Docket Number: I068-00860-21-00, to fix the amount of its claim, with any such recovery limited to the amount of available insurance coverage (the "Motion"); and upon consideration of the Motion and any opposition; and good cause having been shown:

It is hereby **ORDERED** that:   as set forth herein

1. The Motion be and is hereby granted ~~in its entirety~~; and

2. GEICO is hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362(d) to proceed with the State Court Action and the Arbitration to final judgment

liquidating its claim and collecting/obtaining payment from available insurance proceeds.

Dated: August 24, 2021

_____
HONORABLE STACEY L. MEISEL