UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Harriette G. Zelman, Esq.
LAW OFFICE OF HARRIETTE G. ZELMAN
*Attorney for   GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez*
225 Roslyn Road
Roslyn Heights, New York 11577
(516) 433-0733
hzelman@zelmanlaw.com

Order Filed on August 31, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

AMERICAN LIMOUSINE LLC,

Debtor.

Case No: 21-10121/SLM

Chapter 11

Hearing Date:
August 24, 2021

Hon. Stacey L. Meisel

**ORDER GRANTING GEICO GENERAL INSURANCE COMPANY RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH THE STATE COURT SUBROGATION LITIGATION AND PIP LOSS TRANSFER ARBITRATION WITH ARBITRATION FORUMS TO THE EXTENT OF INSURANCE COVERAGE**

The relief set forth on pages two (2) and three (3) is hereby **ORDERED**.

**DATED: August 31, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

UPON CONSIDERATION of the Motion of GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez (hereinafter referred to as "GEICO") for an Order granting relief from the automatic stay pursuant to 11 U.S.C § 362(d) so that GEICO may continue to prosecute its pending subrogation litigation against the Debtor currently pending in the Supreme Court of the State of New York, Queens County, and captioned "GEICO General Insurance Company a/s/o Victor Javier Ulloa Martinez v. Merchants Automotive Group, Inc., American Limousine, Inc., et al" ("the State Court Action"), Index Number: 723452/2020, and the PIP loss transfer arbitration filed with Arbitration Forums under GEICO General Insurance Company (Martinez) v. Lancer Insurance Company (American Limousine)("the Arbitration"), Docket Number: I068-00860-21-00, to fix the amount of its claim, with any such recovery limited to the amount of available insurance coverage (the "Motion"); and upon consideration of the Motion and any opposition; and good cause having been shown:

It is hereby **ORDERED** that:  as set forth herein
1. The Motion be and is hereby granted ~~in its entirety~~; and
2. GEICO is hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362(d) to proceed with the State Court Action and the Arbitration to final judgment

2

liquidating its claim and collecting/obtaining payment from available insurance proceeds.

Dated: August 24 , 2021

                                                HONORABLE STACEY L. MEISEL

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-10121-SLM
American Limousine LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Sep 01, 2021     Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2021        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Devanshu L. Modi

    dev.modi@lglmlaw.com

Douglas J. Pick

    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net

Dwayne Stanley

    on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall

    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz

    on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell

    on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera

    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung

    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga

    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15