UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Hearing Date: September 14, 2021

Judge: SLM

## CERTIFICATION OF BALLOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS I | Yes | 0 | | | | | | | Yes |
| CLASS II | No | N/A | | | | | | | N/A |
| CLASS III | Yes | 0[1] | | | | | | | Yes |
| CLASS IV | Yes | 1 | 1 | 0 | 100% | 4,276.74 | 0 | 100% | Yes |
| CLASS V | No | N/A | | | | | | | N/A |

---

[1] Class 3 creditor, Lancer Insurance Company is being treated in accordance with the Agreement between the Debtor and Lancer which was approved by the Court on June 22, 2021.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS VI | No | N/A | | | | | | | N/A |
| CLASS VII | No | N/A | | | | | | | N/A |
| CLASS VIII | No | N/A | | | | | | | N/A |
| CLASS IX | No | N/A | | | | | | | N/A |
| CLASS X | No | N/A | | | | | | | N/A |
| CLASS XI | Yes | 1 | 1 | 0 | 100% | 267,513.80 | 0 | 100% | Yes |
| CLASS XII | No | N/A | | | | | | | N/A |
| CLASS XIII | Yes | 15 | 15 | 0 | 100% | 2,816,278.00 | 0 | 100% | Yes |
| CLASS X1V | Yes | 3 | 3 | 0 | 100% | 6,075,000.00 | 0 | 100% | Yes |
| CLASS XV | Yes | 0 | | | | | | | Yes |
| CLASS XVI | No | N/A | | | | | | | N/A |

** Add additional classes as necessary.

If any ballots have not been included in this tally, provide an explanation:
N/A

2

I, <u>Dean G. Sutton, Esq.</u>, the ☒ attorney for the, or ☐ self represented plan proponent in this case, certify under penalty of perjury that the above is true.

Date: <u>09/08/2021</u>                                          /s/Dean G. Sutton
                                                                Signature

*new.8/1/15*

3