UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Intellishift

In Re:

American Limousine, LLC, et al.,

Debtor.

Case No.:      21-10121-SLM

Chapter:              11

Hearing Date:     9/14/2021

Judge:            Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 243)

_____

Date: 9/13/2021                                              /s/ Denise Carlon
                                                             Signature

*rev.8/1/15*