| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Intellishift | **Order Filed on September 14, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No:    21-10121-SLM<br><br>Chapter: 11<br><br>Judge:  Stacey L. Meisel |
| In Re:<br><br>American Limousine, LLC, et al.<br><br>        DEBTOR. | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 14, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:      American Limousine, et al.
Case No.:    21-10121-SLM
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Creditor, Intellishift, unsecured creditor, with the consent of Dean Sutton, Esq., counsel for the Debtor, American Limousine, et al.,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Creditor shall file an unsecured proof of claim on the same day this Order is executed by the parties; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the proof of claim shall be in an amount totaling $87,697.28, which amount shall represent the entirety of the amount due;

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor is to return any remaining units leased under agreement that are currently within Debtor's control immediately;

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed and treated in accordance with the treatment of similarly situated unsecured creditors in the plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that any and all agreements between the parties is and are hereby terminated effective as of the date this Order is executed by the parties.

I hereby agree and consent to the above terms and conditions:           Dated:  9/13/2021

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR INTELLISHIFT

I hereby agree and consent to the above terms and conditions:           Dated:  9/11/2021

*/s/ Dean Sutton, Esq.*
DEAN SUTTON, ESQ., ATTORNEY FOR DEBTOR