| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

Order Filed on September 14, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Intellishift

Case No:     21-10121-SLM

Chapter: 11

In Re:

American Limousine, LLC, et al.

    DEBTOR.

Judge: Stacey L. Meisel

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 14, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:       American Limouisine, et al.
Case No.:     21-10121-SLM
Caption:      **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Creditor, Intellishift, unsecured creditor, with the consent of Dean Sutton, Esq., counsel for the Debtor, American Limousine, et al.,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Creditor shall file an unsecured proof of claim on the same day this Order is executed by the parties; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the proof of claim shall be in an amount totaling $87,697.28, which amount shall represent the entirety of the amount due;

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor is to return any remaining units leased under agreement that are currently within Debtor's control immediately;

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed and treated in accordance with the treatment of similarly situated unsecured creditors in the plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that any and all agreements between the parties is and are hereby terminated effective as of the date this Order is executed by the parties.

I hereby agree and consent to the above terms and conditions:        Dated:  9/13/2021

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR INTELLISHIFT

I hereby agree and consent to the above terms and conditions:        Dated:  9/11/2021

*/s/ Dean Sutton, Esq.*
DEAN SUTTON, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 21-10121-SLM

American Limousine LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                           Page 1 of 2
Date Rcvd: Sep 14, 2021              Form ID: pdf903                                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                                Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

**Name**                                **Email Address**

Barry J. Roy
    on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com

Christian Del Toro
    on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com

Daniel H. Reiss
    on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com

Dean G. Sutton
    on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com

Denise E. Carlon

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Devanshu L. Modi
    dev.modi@lglmlaw.com

Douglas J. Pick
    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley
    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall
    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz
    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera
    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung
    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga
    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15