Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10121−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   American Limousine LLC
   dba RMA Worldwide Chauffeured
   Transportation, dba Addison Lee, dba Flyte
   Time Worldwide, dba American Limousine
   Group LLC, dba Tristar
   365 Rifle Camp Road
   Suite 202
   Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
   81−4529449

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      11/16/21
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Devanshu L. Modi, Trustee Chapter 11,

COMMISSION OR FEES
$10,675.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 13, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
American Limousine LLC  
    Debtor

Case No. 21-10121-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 9  
Date Rcvd: Oct 13, 2021      Form ID: 137      Total Noticed: 407

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |
| aty | + | Harriette G Zelman, 225 Roslyn Road, Roslyn Heights, NY 11577-1339 |
| aty | + | Jon-Henry Barr, Barr and Associates, LLC, 21 Brant Avenue, Clark, NJ 07066-1567 |
| aty | | Raffi khatchandourian, Hemar, Rousse & Heald, LLP, 15910 Ventura Blvd., 12th Fl., Encino, CA 91436-2829 |
| cr | + | Firstlease, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | Mahwah Property Owner, LLC, 120 Valley Road, Suite 200, Montclair, NJ 07042-2321 |
| intp | + | Office of Unemployment Compensation, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Steven Bennett Blau, 129 Micki Drive, Morganville, NJ 07751-1668 |
| 519067701 | + | 1 City Limousine, PO Box 3732, Sanleandro, CA 94578-0732 |
| 519067702 | + | 101 Limousine, 19401 Dougherty Ave, Morgan Hill, CA 95037-2539 |
| 519067703 | + | 1ST NATIONAL SEDAN, P.O. BOX 48797, Los Angeles, CA 90048-0797 |
| 519067704 | + | 5 Star Liimo, 220 Roosevelt Avenue, Downingtown, PA 19335-2994 |
| 519067705 | + | 654 Limo IncV, 221 Main Street, Destin, FL 32541-2503 |
| 519067706 | + | A Comfort Limo, 1626 North Wilcox Ave, Los Angeles, CA 90028-6206 |
| 519067707 | #+ | A LIMOUSINE CONN(UT), 2545 Decker Lane, Salt Lake City, UT 84119-2023 |
| 519067708 | + | A LIMOUSINE SVC (PA), 30 PRAGER ST, Pittsburgh, PA 15215-2032 |
| 519067709 | + | A MIDNIGHT LIMOUSINE, 251 Fox Den, Drive Murrells Inlet, SC 29576-9151 |
| 519067710 | + | A RIDE IN LUXURY(CO), 2216 WEST VERMIJO AVENUE, Colorado Springs, CO 80904-3338 |
| 519067711 | + | A STEP ABOVE LIMO, 1917 SCOTT FUTRELL DRIVE, Charlotte, NC 28208-2704 |
| 519067712 | + | A Super Limo, 2627 30th Avenue, Unit A, San Francisco, CA 94116-2932 |
| 519067713 | + | A Supreme Limo (OH), 3034 Lamb Avenue, Columbus, OH 43219-2311 |
| 519080864 | + | A-limousine Associates, 5630 JULMAR DR, CINCINNATI, OH 45238-1908 |
| 519067714 | + | AAAQuality Security, PO Box 15, Oakland, NJ 07436-0015 |
| 519067719 | + | ACCENT CHAUFF TRANS, PO Box 6868, Santa Fe, NM 87502-6868 |
| 519067721 | + | ACE LIMOUSINE(AL), 130 SPRINGFIELD, Madison, AL 35758-1974 |
| 519067722 | + | ACE TRANSPORTATION (CA), 41995 Boardwalk, Palm Desert, CA 92211-9041 |
| 519067723 | + | ACTION LIMOUSINE (TX, 6104 WIND SWEPT LANE, Houston, TX 77057-7012 |
| 519150494 | + | ADP Inc., 1851 N. Resler, El Paso, TX 79912-8023 |
| 519067726 | + | ADROIT TRANSPORTATION INC, 2816 HONOLULU AVE #278, Verdugo City, CA 91046-7011 |
| 519067731 | + | ALL TOWN CENTRAL TRANSPORTATION, 17 Cumberland Street, Brooklyn, NY 11205-1039 |
| 519067735 | + | ALLIED TRANSPORTATIO, 4021 PACIFIC BLVD., San Mateo, CA 94403-4666 |
| 519067737 | + | AMBASSADOR BLACKSTAR LIMO (WA), 8606 N Wall St, Spokane, WA 99218-2034 |
| 519067738 | + | AMERICAN CAPITAL, 6943 MURIETTA AVE, Van Nuys, CA 91405-4116 |
| 519067739 | + | AMERICAN COMFORT, 2351 Crystal Drive, Suite 3, Fort Meyers FL 33907-4089 |
| 519067740 | + | AMERICAN EXECUTIVE, 23571 PEBBLE RUN PLACE, #130, Sterling, VA 20166-4421 |
| 519067742 | + | AMERICAN LIMO NM, 303 ARVADA N.W, Albuquerque, NM 87102-1025 |
| 519067743 | + | AMERICAN LIMO OF CMH, 1251 Alum Creek Drive, Columbus, OH 43209-2721 |
| 519067747 | | AMICA/DBA ICONA GLOB, 44 GILLENDER STREET, Unit 15, London, United Kingdom E14 6RP |
| 519067749 | + | ANDRUS LIMOUSINES IN, PO BOX 305, Menomonee Falls, WI 53052-0305 |
| 519067752 | + | ARISTOCRAT (FL), 6923 NARCOOSSEE ROAD, Suite 626, Orlando, FL 32822-5575 |
| 519135092 | + | ARTURO SANCHEZ, 65 Kee Ave, 1st Fl., Somerset, NJ 08873-2568 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 9 |
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 407 |

```
519135093      +  ARTURO SANCHEZ, c/o TERENCE G. VAN DZURA, 332 Cranbury Road, East Brunswick, NJ 08816-3074
519067754      +  ATH Transport LLC, c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776
519067755      +  ATLANTIC LIMO (GA), 2450 PLEASANTDALE ROAD, Atlanta, GA 30340-1562
519067756      +  ATLANTIS LIMO SVC, 9001 WEST CHESTER PIKE, Upper Darby, PA 19082-1107
519067758      +  AVENTURA LIMO (FL), PO Box 80-0146, Aventura, FL 33280-0146
519067715      +  Aara Analytix Corporation, 755 Grove Valley Dr., Cumming, GA 30041-4880
519067716      +  Abdallah Ba, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067717      +  Abdel Abdel Fattah, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067718      +  Abe's Limousine, 2500 Calbert St. NW, Washington, DC 20008-2649
519067720         Accounting Principals, Lockbox: Dept.CH 14031, Palatine, IL 60055-4031
519067724      +  Action Limousine, Inc., 5128 Valley Brook Circle, Birmingham, AL 35244-1971
519067727      +  Advantage Limo (FL), 4419 N Hubert Ave., Suite A, Tampa, FL 33614-7615
519067728      +  Affairs of Style, PO Box 483, Gatlinburg, TN 37738-0483
519067729      +  Alicia Campbell, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336
519067730      +  All Star TransportationV, 2505 Industrial Row Dr., Troy, MI 48084-7066
519067732      +  All Valley Limousine Service, 600 Ash Avenue, McAllen, TX 78501-2677
519067733      +  Allaire Limousine, PO Box 627, Farmingdale, NJ 07727-0627
519067734     #+  Alliance Limousine, 547 SAW MILL RIVER RD, LL2, Ardsley, NY 10502-2155
519135106      +  Allstate a/s/o Bacik, Mark S. Gilcreast, 21 Oak Street, Suite 201, Hartford CT 06106-8002
519135105      +  Allstate a/s/o Bacik, 23 Meserole Avenue, Brooklyn NY 11222-2607
519135075      +  Alonzo Williams Jr., 1079 Gerard Ave., Bronx, NY 10452-8848
519135076      +  Alonzo Williams Jr., c/o The Lavelle Firm, 100 Herrcks Rd, #201, Mineola, NY 11501-3652
519067736      +  Alpine Luxury Limousine, 236 S.3RD, Montrose, CO 81401-3618
519135097      +  Alvan Harrison, 459 Maitland Avenue, Teaneck, NJ 07666-2941
519067744      +  American Mobile Glass of NJ, 35 Oak Ridge Road, Newfoundland, NJ 07435-1403
519067745      +  American Transportation Holdings LLC, c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776
519067746      +  American Vending & Coffee Service, PO Box 305, Mount Freedom, NJ 07970-0305
519130987      +  Andre Morales, c/o Vishnick McGovern Milizio LLP, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004
519067748      +  Andres Morales, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067750      +  Angelos Efstathopoulos, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336
519067751      +  Anthony DeAngelis, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336
519240253      +  Ascentium Capital, 23970 HWY 59 N, Kingwood, TX 77339-1535
519067753         Ascentium Capital LLC, PO Box 301593, Dallas, TX 75303-1593
519067757      +  Atlas Link, 30 Chelsea St., Apt. 403, Everett, MA 02149-3540
519067759      +  B-LINE XPRESS (CO), 56 EDWARDS VILLAGE BLVD., Suite 2, Edwards, Co 81632-7802
519067763      +  BCM ENTERPRISE, 18311 W. 10 MILE ROAD, Suite 209, Southfield, MI 48075-2623
519067765      +  BLACK PEARL TRANSPORTATION, 1500 FASHION ISLAND BLVD, San Mateo, CA 94404-1556
519067766      +  BONOMOLO LIMO (LA) R, 77 OAKLAWN, Metairie, LA 70005-3444
519067760     #+  Babylon Limousine, 14701 Calvert Street, Van Nuys, CA 91411-2706
519067761      +  Bakersfield Limo, PO Box 9486, Bakersfield, CA 93389-9486
519067762      +  Baybus (WI), 846 Lime Kiln Road, Green Bay, WI 54302-3808
519067764     #+  Beattie Padovano, LLC, Attn: Accounts Receivable, 50 Chestnut Ridge Road, Suite 208, Montvale, NJ 07645-1830
519067767     #+  Boston Elite Coach, 153 Andover St, Danvers, MA 01923-1455
519067768      +  Boston Prime Limo, 382 Ocean Ave, #408, Revere, MA 02151-2624
519067770      +  CAMELOT LIMO (SC), P.O. BOX 771, Bluffton, SC 29910-0771
519067772         CARDEL LIMOUSINE, 123 Rue Victor Hugo, Levallois Perret, Ile-De-France 92300-00
519067773      +  CARDIFF LIMOUSINE, 75255 SHERYL AVENUE, Palm Desert, CA 92211-5129
519067780      +  CHARIOTS OF HIRE, 1204 TOPSIDE ROAD, Louisville, TN 37777-5505
519067781      +  CHECKER TRAN LLC (MI, P.O.BOX 751, Marquette, MI 49855-0751
519067785      +  COMAIER SERVICES (IN, 111 E COLUMBIA STREET, Evansville, IN 47711-5045
519067791      +  CORPORATE LIMO EXPRESS, 20 MILLER RD, Hillsborough, NJ 08844-8602
519067792      +  COURTESY LIMO (MI), 24994 Battle Creek Highway, Bellevue, MI 49021-9644
519067793      +  CTA WORLDWIDE, PO Box 790862, San Antonio, TX 78279-0862
519067794      +  CTS/ Carlos Trans, 1421 Bluff Rd., Montebello, CA 90640-6410
519067769      +  Califa Services, 4509 West 132nd Street, Hawthorne, CA 90250-5112
519067771      +  Candido Nunez, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067774      +  Cardinal Transportation F10095, 700 Harrison Drive, Columbus, OH 43204-3513
519067775      +  Carolina Limo (NC), PO Box 1967, Candler, NC 28715-1967
519067776      +  Carolina Limo (SC), 7269 Highway 707, Myrtle Beach, SC 29588-7306
519067777      +  Cascade Towncar, 20020 Chaney Road, Bend, OR 97703-9059
519125036      +  Centurylink Communications, LLC, Attn: CenturyLink Communications, LLC -, 1025 EL Dorado Blvd, Broomfield, CO 80021-8254
519067779         Chabe Limousine, 91-99 Avenue Jules Quentin, Paris, France 92000
519139622      +  Checker Transport, LLC, PO Box 751, Marquette, MI 49855-0751
```

| | | |
|---|---|---|
| 519135101 | + | Clarice Gomes, c/o BRANDON BRODERICK, LLC, 65 State Route 4 East, River Edge, NJ 07661-1949 |
| 519067782 | + | Classic Limo Service Svc, 1831 W Foster Avenue, Los Angeles, CA 91790-3202 |
| 519067783 | + | Coach USA, 160 S. Route 17 North, Paramus, NJ 07652-2669 |
| 519067784 | + | Cole Schotz LLP, 25 Main Street Hackensack, Hackensack, NJ 07601-7015 |
| 519140582 | + | Colleen Knapp, 2216 W Vermijo Ave, Suite 180, Suite 180, Colorado Springs, CO 80904-3338 |
| 519067787 |   | Comcast Cable-TTSI, PO Box 37601, Philadelphia, PA 19101-0601 |
| 519228883 | + | Commonwealth of PA-UCTS, Dept. of Labor and Industry, 651 Boas St., Rm. 925, Harrisburg, PA 17121-0751 |
| 519067788 |   | Complete Security Systems, Inc., 94 Vanderburg Rd., Marlboro, NJ 07746-1433 |
| 519067789 | + | Conga Trans LLC, 115 Lyynway, Revere, MA 02151-1755 |
| 519067790 | + | ConnectWise, 28819 Network Place, Chicago, IL 60673-1288 |
| 519067795 |   | Cummings Properties LLC, 200 West Cummings Park, Woburn, MA 01801-6396 |
| 519067796 | + | D LUXE LIMOUSINE (FL, 170 AZALEA DRIVE, Destin, FL 32541-2342 |
| 519067797 | + | DANVERS CAR SERVICE, 153 Andover St, Suite 210, Danvers, MA 01923-5307 |
| 519067800 | + | DIAMOND/PREMIER(SD), 1720 EAST CENTRE STREET, Rapid City, SD 57703-4013 |
| 519067801 | + | DIANA LIMOUSINE SERVICE, 1445 SELL STATION ROAD, Littlestown, PA 17340-9430 |
| 519067803 | + | DK Consulting, 1120 Georgetown Way, Vernon Hills, IL 60061-3163 |
| 519067798 | + | Deem Global Ground Automation, Inc., 1330 Broadway St., 7th Floor, Oakland, CA 94612-2523 |
| 519067799 | + | Diamond Paper & Janitorial Supply Co., 379 Belmont Ave., Haledon, NJ 07508-1894 |
| 519135095 | + | Dickson Addai, c/o ALONSO & NAVARRETE, LLC, 6121 Kennedy Blvd., North Bergen, NJ 07047-3483 |
| 519135094 | + | Dickson Addai, 116 Hamburg Tpke, Apt #19, Bloomingdale, NJ 07403-1253 |
| 519067802 |   | Dito, LLC, PO BOX 398452, San Francisco, CA 94139-8452 |
| 519135107 | + | Donald Howard Payne, 1036 Frenchtown Rd., Elkton MD 21921-7838 |
| 519135108 | + | Donald Howard Payne, Attn: MICHAEL I. SILVERMAN, SILVERMAN MCDONALD & FRIEDMAN, 1010 N. Bancroft Parkway, Wilmington DE 19805-2668 |
| 519067804 | + | Duncan Tasher, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067805 | + | Dynasty Auto Body Inc., 226 Pennsylvania Ave., Paterson, NJ 07503-2121 |
| 519067806 | + | E&G BROTHERS TRANS, 37019 ERICK COURT, Palmdale, CA 93550-7315 |
| 519067807 | + | ECLIPSE GLOBAL TRANS, 44 MORELAND AVENUE EAST, West St. Paul, MN 55118-2416 |
| 519067808 | + | ELEGANT LIMOUSINE & CHARTER- AUSTIN, 9501 CARGO AVENUE, SUITE 200, AUSTIN, TX 78719-2309 |
| 519067809 | + | ELEGANT LIMOUSINE & CHARTER-SAN ANTONIO, 5157 Blanco Road, San Antonio, TX 78216-7005 |
| 519067810 | + | ELEGANT LUXURY LIMO, 266 Jericho Turnpike, Suite 206, Floral Park, NY 11001-2170 |
| 519067811 | + | ELITE LIMO SVC (CO), P.O. BOX 2047, Eagle, CO 81631-2047 |
| 519067816 | + | ETHAN ALLEN COACHWORKS, 599 SHUNPIKE RD, Willison, VT 05495-9577 |
| 519067817 | + | EXCEL LIMOUSINES SVC, 221 BRYNN MARR RD, Jacksonville, NC 28546-5706 |
| 519067819 | + | EXECUTIVE GROUND, 110 Eads Street, West Babylon, NY 11704-1106 |
| 519067820 | + | EXECUTIVE LAS VEGAS, 3950 W. TOMPKINS AVE., Las Vegas, NV 89103-5524 |
| 519067812 | + | Emad Tawfik, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067813 | + | Ernest Thompson, Individually and on, behalf of all others similarly situated, Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |
| 519067814 | + | Errands Plus, Inc., 12270 Wilkins Avenue, Rockville, MD 20852-1834 |
| 519067815 | + | Eternity Limousine, 1723 El Rito Ave., Glendale, CA 91208-2330 |
| 519156962 | + | Ethan Allen Coachworks, 599 Shunpike Road, PO Box 1089, PO Box 1089, Williston, VT 05495-1089 |
| 519067818 | + | Exclusive Car SV, 460 Race Street, Holyoke, MA 01040-5574 |
| 519067821 | + | Ezaldin Abdelsalam, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519129009 | + | Ezaldin Abdelsalem, c/o Vishnick McGovern Milizio, LLP, 3000 Marcus Avenue, Suite 1E9, Lake Success, NY 11042-1004 |
| 519067822 | + | FAB LIMOUSINES, 3681 CONNECTICUT AVENUE, Youngstown, OH 44515-3002 |
| 519067823 |   | FIRST CLASS CHAUFFEUR, COUNTRY CLUB 220 St. IC15, Carolina, PR 00983 |
| 519067824 | #+ | FIRST CLASS LIMO (OK, 1209 W. DETROIT STREET, Broken Arrow, OK 74012-3607 |
| 519067827 | + | FIVE STAR LIMO, 705 E. CHURCH STREET, Elmira, NY 14901-2810 |
| 519067828 | + | FIVE STAR LIMO (NY), 705 E. CHURCH STREET, Elmira, NY 14901-2810 |
| 519067829 | + | FLEETWOOD LIMOUSINE, 5800 HANNUM AVE, Culver City, CA 90230-6566 |
| 519067831 | + | FORNET ENTERPRISES, 218 Locust Drive, Milford, PA 18337-7363 |
| 519067833 | + | FTS LIMOUSINE, 266 N W HARRIS LAKE DRIVE, Lake City, FL 32055-7230 |
| 519149222 | + | Feerick Nugent MacCartney PLLC, 96 South Broadway, South Nyack, New York 10960-4450 |
| 519142857 | + | First Class Limousine, 901 West Albuquerque St, Broken Arrow, OK 74011-6004 |
| 519067826 | + | Fisk Limo, Post Office Drawer 10405, Springfield, MO 65808-0405 |
| 519067832 | + | Franklyn B. Fyffe, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519130943 | + | Franklyn Fyffe, c/o Vishnick McGovern Milizio LLP, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004 |
| 519135089 | + | GEICO A/S/O BRENDA U, P.O. Box 88, Woodbury NY 11797-0088 |
| 519135090 | + | GEICO A/S/O BRENDA U, c/o HARRIETTE G ZELMAN, ESQ., 225 Roslyn Road, Roslyn Heights, NY 11577-1339 |
| 519135083 | + | GLENN HOLZ, 120 Penwod Drive, Oxford, PA 19363-2822 |
| 519135084 | + | GLENN HOLZ, c/o RICHARD A. STOLOFF, Esq., 2 Penn Center, 1500 JFK Blvd. Suite 520, Philadelphia, PA 19102-1756 |
| 519067840 | + | GO ALPINE, P.O. BOX 775066, Steamboat Springs, CO 80477-5066 |

| | | |
|---|---|---|
| 519067841 | + | GO GROUND (BUSES), 7325 JANES AVENUE, Woodridge, IL 60517-2350 |
| 519067842 | + | GO LUX LIMO INC, 48 BRADSTREET AVE, Revere, MA 02151-4110 |
| 519067846 | + | GRACE LIMOUSINE, 995 Goffstown Road, Manchester, NH 03102-2349 |
| 519067847 | + | GRAND AVENUE LLC, 1307 Lebanon Pike, Nashville, TN 37210-3003 |
| 519067848 | + | GRAND LIMOUSINE (MI), 600 S GRAND AVENUE, Lansing, MI 48933-2407 |
| 519067834 | + | Gabriel Soto, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067838 | + | Giorgios Limousine, 5464 Genesse Street, Lancaster, NY 14086-9738 |
| 519067839 | + | Global Ground, 5151 San Felipe, Suite 1390, Houston, TX 77056-3652 |
| 519067843 | + | Go Platinum Transportation LLC, 5680 Golden Oaks Lane, Naples, FL. 34119-1222 |
| 519067844 | + | Gold Limousine, 32116 Alvarado Blvd., Union City, CA 94587-4000 |
| 519067845 | + | Gold Type Business Machines, PO Box 305 351 Paterson Ave., East Rutherford, NJ 07073-0305 |
| 519067849 | + | Green Bay Escort Limo, 2600 South Ashland Avenue, Suite B, Green Bay, WI 54304-5339 |
| 519067850 | #+ | Greene Light Limo, 8 Mill Plain Road, Danbury, CT 06811-5179 |
| 519067851 | + | Ground Force 1, 60 Smitherfield Blvd., Suite 72, Plattsburgh, NY 12901-2107 |
| 519067852 | + | Ground Force Group, 17 Millennium Loop, Staten Island, NY 10309-4337 |
| 519067853 | + | Guy Emilien, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519140583 | + | H. Gray Burks, IV, Law Office of Gerald M. Shapiro, LLP, 13105 Northwest Freeway, Suite 1200, Houston, TX 77040-6355 |
| 519107712 | + | HANMI BANK, c/o Stephen E. Jenkins, Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829 |
| 519067855 | + | HARMONY LIMO (IL), 3443 S. MACARTHUR BLVD., Springfield, IL 62704-5832 |
| 519135072 | + | HASAN BARAKET, c/o JOHN J CIAFONE ESQ, 25-59 Steinway St. Suite 2F, Astoria, NY 11103-3742 |
| 519135071 | + | HASAN BARAKET, 20-11 124 St, #1, Queens, NY 11356-2217 |
| 519067857 | + | HOVART LIMOUSINE (CA, 7732 Rhea Ave., Roseda, CA 91335-1822 |
| 519067854 | + | Hallett Place Automotive #710029, 14 Hallett Place, Suffern, NY 10901-5404 |
| 519166513 | + | Hewlett-Packard Financial Services Company, 200 Connell Drive, Suite 5000, Berkeley Heights, NJ 07922-2816 |
| 519067856 | + | Horizon Termite & Pest Control, 45 Cross Ave, Midland Park, NJ 07432-1811 |
| 519067858 | + | Hys Limousine WorldwideV, 480 Island Lane, West Haven, CT 06516-7506 |
| 519067859 | + | ICON CHAUFFEUR, 3579 EAST FOOTHILL BLVD., #646, Pasadena, CA 91107-3119 |
| 519067861 | + | IQ BOSTON TRANDSPORT, 540 Revere Beach Blvd. #626, Revere, MA 02151-4762 |
| 519067863 | | ITEXACT Limited, Dorset House, Regent Park, Kingston Road, Ashtead, United Kingdom KT22 7PL |
| 519067860 | + | Intellishift, 152 Veterans Memorial Highway, Commack, NY 11725-3634 |
| 519067862 | + | Island Limousine, 380 Vista Roma Way #322, San Jose, CA 95136-4421 |
| 519067864 | + | J AND R TOURS, 791 Nepperhan Ave., Yonkers, NY 10703-2012 |
| 519067865 | + | J-WAVE TRANSPORTA, P.O. 89402, Honolulu, HI 96830-7402 |
| 519067866 | + | JACKPOT EXECUTIVE CA, 16720 LUDLOW STREET, Granada Hills, CA 91344-5135 |
| 519135098 | + | JEAN DERRICK, 422 Cherry Street, Elizabeth, NJ 07208-1802 |
| 519135085 | + | JESMIN AKTAR, 104 Webster Ave, Apt F11, Paterson, NJ 07501-3218 |
| 519135091 | + | JOSE MARTINEZ, 103-15 Otis Ave. 3rd Floor, Corona, NY 11368-5472 |
| 519135099 | + | JOSE NAVAS, 90 Baruch Dr, Apt 12E, New York, NY 10002-3638 |
| 519067877 | + | JOSHUAS LIMOUSINE CT, 172 STODDARDS WHARF ROAD, Gales Ferry, CT 06335-1128 |
| 519067867 | | Jackson Lewis LLP, PO Box 416019, Boston, MA 02241-6019 |
| 519067868 | + | Jake's Landscaping, PO Box 100, Holmes, PA 19043-0100 |
| 519067869 | + | James Limo, 2415 Annuiston St., Richmond, VA 23223-2302 |
| 519077820 | + | James Limousine Service Inc, 2415 Anniston Street, Richmond, VA 23223-2302 |
| 519067870 | #+ | Jan-Pro Cleaning Systems, 400 West Cummings Park, Woburn, MA 01801-3572 |
| 519067871 | #+ | Jeff Pangilinan, 346 Tippercanoe Ave., Haywood, CA 94544-8246 |
| 519067874 | + | Jets.Com-Commissions, 140 Broadway, 46th Fl, 46th Floor, New York, NY 10005-1155 |
| 519067875 | + | Joes Airport Parking, 707 Wilshire Blvd., Suite 4700, Los Angeles, CA 90017-3601 |
| 519135074 | + | John Witsch, c/o LEARY, BRIDE, MERGNER, & BONGIOVANNI, P.A, 7 Ridgedale Ave., Cedar Knolls, NJ 07927-1120 |
| 519135073 | + | John Witsch, 822 Joralemon St., Belleville, NJ 07109-1440 |
| 519135078 | + | Jose Huezo, c/o MAGGIANO, DIGIROLAMO,, LIZZI & ROBERTS, 201 Columbia Ave., Fort Lee NJ 07024-4134 |
| 519135077 | + | Jose Huezo, 179 Saratoga Ave. 53a, Yonkers, NY 10705-4028 |
| 519067876 | + | Joselito R. Dela Cruz & Jeff Pangilinan,, on behalf of themselves & all others sim, Bryan Schwartz Law, 180 Grand Avenue, Suite 1380, Oakland, CA 94612-3750 |
| 519067878 | + | Justin Jung, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067879 | + | K&J Limousine Services, Inc., 1183 Greenbriar Drive, Lynchburg, VA 24502-4607 |
| 519135069 | + | KEVIN TAYLOR, 12 Riverview Ct., Ossining, NY 10562-5912 |
| 519067883 | + | KINGS WORLD WIDE (OK), 4801 NW 10TH STREET, Oklahoma City, OK 73127-5815 |
| 519067884 | | KIUKI TOURS, LOT 1140 CATHERINE HALL, Montego Bay, Jamaica |
| 519067885 | + | KLS WORLDWIDE SVC, 9663 SANTA MONICA BLVD., Beverly Hills, CA 90210-4303 |
| 519067887 | + | KRYSTAL LIMOUSINE, 7310 BLANCO ROAD, Suite 104, San Antonio, TX 78216-4973 |
| 519067880 | + | Kareem Sayed LLC, 103 Gordons Corner Rd, Marlboro, NJ 07746-1207 |
| 519067881 | + | Kauai North Shore, PO Box 109, Kilauea, HI 96754-0109 |
| 519067882 | + | Keisha Allen, c/o Steven Blau, Esq., 23 Green Street, Suite 105, Huntington, NY 11743-3336 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 9 |
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 407 |

| | | |
|---|---|---|
| 519135070 | + | Kevin Taylor, c/o FEERICK LYNCH, MACCARTNEY & NUGENT, 96 South Broadway, South Nyack, NY 10960-4451 |
| 519114333 | | Kiuki Tours and Transportation Ltd, Lot 1140 Catherine Hall, Montego Bay, St James, Jamaica |
| 519067886 | + | Kofi Baning, 20 W. Mosholu Parkway South, Apt. 16C, Bronx, New York 10468-1157 |
| 519067888 | + | LA Limo, 223 Gibbons Hwy Rt 101, Wilton, NH 03086-5969 |
| 519067889 | | LA Limousine, 772 Goldstream Ave., Victoria, BC V98 2X3 |
| 519135081 | + | LEOPOLD WEISS, 158 Penn St., Apt 2, Brooklyn, NY 11211-8471 |
| 519135082 | + | LEOPOLD WEISS, c/o WEITZ & LUXENBERG, 700 Broadway, New York, NY 10003-9536 |
| 519067896 | + | LIMOUSINE ASSOCIATES, 5630 JULMAR DR, Cincinnati, OH 45238-1908 |
| 519067897 | + | LINDSEY LIMOUSINE, 200 ADDISON ROAD, Windsor, CT 06095-2334 |
| 519067898 | + | LS Classic Limo, 3048 Jackson Street, Oshkosh, WI 54901-1204 |
| 519067890 | + | Lakeview Custom Coach, 100 White Horse Pike, Oaklyn, NJ 08107-1404 |
| 519067891 | | Lease Direct, DE LAGE LANDEN FINANCIAL SERVICES, INC., PO Box 41602, Philadelphia, PA 19101-1602 |
| 519067892 | + | Lewis Limousine (CA), 22607 Golden Meadow Lane, Santa Clarita, CA 91350-3329 |
| 519067893 | + | Limo Systems, 405 RXR Plaza, Suite 405, Uniondale, NY 11556-3811 |
| 519067894 | + | Limo Toledo, 23114 Dunbridge Road, Perrysburg, OH 43551-9343 |
| 519067895 | + | Limolabs, LLC, 603 N Rainbow Drive, Hollywood, FL 33021-6022 |
| 519067900 | + | Luxxor Limousine, 5016 Park Avenue, Des Moines IA 50321-1245 |
| 519067901 | + | M&T Bank, 150 North Radnor Chester Road, Wayne, PA 19087-5244 |
| 519067902 | + | M&T Bank-PPP, 150 North Radnor Chester Road, Wayne, PA 19087-5252 |
| 519067903 | + | M&T LIMOUSINE, PO BOX 5314, Englewood, NJ 07631-5314 |
| 519135080 | + | MARTINA TEJADA, c/o MAGGIANO, DIGIROLAMO,, LIZZI & ROBERTS, 201 Columbia Ave., Fort Lee, NJ 07024-4134 |
| 519135079 | + | MARTINA TEJADA, 136 Waverly St., Apt 1, Yonkers, NY 10701-4250 |
| 519135102 | + | MCDERMOTT & MCGEE, 75 Main Street, P.O. Box 192, Millburn NJ 07041-0192 |
| 519067911 | | MEARS GLOBAL VAA, 324 WEST GOR STREET, Winter Springs, FL 32806 |
| 519067919 | + | MIDSTATE LIMOUSINE, 107 W. CASS STREET, Peoria, IL 61602-1723 |
| 519067920 | | MILLENNIUM LIMOUSINE, 2200 Thurston Drive, Canada, Ottawa, Ontario K1G 6E1 |
| 519067921 | | MTL, 888 Rue Berlier, Laval, Quebec, Canada H7L 4K5 |
| 519067904 | | Maaco, Maaco 92 North Main St, Building 14, Windsor, NJ 08561 |
| 519067906 | | Mahwah Property Owner LLC, Mat D. Carlson, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 519067905 | + | Mahwah Property Owner LLC, Attn: Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122, Attn: M. Herz, Esq. |
| 519067907 | + | Mahwah Tire Inc., PO Box 541, Mahwah, NJ 07430-0541 |
| 519067908 | + | Manhattan VIP, 1601 Gravensend Neck Road, Suite 902, Brooklyn, NY 11229-4426 |
| 519067909 | + | Manuel Diaz, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067910 | | Marlin Business Bank, PO Box 13604, Philadelphia, PA 19101-3604 |
| 519275767 | + | Martina Baez Tejada, 800 Riverside Avenue, Ste 1A, New York, NY 10032-7448 |
| 519127193 | + | Mears Destination Services, Inc., dba Mear's Transportation Group, Daniel W. Ford, 324 West Gore Street, Orlando, FL 32806-1037 |
| 519127197 | + | Mears Global Chauffeured Services, Inc., Daniel W. Ford, 324 West Gore Street, Orlando, FL 32806-1037 |
| 519067913 | | Merchants Fleet Management, PO Box 414438, Boston, MA 02241-4438 |
| 519067914 | + | Meridian Luxury, 7912 Van Noord Ave. North, Hollywood, CA 91605-1944 |
| 519135111 | + | Michael Copans, 38 Dunham Rd., Beverly MA 01915-1881 |
| 519135112 | + | Michael Copans, Jason Stone Injury Lawyers, 225 Friend Street, #102, Boston MA 02114-1812 |
| 519067915 | + | Michael Fogarty, 47 Fatherland Drive, Byfield, MA 01922-1400 |
| 519275766 | + | Michael Lizzi, 800 Riverside Avenue, Ste 1A, New York, NY 10032-7448 |
| 519275669 | + | Michael Lizzi, Esq., 800 Riverside Avenue, Ste 1A, New York, NY 10032-7448 |
| 519067916 | + | Mid Michigan Limo, 2442 North Five Mile Road, Midland, MI 48642-9491 |
| 519067917 | + | Midland Savings Bank, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 519140584 | + | Midland States Bank, c/o Orion First Financial, LLC, P.O. Box 2149, Gig Harbor, WA 98335-4149 |
| 519067924 | + | NE Car Service, 293 Proctor Ave, Revere, MA 02151-4907 |
| 519067927 | + | NORTH POINT TRANSPORATION, P.O. BOX 88128, Atlanta, GA 30356-8128 |
| 519067928 | + | NY-NJ Trailer Supply, Inc., 1401 Rt. 23 South, Butler, NJ 07405-1641 |
| 519067929 | + | NYG Limousine LLC, 1 Cross Island Plaza, Suite 204A, Rosedale, NY 11422-1474 |
| 519067930 | + | NYS Workers' Compensation Board, 328 State Street, Schenectady, NY 12305-3201 |
| 519067922 | + | Nagi Zaki, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 519067923 | + | National Grid, PO Box 960, Northborough, MA 01532-0960 |
| 519067926 | + | North Jersey Inspection Services, 294 Adams Court, Wyckoff, NJ 07481-2803 |
| 519067931 | + | OAG, 550 W Van Buren Street, Suite 1520, Chicago, IL 60607-3091 |
| 519067932 | + | OLYMPUS WORLDWIDE, 5825 GLENRIDGE DRIVE, Bldg 3, #290, Atlanta, GA 30328-5387 |
| 519067936 | + | OREGON TOWNCAR SVC, 6700 SW 105th Avenue, Suite 13, Beaverton, OR 97008-8824 |
| 519067938 | + | OTOMG ENTERPRISE INC, 17 Cumberland Street, Brooklyn, NY 11205-1039 |
| 519067933 | + | Omni Limousine, 1401 Helm Drive, Las Vegas, NV 89119-3805 |
| 519067934 | + | Opal Business Solutions, 608 E. McMurray Road, McMurray, PA 15317-3440 |
| 519067935 | | Opdenaker Trash Removal Service, Inc., 8 Elm Ave., Aston, PA 19014-1129 |
| 519067937 | | Oscar Limousine, 3464 Prairie Path, Bethpage, NY 11714 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 9 |
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 407 |

```
519082392        + Oxford Health Plans, Attn: CDM/Bankruptcy, 185 Asylum St - 03B, Hartford CT 06103-3408
519067939        + P and A Auto Parts, 60 Franklin Tpke., Mahwah, NJ 07430-1304
519067940        + PALM BEACH TOURS, 800 23RD ST, West Palm Beach, FL 33407-5742
519067943        + PATRICIAN LIMO SER, 2600 EAST GENESSE STREET, Syracuse, NY 13224-1521
519067947        + PEAK LIMOUSINE, 6308 NORTHERN OAK DRIVE, Charlotte, NC 28227-4627
519067950        + PINNACLE CAR SERVICE, 1 AIRPORT BLVD., Suite 120, Bentonville, AR 72713-7161
519067951        + PKF O'Connor Davies, LLP, 300 Tice Blvd., Woodcliff Lake, NJ 07677-8406
519067953        + PLATINUM VIP (WA), 605 18TH AVENUE WEST, Kirkland, WA 98033-4819
519067955        + PRECISION LIMO (FL), 2983 Old Dixie Highway, Kissimmee, FL 34744-1435
519067957        + PRESTIGE (CA), 14101 VALLEY HEART DRIVE, Sherman Oaks, CA 91423-2885
519067958          PRESTIGE TRANSPORTATION (CAN), 10135 31 Avenue, NW #105, Edmonton, Alberta Canada T6N 1C2
519135096        + PROGRESSIVE INSURANCE, 24344 Network Place, Chicago, IL 60673-1243
519067941        + PandaDoc, 101 California Street, Suite 3975, San Francisco, CA 94111-5847
519067942        + Paris Limousine, 6550 SE 74th ST, Oklahoma City, OK 73135-1098
519067945        + Patriot Coach, 21 Cumings Park, Woburn, MA 01801-2183
519067946        + Paul Pielka, Jeffrey W. Varcadipane, Varcadipane & Pinnisi PC, 40 Wall Street, 28th Floor, New York, NY 10005-1486
519067948          PetroChoice, PO Box 829604, Philadelphia, PA 19182-9604
519132404        + Philip Vargas, 3000 Marcus Avenue, Ste 1E9, Lake Success, NY 11042-1004
519067949        + Phillip Vargas, Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067952        + Platinum Limousine Service, 528 Broad Street, Suite 103, Sumter, SC 29150-3368
519067954        + Popeye Autoglas, 58 Washington Ave, Paterson, NJ 07503-3048
519067956        + Premium Limousine (TX), 7901 Cameron Road, Building 3, Suite 287, Austin, TX 78754-3807
519077610        + Presidential Limousine LLC, 846 Lime Kiln Road, Green Bay, WI 54302-3808
519067960        + Proshred Security, 152 Eagle Rock Ave., Roseland, NJ 07068-1320
519067961          QUEBEC LIMO, 4745 Boul Des Cimes, Canada, Quebec, Quebec G2A 3Y2
519067962        + RAMA LIMO INTERNATIO, 17595 Edgewood Lane, Yorba Linda, CA 92886-1951
519067965        + REGENCY TRANSPORTATION, 1411 BEAVER AVE, Pittsburgh, PA 15233-2313
519067967        + RENO TAHOE LIMO (NV), 3200 MILL STREET, Suite A, Reno, NV 89502-2234
519067969        + RK Tours SF, 240 A Street, San Francisco, CA 94080-4414
519067971        + ROSE LIMOUSINE (NC), 3331 Asbury Lane Suite A, Charlotte, NC 28206-1503
519067972          ROSEDALE LIVERY LIMITED, 3687 NASHUA DR UNIT 12, Unit 12, Canada, Mississauga, Ontario L4V1R3
519067973        + RUBY LIMOUSINE SVC, 858 Route 46 West, Parsippany, NJ 07054-3404
519262217        + Raffi Khatchadourian, Hemar, Rousso & Heald, LLP, 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436-2829
519135109        + Raianna Meshesha, 35 Belle St., Lynn MA 01905-2058
519067963          ReadyRefresh by Nestle-Mahwah, PO Box 856192, Louisville, KY 40285-6192
519067964        + Real Time Consultants, Inc., 777 Corporate Drive, Suite 1, Mahwah, NJ 07430-2008
519067970        + Ronald Smith, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519079927        + Ross M. Chinitz, 399 PARK AVENUE, 3RD FLOOR, NEW YORK, NY 10022-4686
519067974        + Rushway Limo, 104 Lund Ave, Hayward, CA 94544-2839
519067977          SC EXPRESS CHARLESTON, 7319 Wilkinson Blvd. Belmontnc SC 28012
519067978          SC EXPRESS LIVERY, 7319 Wilkinson Blvd. Belmont NC 28012 Un
519067980        + SERENITY LIMOUSINE, 12405 VENICE BLVD, Los Angeles, CA 90066-3803
519135086        + SHERRY FINE, 170 E. 88th Street, Apt. 4H, New York, NY 10128-2278
519067984        + SHUTTLE UP LLC (BUS), 38-17 CRESCENT STREET, Long Island City, NY 11101-3601
519067985        + SIGNATURE EXEC. CA, 158 WEST PALM DRIVE, Arcadia, CA 91007-5142
519067987        + SILVER FOX LIMO, 5500 GRAND AVE, Pittsburgh, PA 15225-1349
519067989        + SPECIAL EVENT SVC., 396 PAUL COURT, West Hempstead, NY 11552-2815
519067990        + SPECIAL OCCASION (TX), 53 AUGUSTA DR., Abilene, TX 79606-5038
519067991        + ST LOUIS TRANSPORTATION, 13788 LAKEFRONT DR, Earth City, MO 63045-1420
519067993        + STAR LIMO (MN), 7828 LEQUVE DRIVE SW, Rochester, MN 55902-4508
519067994          STAR LIMO(CANADA), 328 INDUSTRIAL AVE es, Canada, Vancouver, British Columbia V6A 2PS
519068000        + STERLING BLACK CAR, 33712 VIA DE AGUA, San Juan Capistrano, CA 92675-5043
519068001        + SUNSET LIMOUSINE SVC, 2375 MELODY LANE, Reno, NV 89512-1434
519068002        + SUPERIOR EXECUTIVE, 405 CEDAR LANE, Virginia Beach, VA 23452-1801
519067976        + Sanjay Budhoo, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067981        + Serguei Akimov, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067982        + Shahid Diwan, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519135110        + Shane Fitzgerald, 10 Pine Street, Sudbury MA 01776-2517
519067983        + Sherif Ibrahim, c/o Avrohom Gefen, Esq., 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837
519067988        + Simpluris, 3194-C Airport Loop Drive, Costa Mesa, CA 92626-3405
519067992       #+ Star Limo (IL), 907 North Country Fair Drive, Champaign, IL 61821-3259
519067996        + Starr Indemnity & Liability Co., PO Box 29133, New York, NY 10087-9133
519079928        + Starr Indemnity & Liability Company, 399 PARK AVENUE, 3RD FLOOR, NEW YORK, NY 10022-4686
```

| District/off: 0312-2 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 407 |

| | | |
|---|---|---|
| 519217054 | + | State of NJ, Dept of Labor, Div. of Employer Accts, PO Box 379, Trenton, NJ 08625-0379 |
| 519067997 | + | Stellar Limousine, 47174 Dominic Street, Sioux Falls, SD 57107-6412 |
| 519067998 | | Step Ahead Services, 1647 Hwy 12118, Deerfield, WI 53531 |
| 519135103 | + | Stephen Moreira, Attn: Barr & Gulyas, LLC, 21 Brant Avenue, Clark NJ 07066-1567 |
| 519135104 | + | Stephen Moreira, c/o BARR & GULYAS LLC, 21 Brant Ave., Clark NJ 07066-1567 |
| 519127700 | #+ | Steven Bennett Blau, Esq., Blau Leonard Law Group, 23 Green Street, Suite 105,, Huntington, New York 11743-3336 |
| 519127701 | + | Steven Bennett Blau, Esq., for Ernest Thompson, individually and on, 23 Green Street, Suite 105,, Huntington, New York 11743-3336 |
| 519068006 | + | TENNESSEE LIMOUSINE SERVICE, INC., 2555 POPLAR AVE, Memphis, TN 38112-3822 |
| 519068008 | + | TGI Office Automation, 951 Haddonfield Road, Cherry Hill, NJ 08002-2783 |
| 519068010 | + | TLA LIMOUSINE, 713 NORTH 1ST STREET, Montebello, CA 90640-2745 |
| 519068011 | + | TOUCH OF CLASS LI(AL, 901 PLANTATION WAY, Montgomery, AL 36117-2248 |
| 519068012 | + | TOUCH OF CLASS(FRESNO), 1470 N. BLACKSTONE AVENUE, Fresno, CA 93703-3692 |
| 519068019 | + | TWINS LUXURY GROUP, 9150 RUNNY MEADE ROAD, Jacksonville, FL 32257-5242 |
| 519068005 | + | Telephonetics, PO Box 116766, Atlanta, GA 30368-6766 |
| 519068007 | + | Teterboro Chrysler, 469 Route 46, Little Ferry, NJ 07643-1497 |
| 519135068 | + | The Black Car Fund, Ira Goldstein, Executive Director, 30 Wall Street, 10th Floor, New York, NY 10005-2221 |
| 519068009 | + | Tim Rose, c/o Dolphin Transportation, 3963 Progress Ave, Naples, FL 34104-3647 |
| 519068013 | + | Transportation Technology Services, Inc., c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776 |
| 519068014 | + | Tristar Chauffeur Management, c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776 |
| 519068016 | + | Tristar Services (US) Inc., c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776 |
| 519068017 | + | Tristate Trans, PO Box 1761, Rutland, VT 05701-1761 |
| 519068018 | + | Tuminos Towing, 37 Emerson Street, Ridgefield Park, NJ 07660-2008 |
| 519068021 | + | UCS, 1710 S. Amphlett Blvd., San Mateo, CA 94402-2703 |
| 519068023 | + | UNIQUE LIMO SVC, 17120 VOSE STREET VAN NUYS CA, Van Nuys, CA 91406-3630 |
| 519068024 | + | UNIVERSAL LIMO (CA), 1781 South River Rd, West Sacramento, CA 95691-2812 |
| 519068022 | + | UniFirst, UniFirst 3499 Rider Trail South, St. Louis, MO 63045-1110 |
| 519068025 | | V&V, CARRERE 236822, Bogota, Colombia 111221 |
| 519135088 | + | VICTOR JAVIER MARTIN, c/o HELEN F. DALTON & ASSOC., PC, 80-02 Kew Gardens Rd, Suite 601, Kew Gardens, NY 11415-3606 |
| 519135087 | + | VICTOR JAVIER MARTIN, 296 Sheridan Blvd., Inwood, NY 11096-1223 |
| 519068028 | + | VIP LIMOUSINE (OMAHA, 2318 S. 24TH STREET, Omaha, NE 68108-3847 |
| 519068029 | + | VPLS, 600 West 7th Street, Suite 510, Los Angeles, CA 90017-3864 |
| 519128910 | + | Vishnick McGovern Milizio, LLP, 3000 Marcus Avenue, Suite 1E9, Lake Success, NY 11042-1004 |
| 519068032 | + | WB Mason, 59 Centre Street, Brockton, MA 02301-4014 |
| 519068034 | + | WHITE KNIGHT (MI), 1720 WATERBURY DR. SE, Grand Rapids, MI 49508-6342 |
| 519068036 | + | WORLD TRAVEL MGMT, 223 N. Guadalupe St#498, Santa Fe, NM 87501-1868 |
| 519068030 | | Waste Management of NJ, Inc., Waste Management Northeast, Philadelphia, PA 19101-3648 |
| 519068031 | + | Watchung Spring Water Co. Inc., 1900 Swarthmore Ave., Lakewood, NJ 08701-4530 |
| 519068035 | + | Windels Marx, Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 519067899 | + | lucky Limo, 11824 NE Ainsworth Circle, Ste. B, Portland, OR 97220-1170 |

TOTAL: 393

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2021 20:25:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519067778 | Email/Text: bmg.bankruptcy@centurylink.com | Oct 13 2021 20:25:00 | Century Link, PO Box 52187, Phoenix, AZ 85072-2187 |
| 519067786 | Email/Text: documentfiling@lciinc.com | Oct 13 2021 20:24:00 | Comcast Cable, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519127252 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Oct 13 2021 20:24:00 | De Lage Landen Financial Services Inc., 1111 Old Eagle School Road, Wayne, PA 19087, PA 19087 |
| 519067825 | + Email/Text: jkirchner@firstleaseonline.com | | |

|  |  |  | Oct 13 2021 20:25:00 | First Lease, Inc., 1 Walnut Grove Drive, Floor 3, Horsham, PA 19044-2201 |
| --- | --- | --- | --- | --- |
| 519132248 | + | Email/Text: epayments@jacksonlewis.com | Oct 13 2021 20:25:00 | Jackson Lewis PC, 1133 Westchester Avenue, Suite S125, West Harrison, NY 10604-3580 |
| 519121461 | + | Email/Text: dpick@picklaw.net | Oct 13 2021 20:25:00 | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Ave., 12th Fl., New York, NY 10017-6527 |
| 519067979 | + | Email/Text: sbgi-Financeteam@sentinelgroup.com | Oct 13 2021 20:25:00 | Sentinel Benefits & Financial Group, 100 Quannapowitt Parkway, Wakefield, MA 01880-1302 |
| 519067995 | + | Email/Text: legal@star2star.com | Oct 13 2021 20:25:00 | Star2Star, 600 Tallevast Road, Suite 202, Sarasota, FL 34243-3254 |
| 519143041 | + | Email/Text: legal@star2star.com | Oct 13 2021 20:25:00 | Star2Star Communications, LLC, 600 Tallevast Road, Suite 202, Sarasota, FL 34243-3254 |
| 519068004 |  | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 13 2021 20:23:08 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 519068027 |  | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2021 20:24:00 | Verizon Wireless, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519067741 |  | American Express |
| 519067835 |  | GEICO A/S/O |
| 519067836 |  | GEICO A/S/O SHANAYA |
| 519067872 |  | JENNIFER GAULDEN |
| 519067873 |  | JESMIN AKTAR |
| 519067925 |  | Nicos Touring SVC, PO Box RB2741, Rodney-Bay Gros-Islet, Saint Lucia |
| 519067944 |  | Patrick Pyle |
| 519067966 |  | Renee Del Rossi |
| 519067986 |  | SIGNtist, SIGNtist |
| 519067999 |  | Stephen Moreira |
| 519068003 |  | SuperVision, SuperVision |
| cr | *+ | Intellishift, 152 Veterans' Memorial Highway, Commack, NY 11725-3634 |
| cr | *+ | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |
| 519108767 | *+ | Cummings Properties, LLC, 200 West Cummings Park, Woburn, MA 01801-6396 |
| 519109303 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519279190 | *+ | Dynasty Auto Body, 226 Pennsylvania Ave, Paterson, NJ 07503-2121 |
| 519143170 | *+ | Grace Limousine LLC, 995 Goffstown Rd., Manchester, NH 03102-2349 |
| 519067918 | *+ | Midland Savings Bank, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 519142981 | *+ | OMNI LIMOUSINE INC., 1401 HELM DRIVE, LAS VEGAS, NV 89119-3805 |
| 519067968 | *+ | Reno Tahoe Limo (NV), 3200 Mill Street, Suite A, Reno, NV 89502-2234 |
| 519067975 | *+ | Rushway Limo, 104 Lund Avenue, Hayward, CA 94544-2839 |
| 519068015 | *+ | Tristar Chauffeur Management, c/o American Limousine LLC, 365 Rifle Camp Road #202, Woodland Park, NJ 07424-2776 |
| 519068020 | *+ | Twins Luxury Group, 9150 Runny Meade Road, Jacksonville, FL 32257-5242 |
| 519111591 | ##+ | Accounting Principals, Lisa Werner, 10151 Deerwood Park BLVD, Jacksonville, FL 32256-0592 |
| 519067725 | ##+ | Addison Lee Inc., c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519135100 | ##+ | Clarice Gomes, 139 Pennsylvania Ave., Newark, NJ 07114-1898 |
| 519067830 | ##+ | Flyte Line Transportation LLC, c/o American Limousine LLC, 90 McKee Drive, Mahwah, NJ 07430-2106 |
| 519067837 | ##+ | Get Spiffy, Inc., 4518 S. Miami Blvd., Suite 180, Durham, NC 27703-8053 |
| 519067912 | ##+ | Mercedes Benz of Paramus L766, 755 Route 17 South, Paramus, NJ 07652-3111 |
| 519067959 | ##+ | PRIME EXECUTIVE SVC, 4124 WALNEY ROAD, Suite L, Chantilly, VA 20151-2937 |
| 519068026 | ##+ | Valera Global, 3636 33rd Street, Suite 308, Long Island, NY 11106-2329 |
| 519068033 | ##+ | WHITE DIAMOND (IN), 2851 SOUTH PACKERTON ROAD, Warsaw, IN 46580-8765 |

TOTAL: 11 Undeliverable, 12 Duplicate, 9 Out of date forwarding address

Case 21-10121-SLM    Doc 258    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc
Imaged Certificate of Notice    Page 11 of 11

| District/off: 0312-2 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 407 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net |
| Dwayne Stanley | on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com |
| Elizabeth L. Wassall | on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael R. Herz | on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Rebecca K. McDowell | on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com |
| Rosemarie E. Matera | on behalf of Creditor Steven Bennett Blau law@kmpclaw.com |
| Stephan Hornung | on behalf of Creditor M&T BANK hornung@lsellp.com |
| Stephen V. Falanga | on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com  chemrick@thewalshfirm.com;ntravostino@walsh.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15