# Dean G. Sutton, Esquire
### Attorney At Law
**Board Certified**
**Consumer Bankruptcy Law**
**American Board of Certification**

*BERGEN COUNTY OFFICE*
151 W. Passaic Street, 2ND floor
Rochelle Park, NJ 07662

*MORRIS COUNTY OFFICE*
181 New Road, Suite 201
Parsippany, NJ 07054

**MAIN OFFICE**
18 Green Rd
P.O. Box 187
Sparta. NJ 07871

(973)729-8121
Fax (973) 729-6685
www.deansuttonlaw.com

October 18, 2021

**Sent Via E-Mail**
Honorable Stacey L. Meisel
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:   American Limousine LLC
Case No. 21-10121
Application for Compensation for Dean G. Sutton, Esq.
Hearing Date: October 19, 2021 @ 2:30 p.m.

Dear Judge Meisel,

Please be advised that in review of PACER today I found that "no opposition" has been filed in regard to the above referenced Application.

Consequently, I believe this matter can be "decided on the papers" and therefore Counsel for the debtor will not be appearing at this Hearing.

Thank you for your consideration in this matter.

Respectfully Submitted,
/s/Dean G. Sutton
Dean G. Sutton

DGS/st
cc: Peter J. D'Auria, Esq. – US Trustee's Office
    Devanshu L. Modi, Esq. – Subchapter V Trustee