UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansutonlaw.com
Attorney for the Debtor

Order Filed on October 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.   21-10121/SLM

Chapter:  11 (Subchapter V Small Business)

Hearing Date:  October 19, 2021
                @ 2:30 p.m.

Judge:   Stacey L. Meisel

## Order Granting Fees and Reimbursement for Disbursements to Counsel for Debtor

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 20, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: American Limousine LLC
Case No. 21-10121/SLM
Caption of Order: Order Granting Fees and Reimbursement
for Disbursements to Counsel for Debtor

THIS MATTER having come on before the Court by way of a Final Fee Application submitted by Counsel to the Debtor in Possession, herein for fees and out of pocket disbursements incurred in the performance of its duties as such counsel; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and this Court having conducted a hearing thereon; and good cause appearing for the making of this Order,

It is ORDERED, that the law firm of Dean G. Sutton, Esq. be and it is hereby awarded an allowance of fees in the amount of $138,507.50; and it is further

ORDERED, that the aforementioned law firm be and it is hereby granted reimbursement for its out-of-pocket disbursements in the amount of $8,796.51; and it is further

ORDERED, that $31,633.50 which was previously received from the debtor shall be credited against the above amounts; and it is further

ORDERED, that payment of the above allowance may be satisfied from the funds of the debtor in possession pursuant to its confirmed plan.