| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>dean@deansutonlaw.com<br>Attorney for the Debtor | Order Filed on October 20, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>American Limousine LLC | Case No.   21-10121/SLM<br><br>Chapter:  11 (Subchapter V Small Business)<br><br>Hearing Date:  October 19, 2021<br>@ 2:30 p.m.<br><br>Judge:   Stacey L. Meisel |

### Order Granting Fees and Reimbursement for Disbursements to Counsel for Debtor

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 20, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  American Limousine LLC
Case No. 21-10121/SLM
Caption of Order:  Order Granting Fees and Reimbursement
                   for Disbursements to Counsel for Debtor

THIS MATTER having come on before the Court by way of a Final Fee Application submitted by Counsel to the Debtor in Possession, herein for fees and out of pocket disbursements incurred in the performance of its duties as such counsel; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and this Court having conducted a hearing thereon; and good cause appearing for the making of this Order,

It is ORDERED, that the law firm of Dean G. Sutton, Esq. be and it is hereby awarded an allowance of fees in the amount of $138,507.50; and it is further

ORDERED, that the aforementioned law firm be and it is hereby granted reimbursement for its out-of-pocket disbursements in the amount of $8,796.51; and it is further

ORDERED, that $31,633.50 which was previously received from the debtor shall be credited against the above amounts; and it is further

ORDERED, that payment of the above allowance may be satisfied from the funds of the debtor in possession pursuant to its confirmed plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 21-10121-SLM
American Limousine LLC                                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                   Page 1 of 2
Date Rcvd: Oct 20, 2021         Form ID: pdf903               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Devanshu L. Modi

    dev.modi@lglmlaw.com

Douglas J. Pick

    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net

Dwayne Stanley

    on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall

    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK
    ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Michael R. Herz

    on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell

    on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera

    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung

    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga

    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com
    chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15