| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Devanshu L. Modi<br>Subchapter V Trustee<br>P.O. Box 409<br>Florham Park, New Jersey 07932 | Order Filed on November 16, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>    Debtor. | Case No.: 21-10121<br>Hearing Date: 11/16/2021 ~~11/03/2021~~<br>Judge: SLM<br>Chapter: 11 (Subchapter V) |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Devanshu L. Modi, Sub V Trustee | $10,675.00 | $0.00 |

*rev.8/1/15*