**Fill in this information to identify the case:**

Debtor Name: American Limousine LLC

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-10121

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: November
Date report filed: 12/20/2021 (MM/DD/YYYY)

Line of business: Transportation
NAISC code: 485999

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Michael Fogarty, President

Original signature of responsible party: *Michael Fogarty*

Printed name of responsible party: Michael Fogarty

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  American Limousine LLC                    Case number 21-10121

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 123,040.43

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 1,672,749.5

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.   – $ 1,583,739.6

    Report the total from *Exhibit D* here.

22. **Net cash flow**   + $ 89,009.90

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 212,050.32

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 132,162.63

    (Exhibit E)

Debtor Name American Limousine LLC    Case number 21-10121

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 1,249,097.6

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    31
27. What is the number of employees as of the date of this monthly report?    72

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 44,245.80
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A *Projected* | Column B *Actual* | Column C *Difference* |
|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,254,000.0 | — $ 1,672,749.5 | = $ -418,749.50 |
| 33. **Cash disbursements** | $ 1,251,090.0 | — $ 1,583,739.6 | = $ -332,649.60 |
| 34. **Net cash flow** | $ 2,910.00 | — $ 89,009.90 | = $ -86,099.90 |

35. Total projected cash receipts for the next month:    $ 976,000.00
36. Total projected cash disbursements for the next month:    - $ 1,045,792.0
37. Total projected net cash flow for the next month:    = $ -69,792.00

Debtor Name American Limousine LLC     Case number 21-10121

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Signature Certificate

Document Ref.: DFXLK-TBHGF-EXCOT-WU4TW

Document signed by:



**Michael Fogarty**

Verified E-mail:
mfogarty@rmalimo.com

IP: 24.34.52.154    Date: 22 Dec 2021 21:17:18 UTC

*Michael Fogarty*

Document completed by all parties on:
22 Dec 2021 21:17:18 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is a document workflow and certified eSignature solution trusted by 25,000+ companies worldwide.



| Date | Amount | Check Number/ACH | Paid To | Paid from Account: |
|---|---|---|---|---|
| 11/1/2021 | $ 3,559.84 | ACH | Payroll Tax | M&T Special |
| 11/1/2021 | $ 14,607.66 | ACH | M&T Bank Loan | M&T Special |
| 11/1/2021 | $ 24,680.63 | ACH | Payroll Tax | M&T Special |
| 11/1/2021 | $ 2,772.63 | 30224 | 30224 - Go Lux Limo | M&T Special |
| 11/1/2021 | $ 1,777.45 | 30232 | 30232 - Andrew Pappas | M&T Special |
| 11/1/2021 | $ 3,070.41 | 30233 | 30233 - Go Lux Limo | M&T Special |
| 11/2/2021 | $ 47,130.00 | 30256 | 30256 - TIB Insurance | M&T Special |
| 11/3/2021 | $ 345.55 | ACH | Paypall | M&T CDA |
| 11/3/2021 | $ 125.00 | 30251 | 30251 - Suffern Parking | M&T Special |
| 11/3/2021 | $ 100.00 | 30252 | 30252 - DC Treasurer | M&T Special |
| 11/3/2021 | $ 678.38 | 30254 | 30254 - Supervision | M&T Special |
| 11/4/2021 | $ 51,837.66 | ACH | Payroll | M&T Special |
| 11/4/2021 | $ 56,449.59 | ACH | Payroll | M&T Special |
| 11/4/2021 | $ 1,432.84 | 30223 | 30223 - Atlas Link | M&T Special |
| 11/4/2021 | $ 7,156.28 | 30253 | 30253 - Route 23 Auto Mall | M&T Special |
| 11/4/2021 | $ 3,828.00 | 30255 | 30255 - Cummings | M&T Special |
| 11/5/2021 | $ 113.36 | ACH | Tsys Chargeback | M&T Special |
| 11/5/2021 | $ 113.36 | ACH | Tsys Chargeback | M&T Special |
| 11/5/2021 | $ 8,046.66 | ACH | Reliance | M&T Special |
| 11/5/2021 | $ 11,803.18 | ACH | Worldinstrust | M&T Special |
| 11/5/2021 | $ 43,075.90 | ACH | Nica | M&T Special |
| 11/5/2021 | $ 179.89 | 90119 | 90119 - Marshal | M&T Special |
| 11/8/2021 | $ 124.35 | ACH | ATT | M&T CDA |
| 11/8/2021 | $ 11,088.00 | ACH | Limolabs | M&T Special |
| 11/8/2021 | $ 19,739.11 | ACH | Merchants Automotive | M&T Special |
| 11/8/2021 | $ 40,000.00 | ACH | Lancer | M&T Special |
| 11/8/2021 | $ 6,000.00 | ACH | Limolabs | M&T Special |
| 11/8/2021 | $ 1,261.10 | ACH | Bayview Trans | M&T Special |
| 11/8/2021 | $ 1,761.70 | ACH | Bravo | M&T Special |
| 11/8/2021 | $ 3,785.03 | ACH | Business Automation | M&T Special |
| 11/8/2021 | $ 503.70 | ACH | Conga | M&T Special |
| 11/8/2021 | $ 2,354.72 | ACH | Echelon | M&T Special |
| 11/8/2021 | $ 860.10 | ACH | Elite | M&T Special |
| 11/8/2021 | $ 168.10 | ACH | Falcon | M&T Special |
| 11/8/2021 | $ 2,518.79 | ACH | Global Explorer | M&T Special |
| 11/8/2021 | $ 518.85 | ACH | Ikonomi | M&T Special |
| 11/8/2021 | $ 3,760.65 | ACH | Mint | M&T Special |
| 11/8/2021 | $ 5,536.35 | ACH | Elegant | M&T Special |
| 11/8/2021 | $ 4,592.08 | ACH | MTF | M&T Special |
| 11/8/2021 | $ 2,790.00 | ACH | Limo 2000 | M&T Special |
| 11/8/2021 | $ 45.00 | ACH | M&T Comm Card | M&T Special |
| 11/8/2021 | $ 99.50 | ACH | Tsys Chargeback | M&T Special |
| 11/8/2021 | $ 20,815.79 | ACH | Payroll Tax | M&T Special |
| 11/8/2021 | $ 27,184.23 | ACH | Payroll Tax | M&T Special |
| 11/8/2021 | $ 450.00 | 30249 | 30249 - 365 Tower | M&T Special |
| 11/8/2021 | $ 50,000.00 | 30267 | 30267 - Errands Plus | M&T Special |

| Date | Amount | Ref | Description | Account |
|---|---|---|---|---|
| 11/8/2021 | $ 2,229.34 | ACH | M&T Service Charge | M&T Special |
| 11/9/2021 | $ 332.01 | ACH | Tsys Chargeback | M&T Special |
| 11/9/2021 | $ 88.85 | 30236 | 30236 - Samir Sunrise | M&T Special |
| 11/9/2021 | $ 120.00 | 30250 | 30250 - City of Wilmington | M&T Special |
| 11/9/2021 | $ 1,085.59 | 30264 | 30264 - Hallett Place | M&T Special |
| 11/10/2021 | $ 532.76 | ACH | Granite | M&T CDA |
| 11/10/2021 | $ 2,198.86 | ACH | Reliance | M&T Special |
| 11/10/2021 | $ 16,040.21 | ACH | Tsys Discount | M&T Special |
| 11/10/2021 | $ 53,369.42 | ACH | Payroll | M&T Special |
| 11/12/2021 | $ 2,000.00 | ACH | Transfer to FL | M&T Special |
| 11/12/2021 | $ 1,040.00 | ACH | Overlines | M&T Special |
| 11/12/2021 | $ 23,454.58 | ACH | Limolabs | M&T Special |
| 11/12/2021 | $ 56,511.54 | ACH | Nica | M&T Special |
| 11/12/2021 | $ 189.41 | 90120 | 90120 - Marshall | M&T Special |
| 11/15/2021 | $ 225.00 | ACH | Tsys Chargeback | M&T Special |
| 11/15/2021 | $ 294.50 | ACH | Tsys Chargeback | M&T Special |
| 11/15/2021 | $ 871.00 | ACH | Tsys Chargeback | M&T Special |
| 11/15/2021 | $ 8,379.81 | ACH | Worldinstrust | M&T Special |
| 11/15/2021 | $ 18,534.97 | ACH | Amex Credit Card | M&T Special |
| 11/15/2021 | $ 25,244.12 | ACH | Payroll Tax | M&T Special |
| 11/15/2021 | $ 1,055.30 | 30257 | 30257 - NE Car Service | M&T Special |
| 11/15/2021 | $ 43,054.22 | 30268 | 30268 - Merchants | M&T Special |
| 11/15/2021 | $ 422.50 | 30271 | 30271 - Presto | M&T Special |
| 11/16/2021 | $ 2,997.25 | ACH | Qqest Software | M&T Special |
| 11/16/2021 | $ 17,374.63 | ACH | NYS DTF Promp | M&T Special |
| 11/16/2021 | $ 32,338.58 | ACH | NYS DTF Promp | M&T Special |
| 11/17/2021 | $ 17.84 | ACH | Payroll Tax | M&T Special |
| 11/17/2021 | $ 1,446.50 | ACH | NYS DTF Cong | M&T Special |
| 11/17/2021 | $ 2,260.50 | ACH | NYS DTF Cong | M&T Special |
| 11/18/2021 | $ 11.20 | ACH | ReadyRefresh | M&T CDA |
| 11/18/2021 | $ 1,586.62 | ACH | Business Automation | M&T Special |
| 11/18/2021 | $ 403.25 | ACH | Bayview Trans | M&T Special |
| 11/18/2021 | $ 1,573.65 | ACH | Bravo Livery | M&T Special |
| 11/18/2021 | $ 272.50 | ACH | Echelon | M&T Special |
| 11/18/2021 | $ 573.94 | ACH | Elite Trans | M&T Special |
| 11/18/2021 | $ 1,219.20 | ACH | Falcon Coach | M&T Special |
| 11/18/2021 | $ 2,112.03 | ACH | Global Explorer | M&T Special |
| 11/18/2021 | $ 231.10 | ACH | Ikonomi Limo | M&T Special |
| 11/18/2021 | $ 2,941.78 | ACH | Mint Limo | M&T Special |
| 11/18/2021 | $ 2,674.27 | ACH | Elegant Lux | M&T Special |
| 11/18/2021 | $ 5,525.24 | ACH | MTF | M&T Special |
| 11/18/2021 | $ 11,655.74 | ACH | Limolabs | M&T Special |
| 11/18/2021 | $ 52,300.08 | ACH | Payroll | M&T Special |
| 11/18/2021 | $ 62,587.54 | ACH | Payroll | M&T Special |
| 11/18/2021 | $ 153.25 | 30262 | 30262 - Samir Sunrise | M&T Special |
| 11/19/2021 | $ 251.58 | ACH | First Lease | M&T Special |
| 11/19/2021 | $ 5,079.01 | ACH | Midland Bank | M&T Special |

| Date | Amount | Ref | Payee | Account |
|---|---|---|---|---|
| 11/19/2021 | $ 8,529.41 | ACH | Reliance | M&T Special |
| 11/19/2021 | $ 67,732.39 | ACH | Nica | M&T Special |
| 11/19/2021 | $ 255.00 | 30266 | 30266 - NYSDOT | M&T Special |
| 11/19/2021 | $ 176.91 | 90121 | 90121 - Marshal | M&T Special |
| 11/22/2021 | $ 283.50 | ACH | Tsys Chargeback | M&T Special |
| 11/22/2021 | $ 24,814.50 | ACH | Payroll Tax | M&T Special |
| 11/22/2021 | $ 30,027.09 | ACH | Payroll Tax | M&T Special |
| 11/22/2021 | $ 4,980.98 | 30259 | 30259 - Buston | M&T Special |
| 11/22/2021 | $ 1,639.70 | 30260 | 30260 - Go Lux | M&T Special |
| 11/22/2021 | $ 751.38 | 30261 | 30261 - Pat PJM | M&T Special |
| 11/23/2021 | $ 7,176.87 | ACH | Victor Dandres | M&T Special |
| 11/23/2021 | $ 416.55 | 30274 | 30274 - Andrew Pappas | M&T Special |
| 11/24/2021 | $ 160.00 | ACH | Tsys Chargeback | M&T Special |
| 11/24/2021 | $ 1,478.00 | ACH | Tsys Chargeback | M&T Special |
| 11/24/2021 | $ 53,937.57 | ACH | Payroll | M&T Special |
| 11/24/2021 | $ 111.15 | 30279 | 30279 - Samir Sunrise | M&T Special |
| 11/26/2021 | $ 57,958.20 | ACH | Nica | M&T Special |
| 11/26/2021 | $ 659.69 | 30278 | 30278 - Pat PJM | M&T Special |
| 11/29/2021 | $ 10,832.32 | ACH | Limolabs | M&T Special |
| 11/29/2021 | $ 25,830.35 | ACH | Payroll Tax | M&T Special |
| 11/29/2021 | $ 198.41 | 90122 | 90122 - Marshall | M&T Special |
| 11/30/2021 | $ 2,348.51 | ACH | Reliance | M&T Special |

Total    $ 1,254,001.17

*$342,230 paid in December to transportation partners for services rendered in October-November 2021

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09874 | CTN GLOBAL CHAUFFEURED TRANSP | | 24 | 3472.31 | | | | | | 3472.31 |
| 10000 | BLOOMBERG LP | | 31 | 12548.87 | | | | | 27630.56 | 40179.43 |
| 104 | VIACOM EVENTS | | 1 | | | | | | 849.20 | 849.20 |
| 10606 | YANKEES RANDY LEVINE | | 1 | | | | | | 1303.50 | 1303.50 |
| 110 | VIACOM PREMIUM | | 1 | | | | | | 1557.22 | 1557.22 |
| 112245 | ADL VIRGIN | | 2 | | | | | | 8603.60 | 8603.60 |
| 1155 | WHITE & CASE | | 1 | | | | | | 114.00 | 114.00 |
| 2010C | AIG | | 2 | | | | | | 9174.06 | 9174.06 |
| 2222 | VIRGIN ATLANTIC FLYING CLUB | | 7 | 963.03 | | | | 631.00 | 5682.65 | 7276.68 |
| 2243 | VIRGIN ATLANTIC DIRECTORS | | 1 | | | | | | 1721.44 | 1721.44 |
| 2245 | VIRGIN ATLANTIC -GENERAL | | 4 | | | | | | 115326.88 | 115326.88 |
| 2247 | VIRGIN ATLANTIC - RETAIL TS | | 1 | | | | | | 319.17 | 319.17 |
| 24002 | UBS CREDIT CARD | | 11 | | 263.62 | 1729.37 | 728.61 | | 1739.53 | 4461.13 |
| 30900 | BARCLAYS | | 6 | | | | | 1593.86 | 3043.04 | 4636.90 |
| 388 - Events | CITIGROUP CORPORATE EVENT | | 3 | | | | 399.35 | | 5646.19 | 6045.54 |
| 388 - Shuttle | Citigroup BTW Shuttle | 1 | 1 | 138871.00 | (439.00) | | | | | 138432.00 |
| 50028 | UMG-DEF JAM RECORDINGS | | 1 | | | | | | 916.11 | 916.11 |
| 7001 | CereVasc | | 1 | | | | | | 2383.05 | 2383.05 |
| 72000 | DEUTSCHE BANK DB | | 1 | | | | | | 273.07 | 273.07 |
| 73000 | DEUTSCHE BANK | | 11 | | | 1112.30 | 180.19 | 426.06 | 7774.85 | 9493.40 |
| 8800 | GS NATIONAL ACCOUNT-OT ONLY!! | | 1 | | | | | | 124.55 | 124.55 |
| ABING TS | Abingworth Management | | 1 | 99.75 | | | | | | 99.75 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ADL-UK | ADDISON LEE (UK) | | 18 | | 17521.26 | | 19996.85 | 18449.10 | 76604.28 | 132571.49 |
| ADVISOR | ADVISOR GROUP | | 2 | | | | | | 440.95 | 440.95 |
| AEA INV TS | AEA Investors | | 1 | | | | | | 407.63 | 407.63 |
| AM120 | AMFAR-FOUNDATION AIDS RSRCH | | 2 | | | | | 223.81 | 803.07 | 1026.88 |
| AMBILT TS | American Biltrite Inc. | | 2 | | | | | | 368.60 | 368.60 |
| AMG TS | AMG | | 1 | | | | | | 1170.20 | 1170.20 |
| ANALGR TS | Analysis Group | | 1 | | | | | | 1122.00 | 1122.00 |
| APOLLO | APOLLO GLOBAL MANAGEMENT,LLC | | 7 | | | | | 465.93 | 3975.03 | 4440.96 |
| APPLE | APPLE, INC | | 1 | | | | | | 67.72 | 67.72 |
| ASSOCIATED | ASSOCIATED LIMOUSINE SERVICE | | 1 | | | | | | 815.25 | 815.25 |
| ASSOCLS TS | Associated Limousine Services | | 1 | | | | | | 252.40 | 252.40 |
| AVALONBSTS | AVALON TRANSPORTATION-CA | | 2 | | | | | | 1157.00 | 1157.00 |
| B234G | BMW MANUFACTURING | | 2 | | | | | 871.81 | 240.36 | 1112.17 |
| BAML RS TS | Bank of America ML RS | | 1 | | | | | | 11994.99 | 11994.99 |
| BCG | Boston Consulting Group | 1 | 3 | | 239.06 | | | | 1017.64 | 1256.70 |
| BCMESO | MESO BLAST | | 1 | | | | | | 495.45 | 495.45 |
| BECK | BECKMAN COULTER | | 1 | | | | | | 439.07 | 439.07 |
| BESTTR TS | Best Trails & Travel Corp | | 1 | | | | | 259.51 | | 259.51 |
| BLACKROCK | BLACKROCK | 2 | 13 | 8406.12 | 9369.99 | 10321.18 | 2863.08 | 2756.31 | 250.07 | 33966.75 |
| BLACKSTONE | BLACKSTONE | | 1 | | | | | | 136.87 | 136.87 |
| BMW | BMW OF NORTH AMERICA | | 2 | | | | | | 4416.97 | 4416.97 |
| BR-BOD | BLACK ROCK BOARD OF DIRECTORS | | 1 | | | | | | 105.64 | 105.64 |

12/20/2021 09:11 AM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| BR-FBO | BLACKROCK - FBO | | 5 | | | | | | 5512.89 | 5512.89 |
| BRPERSONAL | BLACKROCK PERSONAL | | 3 | 195.42 | | | | | 510.89 | 706.31 |
| BR-SHUTTLE | BLACKROCK PRINCETON SHUTTLE | 1 | 3 | 12075.00 | 12075.00 | 11413.75 | (7905.00) | | | 27658.75 |
| BR-WILMING | BLACKROCK WILMINGTON SHUTTLE | | 5 | 9765.00 | 9765.00 | 10346.24 | | 7905.00 | | 37781.24 |
| CBRE | CBRE JFK REAL ESTATE | | 3 | 7406.28 | | | 7406.28 | 5954.44 | | 20767.00 |
| CCL | COMPANY CAR LIMOUSINE | | 1 | | | | | | 402.04 | 402.04 |
| CHASE BCP | CHASE BUSINESS SHUTTLE | | 1 | | | | | | 885.00 | 885.00 |
| CHASE SHTL | CHASE SHUTTLE | | 1 | 37432.00 | | | | | | 37432.00 |
| CIT | CIT GROUP INC. | | 1 | | | | | | 93.51 | 93.51 |
| CITI RS US | Citigroup Global Markets US | | 1 | | | | | | 312.90 | 312.90 |
| CITI TSE | Citigroup Events | | 1 | | | | | | 1056.47 | 1056.47 |
| CITSPECIAL | CIT-SPECIAL REQUESTS | | 1 | | | | | | 555.03 | 555.03 |
| CMSF TSE | COGS & MARVEL - SAN FRANCISCO | | 1 | | | | | | 4907.27 | 4907.27 |
| COMMCRE TS | COMMCREATIVE | | 1 | | | | | | 815.23 | 815.23 |
| COMMER TSE | Commerzbank Event | | 1 | | | | | | 2373.75 | 2373.75 |
| COMMERZ TS | Commerzbank | | 1 | | | | | | 1149.05 | 1149.05 |
| CONDE TS | Conde Nast Publications | | 1 | | | | | | 448.00 | 448.00 |
| CORP FUEL | CORPORATE FUEL | | 1 | | | | | | 88.65 | 88.65 |
| CORTVB3 | CORPORATE TRAVELER BOSTON 3 | | 1 | | | | | | 115.55 | 115.55 |
| CP11 | COLGATE PALMOLIVE DIRECT BILL | | 2 | | | | | | 739.69 | 739.69 |
| CP6120 | VIACOM MEDIA | | 2 | | | | | | 1647.50 | 1647.50 |
| CPGO | COLGATE PALMOLIVE | | 1 | | | | | | 165.10 | 165.10 |

12/20/2021 09:11 AM

Page 3 of 9

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers    Report by: Customer Code    Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| CP-SHTLENY | COLGATE SHUTTLE NEW YORK | | 1 | | | | | | 7128.67 | 7128.67 |
| CROWN TS | Crown Relocation | | 1 | | | | | | 279.10 | 279.10 |
| CYNOS TS | Cynosure | | 3 | | | | | | 1619.60 | 1619.60 |
| DEEM SMB | DEEM SMB | | 1 | | | | | | 190.50 | 190.50 |
| DELOITTE | DELOITTE & TOUCHE LLP. | | 1 | | | | | | 2257.63 | 2257.63 |
| DETAILSNYC | DETAILS NYC | | 1 | | | | | | 378.49 | 378.49 |
| DIS TRV TS | Disney Global Travel | | 1 | | | | | | 72.10 | 72.10 |
| DORTH C TS | Dorothy Cherry | | 1 | | | | | | 214.50 | 214.50 |
| DREXEL | DREXEL UNIVERSITY | | 1 | | | | | | 145.82 | 145.82 |
| DROGA5 | DROGA5 | | 1 | | | | | | 122.21 | 122.21 |
| ELRECRUIT | ELI LILLY RECRUITS | | 1 | | | | | | 502.55 | 502.55 |
| ENDEAVORGR | ENDEAVOR GROUPS | | 1 | | | | | | 205.00 | 205.00 |
| ETG | EXECUTIVE TRANSPORTATIO GROUP | | 1 | | | | | | 72.00 | 72.00 |
| EVENTS RET | EVENTS RETAIL | | 1 | | | | | | 27194.16 | 27194.16 |
| EY-EVENTS | ERNST & YOUNG EVENTS | | 1 | | | | | | 1152.56 | 1152.56 |
| FAIRVIEW | FAIRVIEW CAPITAL PARTNERS | | 1 | | | | | | 385.53 | 385.53 |
| FIDELF TS | Fidelity Foundation | | 1 | | | | | | 108.60 | 108.60 |
| FIERACAP | FIERA CAPITAL | | 1 | | | | | | 164.10 | 164.10 |
| GATEWAY | GATEWAY LIMOUSINE | | 1 | | | | | | 102.35 | 102.35 |
| GROUNDSPAN | GROUNDSPAN | | 1 | | | | | | 1404.36 | 1404.36 |
| GS 4500 | Goldman sachs | | 1 | | | | | | 273.81 | 273.81 |
| GS CAMD | Goldman Sachs (CAMD) | | 1 | | | | | | 114.69 | 114.69 |

12/20/2021 09:11 AM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GS DAL | GOLDMAN SACHS DALLAS | | 1 | | | | | | 121.80 | 121.80 |
| GS EVENTS/RDSH | Goldman Sachs Events and Roadsho | | 2 | 6412.35 | | | | | | 6412.35 |
| GS SLC | Goldman Sachs Salt Lake City | | 1 | | | | | | 226.20 | 226.20 |
| GUGGENHEIM | GUGGENHEIM MUSEUM | | 1 | | | | | | 390.46 | 390.46 |
| HARTFORD | THE HARTFORD | | 1 | | | | | | 353.63 | 353.63 |
| HGGC | HGGC, LLC | | 1 | | | | | | 3259.00 | 3259.00 |
| HIF | HIF CONSULTING LLC | | 1 | | | | | | 492.37 | 492.37 |
| HOLOG TS | Hologic | | 1 | | | | | | 161.75 | 161.75 |
| HOW | STRYKER ORTHOPEDICS | | 2 | | | | | | 3919.77 | 3919.77 |
| INST TS RS | Instinet Roadshows | | 1 | | | | | | 2394.28 | 2394.28 |
| INTERNAT | ETS LIMO SERVICE | | 1 | | | | | | 286.79 | 286.79 |
| JEFFERIES | JEFFERIES & CO. INC. | | 1 | | | | | | 1614.65 | 1614.65 |
| KEYSPAN | NATIONAL GRID | | 1 | | | | | | 343.58 | 343.58 |
| KIRKLAND | Kirkland & Ellis | | 2 | | | | | | 503.75 | 503.75 |
| KONICA DB | KONICA MINOLTA BUSINESS SOLUTI | | 1 | | | | | | 121.03 | 121.03 |
| KONICAMBS | KONICA MINOLTA BUSINESS SOLUTI | 2 | | | (5228.00) | | | | | (5228.00) |
| KPMG | KPMG | | 1 | | | | | | 147.55 | 147.55 |
| LC | LA COMPAGNIE-AIRLINES | | 3 | 657.95 | | | | 2209.04 | 497.05 | 3364.04 |
| LIMOLIVERY | LIMOUSINE LIVERY | | 1 | | | | | | 11070.00 | 11070.00 |
| LUX GO TS | LUXURY GOLD | | 2 | | | 5649.03 | | | | 5649.03 |
| MACK GF | MACK CALI REALTY -GIRALDA FARM | | 1 | | | | | | 4860.55 | 4860.55 |
| MACK SH | MACK-CALI REALTY CORP-SHORT HI | | 13 | | | | | 1556.20 | 49420.43 | 50976.63 |

12/20/2021 09:11 AM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers    Report by: Customer Code    Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| MAPFRE TS | Mapfre USA | | 3 | | | | | | 1875.30 | 1875.30 |
| MAPFRE TSE | Mapfre USA Events | | 8 | | 5247.10 | 1148.46 | | | 1421.35 | 7816.91 |
| MC | MASTERCARD | | 1 | | | | | | 216.38 | 216.38 |
| MEDIDATA | MEDIDATA | | 1 | | | | | | 1182.17 | 1182.17 |
| MLLINT TS | M and L Worldwide | | 1 | | | | | | 4810.41 | 4810.41 |
| MTF VIP | MTF BIOLOGICS | | 3 | | | | | | 12734.75 | 12734.75 |
| NBA | NATIONAL BASKETBALL ASSOC. | | 7 | | | | | | 2122.14 | 2122.14 |
| NBASHUTTLE | NBA SHUTTLE | | 4 | | 10036.32 | | | | 10872.76 | 20909.08 |
| NBC | NBC UNIVERSAL | | 3 | | | | | | 5271.99 | 5271.99 |
| NBCUSHTLE | NBCU SHUTTLE | | 1 | 824.02 | | | | | | 824.02 |
| NETS | BROOKLYN NETS-BSE GLOBAL | | 3 | | | | | | 1597.19 | 1597.19 |
| NOMURA | NOMURA SECURITES INTERNATIONA | | 1 | | | | | | 1105.50 | 1105.50 |
| NOVO | NOVO NORDISK | | 1 | | | | | | 182.62 | 182.62 |
| NRP | NILE RODGERS PRODUCTION | | 1 | | | | | | 903.20 | 903.20 |
| NY GIANTS | NEW YORK GIANTS | | 3 | 749.18 | | | | 408.39 | 230.97 | 1388.54 |
| NY JETS | NEW YORK JETS | | 1 | | | | | | 79.45 | 79.45 |
| NYCCO | NYC & COMPANY | | 5 | 2721.39 | | | | 3649.00 | 3798.06 | 10168.45 |
| NYFED | FEDERAL RESERVE BANK OF NY | | 37 | | | | | 7144.26 | 57514.69 | 64658.95 |
| NYFED SHUTTLE | Federal Reserve Bank of New York | | 2 | | | | 5984.37 | 3134.67 | | 9119.04 |
| NYL | NEW YORK LIFE | | 24 | 10317.87 | | 34639.46 | | 1660.06 | 32989.91 | 79607.30 |
| ONEWOR TS | One World Transport | | 1 | | | | | | 262.85 | 262.85 |
| ORLANDO | ORLANDO FOOD SALES | | 1 | | | | | | 427.87 | 427.87 |

12/20/2021 09:11 AM

Page 6 of 9

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| PDTCC | PDT PARTNERS-CREDIT CRD | | 1 | | | | | | 1317.22 | 1317.22 |
| PF | PFIZER-MEMPHIS LOGISTICS CNTR | | 1 | | | | | | 1842.69 | 1842.69 |
| PF-MISC | PFIZER | | 1 | | | | | | 361.10 | 361.10 |
| PJMEXECTS | Pat Mogauro/PJM Executive | | 1 | | | | | | 132.15 | 132.15 |
| QUEST | QUEST DIAGNOSTICS | | 1 | | | | | | 270.60 | 270.60 |
| RAMSA | ROBERT A.M. STERN ARCHITECTS | | 3 | 439.49 | | | | | 807.79 | 1247.28 |
| REGENERON | REGENERON PHARMA. | | 1 | | | | | | 240.01 | 240.01 |
| RMA | RMA CHAUFFEURED TRANSPORTATI | | 1 | | | | | | 160.41 | 160.41 |
| RMA-FF | RMA North - Friends & Family | | 2 | | | | | | 370.31 | 370.31 |
| RMA-North-STAFF | RMA North Staff Travel | | 1 | 716.09 | | | | | | 716.09 |
| RMAN-STAFF | RMA North Staff Travel | | 1 | | | | | | 105.00 | 105.00 |
| ROADSW RET | ROADSHOW RETAIL | | 1 | | | | | | 20211.00 | 20211.00 |
| ROSS | ROSS STORES | | 1 | | | | | | 1700.81 | 1700.81 |
| RW2047B | NFL Network | | 1 | | | | | | 341.00 | 341.00 |
| RW2095B | Columbia Records | | 36 | 11801.99 | | | | 2631.96 | 3885.03 | 18318.98 |
| RW3095A | Kaitar Resouces | | 1 | | | | | | 361.86 | 361.86 |
| RW3204A | Beats Electronics | | 1 | | | | | | 198.40 | 198.40 |
| RW5114 | SONY MUSIC ENTERTAINMENT UK | | 1 | 2162.16 | | | | | | 2162.16 |
| RW5142 | IMG MODELS | | 1 | | | | | | 734.57 | 734.57 |
| RW5224 | BACARDI MARTINI INC | | 1 | | | | | | 426.80 | 426.80 |
| RW5247 | WATCH OUT FOR KEKE PRODUCTION | | 1 | | | | | | 318.36 | 318.36 |
| RW5316 | ROC NATION-CREDIT CARD | | 1 | | | | | | 51.73 | 51.73 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| RW5408 | CTMS TRAVEL | | 1 | | | | | | 1714.67 | 1714.67 |
| RW5417 | FOX Broadcasting Company | | 1 | | | | | | 268.31 | 268.31 |
| RW5457 | TRAVEL WARRIORS | | 1 | | | | | | 174.29 | 174.29 |
| RW5464 | THREE SIX ZERO | | 1 | | | | | | 3297.83 | 3297.83 |
| RW5465 | BARSTOOL SPORTS | | 1 | | | | | | 2274.52 | 2274.52 |
| RW5475 | A5B TOURING INC | | 1 | | | | | | 236.00 | 236.00 |
| RW5505 | WARNER RECORDS/AKILA ROBINSON | | 1 | | | | | | 1145.85 | 1145.85 |
| SANTAN TS | Santander Bank | | 1 | | | | | | 287.68 | 287.68 |
| SCENIC TS | Scenic Tours USA Inc | | 1 | | | | | | 6624.60 | 6624.60 |
| SI7016 | HBO NON STAFF | | 2 | | | | | 2339.65 | 285.22 | 2624.87 |
| SI7023 | TBS | | 1 | | | | | | 168.75 | 168.75 |
| SIMPLEX TS | Simplex | | 1 | | | | | | 112.35 | 112.35 |
| SIRIUSXM | SIRIUS XM RADIO | | 3 | 6096.54 | | | | | 951.32 | 7047.86 |
| SKADDEN | SKADDEN ARPS | | 3 | | | | | | 1633.42 | 1633.42 |
| SNYTV | SNYTV | | 1 | | | | | | 341.70 | 341.70 |
| SOROS | SOROS FUND MANAGEMENT | | 1 | | | | | | 226.53 | 226.53 |
| SPINE | STRYKER SPINE | | 1 | | | | | | 276.00 | 276.00 |
| STRAND | STRAND CREATIVE GROUP | | 1 | | | | | | 14951.69 | 14951.69 |
| STROOCK | STROOCK & STROOCK,& LAVAN LLP. | | 4 | | | | 628.66 | 815.41 | 449.45 | 1893.52 |
| STRYKER | STRYKER-CREDIT CARD ONLY | | 1 | | | | | | 210.56 | 210.56 |
| Swoop | Swoop | | 3 | 7002.02 | 25764.96 | | | | | 32766.98 |
| TAPESTRY | TAPESTRY | | 1 | | | | | | 204.08 | 204.08 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 11/30/2021]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXACO INC | TEXACO INC | | 1 | | | | | | 354.69 | 354.69 |
| TIAA | TIAA | | 1 | | | | | | 276.00 | 276.00 |
| TRAFALGAR | Trafalgar | | 2 | 1704.46 | | | | | 1320.00 | 3024.46 |
| TRIS UK EY | TRISTAR UK ERNST & YOUNG | | 1 | | | | | | 1476.30 | 1476.30 |
| TRIS UK TS | Tristar UK Shamrock | | 1 | | | | | | 509.65 | 509.65 |
| TZELL | TZELL TRAVEL GROUP | | 1 | | | | | | 207.90 | 207.90 |
| UMIAMI TS | University of Miami | | 2 | | | | | | 32742.56 | 32742.56 |
| USALIMO DB | USA LIMO DIRECT BILL | | 1 | | | | | | 2306.42 | 2306.42 |
| VANGUARD | VANGUARD | | 1 | | | | | | 136.32 | 136.32 |
| VAPORTAUTH | VAA PORT AUTHORITY FEE | | 1 | | | | | | 9199.87 | 9199.87 |
| VITESS TS | Vitesse Worldwide | | 1 | | | | | | 2026.49 | 2026.49 |
| VTS | DIRECTRAVEL | | 1 | | | | | | 507.47 | 507.47 |
| WALL | WALLENIUS WILHELMSEN LOGISTICS | | 1 | | | | | | 339.66 | 339.66 |
| WHITEEAGLE | WHITE EAGLE PROPERTY GROUP | | 1 | | | | | | 195.67 | 195.67 |
| WNET | WNET CHANNEL 13 | | 1 | | | | | | 275.32 | 275.32 |
| WORLDGRND | AVALON TRANSPORTATION - NJ | | 1 | | | | | | 409.91 | 409.91 |
| WPU | WILLIAM PATERSON UNIVERSITY | | 3 | | | | | 322.90 | 377.90 | 700.80 |
| WTS TS | WTS Player Services | | 1 | 1142.75 | | | | | | 1142.75 |
| **Totals:** | | 7 | 505 | 283983.04 | 58850.35 | 102124.75 | 30282.39 | 65408.37 | 708448.70 | 1249097.60 |

12/20/2021 09:11 AM

Page 9 of 9

9:08 AM
12/20/21

# American Limousine LLC
## A/P Aging Summary
### As of November 30, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| A1 Quality Express | 2,000.00 | 9,200.00 | 0.00 | 0.00 | 0.00 | 11,200.00 |
| EZDriveMA Payment Processing Center | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| Gear One Automotive Center LLC | 0.00 | 112.77 | 0.00 | 0.00 | 0.00 | 112.77 |
| IPFS Corporation | 376.88 | 0.00 | 0.00 | 0.00 | 0.00 | 376.88 |
| IPFS Corporation CAP-41885 | 10,133.55 | 0.00 | 0.00 | 0.00 | 0.00 | 10,133.55 |
| Limolabs, LLC | 14,283.82 | 0.00 | 0.00 | 0.00 | 0.00 | 14,283.82 |
| MERCHANTS FLEET MANAGEMENT | 55,298.70 | 4,535.19 | 0.00 | 0.00 | 0.00 | 59,833.89 |
| Mount Kisco Chevrolet | 785.56 | 0.00 | 0.00 | 0.00 | 0.00 | 785.56 |
| Mt Kisco Truck & Auto Parts | 236.05 | 266.04 | 0.00 | 0.00 | 0.00 | 502.09 |
| N C C | 102.05 | 0.00 | 0.00 | 0.00 | 0.00 | 102.05 |
| NY State Dept of Tax and Finance | 0.00 | 6,283.68 | 0.00 | 0.00 | 0.00 | 6,283.68 |
| NYC Taxi & Limousine Commission | 0.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 1,425.00 |
| Opal Business Solutions | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| PAM - VA DOT | 38.25 | 0.00 | 0.00 | 0.00 | 0.00 | 38.25 |
| PKF O'Connor Davies, LLP | 7,650.00 | 13,165.00 | 0.00 | 0.00 | 0.00 | 20,815.00 |
| Presto Lube and Oil | 125.00 | 415.50 | 0.00 | 0.00 | 0.00 | 540.50 |
| Suffern Parking Department | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| SuperVision | 386.10 | 0.00 | 0.00 | 0.00 | 0.00 | 386.10 |
| Weldon Tire | 761.46 | 4,082.03 | 0.00 | 0.00 | 0.00 | 4,843.49 |
| TOTAL | 92,652.42 | 39,510.21 | 0.00 | 0.00 | 0.00 | 132,162.63 |

Page 1 of 1