UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: 12/28/2021          Date Plan Confirmed: 09/14/2021

Check one:    ☒ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?          ☒ Yes    ☐ No

Future distributions will be made to *(check all that apply)*:

☒ Administrative fees and expenses

☒ Secured claims

☐ Priority secured claims

☒ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: unknown

Percentage dividend to general unsecured creditors:

| | |
|---|---|
| Paid in this distribution: | 0 % |
| Paid to date: | 0 % |
| To be paid after all distributions made under Plan: | 100 % |

**Summary of Payments Made in This Distribution:**

$ 89,009.90     Administrative fees and expenses

$ _____     Secured claims

$ _____     Priority unsecured claims

$ _____     General unsecured claims

$ _____     Equity security holders

$ 89,009.90     TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2: _____

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor

I certify under penalty of perjury that the above is true.

Date: 01/11/2022

*Michael Fogarty*
Disbursing Agent

*rev.8/1/15*

# Signature Certificate

Reference number: 2SMNT-UHRJA-XIMZV-JZ5AP

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com | | *Michael Fogarty* |
| Sent: | 11 Jan 2022 18:45:20 UTC | |
| Viewed: | 11 Jan 2022 18:45:54 UTC | IP address: 24.34.52.154 |
| Signed: | 11 Jan 2022 18:46:21 UTC | Location: Byfield, United States |

Document completed by all parties on:
11 Jan 2022 18:46:21 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

