UNITEUNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

American Limousine LLC

Debtor(s)

Case No.: 21-10121

Judge: Stacey L. Meisel

Chapter: 11 (Subchapter V Small Business)

## NOTICE OF SUBSTATIAL CONSUMATION
## UNDER CONFIRMED CHAPTER 11 PLAN SUBMITTED
## PURSUANT TO 11 U.S.C. SEC. 1183(a)(2) AND 11 U.S.C. SEC. 1101(2)

Transfer of all or substantially all of the property proposed by the Plan to be transferred.

Check one:

____ Completed

_X_ Not Applicable

Assumption by the Debtor or by the successor to the debtor under the Plan of the business or of the management of all or substantially all of the property dealt with by the plan.

Check one:

____ Completed

_X_ Not Applicable

Distributions under the plan have been commenced. See annexed Report of Distributions Under Confirmed Chapter 11 Plan.

Questions regarding Plan distributions may be directed to:

Name: <u>Dean G. Sutton, Esq.</u>

Company: _____

Address 1: <u>18 Green Road</u>

Address 2: _____

City, State, ZIP: <u>Sparta, NJ 07871</u>

Telephone: <u>973-729-8121</u>

Facsimile: <u>973-729-6685</u>

Email: <u>dean@deansuttonlaw.com</u>

Relationship to Plan proponent: <u>Counsel for Plan Proponent</u>

I certify under penalty of perjury that the foregoing is true and correct.

DATE: <u>01/04/2022</u>

_____
Attorney for Debtor/Disbursing Agent

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: 12/28/2021          Date Plan Confirmed: 09/14/2021

Check one:   ☒ Initial Distribution
             ☐ Subsequent Distribution

Will future distributions be made under the Plan?     ☒ Yes    ☐ No

Future distributions will be made to (check all that apply):

☒ Administrative fees and expenses

☒ Secured claims

☐ Priority secured claims

☒ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: unknown

Percentage dividend to general unsecured creditors:

| | |
|---|---|
| Paid in this distribution: | 0 % |
| Paid to date: | 0 % |
| To be paid after all distributions made under Plan: | 100 % |

### Summary of Payments Made in This Distribution:

| | |
|---|---|
| $ 89,009.90 | Administrative fees and expenses |
| $ _____ | Secured claims |
| $ _____ | Priority unsecured claims |
| $ _____ | General unsecured claims |
| $ _____ | Equity security holders |
| $ 89,009.90 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2: _____

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor


I certify under penalty of perjury that the above is true.

Date: 01/11/2022

*Michael Fogarty*
Disbursing Agent

*rev. 8/1/15*

2

Document Ref: 2SMNT-UHRJA-XIMZV-JZ5AP                                                                                    Page 2 of 2

# Signature Certificate

Reference number: 2SMNT-UHRJA-XIMZV-JZ5AP

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com<br><br>Sent:<br>Viewed:<br>Signed: | <br><br><br>11 Jan 2022 18:45:20 UTC<br>11 Jan 2022 18:45:54 UTC<br>11 Jan 2022 18:46:21 UTC | *Michael Fogarty*<br><br>IP address: 24.34.52.154<br>Location: Byfield, United States |

Document completed by all parties on:
11 Jan 2022 18:46:21 UTC

Page 1 of 1



Signed with PandaDoc

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

