Devanshu L. Modi - dev.modi@lglmlaw.com
Subchapter V Trustee
P.O. Box 409
Florham Park, New Jersey 07932
973-822-1822

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In Re:

American Limousine LLC.

    Debtor

Chapter 11

Case No. 21-10121-SLM

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

    I, Devanshu L. Modi, having been appointed Subchapter V Trustee in the above-captioned matter, report I collected funds totaling: $0.00. A plan was confirmed on or about September 14, 2021. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on or about November 16, 2021 the Court ordered compensation of $10,675 be awarded to the trustee. $5,099.03 was paid to the trustee on or about December 28, 2021 and $1,022.14 was paid to the trustee on our about February 3, 2022, leaving $4,553.83 unpaid at this time. I hereby certify that to the best of my knowledge my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as Subchapter V Trustee.

Dated: February 25, 2022

By: _____
Devanshu L. Modi
Subchapter V Trustee