UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

# REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: 02/04/2022        Date Plan Confirmed: 09/14/2021

Check one:    ☐ Initial Distribution
              ☒ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (check all that apply):

☒ Administrative fees and expenses
☒ Secured claims
☐ Priority secured claims
☒ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known: unknown

Percentage dividend to general unsecured creditors:

Paid in this distribution: 0 %

Paid to date: 0 %

To be paid after all distributions made under Plan: TBD %

**Summary of Payments Made in This Distribution:**

$ 17,842.69    Administrative fees and expenses

$ _____    Secured claims

$ _____    Priority unsecured claims

$ _____    General unsecured claims

$ _____    Equity security holders

$ 17,842.69    TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2: _____

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor

I certify under penalty of perjury that the above is true.

Date: 02/28/2022

*Michael Fogarty*

Disbursing Agent

By: Michael J. Fogarty, President of Debtor

*rev.8/1/15*

Document Ref: IHBCE-PVAVH-6UQXQ-MVMEV        Page 2 of 2

# Signature Certificate

Reference number: IHBCE-PVAVH-6UQXQ-MVMEV

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com<br><br>Sent:<br>Viewed:<br>Signed: | <br><br><br>28 Feb 2022 15:47:28 UTC<br>28 Feb 2022 17:00:57 UTC<br>28 Feb 2022 17:01:08 UTC | *Michael Fogarty*<br><br>IP address: 24.34.52.154<br>Location: Newburyport, United States |

Document completed by all parties on:
28 Feb 2022 17:01:08 UTC

Page 1 of 1


**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

