UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JASON J. ROZGER, ESQ.
MENKEN SIMPSON & ROZGER LLP
80 Pine Street, 33rd Floor
New York, New York 10005
Phone (212) 509-1616
Facsimile (212) 509-8088
Email: jrozger@nyemployeelaw.com
Attorneys for Class Claimants
Joselito R. Dela Cruz and Jeff Pangilinan

In Re:

AMERICAN LIMOUSINE LLC,

Debtor

Case No.: __21-10121-SLM__

Chapter: __11 (Subchapter V)__

Judge: __Stacey L. Meisel__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Joelito DeLaCruz and Jeff__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Menken Simpson & Rozger LLP, 80 Pine Street, 33rd Floor, New York, NY 10005

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: __3/3/2022__

_____
Signature

*new.8/1/15*