

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on March 11, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Hearing Date:

Judge: Stacey L. Meisel

## STIPULATION OF SETTLEMENT AND
## ORDER APPROVING RESOLUTION OF AMOUNT OF CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 11, 2022**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 3
Debtor:   American Limousine LLC
Case No.  21-10121
Caption of Order:  Stipulation of Settlement and Order Approving Resolution of Amount of Claim

WHEREAS, the Debtor entered into an employment agreement with Paul Pielka on September 24, 2019; and

WHEREAS, Paul Pielka was employed by the Debtor as Controller; and

WHEREAS, Paul Pielka's services were terminated pre-petition; and

WHEREAS, the Debtor filed a Chapter 11, Subchapter V bankruptcy case on January 8, 2021; and

WHEREAS, Paul Pielka filed a Proof of Claim on February 22, 2021 in the amount of $164,753.48; and

WHEREAS, the Debtor disputes the amount of the claim; and

WHEREAS, the Debtor and Paul Pielka have reached an agreement concerning the amount of the claim;

NOW THEREFORE INTENDING TO BE LEGALLY BOUND, THE PARTIES HEREBY AGREE AND IT IS HEREBY ORDERED AS FOLLOWS:

1.  Paul Pielka shall have an allowed, general unsecured claim in the amount of $92,500.00.

2.  The Debtor shall pay the claim in accordance with the confirmed plan along with all other allowed unsecured claims.

3.  This Stipulation constitutes the entire agreement between the parties.

4.  This Stipulation was entered into voluntarily, without duress, with the consultation and advice of legal counsel, and with full understanding of its terms.

Page 3 of 3
Debtor:   American Limousine LLC
Case No.  21-10121
Caption of Order:  Stipulation of Settlement and Order Approving
Resolution of Amount of Claim

5. This Stipulation may be executed in separate counterparts, each of which will constitute an original, and all of which will constitute a single agreement. Each originally signed counterpart may be sent by facsimile or e-mail in PDF format.

6. The undersigned expressly represent and warrant that they have the authority of their respective clients to execute this Stipulation and bind them to the terms hereof.

Varcadapane & Pinnisi, PC              Dean G. Sutton, Esq.
Counsel to Paul Pielka                 Counsel to Debtor,
                                       American Limousine LLC

By: _____            By: _____
    Jeffrey W. Varcadapane, Esq.           Dean G. Sutton, Esq.

Dated:   March 1 , 2022                Dated: 3/1        , 2022