Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−10121−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 American Limousine LLC
 dba RMA Worldwide Chauffeured
 Transportation, dba Addison Lee, dba Flyte
 Time Worldwide, dba American Limousine
 Group LLC, dba Tristar
 365 Rifle Camp Road
 Suite 202
 Woodland Park, NJ 07424

Social Security No.:

Employer's Tax I.D. No.:
 81−4529449

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/15/22 at 11:00 AM

to consider and act upon the following:

*278* − Objection to Notice of Intention to Close Case. filed by Jason Rozger on behalf of Joselito R. Dela Cruz & Jeff Pangilinan. (Rozger, Jason). Related document(s) 270 Notice of Intention to Close Case. Modified Link on 3/10/2022 (lc).

Dated: 3/11/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-10121-SLM

American Limousine LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: ntchrgbk | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |
| aty | + | Harriette G Zelman, 225 Roslyn Road, Roslyn Heights, NY 11577-1339 |
| aty | + | Jon-Henry Barr, Barr and Associates, LLC, 21 Brant Avenue, Clark, NJ 07066-1567 |
| aty |   | Raffi khatchandourian, Hemar, Rousse & Heald, LLP, 15910 Ventura Blvd., 12th Fl., Encino, CA 91436-2829 |
| cr | + | Firstlease, Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | Intellishift, 152 Veterans' Memorial Highway, Commack, NY 11725-3634 |
| cr | + | Mahwah Property Owner, LLC, 120 Valley Road, Suite 200, Montclair, NJ 07042-2321 |
| intp | + | Office of Unemployment Compensation, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Steven Bennett Blau, 129 Micki Drive, Morganville, NJ 07751-1668 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dpick@picklaw.net | Mar 11 2022 20:15:00 | Lancer Insurance Company, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Intellishift dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Devanshu L. Modi | on behalf of Trustee Devanshu L. Modi dev.modi@lglmlaw.com |
| Devanshu L. Modi | dev.modi@lglmlaw.com |
| Douglas J. Pick | on behalf of Creditor Lancer Insurance Company dpick@picklaw.net ezabicki@picklaw.net |
| Dwayne Stanley | on behalf of Creditor Merchants Automotive Group Inc. dwayne.stanley@huschblackwell.com |
| Elizabeth L. Wassall | on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jason Rozger | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan jrozger@nyemployeelaw.com |
| Jeffrey W. Varcadipane, I | on behalf of Creditor Paul Pielka jwv@dbvlaw.com service@vpattorneys.com |
| Michael R. Herz | on behalf of Creditor Mahwah Property Owner LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Rebecca K. McDowell | on behalf of Creditor Firstlease Inc. rmcdowell@slgcollect.com |
| Rosemarie E. Matera | on behalf of Creditor Steven Bennett Blau law@kmpclaw.com |
| Stephan Hornung | on behalf of Creditor M&T BANK hornung@lsellp.com |
| Stephen V. Falanga | on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18