UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

Order Filed on March 11, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V Small Business)

Hearing Date:

Judge:   Stacey L. Meisel

## STIPULATION OF SETTLEMENT AND
## ORDER APPROVING RESOLUTION OF AMOUNT OF CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 11, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 3
Debtor:   American Limousine LLC
Case No.  21-10121
Caption of Order:   Stipulation of Settlement and Order Approving
Resolution of Amount of Claim

WHEREAS, the Debtor entered into an employment agreement with Paul Pielka on September 24, 2019; and

WHEREAS, Paul Pielka was employed by the Debtor as Controller; and

WHEREAS, Paul Pielka's services were terminated pre-petition; and

WHEREAS, the Debtor filed a Chapter 11, Subchapter V bankruptcy case on January 8, 2021; and

WHEREAS, Paul Pielka filed a Proof of Claim on February 22, 2021 in the amount of $164,753.48; and

WHEREAS, the Debtor disputes the amount of the claim; and

WHEREAS, the Debtor and Paul Pielka have reached an agreement concerning the amount of the claim;

NOW THEREFORE INTENDING TO BE LEGALLY BOUND, THE PARTIES HEREBY AGREE AND IT IS HEREBY ORDERED AS FOLLOWS:

1.   Paul Pielka shall have an allowed, general unsecured claim in the amount of $92,500.00.

2.   The Debtor shall pay the claim in accordance with the confirmed plan along with all other allowed unsecured claims.

3.   This Stipulation constitutes the entire agreement between the parties.

4.   This Stipulation was entered into voluntarily, without duress, with the consultation and advice of legal counsel, and with full understanding of its terms.

Page 3 of 3
Debtor:   American Limousine LLC
Case No.  21-10121
Caption of Order:   Stipulation of Settlement and Order Approving
                    Resolution of Amount of Claim

5. This Stipulation may be executed in separate counterparts, each of which will constitute an original, and all of which will constitute a single agreement. Each originally signed counterpart may be sent by facsimile or e-mail in PDF format.

6. The undersigned expressly represent and warrant that they have the authority of their respective clients to execute this Stipulation and bind them to the terms hereof.

Varcadapane & Pinnisi, PC                       Dean G. Sutton, Esq.
Counsel to Paul Pielka                          Counsel to Debtor,
                                                American Limousine LLC

By: _____                     By: _____
    Jeffrey W. Varcadapane, Esq.                    Dean G. Sutton, Esq.

Dated:  March 1, 2022                           Dated: 3/1, 2022

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 21-10121-SLM
American Limousine LLC                                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 2
Date Rcvd: Mar 11, 2022                   Form ID: pdf903                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022                              Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body  Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Devanshu L. Modi

    dev.modi@lglmlaw.com

Devanshu L. Modi

    on behalf of Trustee Devanshu L. Modi dev.modi@lglmlaw.com

Douglas J. Pick

    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley

    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall

    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK
    ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Jason Rozger

    on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan jrozger@nyemployeelaw.com

Jeffrey W. Varcadipane, I

    on behalf of Creditor Paul Pielka jwv@dbvlaw.com  service@vpattorneys.com

Michael R. Herz

    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell

    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera

    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung

    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga

    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com
    chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18