UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor(s)

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 - Subchapter V

Hearing Date: 03/15/2022

Judge: SLM

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Notice of Intention to Close Case by Dela Cruz et als.

Order to be submitted.

Date: 03/14/2022

/s/Dean G. Sutton
Signature

rev.8/1/15