UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Peter J. D'Auria, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail:   Peter.J.D'Auria@usdoj.gov

Order Filed on March 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

American Limousine LLC,

Debtors.

Case No.: 21-10121(SLM)

Chapter 11

Judge: Stacey L. Meisel

# ORDER CLOSING CASE AND DIRECTING ENTRY OF FINAL DECREE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: March 15, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

American Limousine LLC

Chapter 11 Case No.: 21-10121(SLM)

**Order Closing Case and Directing Entry of Final Decree**

---

Upon the Court's Notice of Intention to Close Case, and the Court having found cause for the entry of the within order, it is hereby **ORDERED AS FOLLOWS**:

1. The above captioned case, American Limousine LLC (Case No. 21-10121(SLM)) is closed effective as of the date of this Order.

2. The Clerk of Court shall issue a Final Decree closing the case.

3. Notwithstanding the closing of this case by operation of this Order, the Debtor will continue to file on the docket of this case the financial reporting as required by section 2.8 of the Debtor's First Modified Small Business Debtor's Plan of Reorganization dated July 29, 2021 confirmed by this Court pursuant to the Order Confirming Plan dated September 14, 2021 (entered at docket entry No. 249).