JASON J. ROZGER, ESQ.
MENKEN SIMPSON & ROZGER LLP
80 Pine Street, 33rd Floor
New York, New York 10005
Phone (212) 509-1616
Facsimile (212) 509-8088
Email: jrozger@nyemployeelaw.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| In re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>            Debtor. | Case No.: 21-10121-SLM<br><br>Chapter 11 (Subchapter V) |

**APPLICATION FOR PRO HAC VICE
ADMISSION OF NON-RESIDENT ATTORNEY**

**TO:    THE HONORABLE STACY L. MEISEL
UNITED STATES BANKRUPTCY JUDGE**

Joselito R. Dela Cruz and Jeff Pangilinan on behalf of themselves and all those similarly situated (the "Class Claimants"), upon the accompanying Affidavit of Daniel H. Reiss, the proposed Order Admitting Counsel *pro hac vice*, and upon all other prior pleadings and proceedings herein, hereby apply for Mr. Daniel Reiss to be admitted *pro hac vice* to appear and participate in the above entitled bankruptcy case on behalf of the Class Claimants. This Application is made pursuant to this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 2090-1.

Dated: March 2, 2022
New York, New York                MENKEN SIMPSON & ROZGER LLP,

By: *s/ Jason Rozger*
80 Pine St., 33rd Fl.
New York, NY 10005
Tel.: 212-509-1616
Fax: 212-509-8088
Email: jrozger@nyemployeelaw.com

-1-

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JASON J. ROZGER, ESQ.
MENKEN SIMPSON & ROZGER LLP
80 Pine Street, 33rd Floor
New York, New York 10005
Phone (212) 509-1616
Facsimile (212) 509-8088
Email: jrozger@nyemployeelaw.com

| | |
|---|---|
| In Re:<br><br>AMERICAN LIMOUSINE LLC,<br><br>                                Debtor. | Case No.:        21-10121-SLM<br><br>Chapter:         Chapter 11 (Subchapter V)<br><br>Adv. No.:        _____<br><br>Hearing Date:    _____<br><br>Judge:           STACY L. MEISEL |

## CERTIFICATION OF SERVICE

1.  I, _____ Jason Rozger _____ :

    ☒ represent _____ Joselito De La Cruz and _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.


2.     On _____ March 14, 2022 _____, I sent a copy of the following pleadings and/or documents
       to the parties listed in the chart below.
       Pro Hac Vice Application and Affidavit of Service


3.     I certify under penalty of perjury that the above documents were sent using the mode of service
       indicated.

Date: March 11, 2022            /s/ _____
                                Signature

                                Jason Rozger

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>dcarlon@kmllawgroup.com | Counsel to Intellishift | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Christian Del Toro, Esq.<br>cdeltoro@martonelaw.com | Counsel to Dynasty Auto Body, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Stephen V. Falanga, Esq.<br>sfalanga@thewalshfirm.com | Counsel to Kevin and Anna Taylor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Michael R. Herz, Esq.<br>mherz@foxrothschild.com | Counsel to Mahwah Property Owner, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Stephan Hornung, Esq.<br>hornung@lsellp.com | Counsel to M&T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Rosemarie E. Matera, Esq.<br>law@kmpclaw.com | Counsel to Steven Bennett Blau | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rebecca K. McDowell, Esq. rmcdowell@slgcolloect.com | Counsel for Firstlease, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Devanshu L. Modi, Esq. Dev.modi@lglmlaw.com | Unknown | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Douglas J. Pick, Esq. dpick@picklaw.com | Pro Hac Vice Counsel to Lancer Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Daniel H. Reiss, Esq. dhr@inbyb.com | Counsel to Joselito R. Dela Cruz & Jeff Pangilinan | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Dwayne Stanley, Esq. Dwayne.stanley@huschblackwell.com | Counsel to Merchants Automotive Group, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Dean G. Sutton, Esq. dean@deansuttonlaw.com | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>USTPRegion03.NE.ECF@usdoj.gove | Office of the U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Elizabeth L. Wassall, Esq.<br>ewassel@logs.com | Counsel to Orion First Financial | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

5