| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 and 9<br>Peter J. D'Auria, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:   Peter.J.D'Auria@usdoj.gov | Order Filed on March 15, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>American Limousine LLC,<br><br>Debtors. | Case No.: 21-10121(SLM)<br><br>Chapter 11<br><br>Judge: Stacey L. Meisel |

## ORDER CLOSING CASE AND DIRECTING ENTRY OF FINAL DECREE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: March 15, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

American Limousine LLC

Chapter 11 Case No.: 21-10121(SLM)

**Order Closing Case and Directing Entry of Final Decree**

_____

Upon the Court's Notice of Intention to Close Case, and the Court having found cause for the entry of the within order, it is hereby **ORDERED AS FOLLOWS**:

1. The above captioned case, American Limousine LLC (Case No. 21-10121(SLM)) is closed effective as of the date of this Order.

2. The Clerk of Court shall issue a Final Decree closing the case.

3. Notwithstanding the closing of this case by operation of this Order, the Debtor will continue to file on the docket of this case the financial reporting as required by section 2.8 of the Debtor's First Modified Small Business Debtor's Plan of Reorganization dated July 29, 2021 confirmed by this Court pursuant to the Order Confirming Plan dated September 14, 2021 (entered at docket entry No. 249).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10121-SLM |
| American Limousine LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Limousine LLC, 365 Rifle Camp Road, Suite 202, Woodland Park, NJ 07424-2776 |
| aty | #+ | American Limousine LLC, 90 Mckee Drive, Mahwah, NJ 07430-2106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Creditor Lancer Insurance Company broy@rltlawfirm.com |
| Christian Del Toro | on behalf of Creditor Dynasty Auto Body Inc. cdeltoro@martonelaw.com, bky@martonelaw.com |
| Daniel H. Reiss | on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan dhr@lnbyb.com |
| Dean G. Sutton | on behalf of Debtor American Limousine LLC dean@deansuttonlaw.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2022 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor Intellishift dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Devanshu L. Modi

    dev.modi@lglmlaw.com

Devanshu L. Modi

    on behalf of Trustee Devanshu L. Modi dev.modi@lglmlaw.com

Douglas J. Pick

    on behalf of Creditor Lancer Insurance Company dpick@picklaw.net  ezabicki@picklaw.net

Dwayne Stanley

    on behalf of Creditor Merchants Automotive Group  Inc. dwayne.stanley@huschblackwell.com

Elizabeth L. Wassall

    on behalf of Creditor ORION FIRST FINANCIAL AS ACCOUNT SERVICER FOR MIDLAND STATE BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Jason Rozger

    on behalf of Creditor Joselito R. Dela Cruz & Jeff Pangilinan jrozger@nyemployeelaw.com

Jeffrey W. Varcadipane, I

    on behalf of Creditor Paul Pielka jwv@dbvlaw.com  service@vpattorneys.com

Michael R. Herz

    on behalf of Creditor Mahwah Property Owner  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Rebecca K. McDowell

    on behalf of Creditor Firstlease  Inc. rmcdowell@slgcollect.com

Rosemarie E. Matera

    on behalf of Creditor Steven Bennett Blau law@kmpclaw.com

Stephan Hornung

    on behalf of Creditor M&T BANK hornung@lsellp.com

Stephen V. Falanga

    on behalf of Unknown Role Type Kevin and Anna Taylor sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18