**Fill in this information to identify the case:**

Debtor Name __American Limousine LLC__

United States Bankruptcy Court for the: District of New Jersey

Case number: __21-10121__

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 <span>12/17</span>

Month: __February__

Date report filed: __03/21/2021__
MM / DD / YYYY

Line of business: __Transportation__

NAISC code: __485999__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Michael Fogarty, President__

Original signature of responsible party __*Michael Fogarty*__

Printed name of responsible party __Michael Fogarty__

## ▌ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Document Ref: KKKVP-RZHVC-BNLA3-YBWH2

Page 1 of 4

Debtor Name  American Limousine LLC

Case number  21-10121

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 274,815.92

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  862,641.30

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  941,541.33

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -78,900.03

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 167,256.26

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ 209,998.03

*(Exhibit E)*

Document Ref: KKKVP-RZHVC-BNLA3-YBWH2

Debtor Name __American Limousine LLC__                    Case number __21-10121__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $ 984,989.01
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        31
27. What is the number of employees as of the date of this monthly report?           74

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ 12,097.65
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 73,021.10
30. How much have you paid this month in other professional fees?                                            $ 10,477.57
31. How much have you paid in total other professional fees since filing the case?                           $ 93,925.39

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,348,000.0 | − | $ 862,641.30 | = | $ 485,358.70 |
| 33. **Cash disbursements** | $ 1,375,236.0 | − | $ 970,200.96 | = | $ 405,035.04 |
| 34. **Net cash flow** | $ -27,236.00 | − | $ -107,559.60 | = | $ 80,323.66 |

35. Total projected cash receipts for the next month:                    $ 1,684,000.0
36. Total projected cash disbursements for the next month:              − $ 1,652,382.0
37. Total projected net cash flow for the next month:                   = $ 31,618.00

Debtor Name  American Limousine LLC                                  Case number 21-10121

<h2>■ 8. Additional Information</h2>

If available, check the box to the left and attach copies of the following documents.

❏  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏  39.  Bank reconciliation reports for each account.

❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏  41.  Budget, projection, or forecast reports.

❏  42.  Project, job costing, or work-in-progress reports.

# Signature Certificate

Reference number: KKKVP-RZHVC-BNLA3-YBWH2

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com | | *Michael Fogarty* |
| Sent:<br>Viewed:<br>Signed: | 21 Mar 2022 13:47:52 UTC<br>21 Mar 2022 19:26:20 UTC<br>21 Mar 2022 19:26:32 UTC | IP address: 24.34.52.154<br>Location: Newburyport, United States |

Document completed by all parties on:
21 Mar 2022 19:26:32 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



| Date | Amount | Received From | Deposit to Account: |
|---|---|---|---|
| 2/1/2022 | $ 30,036.90 | Tsys settlement | M&T Special |
| 2/1/2022 | $ 11,232.33 | Amex settlement | M&T Special |
| 2/1/2022 | $ 266.64 | Summitquest | M&T Special |
| 2/1/2022 | $ 82.19 | Summitquest | M&T Special |
| 2/2/2022 | $ 8,636.70 | Amex settlement | M&T Special |
| 2/2/2022 | $ 7,614.12 | Tsys settlement | M&T Special |
| 2/3/2022 | $ 14,367.08 | Tsys settlement | M&T Special |
| 2/3/2022 | $ 11,491.02 | Moovs | M&T Special |
| 2/3/2022 | $ 9,640.17 | Amex settlement | M&T Special |
| 2/4/2022 | $ 10,483.77 | Tsys settlement | M&T Special |
| 2/4/2022 | $ 5,627.32 | Amex settlement | M&T Special |
| 2/7/2022 | $ 7,832.92 | Amex settlement | M&T Special |
| 2/7/2022 | $ 5,464.04 | Tsys settlement | M&T Special |
| 2/8/2022 | $ 9,391.09 | Remote Check | M&T Special |
| 2/8/2022 | $ 3,000.00 | Return ACH | M&T Special |
| 2/9/2022 | $ 31,386.53 | Amex settlement | M&T Special |
| 2/9/2022 | $ 26,522.96 | Tsys settlement | M&T Special |
| 2/9/2022 | $ 25,019.50 | Tsys settlement | M&T Special |
| 2/9/2022 | $ 301.07 | Sony | M&T Special |
| 2/9/2022 | $ 232.43 | Sirius | M&T Special |
| 2/10/2022 | $ 17,621.00 | Amex settlement | M&T Special |
| 2/10/2022 | $ 17,601.47 | Tsys settlement | M&T Special |
| 2/10/2022 | $ 0.15 | Pex ACH | M&T Special |
| 2/10/2022 | $ 0.13 | Pex ACH | M&T Special |
| 2/11/2022 | $ 23,291.69 | Amex settlement | M&T Special |
| 2/11/2022 | $ 21,778.40 | Tsys settlement | M&T Special |
| 2/14/2022 | $ 33,051.32 | Summitquest | M&T Special |
| 2/14/2022 | $ 10,447.08 | Amex settlement | M&T Special |
| 2/14/2022 | $ 2,693.41 | Summitquest | M&T Special |
| 2/14/2022 | $ 737.34 | Sirius | M&T Special |
| 2/15/2022 | $ 46,664.53 | Tsys settlement | M&T Special |
| 2/15/2022 | $ 20,809.84 | Amex settlement | M&T Special |
| 2/15/2022 | $ 20,800.00 | Blackrock | M&T Special |
| 2/15/2022 | $ 13,473.22 | Tsys settlement | M&T Special |
| 2/16/2022 | $ 14,708.42 | Amex settlement | M&T Special |
| 2/16/2022 | $ 1,210.00 | Sony | M&T Special |
| 2/16/2022 | $ 297.09 | Sirius | M&T Special |
| 2/17/2022 | $ 57,674.20 | Tsys settlement | M&T Special |
| 2/17/2022 | $ 14,001.77 | Tsys settlement | M&T Special |
| 2/17/2022 | $ 10,264.89 | Amex settlement | M&T Special |
| 2/18/2022 | $ 17,535.81 | Tsys settlement | M&T Special |
| 2/18/2022 | $ 13,491.95 | Amex settlement | M&T Special |
| 2/18/2022 | $ 653.38 | Sony | M&T Special |
| 2/22/2022 | $ 23,876.58 | Tsys settlement | M&T Special |
| 2/22/2022 | $ 19,828.18 | Summitquest | M&T Special |
| 2/22/2022 | $ 19,436.94 | Amex settlement | M&T Special |

| 2/22/2022 | $ | 12,693.55 | NBC | M&T Special |
|---|---|---|---|---|
| 2/22/2022 | $ | 5,111.51 | Summitquest | M&T Special |
| 2/22/2022 | $ | 3,520.78 | Remote Check | M&T Special |
| 2/22/2022 | $ | 3,070.59 | Summitquest | M&T Special |
| 2/23/2022 | $ | 26,727.25 | Tsys settlement | M&T Special |
| 2/23/2022 | $ | 36,705.37 | Amex settlement | M&T Special |
| 2/24/2022 | $ | 15,345.81 | Tsys settlement | M&T Special |
| 2/24/2022 | $ | 13,524.54 | Amex settlement | M&T Special |
| 2/24/2022 | $ | 2,640.63 | Moovs | M&T Special |
| 2/25/2022 | $ | 18,157.78 | Amex settlement | M&T Special |
| 2/25/2022 | $ | 17,086.84 | Tsys settlement | M&T Special |
| 2/25/2022 | $ | 10,293.87 | NBA | M&T Special |
| 2/28/2022 | $ | 18,451.58 | Amex settlement | M&T Special |
| 2/28/2022 | $ | 15,400.77 | Summitquest | M&T Special |
| 2/28/2022 | $ | 11,526.16 | Tsys settlement | M&T Special |
| 2/28/2022 | $ | 11,345.08 | Remote Check | M&T Special |
| 2/28/2022 | $ | 2,195.43 | Summitquest | M&T Special |
| 2/28/2022 | $ | 1,405.94 | Summitquest | M&T Special |

Total          $      865,781.05

| Date | Amount | Check Number/ACH | Paid To | Paid from Account: |
|------|--------|------------------|---------|--------------------|
| 2/1/2022 | $ 14,539.85 | ACH | M&T Bank Loan | M&T Special |
| 2/3/2022 | $ 152.76 | 90132 | Marshal | M&T Special |
| 2/3/2022 | $ 9,502.57 | ACH | Jackson Lewis | M&T Special |
| 2/3/2022 | $ 13,722.00 | ACH | Limolabs | M&T Special |
| 2/3/2022 | $ 40,816.53 | ACH | Payroll | M&T Special |
| 2/3/2022 | $ 3,000.00 | ACH | Pex ACH | M&T Special |
| 2/3/2022 | $ 4,968.55 | ACH | Port Authority | M&T Special |
| 2/3/2022 | $ 1,931.80 | ACH | Reliane | M&T Special |
| 2/3/2022 | $ 142.05 | ACH | Paypal | M&T CDA |
| 2/4/2022 | $ 11,075.51 | ACH | Dean Sutton | M&T Special |
| 2/4/2022 | $ 14,064.25 | ACH | Nica | M&T Special |
| 2/4/2022 | $ 9,726.00 | ACH | TIB Insurance | M&T Special |
| 2/7/2022 | $ 28,659.63 | 30319 | Mahwah Property Owner | M&T Special |
| 2/7/2022 | $ 100.00 | 30348 | Atlantic Coast Surety | M&T Special |
| 2/7/2022 | $ 19,823.14 | ACH | Payroll Tax | M&T Special |
| 2/8/2022 | $ 450.00 | 30344 | 365 Tower | M&T Special |
| 2/8/2022 | $ 2,265.33 | ACH | Service Charge for Account | M&T Special |
| 2/8/2022 | $ 1,425.00 | ACH | TLC Lars | M&T Special |
| 2/9/2022 | $ 291.32 | 30347 | Supervision | M&T Special |
| 2/9/2022 | $ 124.35 | ACH | ATT | M&T CDA |
| 2/10/2022 | $ 356.30 | 30345 | Pat PJM | M&T Special |
| 2/10/2022 | $ 168.38 | 90133 | Marshal | M&T Special |
| 2/10/2022 | $ 497.25 | ACH | Bayview Trans | M&T Special |
| 2/10/2022 | $ 777.59 | ACH | Boston Ride | M&T Special |
| 2/10/2022 | $ 532.80 | ACH | Bravo Livery | M&T Special |
| 2/10/2022 | $ 1,518.76 | ACH | Business Automation | M&T Special |
| 2/10/2022 | $ 728.70 | ACH | Echelon | M&T Special |
| 2/10/2022 | $ 97.25 | ACH | Elite Trans | M&T Special |
| 2/10/2022 | $ 125.79 | ACH | Firstrust | M&T Special |
| 2/10/2022 | $ 584.30 | ACH | Global Explorer | M&T Special |
| 2/10/2022 | $ 333.70 | ACH | Ikonomi | M&T Special |
| 2/10/2022 | $ 40,000.00 | ACH | Lancer | M&T Special |
| 2/10/2022 | $ 42.88 | ACH | Liberty Linx | M&T Special |
| 2/10/2022 | $ 17,046.00 | ACH | Limolabs | M&T Special |
| 2/10/2022 | $ 5,079.01 | ACH | Midland | M&T Special |
| 2/10/2022 | $ 2,257.76 | ACH | Mint | M&T Special |
| 2/10/2022 | $ 2,891.72 | ACH | MTF | M&T Special |
| 2/10/2022 | $ 10,237.73 | ACH | NYS DTF Prompt | M&T Special |
| 2/10/2022 | $ 31,906.55 | ACH | Payroll | M&T Special |
| 2/10/2022 | $ 49,028.90 | ACH | Payroll | M&T Special |
| 2/10/2022 | $ 300.00 | ACH | Sammy Rim | M&T Special |
| 2/10/2022 | $ 10,032.42 | ACH | Tsys discount | M&T Special |
| 2/11/2022 | $ 125.00 | 30346 | Suffern Parking | M&T Special |
| 2/11/2022 | $ 21,787.81 | ACH | Nica | M&T Special |
| 2/11/2022 | $ 3,000.00 | ACH | Pex ACH | M&T Special |
| 2/11/2022 | $ 527.03 | ACH | Granite | M&T CDA |

| Date | Amount | | Number | Payee | Account |
|---|---|---|---|---|---|
| 2/14/2022 | $ | 762.50 | 30352 | Sentinel | M&T Special |
| 2/14/2022 | $ | 23,445.01 | ACH | Amex Credit Card payment | M&T Special |
| 2/14/2022 | $ | 15,794.12 | ACH | Payroll Tax | M&T Special |
| 2/14/2022 | $ | 22,632.44 | ACH | Payroll Tax | M&T Special |
| 2/14/2022 | $ | 6,070.68 | ACH | Reliance | M&T Special |
| 2/14/2022 | $ | 15,675.00 | ACH | TLC Lars | M&T Special |
| 2/15/2022 | $ | 4,465.14 | 30358 | Reliable Auto and Truck | M&T Special |
| 2/15/2022 | $ | 3,305.79 | ACH | iSolved | M&T Special |
| 2/15/2022 | $ | 635.40 | ACH | Payroll Tax | M&T Special |
| 2/15/2022 | $ | 0.15 | ACH | Pex ACH | M&T Special |
| 2/15/2022 | $ | 0.13 | ACH | Pex ACH | M&T Special |
| 2/16/2022 | $ | 720.00 | 30335 | North Bergen Car Wash | M&T Special |
| 2/16/2022 | $ | 440.00 | ACH | FL ACH | M&T Special |
| 2/16/2022 | $ | 25,334.67 | ACH | Luxury Limo | M&T Special |
| 2/16/2022 | $ | 3,000.00 | ACH | Pex ACH | M&T Special |
| 2/17/2022 | $ | 161.25 | 30355 | Imen Limo | M&T Special |
| 2/17/2022 | $ | 13,514.00 | ACH | Limolabs | M&T Special |
| 2/17/2022 | $ | 30,292.77 | ACH | Nica | M&T Special |
| 2/17/2022 | $ | 33,604.38 | ACH | Payroll | M&T Special |
| 2/17/2022 | $ | 975.00 | ACH | PKF | M&T Special |
| 2/17/2022 | $ | 59,086.00 | ACH | TIB Insurance | M&T Special |
| 2/17/2022 | $ | 1,425.00 | ACH | TLC Lars | M&T Special |
| 2/17/2022 | $ | 139.75 | ACH | Tsys chargeback | M&T Special |
| 2/17/2022 | $ | 11.20 | ACH | Readyrefresh | M&T CDA |
| 2/18/2022 | $ | 1,178.16 | ACH | Payroll | M&T Special |
| 2/22/2022 | $ | 68.30 | 30354 | Atlas Link | M&T Special |
| 2/22/2022 | $ | 137.28 | 90134 | Marshal | M&T Special |
| 2/22/2022 | $ | 757.29 | ACH | Payroll Tax | M&T Special |
| 2/22/2022 | $ | 17,533.84 | ACH | Payroll Tax | M&T Special |
| 2/22/2022 | $ | 1,928.93 | ACH | Reliance | M&T Special |
| 2/24/2022 | $ | 1,022.14 | 30349 | Devanshu | M&T Special |
| 2/24/2022 | $ | 154.11 | 90135 | Marshal | M&T Special |
| 2/24/2022 | $ | 715.29 | ACH | Bayview Trans | M&T Special |
| 2/24/2022 | $ | 923.52 | ACH | Boston Ride Limo | M&T Special |
| 2/24/2022 | $ | 367.50 | ACH | Bravo Livery | M&T Special |
| 2/24/2022 | $ | 2,210.67 | ACH | Business Automation | M&T Special |
| 2/24/2022 | $ | 2,250.10 | ACH | Echelon | M&T Special |
| 2/24/2022 | $ | 198.50 | ACH | Elite Trans | M&T Special |
| 2/24/2022 | $ | 521.27 | ACH | Falcon Coach | M&T Special |
| 2/24/2022 | $ | 2,017.85 | ACH | Global Explorer | M&T Special |
| 2/24/2022 | $ | 13,572.00 | ACH | Limolabs | M&T Special |
| 2/24/2022 | $ | 2,209.41 | ACH | Mavis Tire | M&T Special |
| 2/24/2022 | $ | 46,771.41 | ACH | Merchants | M&T Special |
| 2/24/2022 | $ | 3,462.85 | ACH | Mint Limo | M&T Special |
| 2/24/2022 | $ | 6,513.17 | ACH | MTF | M&T Special |
| 2/24/2022 | $ | 350.00 | ACH | Opal | M&T Special |
| 2/24/2022 | $ | 38,800.34 | ACH | Payroll | M&T Special |

| 2/24/2022 | $ | 56,345.81 | ACH | Payroll | M&T Special |
|---|---|---|---|---|---|
| 2/24/2022 | $ | 530.27 | ACH | Pete's Livery | M&T Special |
| 2/24/2022 | $ | 1,425.00 | ACH | TLC Lars | M&T Special |
| 2/25/2022 | $ | 3,828.00 | ACH | Cummings Center | M&T Special |
| 2/25/2022 | $ | 10,188.71 | ACH | National Limo | M&T Special |
| 2/25/2022 | $ | 29,484.33 | ACH | Nica | M&T Special |
| 2/25/2022 | $ | 22,425.20 | ACH | NYS DTF Prompt | M&T Special |
| 2/25/2022 | $ | 6,761.94 | ACH | Reliance | M&T Special |
| 2/25/2022 | $ | 100.00 | ACH | TIB Insurance | M&T Special |
| 2/25/2022 | $ | 4,710.00 | ACH | Urban | M&T Special |
| 2/28/2022 | $ | 2,232.93 | 30361 | NYBCF | M&T Special |
| 2/28/2022 | $ | 4,146.85 | 30371 | RWI Limo | M&T Special |
| 2/28/2022 | $ | 1,009.25 | ACH | NYS DTF Cong Sur | M&T Special |
| 2/28/2022 | $ | 19,955.87 | ACH | Payroll Tax | M&T Special |
| 2/28/2022 | $ | 25,277.97 | ACH | Payroll Tax | M&T Special |
| 2/28/2022 | $ | 3,000.00 | ACH | Pex ACH | M&T Special |

Total       $   973,340.71

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09874 | CTN GLOBAL CHAUFFEURED TRANSP | | 17 | 4092.26 | | | | | | 4092.26 |
| 10000 | BLOOMBERG LP | 1 | 40 | 1041.50 | | 5814.92 | | 12548.87 | 27630.56 | 47035.85 |
| 104 | VIACOM EVENTS | | 1 | | | | | | 849.20 | 849.20 |
| 10606 | YANKEES RANDY LEVINE | | 1 | | | | | | 1303.50 | 1303.50 |
| 110 | VIACOM PREMIUM | | 1 | | | | | | 1557.22 | 1557.22 |
| 112245 | ADL VIRGIN | | 2 | | | | | | 8603.60 | 8603.60 |
| 1155 | WHITE & CASE | | 2 | | | 1204.18 | | | 114.00 | 1318.18 |
| 1190 | NEUBERGER BERMAN | | 1 | | | 788.98 | | | | 788.98 |
| 2010C | AIG | | 2 | | | | | | 9174.06 | 9174.06 |
| 2222 | VIRGIN ATLANTIC FLYING CLUB | | 18 | | 801.74 | 1321.88 | 3383.64 | 963.03 | 6313.65 | 12783.94 |
| 2243 | VIRGIN ATLANTIC DIRECTORS | | 1 | | | | | | 1721.44 | 1721.44 |
| 2245 | VIRGIN ATLANTIC -GENERAL | | 5 | 661.67 | | | 3719.52 | | 115171.18 | 119552.37 |
| 2247 | VIRGIN ATLANTIC - RETAIL TS | | 1 | | | | | | 319.17 | 319.17 |
| 24002 | UBS CREDIT CARD | | 1 | | | | | | 113.58 | 113.58 |
| 30900 | BARCLAYS | | 8 | | | 653.05 | 4750.10 | | 4636.90 | 10040.05 |
| 388 - Events | CITIGROUP CORPORATE EVENT | | 4 | | | 3279.96 | | | 6045.54 | 9325.50 |
| 388 - Shuttle | Citigroup BTW Shuttle | 1 | 2 | | | | 1529.48 | 2338.42 | | 3867.90 |
| 50028 | UMG-DEF JAM RECORDINGS | | 1 | | | | | | 916.11 | 916.11 |
| 50029 | UMG-MOTOWN | | 1 | | | 436.30 | | | | 436.30 |
| 7001 | CereVasc | | 1 | | | | | | 2383.05 | 2383.05 |
| 72000 | DEUTSCHE BANK DB | | 2 | | 303.08 | | | | 273.07 | 576.15 |
| 73000 | DEUTSCHE BANK | | 12 | | | 5985.46 | | | 9493.40 | 15478.86 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 8800 | GS NATIONAL ACCOUNT-OT ONLY!! | | 1 | | | | | | 124.55 | 124.55 |
| ABING TS | Abingworth Management | | 1 | | | | | 99.75 | | 99.75 |
| ADL-UK | ADDISON LEE (UK) | | 1 | 23575.51 | | | | | | 23575.51 |
| ADVISOR | ADVISOR GROUP | | 4 | | 11752.46 | 623.00 | | | 440.95 | 12816.41 |
| AEA INV TS | AEA Investors | | 1 | | | | | | 407.63 | 407.63 |
| ALKERM TSE | Alkermes Events | | 1 | | 5141.69 | | | | | 5141.69 |
| AM120 | AMFAR-FOUNDATION AIDS RSRCH | | 2 | | | | | | 1026.88 | 1026.88 |
| AMG TS | AMG | | 1 | | | | | | 1170.20 | 1170.20 |
| ANALGR TS | Analysis Group | | 2 | 382.00 | | | | | 1122.00 | 1504.00 |
| APOLLO | APOLLO GLOBAL MANAGEMENT,LLC | | 9 | | | 1620.01 | | | 5453.81 | 7073.82 |
| APPLE | APPLE, INC | | 1 | | | | | | 67.72 | 67.72 |
| ASSOCIATED | ASSOCIATED LIMOUSINE SERVICE | | 1 | | | | | | 815.25 | 815.25 |
| ASSOCLS TS | Associated Limousine Services | | 1 | | | | | | 252.40 | 252.40 |
| AVALONBSTS | AVALON TRANSPORTATION-CA | | 3 | 153693.41 | | | | | 1157.00 | 154850.41 |
| B234G | BMW MANUFACTURING | | 7 | | | 2432.88 | 2329.11 | 2696.82 | 3345.62 | 10804.43 |
| BAML RS TS | Bank of America ML RS | | 1 | | | | | | 11994.99 | 11994.99 |
| BCG | Boston Consulting Group | | 3 | | 145.20 | | 682.20 | 239.06 | | 1066.46 |
| BCMESO | MESO BLAST | | 1 | | | | | | 495.45 | 495.45 |
| BECK | BECKMAN COULTER | | 1 | | | | | | 439.07 | 439.07 |
| BESTTR TS | Best Trails & Travel Corp | | 1 | | | | | | 259.51 | 259.51 |
| BLACKROCK | BLACKROCK | 4 | 6 | 4031.22 | 2697.09 | (1.53) | 12.07 | 568.33 | (3.40) | 7303.78 |
| BLACKSTONE | BLACKSTONE | | 1 | | | | | | 136.87 | 136.87 |

03/15/2022 02:23 PM                                                                                           Page      2 of 10

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers  Report by: Customer Code  Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| BR-BOD | BLACK ROCK BOARD OF DIRECTORS | | 1 | | | | | | 105.64 | 105.64 |
| BRPERSONAL | BLACKROCK PERSONAL | | 3 | | | | | 195.42 | 510.89 | 706.31 |
| BR-SHUTTLE | BLACKROCK PRINCETON SHUTTLE | 1 | | | | | | | (7905.00) | (7905.00) |
| BR-WILMING | BLACKROCK WILMINGTON SHUTTLE | | 1 | | | | | | 10346.24 | 10346.24 |
| CBRE | CBRE JFK REAL ESTATE | | 6 | 7406.28 | | 8111.64 | 4937.52 | 4937.52 | 8907.15 | 34300.11 |
| CCL | COMPANY CAR LIMOUSINE | | 1 | | | | | | 402.04 | 402.04 |
| CHASE BCP | CHASE BUSINESS SHUTTLE | | 1 | | | | | | 885.00 | 885.00 |
| CIT | CIT GROUP INC. | | 1 | | | | | | 93.51 | 93.51 |
| CITI RS US | Citigroup Global Markets US | | 1 | | | | | | 312.90 | 312.90 |
| CITI TSE | Citigroup Events | | 1 | | | | | | 1056.47 | 1056.47 |
| CITSPECIAL | CIT-SPECIAL REQUESTS | | 1 | | | | | | 555.03 | 555.03 |
| CMSF TSE | COGS & MARVEL - SAN FRANCISCO | | 1 | | | | | | 4907.27 | 4907.27 |
| COMMCRE TS | COMMCREATIVE | | 1 | | | | | | 815.23 | 815.23 |
| COMMER TSE | Commerzbank Event | | 1 | | | | | | 2373.75 | 2373.75 |
| COMMERZ TS | Commerzbank | | 1 | | | | | | 1149.05 | 1149.05 |
| COMPASS TS | COMPASS USA | | 1 | | | | 390.50 | | | 390.50 |
| CONDE TS | Conde Nast Publications | | 1 | | | | | | 448.00 | 448.00 |
| CORP FUEL | CORPORATE FUEL | | 1 | | | | | | 88.65 | 88.65 |
| CORTVB3 | CORPORATE TRAVELER BOSTON 3 | | 1 | | | | | | 115.55 | 115.55 |
| CP11 | COLGATE PALMOLIVE DIRECT BILL | | 2 | | | | | | 739.69 | 739.69 |
| CP6120 | VIACOM MEDIA | | 2 | | | | | | 1647.50 | 1647.50 |
| CPGO | COLGATE PALMOLIVE | | 1 | | | | | | 165.10 | 165.10 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| CP-SHTLNEY | COLGATE SHUTTLE NEW YORK | | 1 | | | | | | 7128.67 | 7128.67 |
| CROWN TS | Crown Relocation | | 1 | | | | | | 279.10 | 279.10 |
| CUSTOM C&L | CUSTOM COACH AND LIMO | | 1 | | | 529.47 | | | | 529.47 |
| CYNOS TS | Cynosure | | 3 | | | | | | 1619.60 | 1619.60 |
| DEEM SMB | DEEM SMB | | 1 | | | | | | 190.50 | 190.50 |
| DETAILSNYC | DETAILS NYC | | 1 | | | | | | 378.49 | 378.49 |
| DIS TRV TS | Disney Global Travel | | 1 | | | | | | 72.10 | 72.10 |
| DORTH C TS | Dorothy Cherry | | 1 | | | | | | 214.50 | 214.50 |
| DREXEL | DREXEL UNIVERSITY | | 1 | | | | | | 145.82 | 145.82 |
| DROGAS | DROGAS | | 1 | | | | | | 122.21 | 122.21 |
| ELRECRUIT | ELI LILLY RECRUITS | | 1 | | | | | | 502.55 | 502.55 |
| ENDEAVORGR | ENDEAVOR GROUPS | | 1 | | | | | | 205.00 | 205.00 |
| ETG | EXECUTIVE TRANSPORTATIO GROUP | | 1 | | | | | | 72.00 | 72.00 |
| EVANS TS | Evans and Partners | | 1 | 537.63 | | | | | | 537.63 |
| EVENTS RET | EVENTS RETAIL | | 1 | | | | | | 27194.16 | 27194.16 |
| EY-EVENTS | ERNST & YOUNG EVENTS | | 1 | | | | | | 1152.56 | 1152.56 |
| FAIRVIEW | FAIRVIEW CAPITAL PARTNERS | | 1 | | | | | | 385.53 | 385.53 |
| FIDELF TS | Fidelity Foundation | | 1 | | | | | | 108.60 | 108.60 |
| FIERACAP | FIERA CAPITAL | | 1 | | | | | | 164.10 | 164.10 |
| GATEWAY | GATEWAY LIMOUSINE | | 1 | | | | | | 102.35 | 102.35 |
| GIP | GLOBAL INFRASTRUCTURE PARTNERS | | 1 | | | 373.89 | | | | 373.89 |
| GROUNDSPAN | GROUNDSPAN | | 1 | | | | | | 1404.36 | 1404.36 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GS 4500 | Goldman sachs | | 3 | | | 384.00 | 4452.03 | | 273.81 | 5109.84 |
| GS CAMD | Goldman Sachs (CAMD) | | 1 | | | | | | 114.69 | 114.69 |
| GS DAL | GOLDMAN SACHS DALLAS | | 1 | | | | | | 121.80 | 121.80 |
| GS EVENTS/RDSH | Goldman Sachs Events and Roadsho | | 1 | 142.50 | | | | | | 142.50 |
| GS SLC | Goldman Sachs Salt Lake City | | 1 | | | | | | 226.20 | 226.20 |
| GUGGENHEIM | GUGGENHEIM MUSEUM | | 1 | | | | | | 390.46 | 390.46 |
| HARTFORD | THE HARTFORD | | 1 | | | | | | 353.63 | 353.63 |
| HGGC | HGGC, LLC | | 1 | | | | | | 3259.00 | 3259.00 |
| HIF | HIF CONSULTING LLC | | 1 | | | | | | 492.37 | 492.37 |
| HOLOG TS | Hologic | | 1 | | | | | | 161.75 | 161.75 |
| INST TS RS | Instinet Roadshows | | 1 | | | | | | 2394.28 | 2394.28 |
| INTERNAT | ETS LIMO SERVICE | | 1 | | | | | | 286.79 | 286.79 |
| JEFFERIES | JEFFERIES & CO. INC. | | 3 | 424.32 | | 549.60 | | | 1614.65 | 2588.57 |
| JSWATERMAN | J.S. WATERMAN - LANGONE CHAPEL | | 1 | 4245.00 | | | | | | 4245.00 |
| KEYSPAN | NATIONAL GRID | | 1 | | | | | | 343.58 | 343.58 |
| KIRKLAND | Kirkland & Ellis | | 2 | | | | | | 503.75 | 503.75 |
| KONICA DB | KONICA MINOLTA BUSINESS SOLUTI | | 1 | | | | | | 121.03 | 121.03 |
| KPMG | KPMG | | 1 | | | | | | 147.55 | 147.55 |
| LC | LA COMPAGNIE-AIRLINES | | 4 | | | | 158.67 | 468.13 | 2601.59 | 3228.39 |
| LIBERT TSE | Liberty Mutual - Events | 1 | | | | (72418.50) | | | | (72418.50) |
| LIMOLIVERY | LIMOUSINE LIVERY | | 1 | | | | | | 11070.00 | 11070.00 |
| LUX GO TS | LUXURY GOLD | | 6 | | | 6019.10 | 6793.53 | | 5649.03 | 18461.66 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers  Report by: Customer Code  Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| MACK GF | MACK CALI REALTY -GIRALDA FARM | | 1 | | | | | | 4860.55 | 4860.55 |
| MACK SH | MACK-CALI REALTY CORP-SHORT HI | | 9 | | | | | | 25810.23 | 25810.23 |
| MAPFRE TS | Mapfre USA | | 3 | | | | | | 1875.30 | 1875.30 |
| MAPFRE TSE | Mapfre USA Events | | 7 | | | | | | 2569.81 | 2569.81 |
| MC | MASTERCARD | | 1 | | | | | | 216.38 | 216.38 |
| MEDIDATA | MEDIDATA | | 2 | | | 1213.16 | | | 1182.17 | 2395.33 |
| MEEF | Metabolic Endocrine Education Foun | | 1 | | | 11699.06 | | | | 11699.06 |
| MLLINT TS | M and L Worldwide | | 1 | | | | | | 4810.41 | 4810.41 |
| MOELIS TS | Moelis & Company Group LP | | 1 | | | 946.76 | | | | 946.76 |
| MSRELO | MICROSOFT-RELOCATION | | 1 | | | | 391.50 | | | 391.50 |
| MTF VIP | MTF BIOLOGICS | | 3 | | 1188.33 | 14334.01 | | | 5173.81 | 20696.15 |
| NBA | NATIONAL BASKETBALL ASSOC. | | 7 | | | | | | 2122.14 | 2122.14 |
| NBASHUTTLE | NBA SHUTTLE | | 9 | 6272.70 | 10036.32 | 5018.16 | | | 10872.76 | 32199.94 |
| NBCUSHTLE | NBCU SHUTTLE | | 3 | 8756.21 | | | | | | 8756.21 |
| NETS | BROOKLYN NETS-BSE GLOBAL | | 3 | | | | | | 1597.19 | 1597.19 |
| NOMURA | NOMURA SECURITIES INTERNATIONA | | 1 | | | | | | 1105.50 | 1105.50 |
| NOVO | NOVO NORDISK | | 1 | | | | | | 182.62 | 182.62 |
| NRP | NILE RODGERS PRODUCTION | | 1 | | | | | | 903.20 | 903.20 |
| NUANCE TSE | Nuance Events | | 1 | 2326.00 | | | | | | 2326.00 |
| NY JETS | NEW YORK JETS | | 1 | | | | | | 79.45 | 79.45 |
| NYCCO | NYC & COMPANY | | 5 | 2720.70 | | | 12028.73 | | 3798.06 | 18547.49 |
| NYFED | FEDERAL RESERVE BANK OF NY | | 26 | 379.56 | | 1172.84 | | | 34296.66 | 35849.06 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| NYFED SHUTTLE | Federal Reserve Bank of New York | | 5 | 6554.31 | | 5984.37 | 5699.40 | 5699.40 | 5984.37 | 29921.85 |
| NYL | NEW YORK LIFE | | 16 | 2358.21 | | | 5699.40 | 591.78 | 22462.55 | 25412.54 |
| ONEWOR TS | One World Transport | | 1 | | | | | | 262.85 | 262.85 |
| ORLANDO | ORLANDO FOOD SALES | | 1 | | | | | | 427.87 | 427.87 |
| PDTCC | PDT PARTNERS-CREDIT CRD | | 1 | | | | | | 1317.22 | 1317.22 |
| PF | PFIZER-MEMPHIS LOGISTICS CNTR | | 1 | | | | | | 1842.69 | 1842.69 |
| PF-MISC | PFIZER | | 2 | | | | 446.00 | | 361.10 | 807.10 |
| PJMEXEC TS | Pat Mogauro/PJM Executive | | 1 | | | | | | 132.15 | 132.15 |
| QUEST | QUEST DIAGNOSTICS | | 1 | | | | | | 270.60 | 270.60 |
| RAMSA | ROBERT A.M. STERN ARCHITECTS | | 3 | | | | | 439.49 | 807.79 | 1247.28 |
| REGENERON | REGENERON PHARMA. | | 2 | 339.75 | | | | | 240.01 | 579.76 |
| RMA | RMA CHAUFFEURED TRANSPORTATI | | 1 | | | | | | 160.41 | 160.41 |
| RMA-FF | RMA - Friends & Family | | 2 | | | | | | 370.31 | 370.31 |
| RMAN-STAFF | RMA North Staff Travel | | 1 | | | | | | 105.00 | 105.00 |
| ROADSW RET | ROADSHOW RETAIL | | 1 | | | | | | 20211.00 | 20211.00 |
| ROSS | ROSS STORES | | 1 | | | | | | 1700.81 | 1700.81 |
| RW2047B | NFL Network | | 1 | | | | | | 341.00 | 341.00 |
| RW2095B | Columbia Records | | 4 | | | | | 1053.77 | 1665.83 | 2719.60 |
| RW3095A | Kaitar Resouces | | 1 | | | | | | 361.86 | 361.86 |
| RW3204A | Beats Electronics | | 1 | | | | | | 198.40 | 198.40 |
| RW5114 | SONY MUSIC ENTERTAINMENT UK | | 1 | | | | | 2162.16 | | 2162.16 |
| RW5142 | IMG MODELS | | 1 | | | | | | 734.57 | 734.57 |

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| RW5224 | BACARDI MARTINI INC | | 1 | | | | | | 426.80 | 426.80 |
| RW5247 | WATCH OUT FOR KEKE PRODUCTION | | 1 | | | | | | 318.36 | 318.36 |
| RW5316 | ROC NATION-CREDIT CARD | | 1 | | | | | | 51.73 | 51.73 |
| RW5408 | CTMS TRAVEL | | 1 | | | | | | 1714.67 | 1714.67 |
| RW5417 | FOX Broadcasting Company | | 1 | | | | | | 268.31 | 268.31 |
| RW5457 | TRAVEL WARRIORS | | 1 | | | | | | 174.29 | 174.29 |
| RW5464 | THREE SIX ZERO | | 1 | | | | | | 3297.83 | 3297.83 |
| RW5465 | BARSTOOL SPORTS | | 1 | | | | | | 2274.52 | 2274.52 |
| RW5475 | ASB TOURING INC | | 1 | | | | | | 236.00 | 236.00 |
| RW5505 | WARNER RECORDS/AKILA ROBINSON | | 1 | | | | | | 1145.85 | 1145.85 |
| SANTAN TS | Santander Bank | | 1 | | | | | | 287.68 | 287.68 |
| SCENIC TS | Scenic Tours USA Inc | | 1 | | | | | | 6624.60 | 6624.60 |
| SI7016 | HBO NON STAFF | | 3 | | | 306.13 | | | 2624.87 | 2931.00 |
| SI7023 | TBS | | 1 | | | | | | 168.75 | 168.75 |
| SIMMONS TS | Simmons Hanly Conroy | | 1 | | | | 308.50 | | | 308.50 |
| SIMPLEX TS | Simplex | | 1 | | | | | | 112.35 | 112.35 |
| SIRIUSXM | SIRIUS XM RADIO | | 10 | 5459.87 | | 229.97 | 446.66 | | 951.32 | 7087.82 |
| SKADDEN | SKADDEN ARPS | | 3 | | | | | | 1633.42 | 1633.42 |
| SKCAP | SK CAPITAL | | 1 | 1350.67 | | | | | | 1350.67 |
| SNYTV | SNYTV | | 1 | | | | | | 341.70 | 341.70 |
| SOROS | SOROS FUND MANAGEMENT | | 1 | | | | | | 226.53 | 226.53 |
| SPINE | STRYKER SPINE | | 1 | | | | | | 276.00 | 276.00 |

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| STRAND | STRAND CREATIVE GROUP | | 1 | | | | | | 14951.69 | 14951.69 |
| STROOCK | STROOCK & STROOCK,& LAVAN LLP. | | 5 | | | 920.63 | | | 1893.52 | 2814.15 |
| STRYKER | STRYKER-CREDIT CARD ONLY | | 1 | | | | | | 210.56 | 210.56 |
| Swoop | Swoop | | 6 | 17568.05 | | 357.87 | 1057.95 | 984.21 | | 19968.08 |
| TAPESTRY | TAPESTRY | | 1 | | | | | | 204.08 | 204.08 |
| TEXACO INC | TEXACO INC | | 1 | | | | | | 354.69 | 354.69 |
| TIAA | TIAA | | 1 | | | | | | 276.00 | 276.00 |
| TRAFALGAR | Trafalgar | | 1 | | | | | | 1320.00 | 1320.00 |
| TRIS UK EY | TRISTAR UK ERNST & YOUNG | | 1 | | | | | | 1476.30 | 1476.30 |
| TRIS UK TS | Tristar UK Shamrock | | 1 | | | | | | 509.65 | 509.65 |
| TZELL | TZELL TRAVEL GROUP | | 1 | | | | | | 207.90 | 207.90 |
| UMIAMI TS | University of Miami | | 4 | | | 16961.29 | | | 32742.56 | 49703.85 |
| USALIMO DB | USA LIMO DIRECT BILL | | 1 | | | | | | 2306.42 | 2306.42 |
| VANGUARD | VANGUARD | | 1 | | | | | | 136.32 | 136.32 |
| VAPORTAUTH | VAA PORT AUTHORITY FEE | | 1 | | | | | | 9199.87 | 9199.87 |
| VITESS TS | Vitesse Worldwide | | 1 | | | | | | 2026.49 | 2026.49 |
| VTS | DIRECTRAVEL | | 1 | | | | | | 507.47 | 507.47 |
| WALL | WALLENIUS WILHELMSEN LOGISTICS | | 1 | | | | | | 339.66 | 339.66 |
| WHITEEAGLE | WHITE EAGLE PROPERTY GROUP | | 1 | | | | | | 195.67 | 195.67 |
| WNET | WNET CHANNEL 13 | | 1 | | | | | | 275.32 | 275.32 |
| WORLDGRND | AVALON TRANSPORTATION - NJ | | 1 | | | | | | 409.91 | 409.91 |
| WPU | WILLIAM PATERSON UNIVERSITY | | 4 | | | 892.82 | | | 700.80 | 1593.62 |

03/15/2022 02:23 PM

# RMA Chauffeured Transportation

## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 02/28/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| WTS TS | WTS Player Services | | 2 | 1926.50 | | | | | | 1926.50 |
| **Totals:** | | 9 | 473 | 253525.13 | 34786.61 | 2745.36 | 53517.11 | 35986.16 | 579428.64 | 984989.01 |

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| American West Limousine | 277.20 | 0.00 | 0.00 | 0.00 | 0.00 | 277.20 |
| Atlantic Coast Surety LLC | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| Cadillac of Lynnfield | 6,067.40 | 0.00 | 0.00 | 0.00 | 0.00 | 6,067.40 |
| DC Treasurer | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Lancer Insurance | 0.00 | 80,000.00 | 0.00 | 0.00 | 0.00 | 80,000.00 |
| LIMO 2000 (IN) | 1,890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 |
| Limolabs, LLC | 13,642.50 | 0.00 | 0.00 | 0.00 | 0.00 | 13,642.50 |
| MERCHANTS FLEET MANAGEMENT | 47,660.51 | 0.00 | 0.00 | 0.00 | 0.00 | 47,660.51 |
| NYS Department of Transportation | 0.00 | 340.00 | 0.00 | 0.00 | 0.00 | 340.00 |
| RWI Limousine Repairs | 4,128.25 | 366.61 | 0.00 | 0.00 | 0.00 | 4,494.86 |
| Sentinel Benefits & Financial Group | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| SuperVision | 436.56 | 0.00 | 0.00 | 0.00 | 0.00 | 436.56 |
| TIB Insurance | 54,789.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,789.00 |
| TOTAL | 128,991.42 | 81,006.61 | 0.00 | 0.00 | 0.00 | 209,998.03 |