

**Department of the Treasury**
**Internal Revenue Service**

51 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002

**Date:** March 29, 2022

**Chapter and Case Number:**
11   21-10121

**Person to Contact:**
PAMELA HUNTER

**Contact Telephone Number:**
856-792-9321

**Employee Fax Number:**
855-299-3598

**Employee Identification Number:**
0212478

UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102-2506

Debtor:  AMERICAN LIMOUSINE LLC
Bankruptcy Filed  January 4, 2021

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 02/09/2021 is no longer in force and effect.

If you have any questions, our contact information is shown above.  Thank you for your cooperation.

*Pamela Hunter*
/s/ Pamela Hunter
Bankruptcy Specialist

[Stamp: U.S. BANKRUPTCY COURT FILED NEWARK, NJ  2022 APR -1  P 2:55  BY: JEANNE A. NAUGHTON DEPUTY CLERK]

CC:  AMERICAN LIMOUSINE LLC
DEAN G. SUTTON

Letter 3931CG (11-2004)
Catalog Number 38952B

