UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.:       21-10121

Chapter:        11  (Subchapter V)

Judge:          SLM

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: __May 6, 2022__     Date Plan Confirmed: __09/14/2021__

Check one:     ☐ Initial Distribution

               ☒ Subsequent Distribution

Will future distributions be made under the Plan?          ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

               ☒ Administrative fees and expenses

               ☒ Secured claims

               ☐ Priority secured claims

               ☒ General unsecured claims

               ☐ Equity security holders

Anticipated date of next distribution, if known: __unknown__

Percentage dividend to general unsecured creditors:

               Paid in this distribution:                    0 %

               Paid to date:                                 0 %

               To be paid after all distributions made under Plan:    TBD %

**Summary of Payments Made in This Distribution:**

| | | |
|---|---|---|
| $ 34,727.49 | | Administrative fees and expenses |
| $ | | Secured claims |
| $ | | Priority unsecured claims |
| $ | | General unsecured claims |
| $ | | Equity security holders |
| $ 34,727.49 | | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2:

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor


I certify under penalty of perjury that the above is true.

*Michael Fogarty*

Date:   05-10-2022

Disbursing Agent
By: Michael J. Fogarty, President, American Limousine LLC

*rev.8/1/15*

2

Document Ref: VJF3H-XJKJD-XLDXB-ZX3NL

# Signature Certificate

Reference number: VJF3H-XJKJD-XLDXB-ZX3NL

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty** <br> Email: mfogarty@rmalimo.com | | Michael Fogarty |
| Sent: | 10 May 2022 17:07:42 UTC | IP address: 24.34.52.154 |
| Viewed: | 10 May 2022 17:08:05 UTC | Location: Byfield, United States |
| Signed: | 10 May 2022 17:08:20 UTC | |

Document completed by all parties on:

10 May 2022 17:08:20 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

