**Fill in this information to identify the case:**

Debtor Name: American Limousine LLC

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-10121

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: May                                  Date report filed: 06/21/2021
                                            MM / DD / YYYY
Line of business: Transportation            NAISC code: 485999

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Michael Fogarty, President

Original signature of responsible party: *Michael Fogarty*

Printed name of responsible party: Michael Fogarty

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  American Limousine LLC                     Case number 21-10121

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 246,962.96

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 1,680,279.´

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 1,625,581.´

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 54,697.80

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 301,660.76

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 650,059.73

    *(Exhibit E)*

Debtor Name American Limousine LLC                                Case number 21-10121

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ 1,586,936.2

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            31
27. What is the number of employees as of the date of this monthly report?               76

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 6,507.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 106,154.40
30. How much have you paid this month in other professional fees?                               $ 0.00
31. How much have you paid in total other professional fees since filing the case?              $ 93,925.39

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected** | | *Column B*<br>**Actual** | | *Column C*<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,356,000.0 | − | $ 1,680,279.1 | = | $ 675,720.81 |
| 33. **Cash disbursements** | $ 2,210,653.0 | − | $ 1,625,581.3 | = | $ 585,071.61 |
| 34. **Net cash flow** | $ 145,347.00 | − | $ 54,697.80 | = | $ 90,649.20 |

35. Total projected cash receipts for the next month:                                    $ 2,468,000.0
36. Total projected cash disbursements for the next month:                               − $ 2,329,165.0
37. Total projected net cash flow for the next month:                                    = $ 138,835.00

Debtor Name American Limousine LLC                           Case number 21-10121

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Signature Certificate

Reference number: HDTGC-QMP3C-GJKQE-FXYUR

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com | | *Michael Fogarty* |
| Sent: | 21 Jun 2022 14:05:54 UTC | |
| Viewed: | 21 Jun 2022 14:11:34 UTC | |
| Signed: | 21 Jun 2022 14:11:48 UTC | |
| **Recipient Verification:** | | |
| ✓ Email verified | 21 Jun 2022 14:11:34 UTC | IP address: 172.58.155.247 |

Document completed by all parties on:
21 Jun 2022 14:11:48 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.



| Date | Amount | Received From | Deposit to Account: |
|---|---:|---|---|
| 5/2/2022 | $ 3,459.82 | Summitquest | M&T Special |
| 5/2/2022 | $ 538.08 | Summitquest | M&T Special |
| 5/2/2022 | $ 117.59 | Summitquest | M&T Special |
| 5/2/2022 | $ 35.52 | Payroll Tax | M&T Special |
| 5/3/2022 | $ 23,920.00 | Blackrock | M&T Special |
| 5/3/2022 | $ 2,568.62 | Sirius | M&T Special |
| 5/3/2022 | $ 475.85 | Whitncas | M&T Special |
| 5/4/2022 | $ 12,378.65 | Amex settlement | M&T Special |
| 5/4/2022 | $ 53,165.29 | Tsys settlement | M&T Special |
| 5/5/2022 | $ 35,076.91 | Tsys settlement | M&T Special |
| 5/5/2022 | $ 24,208.19 | Amex settlement | M&T Special |
| 5/5/2022 | $ 2,519.87 | Mapfre | M&T Special |
| 5/6/2022 | $ 15,188.11 | Tsys settlement | M&T Special |
| 5/6/2022 | $ 11,288.46 | Amex settlement | M&T Special |
| 5/6/2022 | $ 17.19 | Remote Check | M&T Special |
| 5/9/2022 | $ 73,810.62 | Remote Check | M&T Special |
| 5/9/2022 | $ 22,080.69 | Amex settlement | M&T Special |
| 5/9/2022 | $ 18,685.08 | Summitquest | M&T Special |
| 5/9/2022 | $ 15,362.47 | Tsys settlement | M&T Special |
| 5/9/2022 | $ 4,505.39 | Summitquest | M&T Special |
| 5/9/2022 | $ 4,394.07 | Summitquest | M&T Special |
| 5/10/2022 | $ 32,125.90 | Amex settlement | M&T Special |
| 5/10/2022 | $ 26,405.01 | Tsys settlement | M&T Special |
| 5/11/2022 | $ 37,708.35 | Tsys settlement | M&T Special |
| 5/11/2022 | $ 13,348.35 | Amex settlement | M&T Special |
| 5/12/2022 | $ 31,362.86 | Amex settlement | M&T Special |
| 5/12/2022 | $ 30,392.39 | Tsys settlement | M&T Special |
| 5/13/2022 | $ 34,584.58 | Amex settlement | M&T Special |
| 5/13/2022 | $ 28,032.78 | Tsys settlement | M&T Special |
| 5/13/2022 | $ 184.00 | Whitncas | M&T Special |
| 5/16/2022 | $ 29,129.57 | Tsys settlement | M&T Special |
| 5/16/2022 | $ 28,389.19 | Amex settlement | M&T Special |
| 5/16/2022 | $ 23,786.69 | Summitquest | M&T Special |
| 5/16/2022 | $ 10,690.40 | Summitquest | M&T Special |
| 5/16/2022 | $ 5,055.35 | Summitquest | M&T Special |
| 5/16/2022 | $ 161.01 | Summitquest | M&T Special |
| 5/17/2022 | $ 36,928.74 | Amex settlement | M&T Special |
| 5/17/2022 | $ 29,006.58 | Tsys settlement | M&T Special |
| 5/17/2022 | $ 20,800.00 | Blackrock | M&T Special |
| 5/17/2022 | $ 221.99 | Soros | M&T Special |
| 5/18/2022 | $ 24,337.69 | Amex settlement | M&T Special |
| 5/18/2022 | $ 24,038.96 | Tsys settlement | M&T Special |
| 5/18/2022 | $ 311.92 | Sirius | M&T Special |
| 5/19/2022 | $ 156,575.84 | Amex settlement | M&T Special |
| 5/19/2022 | $ 70,737.92 | Tsys settlement | M&T Special |
| 5/20/2022 | $ 7,469.78 | Tsys settlement | M&T Special |

| Date | Amount | Description | Account |
|---|---:|---|---|
| 5/20/2022 | $ 3,166.31 | Amex settlement | M&T Special |
| 5/20/2022 | $ 385.19 | Sirius | M&T Special |
| 5/23/2022 | $ 60,160.86 | Amex settlement | M&T Special |
| 5/23/2022 | $ 46,120.04 | Tsys settlement | M&T Special |
| 5/23/2022 | $ 2,881.93 | Remote Check | M&T Special |
| 5/24/2022 | $ 38,963.70 | Amex settlement | M&T Special |
| 5/24/2022 | $ 37,766.00 | Tsys settlement | M&T Special |
| 5/24/2022 | $ 32,130.49 | Tsys settlement | M&T Special |
| 5/25/2022 | $ 29,644.94 | Tsys settlement | M&T Special |
| 5/25/2022 | $ 28,835.16 | Amex settlement | M&T Special |
| 5/25/2022 | $ 25,535.36 | Swoop | M&T Special |
| 5/25/2022 | $ 3,616.64 | Summitquest | M&T Special |
| 5/25/2022 | $ 2,850.79 | Summitquest | M&T Special |
| 5/25/2022 | $ 1,884.87 | Summitquest | M&T Special |
| 5/26/2022 | $ 38,413.50 | Tsys settlement | M&T Special |
| 5/26/2022 | $ 31,768.76 | Amex settlement | M&T Special |
| 5/27/2022 | $ 30,401.87 | Tsys settlement | M&T Special |
| 5/27/2022 | $ 19,303.91 | Amex settlement | M&T Special |
| 5/27/2022 | $ 1,287.07 | Sirius | M&T Special |
| 5/31/2022 | $ 105,951.60 | Amex settlement | M&T Special |
| 5/31/2022 | $ 77,950.50 | Addison Lee | M&T Special |
| 5/31/2022 | $ 28,457.29 | Tsys settlement | M&T Special |
| 5/31/2022 | $ 5,626.29 | Summitquest | M&T Special |
| 5/31/2022 | $ 1,033.06 | Summitquest | M&T Special |
| 5/31/2022 | $ 449.54 | Summitquest | M&T Special |
| 5/31/2022 | $ 111.20 | Summitquest | M&T Special |

Total          $   1,680,279.19

*Credit card deposits in transit totalling 132,491.77 included in report total

| Date | Amount | Check Number/ACH | Paid To | Paid from Account: |
|---|---|---|---|---|
| 5/2/2022 | $ 1,081.95 | 30407 | Nashua Coach | M&T Special |
| 5/2/2022 | $ 50,000.00 | ACH | Elan | M&T Special |
| 5/2/2022 | $ 19,602.99 | ACH | M&T Loan | M&T Special |
| 5/2/2022 | $ 22,052.00 | ACH | Payroll Tax | M&T Special |
| 5/2/2022 | $ 2,554.64 | ACH | Reliance | M&T Special |
| 5/2/2022 | $ 10,188.71 | ACH | Worldinstrust | M&T Special |
| 5/3/2022 | $ 368.99 | ACH | Amex chargeback | M&T Special |
| 5/3/2022 | $ 492.55 | ACH | Paypal | M&T CDA |
| 5/5/2022 | $ 18,906.88 | ACH | Amex discount | M&T Special |
| 5/5/2022 | $ 14,263.12 | ACH | Limolabs | M&T Special |
| 5/5/2022 | $ 53,958.84 | ACH | Payroll | M&T Special |
| 5/5/2022 | $ 60,039.15 | ACH | Payroll | M&T Special |
| 5/6/2022 | $ 21,556.44 | ACH | Dean Sutton | M&T Special |
| 5/6/2022 | $ 75.57 | ACH | National Grid | M&T Special |
| 5/6/2022 | $ 77,746.31 | ACH | Nica | M&T Special |
| 5/6/2022 | $ 7,138.35 | ACH | Reliance | M&T Special |
| 5/9/2022 | $ 169.03 | ACH | Bayview Trans | M&T Special |
| 5/9/2022 | $ 2,682.65 | ACH | Benny Indo Star | M&T Special |
| 5/9/2022 | $ 1,220.33 | ACH | Boston Ride Limo | M&T Special |
| 5/9/2022 | $ 188.60 | ACH | Bravo Livery | M&T Special |
| 5/9/2022 | $ 2,029.51 | ACH | Business Automation | M&T Special |
| 5/9/2022 | $ 671.77 | ACH | Echelon | M&T Special |
| 5/9/2022 | $ 162.20 | ACH | Elite Trans | M&T Special |
| 5/9/2022 | $ 258.64 | ACH | Global Explorer | M&T Special |
| 5/9/2022 | $ 4,102.97 | ACH | Hajra Limo | M&T Special |
| 5/9/2022 | $ 322.50 | ACH | Ikonomi | M&T Special |
| 5/9/2022 | $ 540.21 | ACH | InMotion | M&T Special |
| 5/9/2022 | $ 2,615.38 | ACH | Mint Limo | M&T Special |
| 5/9/2022 | $ 5,966.25 | ACH | MTF | M&T Special |
| 5/9/2022 | $ 23,221.36 | ACH | Payroll Tax | M&T Special |
| 5/9/2022 | $ 25,891.42 | ACH | Payroll Tax | M&T Special |
| 5/9/2022 | $ 126.03 | ACH | Pete's Livery | M&T Special |
| 5/9/2022 | $ 2,171.95 | ACH | Service charge for account | M&T Special |
| 5/9/2022 | $ 1,992.11 | ACH | Victor Dandres | M&T Special |
| 5/9/2022 | $ 450.00 | 30023 | 365 Tower Ridge | M&T CDA |
| 5/10/2022 | $ 1,317.55 | 30406 | Go Lux | M&T Special |
| 5/10/2022 | $ 71,963.92 | ACH | Errands | M&T Special |
| 5/10/2022 | $ 227.75 | ACH | Tsys chargeback | M&T Special |
| 5/10/2022 | $ 25,481.38 | ACH | Tsys discount | M&T Special |
| 5/10/2022 | $ 124.35 | ACH | ATT | M&T CDA |
| 5/11/2022 | $ 25,000.00 | ACH | BP Gas Card | M&T Special |
| 5/11/2022 | $ 10,133.55 | ACH | IPFS | M&T Special |
| 5/12/2022 | $ 160.88 | 90144 | Marshal | M&T Special |
| 5/12/2022 | $ 10,000.00 | ACH | Amex card payment | M&T Special |
| 5/12/2022 | $ 50,853.85 | ACH | Payroll | M&T Special |
| 5/13/2022 | $ 576.79 | 30410 | Pappas | M&T Special |

| Date | Amount | Ref | Payee | Account |
|---|---:|---|---|---|
| 5/13/2022 | $ 145.51 | 90145 | Marshal | M&T Special |
| 5/13/2022 | $ 5,079.01 | ACH | Contract Care | M&T Special |
| 5/13/2022 | $ 125.79 | ACH | Firsttrust | M&T Special |
| 5/13/2022 | $ 63,506.57 | ACH | Nica | M&T Special |
| 5/13/2022 | $ 2,157.40 | ACH | Reliance | M&T Special |
| 5/13/2022 | $ 524.98 | ACH | Granite | M&T CDA |
| 5/16/2022 | $ 500.00 | 30417 | NYC Taxi and Limo | M&T Special |
| 5/16/2022 | $ 24,676.22 | ACH | Payroll Tax | M&T Special |
| 5/17/2022 | $ 578.19 | 30408 | NE Car Service | M&T Special |
| 5/17/2022 | $ 208.10 | 30411 | Samir Sunrise | M&T Special |
| 5/17/2022 | $ 554.45 | 30412 | NE Car Service | M&T Special |
| 5/17/2022 | $ 8,773.31 | 30416 | Reliable Auto | M&T Special |
| 5/17/2022 | $ 3,305.79 | ACH | iSolved | M&T Special |
| 5/17/2022 | $ 15,135.16 | ACH | Limolabs | M&T Special |
| 5/17/2022 | $ 237.50 | ACH | Tsys chargeback | M&T Special |
| 5/18/2022 | $ 45,885.55 | ACH | Amex card payment | M&T Special |
| 5/19/2022 | $ 85.73 | 30413 | Nashua Coach | M&T Special |
| 5/19/2022 | $ 158.50 | 90146 | Marshal | M&T Special |
| 5/19/2022 | $ 71,988.02 | ACH | Payroll | M&T Special |
| 5/19/2022 | $ 40,000.00 | ACH | TIB | M&T Special |
| 5/19/2022 | $ 12.26 | ACH | ReadyRefresh | M&T CDA |
| 5/20/2022 | $ 115.75 | 30415 | Atlas Link | M&T Special |
| 5/20/2022 | $ 850.02 | ACH | Bayview Trans | M&T Special |
| 5/20/2022 | $ 3,673.20 | ACH | Benny Indo | M&T Special |
| 5/20/2022 | $ 1,011.02 | ACH | Boston Ride | M&T Special |
| 5/20/2022 | $ 1,755.69 | ACH | Bravo | M&T Special |
| 5/20/2022 | $ 4,018.98 | ACH | Business Automation | M&T Special |
| 5/20/2022 | $ 132.15 | ACH | Dandres | M&T Special |
| 5/20/2022 | $ 2,395.03 | ACH | Echelon | M&T Special |
| 5/20/2022 | $ 50,000.00 | ACH | Elan | M&T Special |
| 5/20/2022 | $ 669.19 | ACH | Elite | M&T Special |
| 5/20/2022 | $ 4,719.87 | ACH | Global Explorer | M&T Special |
| 5/20/2022 | $ 4,325.65 | ACH | Hadra | M&T Special |
| 5/20/2022 | $ 694.71 | ACH | Ikonomi | M&T Special |
| 5/20/2022 | $ 1,734.65 | ACH | InMOtion | M&T Special |
| 5/20/2022 | $ 14,509.52 | ACH | Limolabs | M&T Special |
| 5/20/2022 | $ 2,435.15 | ACH | Mint | M&T Special |
| 5/20/2022 | $ 23,183.64 | ACH | Mt Kisco Chevy | M&T Special |
| 5/20/2022 | $ 6,146.69 | ACH | MTF | M&T Special |
| 5/20/2022 | $ 79,008.31 | ACH | Nica | M&T Special |
| 5/20/2022 | $ 49,214.78 | ACH | Payroll | M&T Special |
| 5/20/2022 | $ 235.03 | ACH | Pete's Livery | M&T Special |
| 5/20/2022 | $ 7,495.83 | ACH | Reliance | M&T Special |
| 5/20/2022 | $ 195.98 | ACH | Renaissance | M&T Special |
| 5/23/2022 | $ 1,488.71 | 30424 | RWI Limo | M&T Special |
| 5/23/2022 | $ 34,173.24 | ACH | BP Gas Card | M&T Special |
| 5/23/2022 | $ 3,462.25 | ACH | NYS DTF Cong Sur | M&T Special |

| Date | Amount | Ref | Payee | Account |
|---|---|---|---|---|
| 5/23/2022 | $ 22,846.72 | ACH | Payroll Tax | M&T Special |
| 5/23/2022 | $ 34,629.14 | ACH | Payroll Tax | M&T Special |
| 5/24/2022 | $ 1,385.16 | 30414 | Go Lux Limo | M&T Special |
| 5/24/2022 | $ 3,867.87 | 30422 | Reliable Auto | M&T Special |
| 5/24/2022 | $ 240.11 | 30426 | Gear One | M&T Special |
| 5/24/2022 | $ 50,000.00 | ACH | Elan Hard | M&T Special |
| 5/25/2022 | $ 368.00 | 30421 | Mt Kisco Truck | M&T Special |
| 5/25/2022 | $ 900.00 | 30423 | Parts Connection | M&T Special |
| 5/25/2022 | $ 58,375.77 | ACH | NYS DTF Promp | M&T Special |
| 5/26/2022 | $ 29,655.22 | ACH | Gateway Limo | M&T Special |
| 5/26/2022 | $ 103,783.94 | ACH | Nica | M&T Special |
| 5/26/2022 | $ 56,700.65 | ACH | Payroll | M&T Special |
| 5/26/2022 | $ 5,000.00 | ACH | Pex | M&T Special |
| 5/27/2022 | $ 25,000.00 | ACH | Elan | M&T Special |
| 5/27/2022 | $ 14,553.42 | ACH | Limolabs | M&T Special |
| 5/27/2022 | $ 2,397.09 | ACH | Reliance | M&T Special |
| 5/31/2022 | $ 47,759.89 | ACH | Merchants | M&T Special |
| 5/31/2022 | $ 1,050.00 | ACH | Opal | M&T Special |
| 5/31/2022 | $ 27,969.59 | ACH | Payroll Tax | M&T Special |

Total        $ 1,698,415.07

## RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09874 | CTN GLOBAL CHAUFFEURED TRANSP | | 1 | 128.65 | | | | | | 128.65 |
| 10000 | BLOOMBERG LP | 1 | 39 | 2376.62 | | | | | 42462.96 | 44839.58 |
| 104 | VIACOM EVENTS | | 1 | | | | | | 849.20 | 849.20 |
| 110 | VIACOM PREMIUM | | 1 | | | | | | 1557.22 | 1557.22 |
| 1155 | WHITE & CASE | | 3 | | 162.50 | | | | 1318.18 | 1480.68 |
| 1190 | NEUBERGER BERMAN | | 5 | 97.75 | 173.56 | 238.50 | 160.20 | | 788.98 | 1458.99 |
| 1500000 | bookings.com | | 8 | 3169.59 | | 1036.84 | 160.77 | | | 4367.20 |
| 2010C | AIG | | 1 | | | | | | 104.55 | 104.55 |
| 2222 | VIRGIN ATLANTIC FLYING CLUB | | 20 | 5278.08 | | 2176.55 | | 2296.27 | 7307.87 | 17058.77 |
| 2245 | VIRGIN ATLANTIC -GENERAL | | 7 | | | 209.60 | 387.13 | 661.67 | 5651.67 | 6910.07 |
| 30900 | BARCLAYS | | 9 | | | 181.74 | 423.02 | | 9387.00 | 9991.76 |
| 388 - Events | CITIGROUP CORPORATE EVENT | | 1 | | | | | | 3279.96 | 3279.96 |
| 50028 | UMG-DEF JAM RECORDINGS | | 1 | | | | | | 916.11 | 916.11 |
| 72000 | DEUTSCHE BANK DB | | 2 | | | | | 303.08 | 273.07 | 576.15 |
| 73000 | DEUTSCHE BANK | | 16 | | 5447.71 | 5971.17 | 607.19 | 3128.72 | 15341.36 | 30496.15 |
| 8800 | GS NATIONAL ACCOUNT-OT ONLY!! | | 1 | | | | | | 124.55 | 124.55 |
| ADL-UK | ADDISON LEE (UK) | 1 | 2 | 63723.10 | | 20.00 | (53825.19) | | | 9917.91 |
| ADVISOR | ADVISOR GROUP | | 4 | | | 1006.25 | | | 1063.95 | 2070.20 |
| ANALGR TS | Analysis Group | | 1 | | | | | | 1122.00 | 1122.00 |
| APOLLO | APOLLO GLOBAL MANAGEMENT,LLC | | 6 | 673.75 | | | | | 4563.89 | 5237.64 |
| APPLE | APPLE, INC | | 1 | | | | | | 67.72 | 67.72 |
| AVALONBSTS | AVALON TRANSPORTATION-CA | | 1 | | | | | 135773.60 | | 135773.60 |

06/13/2022 10:11 AM                                                                                                     Page 1 of 8

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| B234G | BMW MANUFACTURING | | 5 | | 2235.84 | 2564.99 | | 1334.90 | | 6135.73 |
| BCG | Boston Consulting Group | 1 | 1 | | 535.88 | | (2.80) | | | 533.08 |
| BCMESO | MESO BLAST | | 1 | | | | | | 495.45 | 495.45 |
| BLACKROCK | BLACKROCK | | 2 | 25444.07 | 10740.22 | | | | | 36184.29 |
| BRPERSONAL | BLACKROCK PERSONAL | | 3 | | 1093.30 | 692.40 | | | | 1785.70 |
| BR-SHUTTLE | BLACKROCK PRINCETON SHUTTLE | 1 | | | | | | | (7905.00) | (7905.00) |
| BR-WILMING | BLACKROCK WILMINGTON SHUTTLE | | 1 | | | | 8835.00 | | | 8835.00 |
| CBRE | CBRE JFK REAL ESTATE | | 3 | 7776.30 | | 8111.64 | 4702.40 | | | 20590.34 |
| CHASE EVENT | CHASE EVENTS/BCP | 1 | | | | (85290.90) | | | | (85290.90) |
| COLGATEMTG | COLGATE MEETINGS | | 1 | | 529.47 | | | | | 529.47 |
| COMPASS TS | COMPASS USA | | 1 | | | | | | 390.50 | 390.50 |
| CP11 | COLGATE PALMOLIVE DIRECT BILL | | 2 | 1319.93 | | 284.54 | | | | 1604.47 |
| CREST-GRP | CRESTRON  GROUPS | | 1 | 12171.59 | | | | | | 12171.59 |
| CRESTRON | CRESTRON ELECTRONICS INC. | | 1 | | 1463.57 | | | | | 1463.57 |
| CUSTOM C&L | CUSTOM COACH AND LIMO | | 1 | 4005.28 | | | | | | 4005.28 |
| DEEM SMB | DEEM SMB | | 1 | | | | | | 190.50 | 190.50 |
| DETAILSNYC | DETAILS NYC | | 1 | | | | | | 378.49 | 378.49 |
| DIS TRV TS | Disney Global Travel | | 1 | | | | | | 72.10 | 72.10 |
| DORTH CTS | Dorothy Cherry | | 1 | | | | | | 214.50 | 214.50 |
| DREXEL | DREXEL UNIVERSITY | | 1 | | | | | | 145.82 | 145.82 |
| DROGA5 | DROGA5 | | 1 | | | | | | 122.21 | 122.21 |
| ELRECRUIT | ELI LILLY RECRUITS | | 1 | | | | | | 502.55 | 502.55 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDEAVORGR | ENDEAVOR GROUPS | | 1 | | | | | | 205.00 | 205.00 |
| ETG | EXECUTIVE TRANSPORTATIO GROUP | | 1 | | | | | | 72.00 | 72.00 |
| EVENTS RET | EVENTS RETAIL | | 1 | | | | | | 27194.16 | 27194.16 |
| EY-EVENTS | ERNST & YOUNG EVENTS | | 1 | | | | | | 1152.56 | 1152.56 |
| FAIRVIEW | FAIRVIEW CAPITAL PARTNERS | | 1 | | | | | | 385.53 | 385.53 |
| FIDELFTS | Fidelity Foundation | | 1 | | | | | | 108.60 | 108.60 |
| FIERACAP | FIERA CAPITAL | | 1 | | | | | | 164.10 | 164.10 |
| GARDELLA | GARDELLAS LIMO | | 1 | | 277.60 | | | | | 277.60 |
| GATEWAY | GATEWAY LIMOUSINE | | 1 | | | | | | 102.35 | 102.35 |
| GIP | GLOBAL INFRASTRUCTURE PARTNERS | | 1 | | | | | | 373.89 | 373.89 |
| GROUNDSPAN | GROUNDSPAN | | 1 | | | | | | 1404.36 | 1404.36 |
| GS 4500 | Goldman sachs | | 2 | | | | | | 657.81 | 657.81 |
| GS CAMD | Goldman Sachs (CAMD) | | 1 | | | | | | 114.69 | 114.69 |
| GS DAL | GOLDMAN SACHS DALLAS | | 1 | | | | | | 121.80 | 121.80 |
| GS EVENTS/RDSH | Goldman Sachs Events and Roadsho | | 3 | 6627.51 | | | | 142.50 | | 6770.01 |
| GS SLC | Goldman Sachs Salt Lake City | | 1 | | | | | | 226.20 | 226.20 |
| GUGGENHEIM | GUGGENHEIM MUSEUM | | 3 | | 5116.43 | | | 57.61 | 390.46 | 5564.50 |
| HARTFORD | THE HARTFORD | | 1 | | | | | | 353.63 | 353.63 |
| HGGC | HGGC, LLC | | 1 | | | | | | 3259.00 | 3259.00 |
| HIF | HIF CONSULTING LLC | | 1 | | | | | | 492.37 | 492.37 |
| HOLOG TS | Hologic | | 1 | | | | | | 161.75 | 161.75 |
| INST TS RS | Instinet Roadshows | | 1 | | | | | | 2394.28 | 2394.28 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAT | ETS LIMO SERVICE | | 1 | | | | | | 286.79 | 286.79 |
| JEFFERIES | JEFFERIES & CO. INC. | | 3 | 303.64 | 322.23 | | | | | 625.87 |
| JSWATERMAN | J.S. WATERMAN - LANGONE CHAPEL | | 4 | 735.00 | | 367.50 | | 4245.00 | | 5347.50 |
| KEYSPAN | NATIONAL GRID | | 1 | | | | | | 343.58 | 343.58 |
| KIRKLAND | Kirkland & Ellis | | 3 | | 97.46 | | | | 503.75 | 601.21 |
| KONICA DB | KONICA MINOLTA BUSINESS SOLUTI | | 1 | | | | | | 121.03 | 121.03 |
| KONICAMBS | KONICA MINOLTA BUSINESS SOLUTI | | 1 | 359.17 | | | | | | 359.17 |
| KPMG | KPMG | | 1 | | | | | | 147.55 | 147.55 |
| LC | LA COMPAGNIE-AIRLINES | 1 | | | | | | (242.86) | | (242.86) |
| LIBERT TSE | Liberty Mutual - Events | 1 | | | | | | | (72418.50) | (72418.50) |
| LIMOLIVERY | LIMOUSINE LIVERY | | 1 | | | | | | 11070.00 | 11070.00 |
| LUX GO TS | LUXURY GOLD | | 2 | 1162.12 | | | | | 859.56 | 2021.68 |
| MACK GF | MACK CALI REALTY -GIRALDA FARM | | 1 | | | | | | 4860.55 | 4860.55 |
| MACK SH | MACK-CALI REALTY CORP-SHORT HI | | 8 | | | | | | 22239.48 | 22239.48 |
| MAPFRE TS | Mapfre USA | | 4 | 314.30 | | | | | 1875.30 | 2189.60 |
| MAPFRE TSE | Mapfre USA Events | | 7 | | | | | | 2569.81 | 2569.81 |
| MC | MASTERCARD | | 1 | | | | | | 216.38 | 216.38 |
| MEDIDATA | MEDIDATA | | 2 | | | | | | 2395.33 | 2395.33 |
| MLLINT TS | M and L Worldwide | | 1 | | | | | | 4810.41 | 4810.41 |
| MOELIS TS | Moelis & Company Group LP | | 1 | | | | | | 946.76 | 946.76 |
| MPR | MATHEMATICA POLICY RESEARCH | | 2 | | | 184.00 | 194.00 | | | 378.00 |
| MTF VIP | MTF BIOLOGICS | 1 | 3 | | 456.39 | | | | 5173.81 | 5630.20 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| NBA | NATIONAL BASKETBALL ASSOC. | | 5 | | | | | | 1367.87 | 1367.87 |
| NBASHUTTLE | NBA SHUTTLE | | 9 | | 15153.36 | 3156.95 | 6272.70 | 2509.08 | | 27092.09 |
| NBCUSHTLE | NBCU SHUTTLE | | 6 | 13299.22 | | | 2008.50 | 1714.33 | 3613.43 | 20635.48 |
| NOMURA | NOMURA SECURITES INTERNATIONA | | 1 | | | | | | 1105.50 | 1105.50 |
| NOVO | NOVO NORDISK | | 1 | | | | | | 182.62 | 182.62 |
| NRP | NILE RODGERS PRODUCTION | | 1 | | | | | | 903.20 | 903.20 |
| NUANCE TSE | Nuance Events | | 1 | | | | | 2326.00 | | 2326.00 |
| NY JETS | NEW YORK JETS | | 1 | | | | | | 79.45 | 79.45 |
| NYCCO | NYC & COMPANY | | 7 | 7668.92 | | 3918.05 | | 2720.70 | 15826.79 | 30134.46 |
| NYFED | FEDERAL RESERVE BANK OF NY | | 25 | 4379.54 | | 1620.17 | 1779.81 | | 16635.26 | 24414.78 |
| NYFED SHUTTLE | Federal Reserve Bank of New York | | 2 | 6265.56 | | 6554.31 | | | | 12819.87 |
| NYL | NEW YORK LIFE | | 16 | 4835.30 | | | | 149.66 | 23054.33 | 28039.29 |
| OGILVYCHW | OGILVY COMMONWEALTH WORLDW | | 2 | | | 675.50 | | 98.50 | | 774.00 |
| ONEWOR TS | One World Transport | | 1 | | | | | | 262.85 | 262.85 |
| PDTCC | PDT PARTNERS-CREDIT CRD | | 1 | | | | | | 1317.22 | 1317.22 |
| PF | PFIZER-MEMPHIS LOGISTICS CNTR | | 1 | | | | | | 1842.69 | 1842.69 |
| PF-MISC | PFIZER | | 2 | | | | | | 807.10 | 807.10 |
| PJMEXEC TS | Pat Mogauro/PJM Executive | | 1 | | | | | | 132.15 | 132.15 |
| QUEST | QUEST DIAGNOSTICS | | 1 | | | | | | 270.60 | 270.60 |
| RAMSA | ROBERT A.M. STERN ARCHITECTS | | 3 | | | | | | 1247.28 | 1247.28 |
| REGENERON | REGENERON PHARMA. | | 1 | | | | | | 240.01 | 240.01 |
| RMA | RMA CHAUFFEURED TRANSPORTATI | | 1 | | | | | | 160.41 | 160.41 |

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary

[Customer: All Customers  Report by: Customer Code  Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| RMA-FF | RMA - Friends & Family | | 2 | | | | | | 370.31 | 370.31 |
| RMAN-STAFF | RMA North Staff Travel | | 1 | | | | | | 105.00 | 105.00 |
| ROADSW RET | ROADSHOW RETAIL | | 1 | | | | | | 20211.00 | 20211.00 |
| ROSS | ROSS STORES | | 1 | | | | | | 1700.81 | 1700.81 |
| RW2047B | NFL Network | | 1 | | | | | | 341.00 | 341.00 |
| RW2095B | Columbia Records | | 1 | | | | | | 891.00 | 891.00 |
| RW3095A | Kaitar Resouces | | 1 | | | | | | 361.86 | 361.86 |
| RW5114 | SONY MUSIC ENTERTAINMENT UK | | 1 | | | | | | 2162.16 | 2162.16 |
| RW5142 | IMG MODELS | | 1 | | | | | | 734.57 | 734.57 |
| RW5247 | WATCH OUT FOR KEKE PRODUCTION | | 1 | | | | | | 318.36 | 318.36 |
| RW5316 | ROC NATION-CREDIT CARD | | 1 | | | | | | 51.73 | 51.73 |
| RW5408 | CTMS TRAVEL | | 1 | | | | | | 1714.67 | 1714.67 |
| RW5417 | FOX Broadcasting Company | | 1 | | | | | | 268.31 | 268.31 |
| RW5457 | TRAVEL WARRIORS | | 1 | | | | | | 174.29 | 174.29 |
| RW5464 | THREE SIX ZERO | | 1 | | | | | | 3297.83 | 3297.83 |
| RW5505 | WARNER RECORDS/AKILA ROBINSON | | 1 | | | | | | 1145.85 | 1145.85 |
| SANTAN TS | Santander Bank | | 1 | | | | | | 287.68 | 287.68 |
| SCENIC TS | Scenic Tours USA Inc | | 1 | | | | | | 6624.60 | 6624.60 |
| SI7016 | HBO NON STAFF | | 3 | | | | | | 2931.00 | 2931.00 |
| SI7023 | TBS | | 1 | | | | | | 168.75 | 168.75 |
| SIMMONS TS | Simmons Hanly Conroy | | 1 | | | | | | 308.50 | 308.50 |
| SIMPLEX TS | Simplex | | 1 | | | | | | 112.35 | 112.35 |

06/13/2022 10:11 AM                                                Page 6 of 8

# RMA Chauffeured Transportation
## Historical Aging Report - Invoice Summary
[Customer: All Customers  Report by: Customer Code  Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| SIRIUSXM | SIRIUS XM RADIO | | 16 | 2506.39 | 1819.31 | 3117.89 | | | | 7443.59 |
| SKADDEN | SKADDEN ARPS | | 3 | | | | | | 1633.42 | 1633.42 |
| SKCAP | SK CAPITAL | | 2 | 187.45 | | | | 143.00 | | 330.45 |
| SNYTV | SNYTV | | 1 | | | | | | 341.70 | 341.70 |
| SPINE | STRYKER SPINE | | 1 | | | | | | 276.00 | 276.00 |
| STRAND | STRAND CREATIVE GROUP | | 1 | | | | | | 14951.69 | 14951.69 |
| STROOCK | STROOCK & STROOCK,& LAVAN LLP. | | 3 | | | | | | 1264.86 | 1264.86 |
| STRYKER | STRYKER-CREDIT CARD ONLY | | 1 | | | | | | 210.56 | 210.56 |
| Swoop | Swoop | | 3 | 9087.07 | | 19122.09 | | | | 28209.16 |
| TAPESTRY | TAPESTRY | | 1 | | | | | | 204.08 | 204.08 |
| TEXACO INC | TEXACO INC | | 1 | | | | | | 354.69 | 354.69 |
| TIAA | TIAA | | 1 | | | | | | 276.00 | 276.00 |
| TRAFALGAR | Trafalgar | | 2 | 2087.83 | | | | | 1320.00 | 3407.83 |
| TRIS UK EY | TRISTAR UK ERNST & YOUNG | | 1 | | | | | | 1476.30 | 1476.30 |
| TRIS UK TS | Tristar UK Shamrock | | 1 | | | | | | 509.65 | 509.65 |
| TZELL | TZELL TRAVEL GROUP | | 1 | | | | | | 207.90 | 207.90 |
| UMIAMI TS | University of Miami | | 2 | | | 167.50 | | | 1727.30 | 1894.80 |
| USALIMO DB | USA LIMO DIRECT BILL | | 1 | | | | | | 2306.42 | 2306.42 |
| VANGUARD | VANGUARD | | 1 | | | | | | 136.32 | 136.32 |
| VAPORTAUTH | VAA PORT AUTHORITY FEE | | 1 | | | | | | 9199.87 | 9199.87 |
| VITESS TS | Vitesse Worldwide | | 1 | | | | | | 2026.49 | 2026.49 |
| VTS | DIRECTRAVEL | | 1 | | | | | | 507.47 | 507.47 |

## RMA Chauffeured Transportation
### Historical Aging Report - Invoice Summary

[Customer: All Customers   Report by: Customer Code   Aging As Of: 05/31/2022]

| Customer | Customer Name | # of AR Memos | # of Invoices | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| WALL | WALLENIUS WILHELMSEN LOGISTICS | | 1 | | | | | | 339.66 | 339.66 |
| WHITEEAGLE | WHITE EAGLE PROPERTY GROUP | | 1 | | | | | | 195.67 | 195.67 |
| WNET | WNET CHANNEL 13 | | 1 | | | | | | 275.32 | 275.32 |
| WPU | WILLIAM PATERSON UNIVERSITY | | 5 | | 699.63 | | | | 1593.62 | 2293.25 |
| WTS TS | WTS Player Services | | 2 | | | 2021.30 | | | | 2021.30 |
| Totals: | | 8 | 406 | 185983.73 | 46324.46 | (21891.42) | (28297.27) | 157361.76 | 270788.87 | 610270.13 |

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Academy Express | 0.00 | 0.00 | 740.60 | 0.00 | 0.00 | 740.60 |
| Atlantic Coast Surety LLC | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| BP Business Solutions | 0.00 | 60,000.00 | 0.00 | 0.00 | 0.00 | 60,000.00 |
| Cadillac of Lynnfield | 0.00 | 0.00 | 0.00 | 6,067.40 | 0.00 | 6,067.40 |
| Corporate Payment Systems | 0.00 | 0.00 | 288,508.44 | 0.00 | 0.00 | 288,508.44 |
| Dean G. Sutton, Esq | 27,787.31 | 0.00 | 0.00 | 0.00 | 0.00 | 27,787.31 |
| Devanshu L. Modi, Subchapter V Trustee | 2,564.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,564.44 |
| ELEGANT LUXURY LIMO | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Elite Luxury Limo | 13,195.41 | 0.00 | 0.00 | 0.00 | 0.00 | 13,195.41 |
| Gear One Automotive Center LLC | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 54.00 |
| Jackson Lewis LLP | 8,528.90 | 0.00 | 0.00 | 0.00 | 0.00 | 8,528.90 |
| Limolabs, LLC | 13,944.86 | 0.00 | 0.00 | 0.00 | 0.00 | 13,944.86 |
| Mahwah Property Owner LLC | 14,413.69 | 0.00 | 0.00 | 0.00 | 0.00 | 14,413.69 |
| Manhattan Limo | 37,909.25 | 0.00 | 0.00 | 0.00 | 0.00 | 37,909.25 |
| Mt Kisco Truck & Auto Parts | 0.00 | 1,722.40 | 0.00 | 0.00 | 0.00 | 1,722.40 |
| NY State Dept of Tax and Finance | 0.00 | 5,423.20 | 50.67 | 0.00 | 0.00 | 5,473.87 |
| NYS Department of Transportation | 0.00 | 0.00 | 0.00 | 340.00 | 0.00 | 340.00 |
| PKF O'Connor Davies, LLP | 0.00 | 1,110.50 | 0.00 | 0.00 | 0.00 | 1,110.50 |
| Presto Lube and Oil | 177.50 | 1,455.35 | 0.00 | 0.00 | 0.00 | 1,632.85 |
| PRIME LIMOUSINE (CA) | 0.00 | 20,175.48 | 0.00 | 0.00 | 0.00 | 20,175.48 |
| RWI Limousine Repairs | 1,373.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.53 |
| Sentinel Benefits & Financial Group | 0.00 | 762.50 | 0.00 | 100.00 | 0.00 | 862.50 |
| Simpluris | 55,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,000.00 |
| Star2Star Communications | 0.00 | 7,309.91 | 0.00 | 4,446.63 | 0.00 | 11,756.54 |
| SuperVision | 516.55 | 0.00 | 0.00 | 0.00 | 0.00 | 516.55 |
| TOTAL | 225,411.44 | 98,113.34 | 289,299.71 | 10,954.03 | 0.00 | 623,778.52 |