UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: June 3, 2022       Date Plan Confirmed: 09/14/2021

Check one:   ☐ Initial Distribution
             ☒ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☒ Secured claims

☐ Priority secured claims

☒ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: unknown

Percentage dividend to general unsecured creditors:

Paid in this distribution:                              0 %

Paid to date:                                           0 %

To be paid after all distributions made under Plan:    TBD %

**Summary of Payments Made in This Distribution:**

| | | |
|---|---|---|
| $ | 44,765.44 | Administrative fees and expenses |
| $ | | Secured claims |
| $ | | Priority unsecured claims |
| $ | | General unsecured claims |
| $ | | Equity security holders |
| $ | 44,765.44 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2:

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor

I certify under penalty of perjury that the above is true.

Date: 06-23-2022

*Michael Fogarty*

Disbursing Agent

Michael Fogarty, President of Debtor

rev.8/1/15

# Signature Certificate

Reference number: JVVMX-XUAA4-ELMFC-54NXH

| Signer | Timestamp | Signature |
|---|---|---|
| **Michael Fogarty**<br>Email: mfogarty@rmalimo.com | | *Michael Fogarty* |
| Sent: | 23 Jun 2022 13:59:43 UTC | |
| Viewed: | 23 Jun 2022 14:25:28 UTC | |
| Signed: | 23 Jun 2022 14:25:43 UTC | |
| **Recipient Verification:** | | IP address: 24.34.52.154 |
| ✓ Email verified | 23 Jun 2022 14:25:28 UTC | Location: Byfield, United States |

Document completed by all parties on:
23 Jun 2022 14:25:43 UTC

Page 1 of 1



Signed with PandaDoc

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

