UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

American Limousine LLC

Case No.: 21-10121

Chapter: 11 (Subchapter V)

Judge: SLM

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: June 3, 2022         Date Plan Confirmed: 09/14/2021

Check one:  ☐ Initial Distribution
            ☒ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

  ☐ Administrative fees and expenses
  ☒ Secured claims
  ☐ Priority secured claims
  ☒ General unsecured claims
  ☐ Equity security holders

Anticipated date of next distribution, if known: unknown

Percentage dividend to general unsecured creditors:

  Paid in this distribution: 0 %
  Paid to date: 0 %
  To be paid after all distributions made under Plan: TBD %

**Summary of Payments Made in This Distribution:**

$ 44,765.44    Administrative fees and expenses

$ _____    Secured claims

$ _____    Priority unsecured claims

$ _____    General unsecured claims

$ _____    Equity security holders

$ 44,765.44    TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: Dean G. Sutton, Esq.

Company: Dean G. Sutton, Esq.

Address 1: 18 Green Road

Address 2: _____

City, State, ZIP: Sparta, NJ 07871

Telephone: 973-729-8121

Facsimile: 973-729-6685

Email: dean@deansuttonlaw.com

Relationship to Plan proponent: Counsel for Debtor

I certify under penalty of perjury that the above is true.

Date: 06/23/2022         /s/Michael Fogarty
                         Disbursing Agent

*rev.8/1/15*