**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 21-10121(SLM) |
| American Limousine LLC, | Chapter 11 |
| Debtor(s). | (Subchapter V Small Business) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address and contact information for Stephan E. Hornung, formerly of Luskin, Stern & Eisler LLP ("LS&E"), counsel for M&T Bank ("M&T"), have changed to the following:

> Stephan E. Hornung
> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, New York 10038
> Telephone: (212) 806-5400
> Facsimile: (212) 806-6006
> Email: shornung@stroock.com

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents served in the above-referenced proceeding are to be directed to the above address.

Dated:  New York, New York
August 17, 2022

STROOCK & STROOCK & LAVAN LLP

/s/ Stephan E. Hornung
Stephan E. Hornung
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for M&T Bank*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2022, I caused a true and correct copy of the foregoing Notice of Change of Address to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

              /s/ Stephan E. Hornung
              Stephan E. Hornung