UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
Allen J. Underwood II, Esq.,
aunderwood@litedepalma.com
Substituted Attorney Debtor-In-Possession

In Re:

American Limousine LLC

Post-Confirmation Debtor.

Case No.: 21-10121-SLM
Chapter: 11
Judge: Stacey L. Meisel

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Allen J. Underwood II__ will be substituted as attorney of record for __Post-confirmtaion Debtor, American Limousine LLC__ in this case.[1]

Date: April 23, 2024

Signature of Former Attorney
Dean G. Sutton, Esq.

Date: April 23, 2024

/s/ *Allen J. Underwood II*
Signature of Substituted Attorney[2]
Allen J. Underwood II, Esq.

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.